FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-1362

**Short Case Caption:** Vroom, Inc. v. Sidekick Technology, LLC

**Filing Party/Entity:** Vroom, Inc.; Vroom Automotive, LLC d/b/a Vroom, d/b/a Texas Direct Auto; Carstory, LLC; Vast.com, Inc. d/b/a Carstory

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S.D.C. - Dist. of N.J. | 2:21-cv-06737 | Patent |

Relief sought on appeal: ☐ None/Not Applicable

Affirmance of grant of motion for judgment on the pleadings and dismissal of Sidekick's counterclaims with prejudice.

Relief awarded below (if damages, specify): ☐ None/Not Applicable

The District Court granted Vroom et al.'s motion for judgment on the pleadings and dismissed Sidekick's counterclaims with prejudice.

Briefly describe the judgment/order appealed from:

Final judgment granting Vroom et al.'s motion for judgment on the pleadings and dismissing Sidekick's counterclaims with prejudice.

Nature of judgment (select one):         Date of judgment: 6/28/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                       _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

This Court lacks jurisdiction over this appeal because Sidekick's notice of appeal was filed 190 days after the final judgment and is therefore untimely. The issues on appeal include the District Court's decision holding the claims invalid under 35 U.S.C. § 101, grant of Vroom et al.'s motion for judgment on the pleadings, and dismissal of Sidekick's counterclaims with prejudice.

Have there been discussions with other parties relating to settlement of this case?

☑    Yes    ☐    No

If "yes," when were the last such discussions?

☐ Before the case was filed below
☑ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☑ No

If they were mediated, by whom?

N/A

Do you believe that this case may be amenable to mediation? ☐ Yes    ☑ No

Explain.

No resolution is likely at this stage of the proceedings at least because the notice of appeal is untimely as the District Court entered final judgment long ago.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None.

Date: 1/24/23 _____        Signature: /s/ Daniel J. Goettle _____

                                     Name:      Daniel J. Goettle _____

Save for Filing