Nos. 23-1362, 23-1667, 23-2041

# United States Court of Appeals
# for the Federal Circuit

VROOM, INC., VROOM AUTOMOTIVE, LLC, dba
Vroom, dba Texas Direct Auto, CARSTORY, LLC,
VAST.COM, INC., dba CarStory,
*Plaintiffs-Appellees*

v.

SIDEKICK TECHNOLOGY, LLC,
*Defendant-Appellant*

Appeal from the United States District Court for the District of New Jersey in
No. 2:21-cv-06737-WJM-JSA, Judge William J. Martini.

## DEFENDANT-APPELLANT SIDEKICK TECHNOLOGY, LLC'S
## OPENING BRIEF

**K&L GATES LLP**

Devon C. Beane
70 W. Madison Street
Suite 3100
Chicago, IL 60602
(312) 807-4436

*Attorney for Defendant-Appellant*

December 5, 2023

Claim 1 of the '984 Patent:

A method comprising:

storing, on a computer readable medium, automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from at least one manufacturer, a plurality of dealers, and a plurality of consumers, wherein at least a portion of the automobile market data is updated in real-time;

receiving, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

executing instructions, by at least one processing device, to:

determine current inventory data of the first automobile, wherein the current inventory data of the first automobile includes a plurality of dealer inventories of a plurality of dealers, with each respective dealer of the plurality of dealers having a respective dealer inventory, and wherein the current inventory data indicates that a first dealer of the plurality of dealers does not currently have the first automobile in a first inventory of the first dealer;

provide first automobile market data including the current inventory data of the first automobile to the first manufacturer, based on the first request, via a manufacturer interface, wherein the first automobile market data is based on real-time automobile market data;

generate, based on the first automobile market data including the current inventory data of the first automobile, via the manufacturer interface, at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

determine, using the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that the first dealer is located at a second location within the in-market dealer area;

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the

confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

request, from the first dealer, via a dealer interface, an inventoryless bid to sell the first automobile based on the first manufacturer response;

receive, from the first dealer located at the second location and engaging in inventoryless bidding, the inventoryless bid to provide the first automobile, which is at least one of yet to be manufactured and in the inventory of another entity;

generate driving directions from the first location to the second location; and

provide the inventoryless bid and the driving directions to the consumer interface, the inventoryless bid including at least a price and a delivery option; and

receiving a consumer selection of the inventoryless bid including a first delivery option which specifies a pickup location at the first dealer, wherein the consumer selection indicates a consumer intention to purchase the first automobile.

Appx891

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number** 2023-1362, 2023-1667, 2023-2041

**Short Case Caption** Vroom, Inc. v. Sidekick Technology, LLC

**Filing Party/Entity** Sidekick Technology, LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/05/2023

Signature: /s/ Devon C. Beane

Name: Devon C. Beane

FORM 9. Certificate of Interest

| 1. **Represented Entities.** Fed. Cir. R. 47.4(a)(1). | 2. **Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | 3. **Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Sidekick Technology, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Loly G. Tor (K&L Gates LLP) | | |
| Thomas P. Scrivo (O'Toole Scrivo, LLC) | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐   Yes (file separate notice; see below)   ☑   No   ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# **TABLE OF CONTENTS**

STATEMENT OF RELATED CASES ....................................................1

STATEMENT OF JURISDICTION....................................................2

STATEMENT OF THE CASE....................................................4

    I.   FACTUAL AND PROCEDURAL BACKGROUND.............................4

    II.  OVERVIEW OF THE ASSERTED PATENTS ......................................6

SUMMARY OF ARGUMENT ....................................................7

ARGUMENT ....................................................8

    I.   UNDER *DE NOVO* REVIEW, THE DISTRICT COURT ERRED WHEN IT RESOLVED FACTUAL DISPUTES ON A RULE 12 MOTION AND FOUND ALL 405 CLAIMS INELIGIBLE ...................8

        A. THE DISTRICT COURT ERRED WHEN IT DISREGARDED STATEMENTS MADE IN THE PROSECUTION HISTORIES......11

        B. THE DISTRICT COURT ERRONEOUSLY FOUND ONE CLAIM REPRESENTATIVE OF ALL 405 CLAIMS ...................................12

        C. *ALICE* STEP 1....................................................15

        D. *ALICE* STEP 2....................................................23

CONCLUSION ....................................................30

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Aatrix Software, Inc. v. Green Shades Software, Inc.*,
 882 F.3d 1121 (Fed. Cir. 2018) .........................................9, 14, 23, 24

*Alice Corp. Pty. Ltd., v. CLS Bank Int'l*,
 573 U.S. 208 (2014)..............................................................15, 22, 23

*Allstate Prop. & Cas. Ins. Co. v. Squires*,
 667 F.3d 388 (3d Cir. 2012) ..........................................................8

*BASCOM Global Internet Services, Inc. v. AT&T Mobility LLC*,
 827 F.3d 1341 (Fed. Cir. 2016) .............................................23, 24, 25

*Berkheimer v. HP Inc.*,
 881 F.3d 1360 (Fed. Cir. 2018) ....................................................9

*CardioNet, LLC v. InfoBionic, Inc.*,
 955 F.3d 1358 (Fed. Cir. 2020) ...............................................*passim*

*Cellspin Soft, Inc. v. Fitbit, Inc.*,
 927 F.3d 1306 (Fed. Cir. 2019) ...................................................9, 24

*Cooperative Entertainment, Inc. v. Kollective Tech., Inc.*,
 50 F.4th 127 (Fed. Cir. 2022) .............................................12, 27, 28

*CosmoKey Solutions GmbH & Co. KG v. Duo Security LLC*,
 15 F.4th 1091 (Fed. Cir. 2021) ....................................................29

*Data Engine Techs. LLC v. Google LLC*,
 906 F.3d 999 (Fed. Cir. 2018) ..................................................*passim*

*Interval Licensing LLC v. AOL, Inc.*,
 896 F.3d 1335 (Fed. Cir. 2018) ....................................................8

*Koninklijke KPN N.V. v. Gemalto M2M GmbH*,
 942 F.3d 1143 (Fed. Cir. 2019) ....................................................8

*McRO, Inc. v. Bandai Namco Games Am. Inc.*,
 837 F.3d 1299 (Fed. Cir. 2016) ....................................................15

*Nat. Alternatives Int'l, Inc. v. Creative Compounds, LLC*,
   918 F.3d 1338 (Fed. Cir. 2019) ...............................................................9

*TecSec, Inc. v. Adobe Inc.*,
   978 F.3d 1278 (Fed. Cir. 2020) ....................................................15, 21

*Visual Memory LLC v. NVIDIA Corp.*,
   867 F.3d 1253 (Fed. Cir. 2017) ......................................................9, 24

*Weisner v. Google LLC*,
   51 F.4th 1073 (Fed. Cir. 2022) ....................................................25, 26

**Statutes**

28 U.S.C. §1295(a)(1) ............................................................................2

28 U.S.C. §§ 2201 and 2202 ..................................................................2

35 U.S.C. § 101 ..............................................................................*passim*

**Other Authorities**

Fed. R. App. P. 28(a)(4) .........................................................................2

Fed. R. Civ. P. 12(c) ......................................................................*passim*

Fed. R. Civ. P. 54(b) ..............................................................................5

## <u>STATEMENT OF RELATED CASES</u>

Pursuant to FCR 28(a)(4) and 47.5(a), besides the appeals consolidated herein, there are no other appeals in or from the same civil action in the lower court that was previously before this or any other appellate court. Pursuant to FCR 47.5(b), there is no other case to be pending in this or any other court that will directly affect or be directly affected by this Court's decision in the pending appeal.

## <u>STATEMENT OF JURISDICTION</u>

Pursuant to Fed. R. App. P. 28(a)(4) and FCR 28(a)(5), the district court had subject matter jurisdiction under 28 U.S.C. §§ 2201 and 2202, as Vroom sought declarations of non-infringement and Sidekick asserted counterclaims of infringement. This Court has jurisdiction over this appeal under 28 U.S.C. §1295(a)(1), which provides exclusive appellate jurisdiction of any "appeal from a final decision of a district court . . . in any civil action arising under . . . any Act of Congress relating to patents . . . ."

## <u>STATEMENT OF THE ISSUES</u>

1.    Whether the Court erred when it found claim 1 of the '984 Patent representative of all 405 claims among the Patents-in-Suit.

2.    Whether the Court erred when it found all 405 claims are directed to an abstract idea.

3.    Whether the Court erred when it failed to accept as true Appellant's factual allegations and resolved factual disputes against Appellant on a motion pursuant to Fed. R. Civ. P. 12(c) in favor of the moving party.

## STATEMENT OF THE CASE

### I.    FACTUAL AND PROCEDURAL BACKGROUND

On March 25, 2021, Vroom filed a declaratory judgment complaint that included 12 counts, each seeking a declaration that Vroom did not infringe each of the Patents-in-Suit. Appx37-87. On August 9, 2021, Sidekick answered and asserted 12 counterclaims, each alleging that Vroom infringed one of the same 12 patents addressed in the complaint. Appx266-290.

On December 22, 2021, Vroom moved the district court to dismiss Sidekick's counterclaims of infringement pursuant Fed. R. Civ. P. 12(c) (the "Rule 12(c) Motion"), asserting that all 405 claims across the 12 Patents-in-Suit were ineligible under 35 U.S.C. § 101. Appx336. On June 28, 2022, the district court entered an order granting Vroom's Rule 12(c) Motion and dismissed all 12 of Sidekick's counterclaims with prejudice. Appx1. In the related opinion, the district court found all 405 claims of the 12 Patents-in-Suit ineligible under § 101 based on a single claim of one patent. Appx2-17.

Following the district court's grant of Vroom's Rule 12(c) Motion, Sidekick filed a motion for reconsideration on July 26, 2022, Appx829-845, which was denied by the district court on October 18, 2022. Appx846-850.

After the district court denied Vroom's motion for reconsideration, the case sat dormant. Eventually, on January 4, 2023, the district court unexpectedly and

without warning administratively closed the case. Therefore, on the same day, Sidekick filed a motion for entry of final judgment on Sidekick's counterclaims pursuant to Fed. R. Civ. P. 54(b), Appx856-857, and a notice of appeal seeking review of the district court's Rule 12(c) Order. Appx852-866.

As to the motion for entry of final judgment, the district court denied this motion on March 21, 2023, stating that the district court had "already entered final judgment on the merits" by granting Vroom's Rule 12(c) Motion. Appx851. However, on April 11, 2023, a panel of this Court held the opposite: the district court had failed to enter final judgment because Vroom's request for injunctive relief remained pending as the date of the panel's order. *Vroom, Inc. v. Sidekick Tech., LLC*, No. 23-1362, Dkt. 14 at 3 (Fed. Cir. Apr. 11, 2023). Vroom then filed a Petition for Rehearing and Rehearing En Banc of the panel's April 11 Order, which was ultimately denied. *Vroom*, No. 23-1362, Dkts. 19 & 24.

Because Sidekick did not have the benefit of this Court's April 11 Order, Sidekick sought review from this Court of the district court's denial of Sidekick's motion for entry of final judgment by filing a notice of appeal on March 22, 2023 Appx867-868, which gave rise to Sidekick's second appeal, Appeal No. 23-1667. Sidekick also filed a motion to reopen time to file an appeal on March 29, 2023, in response to the district court's denial of Sidekick's motion for entry of final judgment. Appx868-869.

However, upon issuance of this Court's April 11 Order, Sidekick requested that the district court enter an order denying the motion to reopen time as moot and also moot any relief requested by Vroom that was not previously granted. Appx870-871. The district court entered an order mooting the still pending injunctive relief thereby resolving the case in its entirety. Appx872. This order serves as final judgment in the district court below. Therefore, Sidekick filed a notice of appeal of this final judgment, Appx18-19, which initiated the third appeal, Appeal No. 23-2041. This Court consolidated all three appeals in its October 6, 2023 order and directed Sidekick to file its opening brief no later than 60 days from entry of the order. *Vroom*, Nos. 23-1362, 23-1667, 23-2041, Dkts. 26, 15, 13 respectively.

## II.   OVERVIEW OF THE ASSERTED PATENTS

The following are the patents at issue on appeal: U.S. Patent Nos. 8,744,925 ("the '925 Patent"); 9,141,984 ("the '984 Patent"); 8,650,093 ("the '093 Patent"); 9,123,075 ("the '075 Patent"); 9,147,216 ("the '216 Patent"); 9,460,467 ("the '467 Patent"); 9,665,897 ("the '897 Patent"); 9,626,704 ("the '704 Patent"); 10,140,655 ("the '655 Patent"); 10,223,722 ("the '722 Patent"); 10,223,720 ("the '720 Patent"); and 10,796,362 ("the '362 Patent") (collectively, the "Patents-in-Suit").

The Patents-in-Suit are related, share a specification, and comprise three lineages stemming from the earliest filings, the '925 and '984 Patents, filed on July 5, 2011. The '925 Patent lineage includes three continuations, the '216, '704, and

6

'722 Patents. The '984 Patent lineage includes two continuations, the '897 and '720 Patents. The third lineage stems from the '093 Patent, which is a continuation-in-part of both the '925 and '984 Patents. The '093 Patent lineage includes four continuations, the '075, '467, '655, and '362 Patents.

Sidekick's patents are directed to novel methods and systems that reflect an improved automobile sales platform that facilitates automobile transactions using specific data integration, message flow, and geolocation-based processing, among various types of users via specific user interfaces. Most importantly, the Patents-in-Suit permit interactions between consumers, dealers, and manufacturers that were not typical of conventional automobile transaction networks.

## SUMMARY OF ARGUMENT

At bottom, the district court erred by not accepting as true Sidekick's factual allegations—which were comprised of citations to specific limitations recited in the claims, portions of the common specification, and statements made in the prosecution history—and resolved factual disputes in favor of Vroom, the movant and not Sidekick, the non-movant. The failure to apply the correct Rule 12(c) standard is most apparent at *Alice* step two, where the district court disregarded Sidekick's factual allegations and instead found that claim 1 of the '984 Patent contained no inventive concept. On *de novo* review of the limited record before the district court, it is clear that Sidekick provided enough factual allegations to

7

*plausibly* show that the claims possess an inventive concept. Sidekick respectfully asks that this Court reverse the decision of the district court based on the district court applying the wrong standard when resolving a motion pursuant to Rule 12(c). This will allow Sidekick to develop a more fulsome record that clearly supports the eligibility of the asserted claims.

## **ARGUMENT**

I.      **UNDER *DE NOVO* REVIEW, THE DISTRICT COURT ERRED WHEN IT RESOLVED FACTUAL DISPUTES ON A RULE 12 MOTION AND FOUND ALL 405 CLAIMS INELIGIBLE**

This Court applies regional circuit law when reviewing a district court's judgment on the pleadings. *Koninklijke KPN N.V. v. Gemalto M2M GmbH*, 942 F.3d 1143, 1149 (Fed. Cir. 2019). Under Third Circuit law, a district court's grant of a motion for judgment on the pleadings is reviewed *de novo*, accepting as true all facts pleaded by the non-movant and drawing all reasonable inferences in favor of the non-movant. *Allstate Prop. & Cas. Ins. Co. v. Squires*, 667 F.3d 388, 390 (3d Cir. 2012). Patent eligibility under § 101 is a question of law that may contain underlying questions of fact. *Interval Licensing LLC v. AOL, Inc.*, 896 F.3d 1335, 1342 (Fed. Cir. 2018) (citing *Berkheimer v. HP Inc.*, 881 F.3d 1360, 1365 (Fed. Cir. 2018)). A district court's ultimate conclusion on patent eligibility is reviewed *de novo*. *Id*.

This Court has stated on numerous occasions that, "[w]hile the ultimate determination of eligibility under § 101 is a question of law, like many legal

8

questions, there can be subsidiary fact questions which must be resolved en route to the ultimate legal determination." *Aatrix Software, Inc. v. Green Shades Software, Inc.*, 882 F.3d 1121, 1128 (Fed. Cir. 2018). Because subsidiary fact questions exists, this Court has held time and time again that "[p]atent eligibility can be determined on the pleadings under Rule 12(c) when there are no factual allegations that, when taken as true, prevent resolving the eligibility question as a matter of law." *Data Engine Techs. LLC v. Google LLC*, 906 F.3d 999, 1007 (Fed. Cir. 2018); *see also Visual Memory LLC v. NVIDIA Corp.*, 867 F.3d 1253, 1261-62 (Fed. Cir. 2017); *CardioNet, LLC v. InfoBionic, Inc.*, 955 F.3d 1358, 1369 (Fed. Cir. 2020); *Nat. Alternatives Int'l, Inc. v. Creative Compounds, LLC*, 918 F.3d 1338, 1349 (Fed. Cir. 2019); *Aatrix*, 882 F.3d at 1125-27 (Fed. Cir. 2018); *Cellspin Soft, Inc. v. Fitbit, Inc.*, 927 F.3d 1306, 1316–18 (Fed. Cir. 2019); *Berkheimer*, 881 F.3d at 1368-70. Put plainly, a district cannot grant a motion under Rule 12(c) if a party provides factual allegations that create a factual dispute as to any of the subsidiary fact questions en route to determining eligibility.

Here, the district court committed legal error when it found all 405 claims invalid given the fact disputes that existed at each step of the § 101 analysis. As an initial matter, Sidekick consistently pointed to the plain language of the claims, portions of the specification, and statements in the prosecution histories of the

Patents-in-Suit, all of which are factual allegations that a court may considered when resolving a Rule 12(c) motion. *Data Engines*, 906 F.3d at 1008 n.2.

In response, Vroom largely ignored Sidekick's factual allegations and failed to explain how these allegations did not created a dispute of fact which would preclude a judgement on the pleadings. When Vroom did decide to address Sidekick's allegations, Vroom only offered irrelevant arguments and non-precedential authority. For example, Vroom responded to Sidekick's citations to the prosecution history by arguing these statements were "not in response to rejections under § 101." Appx545. In fact, Vroom even recognized that, in the cited portions of the prosecution history, "Sidekick opined on the advantages of the invention." Appx545.[1] Thus, Vroom failed to cite to any portion of the specification or prosecution histories that contradicted Sidekick's allegations. Sidekick provided factual allegations relevant to each step of the eligibility analysis that plausibly demonstrate the eligibility of the claims. Given this, it is clear that the district court erred when, it not only resolved these factual disputes on a Rule 12(c) motion, but resolved the disputes in favor of Vroom. Therefore, Sidekick respectfully requests

---

[1] Although Vroom characterizes these statements as "self-serving," Vroom's inaccurate characterization does not change the fact that these statements are factual allegations that the district court must accept as true on a Rule 12(c) motion.

10

that this Court reverse the district court's finding that all of the claims are ineligible and remand for further development of the record before addressing eligibility.

## A.   THE DISTRICT COURT ERRED WHEN IT DISREGARDED STATEMENTS MADE IN THE PROSECUTION HISTORIES

Based on the district court's Rule 12(c) Order, it appears that the district court improperly failed to consider statements made in the prosecution histories when determining eligibility. *Compare* Appx412-413 (listing citations to the prosecution histories in support of Sidekick's opposition), *with* Appx8-16 (providing no analysis addressing any of the cited portions of the prosecution histories when determining eligibility).

As an initial matter, this Court has explicitly stated that the prosecution history can be considered when deciding eligibility on a Rule 12(c) motion:

> On a motion for judgment on the pleadings, however, the court may consider "matters of public record." Prosecution histories constitute public records. We consider this evidence relevant in our *de novo* review because it is part of the [Patents-In-Suit] prosecution histories and was relied on in [Patent Owner's] opposition to [Accused Infringer's] Rule 12(c) motion.

*Data Engine*, 906 F.3d at 1008 n.2. Moreover, this Court has confirmed the relevance of prosecution histories at step one. *CardioNet*, 955 F.3d at 1372-1373 ("In determining what the claims are directed to and whether they are directed to an abstract idea, a court may well consult the plain claim language, written description, and prosecution history . . . ."). And prosecution histories have been considered

11

relevant to determining whether claims contain an inventive concept. *Cooperative Entertainment, Inc. v. Kollective Tech., Inc.*, 50 F.4th 127, 135 (Fed. Cir. 2022).

If these statements are taken as true, which a court must do on a Rule 12(c) motion, it becomes clear that the district court erred at each step of the eligibility analysis as these statements are relevant to the eligibility determination. Specifically, these statements are relevant to determining which claims are representative, whether the claims are directed to eligible subject matter at step one, and whether the claims contain an inventive concept at step two. Thus, on *de novo* review of the district court's decision, the statements in the prosecution history should be considered, and when considered, it is clear that it was error to find the all 405 claims ineligible given factual allegations existed that "when taken as true, prevent resolving the eligibility question as a matter of law." *Data Engine*, 906 F.3d at 1007.

To better address the effects of the district court's disregard of the prosecution histories, and Sidekick's other factual allegations, Sidekick will proceed through the eligibility analysis step-by-step beginning with determining which claims are representative.

## B. THE DISTRICT COURT ERRONEOUSLY FOUND ONE CLAIM REPRESENTATIVE OF ALL 405 CLAIMS

From the start of its analysis, the district court demonstrated its willingness to resolve factual disputes between the parties on a Rule 12(c) motion. In the section of the district court's Rule 12 Order determining which claims were representative,

12

the district court disregarded not only Sidekick's arguments as to which claims were representative, but also disregarded Vroom's arguments. *See* Appx4-8. In its Motion, Vroom argued that claim 1 of the '362 Patent was representative of all 405 claims among the Patents-In-Suit. *See* Appx332-341. To support its arguments, Vroom provided factual allegations as to how claim 1 of the '362 Patent is allegedly representative, which are summarized in a table included in Vroom's Motion. Appx336-340.

In its Opposition, Sidekick argued that there are three representative claims, one for each lineage of continuations: claim 1 of the '925 Patent, claim 1 of the '984 Patent, and claim 1 of the '075 Patent. Appx404-409 (adding emphasis to specific claim limitations to identify material distinctions between the lineages). For example, unlike claim 1 of the '984 Patent, claim 1 of the '925 Patent recites that the "first request" is made using a mobile device that recognizes the vehicle identification number using "optical character recognition." Appx933. This distinction was highlighted in Sidekick's Opposition before the district court. Appx405; *see also* Appx417. Additionally, claim 1 of the '075 Patent is distinct from claim 1 of the '984 Patent as it recites an entirely different interface—"the used automobile consumer seller interface"—than the interface recited in claim 1 of the '984 Patent. Appx957. This distinction between the claims of the '075 Patent and '984 Patent was also highlighted in Sidekick's Opposition. Appx408.

13

When faced with these distinctions, the district court marginalized the differences between the claims, stating the differences "simply relate to the parties involved in a given process or transaction or narrow the focus to a specific kind of automobile transaction (i.e., new vs. used)." Appx7 at n. 3. This reasoning is based on an improper generalization of the claims that strips away key limitations recited in the claims—such as the optical character recognition, the manufacturer interface, and the used automobile consumer seller interface—that distinguish the three lineages from one another.

Thus, Sidekick asserts that it was error to not accept as true Sidekick's identified representative claims, especially in such a cursory manner, and proceed through the analysis accordingly.[2] This is error because this Court has stated that, when addressing analogous subsidiary factual disputes on a Rule 12 motion, a district court is to adopt the non-moving party's position. *See Aatrix*, 882 F.3d at 1125 (stating that "[i]f there are claim construction disputes at the Rule 12(b)(6) stage, we have held that either the court must proceed by adopting the non-moving party's constructions, or the court must resolve the disputes to whatever extent is needed to conduct the § 101 analysis"). As representativeness is critical to

---

[2]  Although Sidekick did identify claim 1 of the '984 Patent as a representative claim, Sidekick did not identify it as representative of all 405 claims; therefore, Sidekick disagrees with the district court's finding that claim 1 of the '984 as representative of all 405 claims.

14

invalidating more than one claim based on the invalidity of a single claim, the district court committed error by not accepting Sidekick's position. Although it was error to find claim 1 of the '984 representative of all claims, Sidekick will focus its arguments below on the district court's analysis of claim 1 of the '984 Patent as Sidekick asserts that the district court erred in its analysis of this claim as well. However, Sidekick will identify where material distinctions exist between claim 1 of the '984 Patent and the other representative claims identified by Sidekick.

## C.    *ALICE* STEP 1

When addressing subject-matter eligibility, this Court applies a two-step framework. *Alice Corp. Pty. Ltd., v. CLS Bank Int'l,* 573 U.S. 208, 217 (2014). The first step is to "determine whether the claim at issue is 'directed to' a judicial exception, such as an abstract idea." *McRO, Inc. v. Bandai Namco Games Am. Inc.*, 837 F.3d 1299, 1312 (Fed. Cir. 2016). The step one inquiry looks to "whether the claims in these patents focus on a specific means or method that improves the relevant technology or are instead directed to a result or effect that itself is the abstract idea and merely invoke generic processes and machinery." *McRO*, 837 F.3d at 1314. Stated more succinctly, the step one "directed to" inquiry asks "what the patent asserts to be the focus of the claimed advance over the prior art." *TecSec, Inc. v. Adobe Inc.*, 978 F.3d 1278, 1292 (Fed. Cir. 2020) (internal citations omitted).

15

The district court found that claim 1 of the '984 Patent is "directed towards the abstract idea of collecting and using automobile market and user data to facilitate automobile transactions." Appx9. This is not an accurate characterization of the claims. Although claim 1 does recite this concept, it is incorrect to state that these claims are solely directed towards collecting and using automobile market data.

Instead, the focus of claim 1 of the '984 Patent is allowing the manufacturer to interact directly with the consumer via the recited systems and methods in the claims, specifically the manufacturer interface. This is the "claimed advance over the prior art" and it is specifically found in the claims, specification, and the prosecution history. Thus, the district court erred at step one, when it failed to consider the claims as a whole in light of the specification and the prosecution history, all of which are relevant in the "determined to" analysis. *CardioNet*, 955 F.3d at 1372-73.

Beginning with claim 1, it specifically claims the claimed advance by reciting a "manufacturer interface," which allows the manufacturer to interact with the consumer, and a "manufacturer response," which is communicated from the manufacturer to the consumer via the consumer interface. Claim 1 of the '984 Patent is as follows:

A method comprising:

storing, on a computer readable medium, automobile market data which is representative of recent automobile market characteristics, including at

least pricing data and inventory data, wherein the automobile market data includes information received from at least one manufacturer, a plurality of dealers, and a plurality of consumers, wherein at least a portion of the automobile market data is updated in real-time;

receiving, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

executing instructions, by at least one processing device, to:

determine current inventory data of the first automobile, wherein the current inventory data of the first automobile includes a plurality of dealer inventories of a plurality of dealers, with each respective dealer of the plurality of dealers having a respective dealer inventory, and wherein the current inventory data indicates that a first dealer of the plurality of dealers does not currently have the first automobile in a first inventory of the first dealer;

*provide first automobile market data* including the current inventory data of the first automobile *to the first manufacturer*, based on the first request, *via a manufacturer interface*, wherein the first automobile market data is based on real-time automobile market data;

*generate*, based on the first automobile market data including the current inventory data of the first automobile, *via the manufacturer interface*, *at least one of a verification indicating that the first automobile can be provided for the consumer*, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

determine, using the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that the first dealer is located at a second location within the in-market dealer area;

provide *a first manufacturer response via the consumer interface,* the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

    request, from the first dealer, via a dealer interface, an inventoryless bid
        to sell the first automobile based on the first manufacturer response;
    receive, from the first dealer located at the second location and engaging
        in inventoryless bidding, the inventoryless bid to provide the first
        automobile, which is at least one of yet to be manufactured and in the
        inventory of another entity;
    generate driving directions from the first location to the second location;
        and
    provide the inventoryless bid and the driving directions to the consumer
        interface, the inventoryless bid including at least a price and a delivery
        option; and
receiving a consumer selection of the inventoryless bid including a first
    delivery option which specifies a pickup location at the first dealer,
    wherein the consumer selection indicates a consumer intention to
    purchase the first automobile.

Appx891 at claim 1 (emphasis added). Thus, the claimed advance is clearly recited

in the claims.

      Turning to the specification, it makes clear that allowing the manufacturer to

participate in the automobile transaction solves a problem with previous systems

designed to facilitate an automobile transaction found in the prior art. Starting with

the Background, the '984 Patent provides that when purchasing an automobile, "the

negotiation process is a zero sum process, and because the consumer and the dealer

are each trying to get a better deal, there is typically some lack of trust during the

negotiation." Appx882 at 1:25-27. Furthermore, the background recognizes that

"automobile manufacturer also have an interest in the market prices for automobiles,

because the market activity captured as automobile market information may allow

the manufacturer to, for example, more profitably determine which automobiles to

manufacture, what prices the manufacture should offer to dealers, and whether manufacturer incentives should be offered on existing dealer automobile inventory." Appx882 at 1:44-51. Thus, the prior art was a zero sum struggle between the consumer and the dealer with the manufacturer sitting on the sidelines without any means of participating.

To resolve this problem in the prior art, the specification discloses a specific means of improving the relevant technology: a "new and innovative system, methods and apparatus for providing automobile market information and performing automobile transactions" that allows a consumer to "provide a request for a manufacturer response indicating whether a specific automobile can be provided." Appx882 at 1:55-64. The new and innovative systems allows for the manufacturer to receive market data and then provide a response to the consumer directly. *See* Appx882 at 1:64-2:1. By allowing a consumer, dealer, and *manufacturer* to participate in the negotiation process via a manufacturer interface, the '984 Patent provides a specific improvement to previous networks that facilitated automobile transactions. According to the specification, this improvement provides tangible benefits to the consumer as a consumer "may benefit from more competition pricing, piece of mind knowing that a fair market price is being offered for prospective purchases, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables."

19

Appx889 at 15:11-16. Finally, the specification provides that the recited system and methods lead to benefits over the prior art: "The integration of the various types of automobile market data 506 received from the consumer interface 304, dealer interface 306, and manufacturer interface 308 may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike." Appx889 at 16:29-33. Thus, the specification clearly shows that the claimed advanced over the prior art is allowing the manufacturer to participate in the network that facilitates an automobile transaction.

Next, the portions of the prosecution history cited in Sidekick's Opposition only reinforce that allowing the manufacturer to participate in the network is the claimed advance. *See* Appx424 (citing Appx509). In an appeal brief filed during the prosecution of the '984 Patent, Sidekick explained that:

> [T]he present application discloses a system that includes a consumer interface 304, a dealer interface 306, and a ***manufacturer interface 308***, which allows consumers, dealers, and manufacturers, to affirmatively interact with each other, ***rather than passively provide information*** to the system. For example, this system allows a ***manufacturer***, using the ***manufacturer interface*** 308, to provide a response that guarantees that a consumer can actually obtain a specific automobile, in contrast to the cited prior art, in which a manufacturer does not ensure that a consumer can actually obtain the specific automobile.

Appx509.[3] Thus, the prosecution history provides further support that the claims are directed to allowing a manufacturer to participate in the network that facilities an automobile transaction, which is the claimed advance over the prior art. Overall, the claims, specification, and prosecution history of the '984 Patent clearly show that the claims are directed to a system that allows the manufacturer to participate in the network.[4]

Turning to the district court's Rule 12(c) Order, the district court acknowledged the problem identified in the Background of the '984 Patent, Appx11-12. However, the district court disregarded the claimed advance over the prior art because, according to the district court, the claims were not directed to a "technological improvement or advance in computer or network functionality." Appx10. Thus, the district court concluded that claim 1 was not eligible at step one

---

[3] This Court has been adamant not to blur the lines between § 101 and the other patentability requirements, such as §§ 102 or 103. *E.g.*, *CardioNet*, 955 F.3d at 1372; *see also Data Engine*, 906 F.3d at 1011. Thus, Sidekick wants to be explicit that it is not arguing that claim 1 of the '984 Patent is eligible because it overcame a § 102 rejection during prosecution, but rather, the statement made by the applicant—in which it clarified what the claimed advance over the prior art was—is relevant to the § 101 analysis because the "directed to" inquiry asks "what the patent asserts to be the 'focus of the claimed advance over the prior art.'" *TecSec*, 978 F.3d at 1292.

[4] To the extent Vroom argues that the manufacturer has always participated in the negotiation process or some variation of the claimed advance not being new or obvious, this Court has stated that this does not matter for "[t]hat question is reserved for §§ 102 and 103." *Data Engine*, 906 F.3d at 1011.

because it was directed to resolving an a problem not "in either data collection or storage, user interface construction, computer processing ability, or network functionality which has, until now, prevented efficient automobile transactions." Appx11.

Sidekick disagrees with the district court's conclusion: incorporating the manufacturer into the negotiation process via a manufacture interface is an improvement in the network designed to facilitate an automobile transaction. Sidekick concedes that claim 1 is not directed to an improvement specifically in the underlying technology of a computer (e.g., a faster processor or computer). However, the '984 Patent facilitates interactions in an automobile transaction network that were not accounted for in the prior art. Therefore, the manufacturer interface is a specific advance over the prior art that improves the functioning of a network designed to facilitate an automobile transaction.

In sum, when properly considered, the plain language of the claims, the specification, and the prosecution history of the '984 Patent all demonstrate that the claims across all 12 Patents-In-Suit are directed towards a specific purported advancement over the prior art. Therefore, on the record before the district court, it erred when, on a rule 12(c) motion, it found claim 1 of the '984 Patent is directed to an abstract idea.

22

## D.    *ALICE* STEP 2

The district court clearly erred at step two when it found the asserted claims only included features that were "well-understood, routine, and conventional" based on the record before it.

At step two, this Court "consider[s] the elements of each claim both individually and 'as an ordered combination' to determine whether the additional elements 'transform the nature of the claim' into a patent eligible application." *Alice*, 573 U.S. at 217. Step two is "a search for an 'inventive concept'—i.e., an element or combination of elements that is 'sufficient to ensure that the patent in practice amounts to significantly more than a patent upon the [ineligible concept] itself.'" *Id.* at 217-18 (quoting *Mayo Collaborative Servs. v. Prometheus Lab'ys., Inc.*, 566 U.S. 66, 72 (2012)). Importantly, step two is not satisfied by simply determining whether the components themselves are conventional or generic, for "an inventive concept can be found in the non-conventional and non-generic arrangement of known, conventional pieces." *BASCOM Global Internet Services, Inc. v. AT&T Mobility LLC*, 827 F.3d 1341, 1350 (Fed. Cir. 2016).

On a Rule 12 motion, this Court has held that "[w]hether the claim elements or the claimed combination are well-understood, routine, conventional is a question of fact." *Aatrix*, 882 F.3d at 1128. Here, as in *Aatrix*, step two "cannot be answered adversely to [Sidekick] based on the sources properly considered on a motion to

dismiss, such as the complaint, the patent, and materials subject to judicial notice." *Id.* As prosecution histories are subject to judicial notice and therefore are "sources properly considered," the statements from specification and the prosecution history cited by Sidekick must be considered and, on a Rule 12 motion, taken as true. *Data Engine*, 906 F.3d 1007, 1008 n.2. Given this, Sidekick plausibly alleged—and cited to items in the factual record demonstrating—that claim 1 of the '984 Patent possessed an inventive concept. Even if the district court disagreed with Sidekick's position, it is clear that, at a minimum, a disputed fact existed that precluded the district court from granting a motion for judgment on the pleadings. *Data Engine*, 906 F.3d at 1007; *also Aatrix*, 882 F.3d at 1125-27; *Visual Memory LLC*, 867 F.3d at 1261-62; *Cellspin*, 927 F.3d at 1316-18.

Upon reviewing the record before the district court, Vroom failed to cite any portions of the specification or the prosecution histories that contradicted the evidence cited by Sidekick in its Opposition. Besides a single citation to the specification, Appx16, the district court's step two analysis fails to cite any factual allegations that contradict the factual allegations provided by Sidekick. Thus, the district court erred when it failed to accept as true the factual allegations provided by Sidekick and determined that the claims did not contain an inventive concept.

Overall, the district court's step two analysis on a Rule 12 motion disregards this Court's jurisprudence regarding analyzing step two on a Rule 12 motion.

24

Starting with *BASCOM*, this Court found that the patent owner sufficiently alleged that the challenged claims included the inventive concept of installing "a filtering tool at a specific location, remote from the end-users, with customizable filtering features specific to each end user." *BASCOM*, 827 F.3d at 1350. Also, the patent owner did not assert that it invented "local computers, ISP servers, networks, network accounts, or filtering. Nor [did] the specification describe those elements as inventive." *Id.* at 1349. Rather, this Court found, on the limited record before it, "this specific method of filtering Internet content cannot be said, as a matter of law, to have been conventional or generic." *Id*. at 1350.

Here, Sidekick does not assert that it invented a new computer or a new computer network. Nor does the specification asserts this. Rather, the inventive concept is a specific improvement to the network that facilitates automobile transactions. More specifically, the inventive concept is the arrangement of interfaces that allows for the manufacturer to interact with consumers and dealers as part of the network that facilitates automobile transactions. On the limited record before the district court, there is no evidence to demonstrate that, as a matter of law, this is conventional or generic.

Turning next to *Weisner v. Google LLC*, this Court held that the one of the disputed claims "plausibly captures an inventive concept in the form of a specific technique for using physical location history data to improve computerized search

results." 51 F.4th 1073, 1086 (Fed. Cir. 2022). This holding was based on the claim's "specificity as to the mechanism through which they achieve improved search results" based on the "location relationship" with a "reference individual." *Id.* at 1085. "Stated another way, disclosing a new search engine algorithm is not necessary as these claims do not per se concern searching for new information, but rather concern a new technique for prioritizing the results of the conventional search." *Id.* at 1085-86.

Furthermore, the specification of the patent in *Weisner* stated that the problem was that the prior art "process of searching the world wide web does not adequately take cognizance of the unique characteristics and tastes of the searching person," and that the patents-in-suit solved this problem by disclosing an "improved method of searching the world wide web . . . that makes use of digital histories." *Id.* at 1087. After reviewing the factual allegations (i.e., the specification), this Court concluded that, the disputed claim plausibly contained an inventive concept at step two when those statements in the specification were accepted as true. *Id.* at 1088.

Like the disputed claim in *Weisner*, claim 1 of the '984 Patent is specific to a mechanism that improves the network that facilitates an automobile transaction— inclusion of the manufacturer via the manufacturer interface. Thus, claim 1 is not trying to claim the automobile transaction itself, but rather claiming a specific improvement to the network. Furthermore, as stated above in the step one analysis,

the problem with the typical automobile transaction was that it was a zero sum negotiation between the consumer and the dealer. The invention recited in the claims solves this problem by allowing the manufacturer to participate in the network that facilitates an automobile transaction via the manufacturer interface. Thus, based on the record before the district court, Sidekick plausibly alleged that inclusion of the manufacturer via the manufacturer interface is an inventive concept.

Finally, in *Cooperative Entertainment*, this Court held that the challenged claim contained an inventive concept by reciting "a specific type of content-sharing network and delineates both the network's structure and function" 50 F.4th at 131 (2022). This holding was based on statements in the specification that explained how the disputed claim's "dynamic P2P network structure [was] different from and improved upon the prior art . . . ." *Id.* at 132. According to the specification of the patent-in-suit in *Cooperative Entertainment*, "[t]his allegedly new claimed P2P network provides more efficient and reduced cost of delivery for the content, and enables new content-delivery system functionality by providing live streaming for video and/or audio content as well as data, files, analytics, and combinations thereof." *Id.* (internal quotation marks and citations omitted). Thus, this Court stated:

> Drawing all inferences in favor of Cooperative, as we must on a motion to dismiss, we conclude that claim 1 recites a specific technical solution that is an inventive concept: it recites a particular arrangement of peer nodes for distributing content . . . which did not exist in the prior art. This is not an 'abstract idea implemented on a generic computer,' and it is alleged to improve the performance of the content delivery network

27

> with reductions in costs and improvements in several aspects of system
> performance.

*Id.* at 133 (collecting cases). Furthermore, this Court admonished the district court,
stating: "At a minimum, the district court should have denied the motion to dismiss
because Cooperative's allegations in the complaint regarding the claims and the
[patent-in-suit's] written description create a plausible factual issue regarding the
inventiveness of the dynamic P2P configuration of claim 1." *Id.* Finally,
"[d]etermining whether the claimed network is well-understood, routine, or
conventional is a question of fact that cannot be resolved at the Rule 12(b)(6) stage,
and the district court erred in resolving this factual issue against Cooperative." *Id.*

Here, the district court erred when it determined that claim 1 of the '984 Patent
did not contain an inventive concept. Sidekick specifically identified the
manufacturer interface as an inventive concept in its Opposition. Appx424-425.
Thus, by finding the claim ineligible, the district court effectively resolved a factual
dispute and determined that the manufacturer interface was well-understood,
routine, and convention. On the record before the district court, it should have, at a
minimum, denied Vroom's Rule 12(c) Motion because Sidekick's allegations
regarding the claims and the written description created a plausible factual issue
regarding the inventiveness of incorporating the manufacturer interface into the
automobile transaction. *Cooperative Entertainment*, 50 F.4th at 133.

Another source of error in the district court's step two analysis is its reliance on case law to determine what was well-known, routine, or convention. Consistently, the district court focused on a single claim limitation and cited case law to find that the limitation was well-understood, routine, or conventional. This Court has stated that reliance on past case law is not dispositive when determining whether something is well-understood, routine, or conventional:

> While prior cases can be helpful in analyzing eligibility, whether particular claim limitations are abstract or, as an ordered combination, involve an inventive concept that transforms the claim into patent eligible subject matter, must be decided on a case-by-case basis in light of the particular claim limitations, patent specification, and invention at issue.

*CosmoKey Solutions GmbH & Co. KG v. Duo Security LLC*, 15 F.4th 1091, 1099 (Fed. Cir. 2021). Again, the district court only cited to one portion of the specification that addressed the processing device. Appx16 (citing Appx891(19:20-20:3)). However, Sidekick does not assert that it invented a new processor; therefore, this portion of the specification has little relevance when determining eligibility at step two.

In sum, based on the record before the district court, it is clear that, at a minimum, a fact dispute existed as to whether claim 1 contained an inventive concept. Vroom failed to identify any statements in the specification, prosecution histories, or the claims themselves that contradicts the evidence cited by Sidekick as to how the asserted claims recite limitations that were not well-understood, routine,

or conventional. Furthermore, the district court failed to address Sidekick's evidence, and instead, relied on case law. For these reasons, the district court erred when, on the limited record before the district, it determined that claim 1, and thus all 405 claims across the 12 Patents-In-Suit, failed to recite an inventive concept.

## **CONCLUSION**

As the district court's applied the wrong standard for a Rule 12(c) motion at each step of the eligibility analysis, Sidekick respectfully requests that this Court reverse and remand to the district court in order for discovery to proceed. This will allow the Court to determine the eligibility of the asserted claims with the benefit of fact and expert discovery.

Dated: December 5, 2023        Respectfully submitted,

By:    /s/ Devon C. Beane
       Devon C. Beane
       devon.beane@klgates.com
       K&L GATES LLP
       70 W. Madison Street, Suite 3300
       Chicago, IL 60602
       Telephone: (312) 807-4436
       Facsimile: (312) 827-8000

       *Attorney for Defendant-Appellant*

# ADDENDUM

## INDEX TO ADDENDUM

| Description | Appendix Page No. |
|---|---|
| Order Granting Plaintiffs' Judgment on the Pleadings | Appx1 |
| Opinion Granting Plaintiffs' Judgment on the Pleadings | Appx2 |
| U.S. Patent No. 9,141,984 | Appx873 |
| U.S. Patent No. 8,650,093 | Appx894 |
| U.S. Patent No. 8,744,925 | Appx916 |
| U.S. Patent No. 9,123,075 | Appx937 |
| U.S. Patent No. 9,147,216 | Appx960 |
| U.S. Patent No. 9,460,467 | Appx980 |
| U.S. Patent No. 9,626,704 | Appx1003 |
| U.S. Patent No. 9,665,897 | Appx1023 |
| U.S. Patent No. 10,140,655 | Appx1044 |
| U.S. Patent No. 10,223,720 | Appx1067 |
| U.S. Patent No. 10,223,722 | Appx1087 |
| U.S. Patent No. 10,796,362 | Appx1107 |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VROOM INC.; VROOM AUTOMOTIVE, LLC d/b/a VROOM, d/b/a TEXAS DIRECT AUTO; CARSTORY, LLC; and VAST.COM, INC. d/b/a CARSTORY,** | Case No.: 2:21-cv-06737-WJM-JSA |
| **Plaintiffs,** | **ORDER** |
| **v.** | |
| **SIDEKICK TECHNOLOGY, LLC,** | |
| **Defendant.** | |

**WILLIAM J. MARTINI, U.S.D.J.:**

      **THIS MATTER** comes before the Court on plaintiffs Vroom, Inc., Vroom Automotive, LLC d/b/a Texas Direct Auto, CarStory, LLC, and Vast.com, Inc. d/b/a CarStory's (collectively, "Vroom" or "Plaintiffs") motion (the "Motion") for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. ECF No. 33. For the reasons set forth in the accompanying Opinion, **IT IS** on this 27th day of June 2022, **ORDERED** as follows:

1. Plaintiffs' Motion is **GRANTED**.
2. Defendant Sidekick Technology, LLC's Counterclaims are **DISMISSED WITH PREJUDICE**.

 

 

                                         */s/ William J. Martini*
                             **WILLIAM J. MARTINI, U.S.D.J.**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VROOM INC.; VROOM AUTOMOTIVE, LLC d/b/a VROOM, d/b/a TEXAS DIRECT AUTO; CARSTORY, LLC; and VAST.COM, INC. d/b/a CARSTORY,** | Case No.: 2:21-cv-06737-WJM-JSA |
| **Plaintiffs,** | **OPINION** |
| **v.** | |
| **SIDEKICK TECHNOLOGY, LLC,** | |
| **Defendant.** | |

## WILLIAM J. MARTINI, U.S.D.J.:

Plaintiffs Vroom, Inc., Vroom Automotive, LLC d/b/a Texas Direct Auto, CarStory, LLC, and Vast.com, Inc. d/b/a CarStory (collectively, "Vroom" or "Plaintiffs") brought this declaratory judgment action against defendant Sidekick Technology, LLC ("Sidekick" or "Defendant") seeking a declaration that they do not infringe certain of Sidekick's patents. Before the Court is Plaintiffs' motion (the "Motion") for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure on the basis that each of Sidekick's relevant patents is directed to ineligible subject matter under 35 U.S.C. § 101. ECF No. 33. For the reasons set forth below, Plaintiffs' Motion is **GRANTED**.

## I. BACKGROUND

### A. The Patents-in-Suit

Sidekick is the owner of U.S. Patent Nos. 9,141,984 (the "'984 Patent"), 8,744,925 (the "'925 Patent"), 8,650,093 (the "'093 Patent"), 9,123,075 (the "'075 Patent"), 9,147,216 (the "'216 Patent"), 9,460,467 (the "'467 Patent"), 9,665,897 (the "'897 Patent"), 9,626,704 (the "'704 Patent"), 10,140,655 (the "'655 Patent"), 10,223,722 (the "'722 Patent"), 10,223,720 (the "'720 Patent"), and 10,796,362 (the "'362 Patent", and, collectively, the "Patents-in-Suit").[1] Broadly speaking, each of the 12 Patents-in-Suit describe systems, methods, and apparatuses for providing automobile market information

---

[1] Each of the 12 Patents-In-Suit was attached as an exhibit to Plaintiffs' Complaint, ECF No. 1. *See* '984 Patent, Compl., Ex. 5; '925 Patent, Compl., Ex. 6; '093 Patent, Compl. Ex. 7; '075 Patent, Compl., Ex. 8; '216 Patent, Compl., Ex. 9; '467 Patent, Compl., Ex. 10; '897 Patent, Compl., Ex. 11; '704 Patent, Compl., Ex. 12; '655 Patent, Compl., Ex. 13; '722 Patent, Compl., Ex. 14; '720 Patent, Compl., Ex. 15; '362 Patent, Compl., Ex. 16. All citations to any of the 12 Patents-in-Suit in this Opinion will be cited simply to the Patents themselves.

and performing or facilitating automobile transactions. *See, e.g.*, '984 Patent 1:55-57; '925 Patent 1:54-56; '093 Patent 1:66-2:1. The Patents-in-Suit are related, share a specification, and can be categorized across three distinct "lineages" that can be identified by the earliest filed patent in each such lineage: (1) the '984 Patent lineage, titled "Automobile Transaction Facilitation Using a Manufacturer Response," includes two continuations – the '897 Patent and the '720 Patent; (2) the '925 Patent lineage, titled "Automobile Transaction Facilitation Based on Customer Selection of a Specific Automobile," includes three continuations – the '216 Patent, the '704 Patent, and the '722 Patent; and (3) the '093 Patent lineage, which is itself a continuation-in-part of both the '925 and '984 Patents, is titled "Used Automobile Transaction Facilitation for a Specific Used Automobile" and includes four continuations – the '075 Patent, the '467 Patent, the '655 Patent, and the '362 Patent.

The Patents-in-Suit broadly describe flaws and inefficiencies in typical automobile transactions caused, chiefly, by a lack of available information and market data by each of the participants involved. Specifically, the Patents-in-Suit state that automobile transactions are routinely plagued by uncertainty, imperfect information, and mistrust that interferes with the ability to efficiently complete such transactions. *See* '984 Patent 1:23-34. For consumers, this may result from a lack of knowledge about specific automobiles, the relevant market, and what may be considered a fair price for a given automobile. *See id.* at 1:35-38. Dealers or sellers, in turn, may lack information about a consumer's capacity or willingness to pay a price for a given automobile in a way that would maximize their profits. *See id.* at 1:38-44. Similarly, manufacturers may lack sufficient market data which would be useful in optimizing production, delivery, and pricing of their automobile inventory. *See id.* at 1:44-51.

The Patents-in-Suit purport to solve these inefficiencies by creating a platform through which consumers, dealers, and manufacturers can input, access, or filter through a range of available automobile market data and use that data to complete automobile transactions. *See id.* at 1:57-62. For example, the Patents-in-Suit explain that automobile manufacturers and dealers may input data related to current offers, automobile specifications and availability, and suggested retail prices in order to generate reports or offers to consumers. *See id.* at 7:34-40, 15:64-16:12. That market data is then stored and used to generate search results or recommendations for consumers who request information about certain kinds of automobiles based on a wide array of qualifications or specifications, including, for example, geographic location, pricing, and inventory data. *See id.* at 5:41-6:4. This system is designed to efficiently match consumers with dealers, manufacturers, or other consumer automobile sellers in order to facilitate automobile transactions.

## B.    Procedural History

On March 25, 2021, Plaintiffs commenced this action by filing their 12 count Complaint against Defendant seeking a declaratory judgment that they are not infringing on any of the 12 Patents-in-Suit. ECF No. 1. On August 9, 2021, Defendant filed its Answer to the Complaint and asserted 12 counterclaims for patent infringement covering each of the Patents-in-Suit. ECF No. 15. On September 27, 2021, Plaintiffs answered Defendant's

counterclaims and asserted several affirmative defenses thereto, including that the Patents-in-Suit were each directed to ineligible subject matter under 25 U.S.C. § 101. ECF No. 26. Following the close of the pleadings, Plaintiffs filed the instant Motion seeking a determination on whether the Patents-in-Suit are directed to eligible subject matter within the meaning of § 101.

## II.   LEGAL STANDARD

Rule 12(c) of the Federal Rules of Civil Procedure provides that a party may move for judgment on the pleadings "[a]fter the pleadings are closed – but early enough not to delay trial." Fed. R. Civ. P. 12(c). Motions made under Rule 12(c) are analyzed under the same standard as those made under Rule 12(b)(6). *Trendx Enters., Inc. v. All-Luminum Prods., Inc.*, 856 F. Supp. 2d 661, 664 (D.N.J. 2012). That is, a Rule 12(c) motion will be granted where the movant "establishes that there are no material issues of fact, and he is entitled to judgment as a matter of law." *Zimmerman v. Corbett*, 873 F.3d 414, 417 (3d Cir. 2017) (quotations omitted). "In considering a motion for judgment on the pleadings, a court must accept all of the allegations in the pleadings of the party against whom the motion is addressed as true and draw all reasonable inferences in favor of the non-moving party." *Id.* at 417-18. The Court need not accept as true "legal conclusions," and "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *see also Trendx*, 856 F. Supp. 2d at 664. In ruling on a 12(c) motion, the Court is ordinarily limited to the facts as alleged in the nonmoving party's pleadings, the exhibits attached thereto, and matters of public record. *Pension Benefit Guar. Corp. v. White Consol. Indus.*, 998 F.2d 1192, 1196 (3d Cir. 1993). The Court may, however, look outside the pleadings and also consider "document[s] integral to or explicitly relied upon in the [pleadings]" or any "undisputedly authentic document that a defendant attaches as an exhibit to a motion to dismiss if the plaintiff's claims are based on the document." *In re Asbestos Prod. Liability Litig. (No. VI)*, 822 F.3d 125, 134 n.7 (3d Cir. 2016).

"Patent eligibility under § 101 is a question of law that may contain underlying questions of fact." *CosmoKey Sols. GmbH & Co. KG v. Duo Sec. LLC*, 15 F.4th 1091, 1095 (Fed. Cir. 2021). As such, "[p]atent eligibility can be determined on the pleadings under Rule 12(c) when there are no factual allegations that, when taken as true, prevent resolving the eligibility question as a matter of law." *Data Engine Techs. LLC v. Google, LLC*, 906 F.3d 999, 1007 (Fed. Cir. 2018).

## III.   DISCUSSION

### A.   Representative Claims

The threshold issue in this case which the Court must address before determining whether the Patents-in-Suit are directed to eligible subject matter is which claim or claims are representative of the four-hundred and five (405) claims included across the twelve Patents-in-Suit. Plaintiffs assert that claim 1 of the '362 Patent is representative of all claims. Defendant, however, disagrees and suggests that representative claims are needed as to each of the three separate patent lineages which comprise the Patents-in-Suit, with

claim 1 of the '925 Patent representing the '925 Patent lineage, claim 1 of the '984 Patent representing the '984 Patent lineage, and claim 1 of the '075 Patent representing the '093 Patent lineage.[2]

It is well established that, in determining questions of patent eligibility or invalidity, the Court may treat some claims as representative rather than address each claim individually where the claims are "substantially similar and linked to the same abstract idea." *Content Extraction and Transmission LLC v. Wells Fargo Bank, N.A.*, 776 F.3d 1343, 1348 (Fed. Cir. 2014). This includes the treatment of a single claim as representative of all claims across multiple patents. *See e.g., Elec. Power Grp., LLC v. Alstrom S.A.*, 830 F.3d 1350, 1351 (Fed. Cir. 2016) (treating one claim as representative of sixteen asserted claims across three patents). Indeed, it is also clear that the Court may treat claims as representative even where the parties do not agree or stipulate to such treatment. *See, e.g., Context Extraction*, 776 F.3d at 1348 (treating two claims from two patents as representative of 242 claims at issue across four patents over patentee's objection on appeal).

Less established, however, is the appropriate framework for resolving disputes over which claims are in fact representative. More specifically, it is not clear which party bears the burden of establishing, or contesting, the representativeness of a certain claim or claims, and courts have articulated different approaches and considerations in making this determination. *Compare Berkheimer v. HP Inc.*, 881 F.3d 1360, 1365 (Fed. Cir. 2018) (noting that courts may treat claims as representative where "the patentee does not present any meaningful argument for the distinctive significance of any claim limitations not found in the representative claim") *with Mortg. Grader, Inc. v. First Choice Loan Servs. Inc.*, 811 F.3d 1314, 1324 n.6 (Fed. Cir. 2016) (treating asserted claims together rather than individually despite no arguments, agreements, or findings as to representative claims because "there [was] no contention that the claims differ[ed] in any manner that [was] material to the patent-eligibility inquiry) *and with PPS Data, LLC v. Jack Henry & Assoc's, Inc.*, 404 F. Supp. 3d 1021, 1031-32 (E.D. Tex. 2019) (applying burden shifting framework in which party asserting representativeness must offer a substantial rationale for treating claim as representative, and, if able to do so, the party opposing representative claim designation must then "identify limitations that are presented in the asserted claims but that are not represented by the allegedly representative claim").

The Court is not convinced that either party has offered a particularly compelling argument in support of their respective proposed representative claims. On the one hand,

---

[2] Elsewhere in its brief, Defendant appears to argue that independent analysis of eligibility under § 101 with respect to all four-hundred and five claims is necessary. The Court disagrees. Defendant specifically asserts claim 1 of the '925 Patent, claim 1 of the '984 Patent, and claim 1 of the '075 Patent as representative claims. Having done so, Defendant cannot also ask that, should the Court find these claims ineligible under § 101, the remaining four-hundred and two claims each be analyzed individually. *See Maxell, Ltd. v. Fandango Media, LLC*, No. CV 17-07534 AG (SSX), 2018 WL 4502492, at *4 (C.D. Cal. Sept. 11, 2018).

aside from it being the most recently filed of the Patents-in-Suit, and thus the Patent-in-Suit with the longest lineage, Plaintiffs have not explained why claim 1 of the '362 Patent is an adequate representative of the remaining four hundred and four claims. On the other hand, however, Defendant has not offered any explanation why the three claims it offers as representative of the three lineages are either any more representative of the body of claims at issue than claim 1 of the '362 Patent or are sufficiently distinct from each other in any way that might alter the eligibility analysis so as to necessitate three separate representative claims. Indeed, it is worth noting that Defendant does not even analyze its proposed representative claims separately in arguing in favor of eligibility, and instead more generally references aspects of the Patents-in-Suit with citations to one or two of its proposed representative claims.

Having reviewed the Patents-in-Suit, their claims and claim elements, and the specifications, the Court will treat claim 1 of the '984 Patent as representative. Claim 1 of the '984 Patent recites:

1. A method comprising:

storing, on a computer readable medium, automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from at least one manufacturer, a plurality of dealers, and a plurality of consumers, wherein at least a portion of the automobile market data is updated in real-time;

receiving, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

executing instructions, by at least one processing device, to:

determine current inventory data of the first automobile, wherein the current inventory data of the first automobile includes a plurality of dealer inventories of a plurality of dealers, with each respective dealer of the plurality of dealers having a respective dealer inventory, and wherein the current inventory data indicates that a first dealer of the plurality of dealers does not currently have the first automobile in a first inventory of the first dealer;

provide first automobile market data including the current inventory data of the first automobile to the first manufacturer, based on the first request, via a manufacturer interface, wherein the first automobile market data is based on real-time automobile market data;

generate, based on the first automobile market data including the current inventory data of the first automobile, via the manufacturer interface, at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

determine, using the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that the first dealer is located at a second location within the in-market dealer area;

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

request, from the first dealer, via a dealer interface, an inventory less bid to sell the first automobile based on the first manufacturer response;

receive, from the first dealer located at the second location and engaging in inventoryless bidding, the inventoryless bid to provide the first automobile, which is at least one of yet to be manufactured and in the inventory of another entity;

generate driving directions from the first location to the second location; and provide the inventoryless bid and the driving directions to the consumer interface, the inventoryless bid including at least a price and a delivery option; and

receiving a consumer selection of the inventoryless bid including a first delivery option which specifies a pickup location at the first dealer, wherein the consumer selection indicates a consumer intention to purchase the first automobile.

The reasons for treating claim 1 of the '984 Patent as representative are straightforward. Unlike claim 1 of the '362 Patent proposed by Plaintiffs, claim 1 of the '984 Patent includes the additional element of storing automobile market data. Moreover, with minor exceptions that no party has suggested bears on the eligibility analysis,[3] claim

[3] For example, claim 1 of the '984 Patent recites a process in which the automobile manufacturer is involved in receiving and responding to a consumer request for a response pertaining to a specific automobile made by that manufacturer. Neither claim 1 of the '925 Patent nor claim 1 of

1 of the '984 Patent includes the major elements and limitations argued by the parties for and against eligibility, including, for example, the use of geolocation data and driving directions. Because claim 1 of the '925 Patent and claim 1 of the '075 Patent are themselves substantially similar and, as explained below, are all linked to the same abstract idea as claim 1 of the '984 Patent, the Court sees no reason to analyze those claims, or the claims of any of the other Patents-in-Suit, separately.

## B.  Patent Ineligibility

Section 101 of the Patent Act provides that anyone who "invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor." 35 U.S.C. § 101. Notwithstanding the breadth of § 101, the Supreme Court has long recognized that the provision "contains an important implicit exception: Laws of nature, natural phenomena, and abstract ideas are not patentable." *Alice Corp. Pty. Ltd. V. CLS Bank Int'l*, 573 U.S. 208, 216 (2014) (quotations omitted). In *Alice*, the Supreme Court set forth a two-step test used to determine whether a patent claim is directed to ineligible subject matter under § 101. *Id.* at 217. At step one, the Court considers "whether the claims at issue are directed to a patent-ineligible concept." *Id.* at 218. If so, the Court proceeds to step two, in which it must "examine the elements of the claim to determine whether it contains an 'inventive concept' sufficient to 'transform' the claimed abstracted idea into a patent-eligible application." *Id.* at 222.

### 1.  *Alice* Step One

In deciding whether a patent claim is "directed to" ineligible subject matter at step one, the Court looks primarily to "what the patent asserts to be the 'focus of the claimed advance over the prior art.'" *Solutran, Inc. v. Elavon, Inc.*, 931 F.3d 1161, 1168 (Fed. Cir. 2019) (quoting *Affinity Labs of Tex., LLC v. DIRECTV, LLC*, 838 F.3d 1253, 1257 (Fed. Cir. 2016)). In so doing, the Court focuses on the language of the claims themselves considered in light of the specification. *See TecSec, Inc. v. Adobe Inc.*, 978 F.3d 1278, 1292-93 (Fed. Cir. 2020) (quotations omitted). The critical inquiry is whether the claims "focus on a specific means or method that improves the relevant technology or are instead directed to a result or effect that itself is the abstract idea and merely invoke generic processes and machinery." *McRO Inc. v. Bandai Namco Games Am. Inc.*, 837 F.3d 1299 (Fed. Cir. 2016). In the context of computer software innovations, the inquiry "often turns on whether the claims focus on specific asserted improvements in computer capabilities or instead on a process or system that qualifies [as] an abstract idea for which computers are

the '075 Patent directly requires manufacturer participation in this manner. Similarly, unlike either claim 1 of the '984 Patent or claim 1 of the '925 Patent, the '075 Patent is specifically focused on used automobile transactions from the perspective of a consumer seller. Neither of these differences is material to the eligibility analysis. Rather, they simply relate to the parties involved in a given process or transaction or narrow the focus to a specific kind of automobile transaction (i.e., new vs. used).

invoked merely as tools." *Uniloc USA, Inc. v. LG Elecs. USA, Inc.*, 957 F.3d 1303, 1306-07 (Fed. Cir. 2020).

Although the Supreme Court has not defined the "precise contours of the 'abstract ideas' category," courts have identified certain categories of claims that are generally found to be directed towards abstract ideas. *See Content Extraction*, 776 F.3d at 1347. For example, claims focused on "collecting information, analyzing it, and displaying certain results of the collection and analysis are directed to an abstract idea" and thus ineligible for patent protection. *SAP Am., Inc. v. Investpic, LLC*, 898 F.3d 1161, 1167 (Fed. Cir. 2018). Claims focused on longstanding and fundamental economic practices are likewise directed to ineligible subject matter within the meaning of § 101. *Alice*, 561 U.S. at 611.

Here, claim 1 of the '984 Patent is directed towards the abstract idea of collecting and using automobile market and user data to facilitate automobile transactions. With respect to the use of automobile market data, claim 1 of the '984 Patent recites no more than the sort of collection and storage of information that courts have routinely found abstract at *Alice* step one. *See, e.g.*, *Content Extraction*, 776 F.3d at 1347 (finding claims for method of extracting data from hard copy documents, recognizing and categorizing such data, and storing data in computer memory "drawn to basic concept of data recognition and storage"); *Elec. Power Grp.*, 830 F.3d at 1353-54 (finding claims for method of collecting, analyzing, and displaying electric power grid data directed to abstract idea); *Move, Inc. v. Real Estate Alliance Ltd.*, 721 F. App'x 950, 954-55 (Fed. Cir. 2018) (finding claims for method of searching for available real estate properties within given geographical area directed to abstract idea of "collecting and organizing information about available real estate properties and displaying this information on a digital map that can be manipulated by the user"); *Audatex N. Am., Inc. v. Mitchell Int'l, Inc.*, 703 F. App'x 986, 989-90 (Fed. Cir. 2017) (finding claims for method of generating vehicle valuation reports direct to abstract idea of "providing a vehicle valuation through the collection and use of vehicle information").

The remaining elements of claim 1 of the '984 Patent do no more than recite a computerized method of performing the basic steps in an automobile transaction. Specifically, claim 1 recites a process in which (1) a consumer requests information about a specific automobile, which includes the consumer's geolocation information; (2) an automobile manufacturer reviews real-time market data for the requested automobile, including inventory data from a plurality of dealers to determine whether the automobile can be provided to the consumer; (3) based on the manufacturer's response to the consumer's request, a dealer in an area proximately located to the consumer submits an inventoryless bid to sell the requested automobile; and (4) the consumer receives the bid, which includes at least price and delivery options, as well as driving directions to the dealer making the bid, and then selects a bid indicating an intent to purchase the automobile. *See* '984 Patent 19:15-20:9. These claim elements fall well within the category of claims found to be directed to patent-ineligible economic concepts and business practices. *See, e.g.*, *Mortg. Grader*, 811 F.3d at 1324 (claim directed at abstract idea of "anonymous loan shopping" where claim merely recited steps of completing loan transaction); *cxLoyalty,*

*Inc. v. Maritz Holdings Inc.*, 986 F.3d 1367, 1376 (Fed. Cir. 2021) (claim for method of using consumer loyalty or reward points to make purchases directly from third-party vendors directed to abstract idea of "facilitating, or brokering, a commercial transaction"); *OIP Techs., Inc. v. Amazon.com, Inc.*, 788 F.3d 1359, 1362 (Fed. Cir. 2015) (claim directed at abstract idea of "offer-based price optimization" where claim recited a method of pricing a product for sale); *Source Search Techs., LLC v. Kayak Software Corp.*, 111 F. Supp. 3d 603, 608 (D.N.J. 2015) (finding that concept of "obtaining quotes for goods or services from selected vendors" fell squarely within abstract category of fundamental economic practices).

In short, claim 1 of the '984 Patent merely combines abstract concepts and processes to describe the longstanding and fundamental practice of searching for and using available market information to complete automobile transactions. *See Elec. Power Grp.*, 830 F.3d at 1154; *see also FairWarning IP, LLC v. Iatric Sys., Inc.*, 839 F.3d 1089, 1094 (Fed. Cir. 2016) (claims for system and method of detecting fraud or misuse in use of computers by analyzing user or performance data directed to combination of abstract ideas of "collecting and analyzing information to detect misuse and notifying a user when misuse is detected").

That claim 1 of the '984 Patent provides for the implementation of this ordinary practice on a computer through an online platform does not make its focus any less abstract. *See Two-Way Media Ltd. v. Comcast Cable Commc'ns, LLC*, 874 F.3d 1329, 1337 (Fed. Cir. 2017). First, claim 1 of the '984 Patent does not focus on or describe any specific technological improvement or advance in computer or network functionality. Rather, the claims describe, in purely functional terms, the use of only generic computer components and conventional computer functions as tools to be used to accomplish abstract concepts. *See Affinity Labs*, 838 F.3d at 1258-59 (claims directed to abstract idea where they claimed "the function of wirelessly communicating regional broadcast content to an out-of-region recipient, not a particular way of performing that function"). For example, the first element of claim 1 of the '984 Patent recites the basic function of storing automobile market data in a format that can be accessed through a computer, without any mention of any new or improved process for collecting, analyzing, organizing, presenting, or storing that data. *See BSG Tech LLC v. Buyseasons, Inc.*, 899 F.3d 1281, 1288 (Fed. Cir. 2018) (noting that "an improvement to the information stored by database is not equivalent to an improvement in the database's functionality"). Similarly, the remaining claim elements recite (1) various user interfaces through which users navigate the platform to request information about automobiles or respond to such requests using the stored market data, and (2) the use of a processing device to enable these interactions. However, the claim elements neither describe any specific improvements in the creation or functionality of any such user interfaces or processing devices nor provide a technical explanation of how these elements are to be implemented on a computer. *See Move*, 721 F. App'x at 955-56 (claim directed to abstract idea where it "broadly recite[d] the commercial practice of 'using a computer for locating available real estate properties'" without any "technical details or explanation of how to implement the claimed abstract idea using the computer"); *cf. Data Engine Techs.*, 906 F.3d at 1010-11 (distinguishing claims "simply directed to displaying a

graphical user interface or collecting, manipulating, or organizing information" from those reciting a "specific improvement to the way computers . . . operate" (alterations in original) (quotations omitted)).[4]

Second, each of the elements of claim 1 of the '984 Patent recite a process that humans have long been able to do on their own without the use of a computer. *See Intellectual Ventures I LLC v. Symantec Corp.*, 838 F.3d 1307, 1318 (Fed. Cir. 2016). For example, as the specification itself acknowledges, there is no question that parties to a prospective automobile transaction searched for and took into account automobile market data, including price, availability, and other qualities such as mileage or safety features, before completing a transaction. *See Context Extraction*, 776 F.3d at 1347 (noting that humans have always performed functions of data collection, recognition, and storage); *see also* '984 Patent 1:35-51 (noting development of products used to assist parties to automobile transaction in tracking market prices). Similarly, notwithstanding Defendant's contention to the contrary, it is obvious that the use of "geolocation data" has always been implicitly taken into account by parties to a transaction, whether it be by consumers who only visit stores in their local area or by businesses which advertise locally. *See British Telecommunications PLC v. IAC/InteraActive Corp.*, 813 F. App'x 584, 587 (Fed. Cir. 2020) (tailoring information or content based on the characteristics of a user, including location data, is itself an abstract idea); *see also Intellectual Ventures I LLC v. Capital One Bank (USA)*, 792 F.3d 1363, 1369 (noting that information tailoring based on consumer characteristics is a fundamental practice). And, of course, humans have long been able to complete the steps inherent in automobile transactions described by the Patents-in-Suit – inquiring about a specific automobile, negotiating prices or weighing competing offers, and selecting an offer and physically going to a car dealership to pick up the purchased automobile – without a computer. *See Mortg. Grader*, 811 F.3d at 1324.

The specification confirms that claim 1 of the '984 Patent is directed to an abstract idea rather than any patentable improvement in technology. At the outset, the specification makes clear that the problem the Patents-in-Suit are designed to address is not one in either data collection or storage, user interface construction, computer processing ability, or network functionality which has, until now, prevented efficient automobile transactions. Rather, the specification identifies the problem as one of imperfect information: consumers

---

[4] For this same reason, Sidekick's reliance on Judge Martinotti's decision in *Nasdaq, Inc. v. IEX Grp., Inc.*, Civil Action No. 18-3014-BRM-DEA, 2019 WL 102408 (D.N.J. Jan. 4, 2019), is misplaced. That case, which Judge Martinotti acknowledged was a "close question of eligibility," involved claims directed to solving "bottleneck and other latency issues associated with transmission of large data sets" in the context of electronic securities trading. *Id.* at *6. Judge Martinotti found the claims at issue in *Nasdaq* were "directed as resolving an existing technological problem" that was specific to computer network functionality and were thus patent-eligible. *Id.* at *6-7. By contrast, there is nothing in the record of this case which indicates that representative claim 1 of the '984 Patent is directed towards the resolution of any such specific technological problem.

and dealers in the physical world lack the full body of relevant, real-time data needed to make optimally efficient transactions. *See* '984 Patent 1:17-51.

Moreover, in describing how to implement the claimed improvement, the specification, like the claim itself, describes the new systems and methods in "purely functional terms" using generic computer components. *In re TLI Commc'ns LLC Patent Litig.*, 823 F.3d 607, 612 (Fed. Cir. 2016). Indeed, the specification makes clear that the systems and methods claimed in the '984 Patent "can be implemented using one or more computer programs or components" which "may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media" that are "configured to be executed by a processor." '984 Patent 18:40-46. Further, the specification describes the various computer components needed to carry out the basic steps of the claimed systems and methods in broad, general terms. *See, e.g., id.* at 2:64-3:4 (noting that system may include variety of client devices with displays, including desktop computers, mobile phones, or tablet computers), 3:5-9 (stating that client and host devices may communicate over any suitable wide area network or local area network), 3:50-53 (describing processor as "any suitable processor"), 3:63-65 (stating that interface circuit "may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus interface"), 3:65-4:7 (noting variety of input devices that may be used to input data or commands, including a keyboard, mouse, touch screen, or voice recognition system, and output devices that may be used to receive information, such as displays, printers, speakers, or other output devices), 4:20-23 (stating that "one or more storage devices may be connected to the main unit via the interface circuit" including "a hard drive, CD drive, DVD drive, and/or other storage devices"), 4:30-45 (noting that network devices may include multiple servers which may include "any kind of data" and may "store and operate various applications relating to receiving, transmitting, processing, and storing" data, and that "various configurations of one or more servers may be used to support and maintain the system"), 4:63-65 (stating that "various options for managing data located within the computing device and/or in a server may be implemented"). These general descriptions of conventional computer and network components make clear that the components themselves are merely "conduits for the abstract idea" of collecting and using automobile market and user data to facilitate automobile transactions. *See In re TLI Commc'ns Patent Litig.*, 823 F.3d at 612-13.

Defendant makes a number of arguments against finding the claims of the Patents-in-Suit directed to an abstract idea, none of which is persuasive. First, the recited claim elements belie Defendant's contention that the performance of automobile transactions is simply the result of the non-abstract claimed steps and processes described in the Patents-in-Suit rather than their focus. As the Court has already noted, the claimed steps and processes are no more than the computerized method of performing the basic and essential steps of an automobile transaction. The abstract concept of automobile transactions does not become any less abstract simply because the Patents-in-Suit use generic technology to conduct such transactions over an online platform rather than in person. *See Capital One*,

792 F.3d at 1370 ("Steps that do nothing more than spell out what it means to 'apply it on a computer' cannot confer patent-eligibility"); *FairWarning*, 839 F.3d at 1094 ("FairWarning's claims merely implement an old practice in a new environment.").

Further, the Court is not persuaded by Defendant's argument that the Patents-in-Suit improve existing technology for at least two reasons. For one, in support of this contention, Defendant cites only conclusory statements in the specification that the Patents-in-Suit set forth a "new and innovative" method for providing automobile market information and facilitating automobile transactions, and that the "integration of various types of automobile market data . . . may provide a synergistic and optimal resource" for users rather than any specific technological improvements. Indeed, these statements support the Court's conclusion that the claimed improvement is in the abstract idea itself through the use of generic technology rather than any improvement in the function of technology as such. *See Customedia Techs.*, 951 F.3d at 1363. Claim 1 of the '984 Patent may recite improvements in how automobile transactions are performed, but nothing in the claim suggests that it is an improvement in the technology used to perform those transactions itself. *Move*, 721 F. App'x at 956. Beyond that, however, even if the Court were to accept Defendant's assertions, they describe only the sort of data synthesis and improved efficiency that courts have regularly found insufficient to render a claim nonabstract. *See FairWarning*, 839 F.3d at 1097 ("The mere combination of data sources, however, does not make the claims patent eligible."); *Capital One*, 792 F.3d at 1370 ("[M]erely adding computer functionality to increase the speed or efficiency of the process does not confer patent eligibility on an otherwise abstract idea.").

Finally, Defendant argues that the claim limitations in claim 1 of the '984 Patent for, among other things, the use of real-time market data, geolocation information, optical character recognition, driving directions from consumers to dealers, or the precise nature of the interactions between various users ensure that the Patents-in-Suit do not preempt the entire field of performing automobile transactions and thus ought to be patent-eligible. "A narrow claim directed to an abstract idea, however, is not necessarily patent-eligible, for '[w]hile preemption may signal patent ineligible subject matter, the absence of complete preemption does not demonstrate patent eligibility.'" *Symantec*, 838 F.3d at 1320-21 (quoting *Ariosa Diagnostics, Inc. v. Sequenom, Inc.*, 788 F.3d 1371, 1379 (Fed. Cir. 2015)); *OIP Techs.*, 788 F.3d at 1362-63 ("And that the claims do not preempt all price optimization or may be limited to price optimization in the e-commerce setting do not make them any less abstract."). The question, rather, becomes whether those additional features and limitations add the necessary "inventive concept" at step two of the *Alice* framework to take an otherwise abstract concept and place it in the realm of patent-eligible subject matter.

The Court concludes that the Patents-in-Suit are directed to an abstract idea. As such, the Court must proceed to step two of the *Alice* framework.

## 2. *Alice* Step Two

At step two of the *Alice* framework, the Court must consider whether the claim elements, considered both individually and 'as an ordered combination,' include an "inventive concept" sufficient to transform an abstract idea into a patent-eligible application. *Alice*, 573 U.S. at 217. To confer patent-eligibility, this 'inventive concept' must be "sufficient to ensure that the patent in practice amounts to significantly more than a patent upon the [ineligible concept] itself." *Alice*, 573 U.S. at 217 (quoting *Mayo Collaborative Servs. v. Prometheus Labs., Inc.*, 566 U.S. 66, 72-73 (2012)). "Claim limitations that recite 'conventional, routine and well understood applications in the art' are insufficient to 'supply an inventive concept.'" *BSG Tech*, 899 F.3d at 1289 (quoting *Ariosa Diagnostics*, 788 F.3d at 1378).

The Court finds that the elements of claim 1 of the '984 Patent, considered individually and in combination, fail to recite a sufficiently inventive concept to confer patent eligibility. Sidekick's recitation of the advantages and improvements provided by the patented systems and methods are unpersuasive. While Sidekick may be correct that the claimed systems and methods do indeed confer advantages in the realm of automobile transactions over the prior art, "provid[ing] a distinct advantage over alternatives is not the test for eligibility." *Smartflash LL v. Apple Inc.*, 680 F. App'x 977, 984 (Fed. Cir. 2017). Indeed, the Court "may assume that the techniques claimed are '[g]roundbreaking, innovative, or even brilliant,' but that is not enough for eligibility." *SAP Am.*, 898 F.3d at 1163 (quoting *Ass'n for Molecular Pathology v. Myriad Genetics, Inc.*, 569 U.S. 576, 591 (2013)). Instead, there must be an inventive concept recited in the claims themselves.

On this point, as the Court has already noted, Sidekick relies almost entirely on conclusory statements made in the specification that the claimed systems and methods are "new and innovative" or offer "a synergistic and optimal resource" for users which fail to identify any such inventive concept. Some of the specific claim limitations highlighted by Sidekick are routine, well understood features which, absent some specific improved technological process in implementation that is not claimed or otherwise described in the Patents-in-Suit, do not render the claims patent eligible. *See Move*, 721 F.3d at 957 (finding map zoom feature failed to supply inventive concept where neither claim language nor specification explained how feature or its implementation was inventive or non-generic); *see also, e.g.*, *Content Extraction*, 776 F.3d at 1349 (dependent claims reciting additional steps such as optical character recognition technology were insufficient to render claim patent eligible); *Elec. Power Grp.*, 830 F.3d at 1355 (collection and display of real-time data not inventive concept). Defendant has not pointed to any language in the claims or the specification that suggests any unconventional or nonroutine implementation of these various features. Moreover, other elements, such as the limitation with respect to inventoryless bidding or inclusion of a manufacturer response are simply insignificant additional steps in the automobile transaction process that do not "meaningfully limit" the abstract idea or add to it an inventive concept. *See OIP Techs.*, 788 F.3d at 1364; *Alice*, 573 U.S. at 222.

Because claim 1 of the '984 Patent does not recite any new process, technique, or method in performing any of the claimed features or limitations, the Court turns to consider whether the claim includes an inventive concept in the required computer implementation of its various steps. It does not. As the Court has already noted, it is clear that claim 1 of the '984 Patent recites the use of only generic computer components performing their conventional and routine functions as a means of carrying out the claimed steps. Just as the use of generic computer components and functions is insufficient to alter the "abstract idea" analysis at step one, the use of such generic components and functions is unable to provide the "inventive concept" necessary to transform that abstract idea into a patent-eligible application at step two. *Elec. Power Grp.*, 898 F.3d at 1170; *see also Content Extraction*, 776 F.3d at 1348 (noting that attempt to limit application of abstract idea to particular technological environment does not add requisite inventive concept).

Nor is there any inventive concept in the ordered combination of the elements of claim 1 of the '984 Patent. Rather, the steps are ordered in an entirely conventional way familiar to every automobile purchaser: a consumer seeks information on an automobile or type of automobile with certain features from a manufacturer, the manufacturer confirms whether that automobile is available in the consumer's area, dealers in the consumer's area which sell the desired automobile submit offers to the consumer, and the consumer evaluates the competing offers, accepts the most favorable one, and goes to the dealership to pick up their purchased automobile when it is available. *See Two-Way Media*, 874 F.3d at 1341. These are simply the ordinary steps of many automobile transactions. *Boom! Payments, Inc. v. Stripe, Inc.*, 839 F. App'x 528, 533 (Fed. Cir. 2021) ("[T]he order and timing of the claim elements are merely the necessary steps of executing payment escrow and so do not constitute an inventive concept."). Implementing these steps through the use of a data storage system and a processing device that enables interactions between consumers, dealers, and manufacturers is "no more than the sort of 'perfectly conventional' generic computer components employed in a customary manner" that is insufficient to transform an abstract idea into a patent-eligible invention. *Audatex*, 703 F. App'x at 990.

Sidekick's attempts to argue that the claims require anything other than routine, well-understood, or conventional computer components and functions are unavailing. First, while Sidekick is correct that, on a motion for judgment on the pleadings, the Court must accept its factual allegations as plead in its counterclaims as true, this does not apply to conclusory statements. As such, the Court is not required to accept as true Sidekick's conclusory allegations in its counterclaims, repeated for each of the twelve Patents-in-Suit, that the written description for each such Patent describes "how the non-conventional and non-generic combination of claim limitations is patentably distinct from and improved upon what may have been considered conventional or generic in the art at the time of the invention." Counterclaims ¶¶ 51, 65, 79, 93, 107, 121, 134, 147, 160, 170, 186, 199. Simply put, neither the allegations in the counterclaims nor the Patents-in-Suit themselves describe any sort of non-generic or not well-understood computer component, function, or combination thereof in the implementation of the claimed steps.

Appx15

Sidekick also argues that claim construction is required as to the use of the term "processing device" in the claims before the question of eligibility can be determined, and, therefore, resolution of eligibility on a 12(c) motion in the absence of a developed factual record is inappropriate. The Court again disagrees. The claim itself states that the necessary processing device is used to execute instructions that utilize stored market data in enabling interactions between users through various interfaces. *See* '984 Patent 19:20-20:3. In describing the processing device recited in the claim, the specification makes clear that the necessary processor "may be any suitable processor" which may execute a stored software program to interact with other necessary devices "in any suitable manner." '984 Patent 3:50-57. There is nothing in either the claim or the specification that suggests the processing device is anything other than a generic processor used to perform a basic, routine, and well-understood function of conventional computers.

Sidekick argues that, properly construed, the term "processing device" may refer to the "automobile market information processing system" described in the specification. However, Sidekick does not explain how this proposed construction would alter the eligibility analysis. *See Simio*, 983 F.3d at 1365. There is nothing in either the claim or the specification that suggests that the "automobile market information processing system" is a non-generic or unconventional use of technology. *See SAP Am.*, 898 F.3d at 1170 (finding claimed use of parallel processing computing architecture generic where "neither the claim nor the specification call[ed] for any parallel processing architectures different from those available in existing systems"). Indeed, the opposite appears to be true. According to the specification, the system stores automobile market data in a database, provides that data to various users who interact with the system through their respective interfaces, facilitates interactions between users (i.e., processes communications between consumers, manufacturers, and dealers), and then stores and integrates user inputs (such as bids from dealers, completed transaction details, or other prior interactions with the system) to update the automobile market data in real time. These are ordinary data storage and processing functions of a computer unaccompanied by any description or explanation of a specific or unconventional development or implementation thereof. In other words, what Sidekick characterizes as hardware specifically programmed to perform the claimed steps is "purely functional and generic." *Alice*, 573 US at 226.[5]

---

[5] On this point, Sidekick's reliance on the out-of-district case *eBuddy Techs. B.V. v. LinkedIn Corp.*, No. 20-1501-RGA-CJB, 2021 WL 7209517 (D. Del. Nov. 29, 2021), *report and recommendation adopted*, 2022 WL 733996 (D. Del. Mar. 11, 2022) is unpersuasive. There, in denying a motion to dismiss patent infringement claims on the basis of patent-ineligible subject matter, the court relied on specific, detailed, and plausible allegations in the patentee's complaint demonstrating how and why the claimed invention was not conventional. *Id.* at *7-9. Here, by contrast, as the Court has noted, representative claim 1 of the '984 Patent and its specification recite only generic computer components and functions, and Sidekick's counterclaims merely reference, in conclusory fashion, how the written description of each Patent-in-Suit demonstrates the "non-conventional and non-generic combination of claim limitations" provided for therein.

\*   \*   \*

Accordingly, claim 1 of the '984 Patent is directed to the abstract idea of collecting and using automobile market and user data to facilitate automobile transactions and fails to include any inventive concept that sufficiently transforms that abstract idea into a patent eligible application. Because the remaining claims of the '984 Patent do not meaningfully limit this central abstract idea or otherwise provide an inventive concept with respect thereto, those claims too are similarly patent-ineligible. Finally, as the Court has already noted, the claims of the other Patents-in-Suit include immaterial variations on the central abstract idea that do not add supply any inventive concept and thus do not alter the eligibility analysis. As such, each of the claims of the twelve Patents-in-Suit is directed towards ineligible subject matter under § 101.

## IV.  CONCLUSION

For the reasons set forth above, Plaintiffs' Motion for judgment on the pleadings is **GRANTED**. An appropriate order follows.

_/s/ William J. Martini_
**William J. Martini, U.S.D.J.**

**Date: June 27, 2022**

US009141984B2

(12) **United States Patent**
Seergy et al.

(10) Patent No.: **US 9,141,984 B2**
(45) Date of Patent: *Sep. 22, 2015

(54) **AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE**

(75) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **Sidekick Technology LLC**, Pine Brook, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 491 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/176,497**

(22) Filed: **Jul. 5, 2011**

(65) **Prior Publication Data**
US 2012/0109770 A1    May 3, 2012

(51) **Int. Cl.**
*G06Q 30/00*        (2012.01)
*G06Q 30/06*        (2012.01)

(52) **U.S. Cl.**
CPC .................................. *G06Q 30/0605* (2013.01)

(58) **Field of Classification Search**
USPC ...................................... 705/26.1, 26.3, 27.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,970,472 A | 10/1999 | Allsop et al. | |
| 6,006,201 A | 12/1999 | Berent et al. | |
| 6,321,221 B1 | 11/2001 | Bieganski | |
| 6,463,431 B1 | 10/2002 | Schmitt | |
| 6,533,173 B2 | 3/2003 | Benyak | |

| | | | |
|---|---|---|---|
| 6,868,388 B1 | 3/2005 | Millsap et al. |
| 6,868,389 B1 | 3/2005 | Wilkins et al. |
| 7,395,223 B1 | 7/2008 | Buzzell et al. |
| 7,406,436 B1 | 7/2008 | Reisman |
| 7,479,949 B2 | 1/2009 | Jobs et al. |
| 7,636,574 B2 | 12/2009 | Poosala |
| 8,160,929 B1 | 4/2012 | Park et al. |
| 8,392,193 B2 | 3/2013 | Schultz et al. |
| 2002/0065707 A1 | 5/2002 | Lancaster et al. |
| 2002/0082978 A1 | 6/2002 | Ghouri et al. |
| 2002/0099625 A1 | 7/2002 | Takaoka et al. |
| 2002/0111877 A1 | 8/2002 | Nelson |

(Continued)

OTHER PUBLICATIONS

International Search Report issued Sep. 21, 2012 corresponding to Intl. Application No. PCT/US2012/045546.

(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57) **ABSTRACT**

A system, methods, and apparatus for performing automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from manufacturers, dealers, and consumers. A consumer may provide a request for a manufacturer response indicating whether a specific automobile can be provided. Automobile market data may be provided to a manufacturer based on the request and a manufacturer response provides a verification, confirmation, or offer indicating that the specific automobile can be provided for the consumer. Bids to sell the specific automobile may be requested from dealers based on the manufacturer response. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a first dealer.

**39 Claims, 7 Drawing Sheets**



# US 9,141,984 B2

Page 2

(56) **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0128946 A1* | 9/2002 | Chehade et al. ................ 705/37 |
| 2003/0088435 A1 | 5/2003 | King |
| 2003/0200151 A1 | 10/2003 | Ellenson et al. |
| 2003/0229577 A1 | 12/2003 | Nabel |
| 2004/0034544 A1 | 2/2004 | Fields et al. |
| 2004/0059626 A1 | 3/2004 | Smallwood |
| 2005/0004819 A1 | 1/2005 | Etzioni et al. |
| 2005/0050097 A1 | 3/2005 | Yeh et al. |
| 2005/0108112 A1* | 5/2005 | Ellenson et al. ............... 705/27 |
| 2005/0240512 A1 | 10/2005 | Quintero et al. |
| 2006/0020477 A1 | 1/2006 | Retzbach et al. |
| 2007/0150362 A1 | 6/2007 | Sharma et al. |
| 2007/0250403 A1 | 10/2007 | Altschuler |
| 2007/0255663 A1 | 11/2007 | Jordan et al. |
| 2007/0260526 A1 | 11/2007 | Bartel |
| 2008/0046331 A1 | 2/2008 | Rand |
| 2008/0177653 A1 | 7/2008 | Famolari et al. |
| 2008/0183552 A1 | 7/2008 | O'Hagan |
| 2008/0187125 A1* | 8/2008 | Siegrist ................... 379/220.01 |
| 2008/0201184 A1 | 8/2008 | Rose et al. |
| 2008/0201188 A1 | 8/2008 | Heyman et al. |
| 2008/0201203 A1 | 8/2008 | Rose et al. |
| 2008/0208731 A1 | 8/2008 | Ruckart |
| 2008/0228657 A1* | 9/2008 | Nabors et al. ................. 705/80 |
| 2009/0076896 A1 | 3/2009 | DeWitt et al. |
| 2009/0132348 A1 | 5/2009 | Bria et al. |
| 2009/0149199 A1 | 6/2009 | Maghoul |
| 2009/0171761 A1 | 7/2009 | Noy et al. |
| 2009/0187478 A1 | 7/2009 | Shipley |
| 2009/0187513 A1 | 7/2009 | Noy et al. |
| 2009/0198557 A1 | 8/2009 | Wang et al. |
| 2009/0204600 A1 | 8/2009 | Kalik et al. |
| 2010/0048242 A1 | 2/2010 | Rhoads et al. |
| 2010/0106580 A1 | 4/2010 | Etheredge et al. |
| 2010/0217525 A1 | 8/2010 | King et al. |
| 2010/0274627 A1 | 10/2010 | Carlson |
| 2010/0332292 A1 | 12/2010 | Anderson |
| 2011/0040642 A1 | 2/2011 | O'Dell |
| 2011/0082759 A1* | 4/2011 | Swinson et al. ............ 705/26.1 |
| 2011/0087430 A1 | 4/2011 | Boss et al. |
| 2011/0087556 A1 | 4/2011 | Pitkow |
| 2011/0099036 A1 | 4/2011 | Sarkissian et al. |
| 2011/0208418 A1 | 8/2011 | Looney et al. |
| 2011/0238474 A1 | 9/2011 | Carr et al. |
| 2011/0238514 A1 | 9/2011 | Ramalingam et al. |
| 2011/0276394 A1* | 11/2011 | Chan ........................ 705/14.49 |

## OTHER PUBLICATIONS

AutoTrader.com, Inc..: Private Company Information—Business Week, http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=92642.

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, http://www.prnewswire.com/news-releases/autotradercom, Jul. 7, 2011.

AppStore-AutoTrader.com, http://itunes.apple.com/us/app/autotrader-com/id444552888?mt=8, Oct. 31, 2011.

Charlton, Auto Trader: iPhone app review. Mar. 15, 2010 [retrieved on Sep. 6, 2012] from the internet: <URL: http://econsultancy.com/us/blog/5593-auto-trader-iphone-app-review> entire document.

Autotraderuk. Introducing the Auto Trader iPhone App. Mar. 12, 2010 [retrieved on Sep. 6, 2012] from the internet: <URL: http://www.youtube.com/watch?v+6g_1g8IRG4&feature=player_embedded> entire document.

International Search Report mailed Oct. 5, 2012 for corresponding Intl. Appln. No. PCT/US2012/045545.

Anonymous, "instaVIN to offer free auto accident history reports for mobile phones," Wireless News, Jun. 2, 2010.

* cited by examiner

Case: 23-1362    Document: 30    Page: 62    Filed: 12/05/2023



Fig. 1

Case: 23-1362     Document: 30     Page: 63     Filed: 12/05/2023



Fig. 2



Fig. 3



Fig. 4A



Fig. 4A

400

420

The manufacturer provides the dealer with the purchased automobile according to the consumer bid selection (e.g., the car maker re-routes a car en route to delivery at another dealer to the dealer pickup location selected by the car buyer or transports the car directly from the factory to the dealer pickup location)

422

The consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (e.g., the car buyer picks up the car at the nearby dealer five days after the car sale is executed)

Fig. 4B



Fig. 5



Fig. 6

US 9,141,984 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE**

CROSS REFERENCE TO RELATED APPLICATIONS

This application is related to the co-pending commonly-owned patent application filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE," the entire contents of which is incorporated by reference herein.

BACKGROUND

In the automobile industry, consumers typically purchase automobiles from dealers or dealerships. Dealers often purchase new automobiles from several manufacturers, to sell to consumers. Consumers typically negotiate a lower price than the manufacturer suggested retail price typically referred to as the "sticker price" and/or the price the dealer initially offers. In many cases, the negotiation process for an automobile may include a large degree of uncertainty for the consumer. Generally, the negotiation process is a zero sum process, and because the consumer and the dealer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, both dealers and consumers often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer may have concerns that a dealer may not offer a fair and competitive price. Various products and services have become available that allow consumers to perform research on market prices for automobiles. Similarly, dealers negotiating an automobile sale generally do not know the maximum price a consumer will be willing to pay for a particular automobile, or how long it will take to sell an automobile in inventory for a given price. Accordingly, dealers also use products and services for determining and/or tracking market prices. Further, automobile manufacturers may also have an interest in the market prices for automobiles, because the market activity captured as automobile market information may allow the manufacturer to, for example, more profitably determine which automobiles to manufacture, what prices the manufacture should offer to dealers, and whether manufacturer incentives should be offered on existing dealer automobile inventory.

SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market information and performing automobile transactions. In an example embodiment, automobile market data representative of recent automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from manufacturers, dealers, and consumers. A consumer may provide a request for a manufacturer response indicating whether a specific automobile can be provided. Automobile market data may be provided to a manufacturer based on the request and a manufacturer response may provide a verification, confirmation, or offer indicating that the specific automobile can be provided for the consumer. Bids to sell the specific automobile may be requested from dealers based on the manufacturer response. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a particular dealer.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. 2 is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIG. 3 is a block diagram showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIG. 4 includes a flowchart illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

FIG. 5 is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. 6 is flow diagram illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

DETAILED DESCRIPTION OF EXAMPLE EMBODIMENTS

The present disclosure relates in general to a system for facilitating automobile transactions and, in particular, to automobile transaction facilitation using a manufacturer response. Briefly, in an example embodiment, a system is provided which allows a consumer to request a verification that a specific car can be obtained. For example, a consumer may use a mobile device to take a picture of a vehicle identification number and using optical character recognition, request real-time information on that automobile. For example, a manufacturer can provide a verification to the consumer and dealers that the automobile can be provided, along with specific logistics for delivery. Dealers may provide bids based on the consumer request and the manufacturer verification, including intrabrand bids and interbrand bids. A consumer may select a dealer bid to purchase or lease an automobile based on the prices and delivery options available. Also, the presently disclosed system may advantageously allow for inventoryless bidding by dealers. For example, a dealer does not need to have an automobile in its inventory (e.g., on the dealer lot), but can make a bid to sell that automobile anyways, and then have that automobile produced by a manufacturer or transported to the dealer lot. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system 100 is illustrated in FIG. 1. The illustrated system 100 includes one or more client devices 102, and one or more host devices 104. The system 100 may include a variety of client devices 102, such as desktop computers and the like, which typically include a display 112, which is a user display for providing information

3

to users **114**, and various interface elements as will be discussed in further detail below. A client device **102** may be a mobile device **103**, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices **102** may communicate with the host device **104** via a connection to one or more communications channels **106** such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers **108** may be part of the network communications system **100**, and may communicate with host servers **104** and client devices **102**.

One host device **104** may interact with a large number of users **114** at a plurality of different client devices **102**. Accordingly, each host device **104** is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device **104**, each client device **102** typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user **114** as described herein may include any person or entity which uses the presently disclosed system and may include a wide variety of parties. For example, as will be discussed in further detail below, users **114** of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices **104** and servers **108** store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices **102**, and/or other host devices **104** or servers **108**. A host device **104** or server **108** may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various administrative tasks. A host device **104** or server may interact via one or more networks with one or more other host devices **104** or servers **108**, which may be operated independently. For example, host devices **104** and servers **108** operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device **102**, and a host device **104**) is illustrated in FIG. **2**. In this example, the computing device **102**, **104** includes a main unit **202** which preferably includes one or more processors **204** electrically coupled by an address/data bus **206** to one or more memory devices **208**, other computer circuitry **210**, and one or more interface circuits **212**. The processor **204** may be any suitable processor, such as a microprocessor from the INTEL PENTIUM⬤ family of microprocessors. The memory **208** preferably includes volatile memory and non-volatile memory. Preferably, the memory **208** stores a software program that interacts with the other devices in the system **100** as described below. This program may be executed by the processor **204** in any suitable manner. In an example embodiment, memory **208** may be part of a "cloud" such that cloud computing may be utilized by a computing devices **102**, **104**. The memory **208** may also store digital data indicative of documents, files, programs, web pages, etc. retrieved from a computing device **102**, **104** and/or loaded via an input device **214**.

The interface circuit **212** may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus (USB) interface. One or more input devices **214** may be connected to the interface circuit **212** for entering data and commands into the main unit **202**. For

4

example, the input device **214** may be a keyboard, mouse, touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, and/or a voice recognition system.

One or more displays **112**, printers, speakers, and/or other output devices **216** may also be connected to the main unit **202** via the interface circuit **212**. The display **112** may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display **112** generates visual displays generated during operation of the computing device **102**, **104**. For example, the display **112** may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device **102**, **104**. A user interface may include prompts for human input from a user **114** including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices **218** may also be connected to the main unit **202** via the interface circuit **212**. For example, a hard drive, CD drive, DVD drive, and/or other storage devices may be connected to the main unit **202**. The storage devices **218** may store any type of data, such as pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device **102**, **104**.

The computing device **102**, **104** may also exchange data with other network devices **220** via a connection to the network **106**. Network devices **220** may include one or more servers **226**, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository **222**. A server **226** may include any kind of data **224** including databases, programs, files, libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server **226** may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers **226** may be used to support and maintain the system **100**. For example, servers **226** may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device **102** which is also stored on the server **226**, either temporarily or permanently, for example in memory **208** or storage device **218**. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device **102**, **104** can be controlled by appropriate security software or security measures. An individual users' **114** access can be defined by the computing device **102**, **104** and limited to certain data and/or actions. Accordingly, users **114** of the system **100** may be required to register with one or more computing devices **102**, **104**. For example, registered users **114** may be able to request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

As noted previously, various options for managing data located within the computing device **102**, **104** and/or in a server **226** may be implemented. A management system may manage security of data and accomplish various tasks such as facilitating a data backup process. A management system

US 9,141,984 B2

5

6

may be implemented in a client **102**, a host device **104**, and a server **226**. The management system may update, store, and back up data locally and/or remotely. A management system may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks **106**.

FIG. **3** is a block diagram showing an example automobile transaction network structure **300** which includes an automobile market information processing system **302**, a consumer interface **304**, a dealer interface **306**, and a manufacturer interface **308**. The example automobile market information processing system **302** may be implemented on one or more host devices **104** accessing one or more servers **108**, **226**. In an example embodiment, the automobile market information processing system **302** includes a database system **310**, a recommendation engine **312**, a vehicle identification number processor **314**, and an interface generation unit **316**. A user **114** may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface **304**, dealer interface **306**, or manufacturer interface **308**, respectively. A database system **310** may include a wide variety of automobile market data. A recommendation engine **312** may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor **314** may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor **314** may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit **316** may provide, for example, HTML files which are used at the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** interface to provide information to the users **114**. It should be appreciated that he the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be considered to be part of the automobile market information processing system **302**, however, for discussion purposes, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be referred to as separate from the automobile market information processing system **302**.

For example, a user **114** may interact with a consumer interface **304** to research automobiles the user **114** is interested in buying. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface **304** by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface **304** may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface **304** from the consumer, the consumer interface **304** may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface **304** may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to a dealer near the consumer's present location. The automobile market information processing system **302** may process data received by the consumer interface **304**, as well as the dealer interface **306** and/or the manufacturer interface **308**, to respond to a request from a consumer. For example, data from database system **310** may be queried for use in a report, or a recommendation may be provided by recommendation engine **312** according to the consumer request and current market data. The automobile market information processing system **302** may integrate data received from consumer interface **304**, dealer interface **306**, and manufacturer interface **308** to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface **304** may be specific to one particular manufacturer or may provide information for multiple different manufacturers. For example, a consumer interface **304** may be a website with information on many manufacturers, and further, the consumer interface **304** may access or link to the manufacturer specific websites (e.g., Ford). Also, for example, a consumer interface **304** may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automobile models with any available options or features. For example, a manufacturer website may allow a consumer to select options that are desired to "build" a particular automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code). Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pricing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface **304** and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface **304**.

Accordingly, the consumer interface **304** may provide a wide range of information, for example, based on any searches or queries performed by a user **114**. In an example embodiment, based on a user search or request for a response, the consumer interface **304** will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system **302**. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar purchase options to a specific search may also be provided, based on feature matching, price range, consumer popularity, etc. Information including price ranges, including MSRP, invoice prices, inventory levels, the user's **114** credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. For example, a financing calculator may help a user **114** determine what financing rate is appropriate. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current mar-

US 9,141,984 B2

7

ket data including prices, interest rates, incentives, estimated mileage per year, etc. for providing an analysis for a particular consumer regarding purchasing or leasing. Also, the consumer interface **304** may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface **304** may provide a wide variety of useful information to a consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like.

In an example embodiment, a dealer interface **306** may provide a user **114**, such as a dealer employee, information relating to the current automobile market. The dealer interface **306** allows a dealer to interact with automobile market information processing system **302** to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface **306** includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface **306** relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface **306** which will be used by automobile market information processing system **302** to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface **306** as described herein.

In an example embodiment, a manufacturer interface **308** may provide a user **114**, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, an manufacturer interface **308** may provide a manufacturer a request received from a consumer interface **304**. Additionally, the manufacturer interface **308** may provide information such as a report that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system **310** relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information to provide a response to a consumer request. The manufacturer may provide the manufacturer interface **308** with information to provide a confirmation, a verification, or an offer to a consumer via consumer interface **304**. For example, a confirmation

8

number associated with the particular consumer request may be provided for the consumer. Also, a recommendation may be provided from the recommendation engine **312** to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. The manufacturer interface **308** may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing plans, marketing activities, etc., which may provide a significant advantage for manufacturers.

Accordingly, information may be provided to the automobile market information processing system **302** from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system **302**. This allows the automobile market information processing system **302** to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system **302** may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system **302**, may instead be performed locally at consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or vice versa. Further, in certain cases, tasks may be performed using consumer interface **304**, dealer interface **306**, and manufacturer interface **308** or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system **302**. In an example embodiment, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be located on a website, and may further be implemented as a secure website. Also, consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may require a local application, for example, which a manufacturer may pay for to have access to, for example, information from the automobile market information processing system **302** such as requests from consumers.

FIG. **4** is a flowchart of an example process **400** for facilitating an automobile transaction. Although the process **400** is described with reference to the flowchart illustrated in FIG. **4**, it will be appreciated that many other methods of performing the acts associated with the process **400** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process **400** for facilitating an automobile transaction may allow users **114**, including manufacturers and consumers, as well as dealers, to efficiently sell and purchase automobiles, respectively. The example process **400** may begin with automobile market data including at least pricing data and inventory data stored in a database system (block **402**). For example, automobile market data from manufacturers, dealers, and consumers regarding pricing, lot

US 9,141,984 B2

9

inventory, production scheduling, and shipment scheduling is collected and stored in a database. In an example embodiment, a wide variety of data is stored in a database system **310**. Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface **304**, such as data in consumer searches or requests, information from a dealer interface **306**, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, shipping costs, and information from a manufacturer interface **308**, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in transit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or may include additional information received from other sources. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system **310** may be organized according to different manufacturers, automobile make and model, different information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers **108, 226** which may be remotely located from each other and/or a host device **104** of the automobile market information processing system **302**. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system **302**.

The example process **400** continues with a consumer providing a request to a manufacturer for a response of whether an automobile can be provided (block **404**). For example, a car buyer fills in a request form on a website to receive a verification that a car can be produced or delivered. In this example embodiment, the buyer's request may be transmitted from consumer interface **304** via the internet to the automobile market information processing system **302**. In another example embodiment, a car buyer may be located at a dealer location and take a picture of a vehicle identification number (VIN) on a car that the buyer would like to receive information for. For example, using an application stored on a mobile device **103**, the buyer may take a picture of the VIN on a car. The buyer may want information on that specific car or on other comparable cars with the same or similar features and/or options. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system **302** to determine the make and model of the car, along with various other characteristics of the car. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number. Accordingly, the buyer may perform research, for example, while at home or while shopping at a dealer location. Further, for example, the buyer may take a picture of a VIN anywhere, including at automobile trade shows, mall displays, or anywhere new cars or cars for sale are displayed. The buyer may even take a picture of a car

10

parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface **304** may be stored, for example, in database system **310**, thereby updating the automobile market information processing system **302** with current automobile market data.

The example process **400** may continue with providing automobile market data to a manufacturer based on the consumer request (block **406**). For example, the car manufacturer receives a real-time report including local car sales data, inventory data, car delivery data, and car build time data of the consumer's requested car. In an example embodiment, a report may include quality information, safety information, insurance information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. The report may be provided through manufacturer interface **308** and include the consumer requirements and preferences. The request and/or the report may be provided in real-time and may provide real-time data. Data reported based on a real-time updates in the automobile market information processing system **302** may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine **312** may provide recommendations to a manufacturer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that a dealer may offer or bid, which can be very useful information for a manufacturer. In an example embodiment, a probability for a manufacturer or dealer to sell a certain lot of automobiles within a time frame may be provided. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, the recommendation engine may provide suggestions regarding manufacturer incentives or other factors which affect the automobile market. Manufacturers may use such information in making important decisions, such as setting pricing, setting or modifying production schedules, marketing directives, future product features and focus, and the like. Also, in an example embodiment, the manufacturer interface **308** may provide information that is limited to cars which meet the consumer request requirements. The manufacturer may customize the manufacturer interface **308** to provide information in a pre-specified manner to suit the manufacturers needs.

A manufacturer response is provided to the consumer indicating that the automobile can be provided for the consumer (block **408**). For example, the car maker provides a verification that a car can be produced, shipped, or is already in inventory based on current pricing data, car locations, and build times for the subject car. The manufacturer interface **308** may be used to communicate a verification, or a confirmation or offer to a buyer. For example, a verification may state that a particular car with specific features may be produced within forty-five days if the buyer purchases that car and may provide a confirmation number associated with the verification. In another example, a particular car currently being shipped to New York may be re-routed to Illinois. The automobile market data may include, for example, shipping costs that the manufacturer may use for determining if an automobile should be re-routed. An offer to produce or ship a particular car to a dealer location near a consumer may be authorized through the manufacturer interface **308**. In an example embodiment, the automobile market information processing system **302** may be pre-authorized by a manufacturer to provide a confirmation of specific model with specific feature sets. A manufacturer may determine whether it is profitable to produce a car from scratch based on the automo-

US 9,141,984 B2

11

bile market data such as current market pricing, current inventory levels, and the like. Accordingly, a manufacturer response may be adjusted by current automobile market conditions. In an example embodiment, a manufacturer response may not require the use of manufacturer interface **308**, for example, a manufacturer may otherwise provide a consumer with a verification, which may be provided by the consumer for use in the automobile market information processing system **302**. Any verification, confirmation, offer, and/or response communicated from a manufacturer interface **308** may be stored, for example, in database system **310**, to further update the automobile market information processing system **302** with current automobile market data.

Then, a bid to sell the automobile to the consumer is requested from dealers based on the manufacturer response (block **410**). For example, several dealers provide bids based on the verification, current pricing data, dealer pickup locations, and potential add-ons. Each dealer's bid may include a price, for example, a price with no additional add-on products or services, such as service contracts, warranties, aftermarket accessories, etc. For example, add-on products may provide substantial value to a dealer, above and beyond the profit margin for the sale of the requested car. A dealer may profit from selling financing options, for example, if a consumer needs financing, the financier may pay the dealer for sourcing the loan. A dealer may sell service plans or maintenance packages (e.g., an extended service contract), selling warranties (e.g., a lifetime warranty), or selling insurance plans (e.g., life, accident, and health insurance, liability insurance, comprehensive insurance, etc.). Also, a dealer may also sell various hard add accessories, for example, bicycle racks, hitches, commercial accessories (e.g., lights and sirens), or any aftermarket products or modifications (e.g., sunroof).

One or more dealer bids are provided to the consumer (block **412**). For example, several dealers provide bids, so several different prices and delivery options may be available to the car buyer. Typically, the bid will include at least a specified price and pickup time and location. Typically, a pickup location will be a dealer lot or distribution location. In an example embodiment, a buyer that has taken a picture of a VIN with a mobile device may receive dealer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the buyer may be actively shopping for a car on a dealer lot. It should be appreciated that some dealers may have multiple locations which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular car requested by a consumer should be priced at, for example, $26,000. However, various factors may affect the bid or offer that a dealer will make for the particular car. For example, the potential for forming a customer relationship, the value of potential add-on products and services, or competition with other dealers may cause a dealer to bid lower than normal. In such a case, the dealer may bid $25,000 in an effort to create a customer relationship, sell add-on products, and/or undercut the competition pricing. Other factors, such as the buyer's credit score (e.g., FICO score), may be used by a dealer in determining a bid, as this may affect the profitability of a sale.

Further, for example, the particular automobile requested may not be available for immediate pickup near the buyer, and various alternative delivery options may be provided from several dealers' bids. A car that is in transit to an out of state dealer may be re-routed to a dealer near the buyer, or a new car may be built to the buyer's desired specifications and delivered to a dealer near the buyer. Therefore, for example, the consumer interface **304** may provide several different bids with different delivery options and prices to the buyer, for

12

example, a price of $26,000 to pick up the car at an out of state dealership the next day, a price of $26,000 to pick up the car at a local dealer in two months, or a price of $26,500 to pick up the car at a local dealer in five days. For example, the costs of re-routing a car already in shipment may be factored into dealer bids. Inventoryless bidding may be highly beneficial when dealers that do not have a requested automobile in inventory can still profitably provide a bid. Further, for example, cars that are not exactly what the buyer requested may also be offered to the buyer. For example, the buyer may request a four wheel drive car, but if a two wheel drive car that meets all the other buyer criteria is immediately available at a nearby dealer, the dealer may provide an offer to the buyer for this car, possibly at a significantly lower price, such as $23,000 instead of $26,000 for a four wheel drive car as requested. Further, for example, dealers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a dealer including safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers.

The consumer interface **304** may organize dealer bids based on a variety of factors and may provide supplemental information. For example, certain dealer bids may be selected as the best options, all dealer bids may be summarized, various additional ratings, reviews, or popularity information, financing information, etc. may also be provided to a consumer along with any dealer bids. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data. For example, of ten dealer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular consumer search may not return any dealer bids, for example, if consumer search requirements are unrealistic for the consumer's required price range. Also, for example, if only one or two bids are received, the recommendation engine **312** may recommend that a consumer wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system **310**. Further, in an example embodiment, dealer bids may be organized according to distance to a dealer pickup location, lowest price, closest match to the consumer entered criteria, a normalized quality index or value index, etc. The consumer may be able to toggle between different viewing options for dealer bids or search results.

Further, in an example embodiment, a buyer may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a car (e.g., a Maxima). A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a comparable car (e.g., an Avalon) relating to, for example, gas mileage, safety ratings, price comparisons, residual value, driving directions to the competing dealer, etc. In an example embodiment, a dealer may use the geolocation of the buyer, such as in instances when the buyer is physically located close to the dealer. Accordingly, competing dealer bids may be interbrand or intrabrand in nature, and may be tailored to the

US 9,141,984 B2

13                                                                      14

buyer's particular situation, which a consumer may find highly advantageous. For example, the buyer may have a bid for a car the buyer wants to test drive as well as a bid for a comparable car across the street before a salesman from the dealer even introduces himself. Accordingly, a consumer may weigh the pros and cons of various dealer bids, based on delivery options, pricing, and any other relevant variants. Any bids communicated from a dealer interface **306** may be stored, for example, in database system **310**, to further update the automobile market information processing system **302** with current automobile market data.

The consumer selects a bid including a delivery option which specifies a pickup location (block **414**). For example, the car buyer chooses a delivery option of picking up the car at a nearby dealer in five days. As noted above, a dealer may be a franchise dealer entity or a non-franchise distribution location. The buyer may select an offer with a specified delivery option on the consumer interface **304**. The car buyer may have been weighing two or more different delivery options and/or different features, price differences, etc., based on the response(s) received through the consumer interface **304**. As noted above, the consumer interface **304** may organize bids and other helpful information in a variety of ways, which may make the information easier for a consumer to digest. It should be appreciated that a buyer will typically want to pick up a new car at a convenient location, often near the buyer's home. Accordingly, dealers may attempt to provide delivery options tailored towards maximizing profit for the dealer while also maximizing convenience to the buyer, while also providing a superior bid to other dealers. By providing multiple bids with different delivery options, the buyer may be allowed to save time or money based on the buyer's particular needs. In an example embodiment, the buyer may provide a counter offer or different request via the consumer interface **304** to a dealer via the dealer interface **306**. Accordingly, the dealer may respond in kind, and may update delivery options or other terms. It should be appreciated that the consumer selection of a bid may, for example, occur simultaneously with the consumer executing the sale or providing a deposit or down payment, or the like (see, e.g., block **418**). Accordingly, in an example embodiment, once the buyer selects a bid, the buyer has effectively purchased the car, and the dealer does need to worry about the buyer backing out of the deal. Any consumer selections, counter offers, or additional requests or responses may be stored in database system **310**, as the communications are processed by automobile market information processing system **302**, providing further data updates. Accordingly, in an example embodiment, a consumer may select a bid to purchase a car, and that purchase information may then be provided to another consumer searching for the same type of car with similar features, for example, the next day.

Once a bid with a specific delivery option has been selected, the manufacturer is instructed to provide the automobile to a dealer according to the consumer bid selection (block **416**). For example, the car maker is instructed to re-route a car already in transit to the dealer pickup location for delivery in less than five days. In an example embodiment, the dealer may be required to send an instruction message from the dealer interface **306** to the manufacturer interface **308**. It should be appreciated that the specific manner of instruction may be changed based on the particular application, for example, the automobile market information processing system **302** may automatically provide an instruction to a manufacturer to produce a car or re-route a car. It should also be appreciated that particular events may be required to trigger instructing a car to be delivered to a dealer, such as a deposit,

financing approval, etc. Further, the consumer may be required to send an instruction message from the consumer interface **304** to the manufacturer interface **308** affirming that the buyer has agreed to purchase the car from the dealer.

The consumer and the dealer execute the sale of the automobile (block **418**). For example, the consumer electronically signs documentation such as loan application and a contract and performs an electronic funds transfer or credit card payment. After the delivery option is selected, an electronic contract may be provided by the manufacturer for the buyer who may e-sign the contract, and/or any other loan applications or other documentation as needed. In another example embodiment, paper copies of a contract may be signed, for example, after the buyer prints them or receives them from a nearby dealer or through the mail. In an example embodiment, the buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. For example, the process may occur in several steps, as loan processing may be required prior to executing a contract for sale of a car. Also, it should be appreciated that, for example, the consumer selection of a bid discussed above (see, e.g., block **414**) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final negotiated price, may be provided to and stored in database system **310**. Accordingly, the automobile market information processing system **302** may be updated with current automobile market data from every step in the negotiation process between a consumer and a manufacturer. In an example embodiment, the updates provided to the automobile market information processing system **302** are provided in real-time, for example, data may be transmitted and processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system **302** according to a batch processing schedule.

Next, the manufacturer provides the dealer with the purchased automobile according to the consumer bid selection (block **420**). For example, the car maker re-routes a car en route to delivery at another dealer to the dealer pickup location selected by the car buyer or transports the car directly from the factory to the dealer pickup location. If a buyer chooses a quicker delivery option, the car may need to be re-routed from a different destination to the selected dealer pickup location. If a buyer does not urgently need to have a car, a new car may be built to the buyer's exact specifications and delivered to the selected dealer pickup location. Also, for example, a purchased car may be already at a dealer which the buyer has agreed to pick the car up, in which case, the car does not need to be provided to the dealer. A dealer may interact with the automobile market information processing system **302** using dealer interface **306**, for example, to receive notification that a car will be picked up by a buyer, and to report that a car has been delivered to the dealer. A notification may also be sent via consumer interface **304** to the buyer that the car is available for pickup at the specified dealer.

Finally, the consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (block **422**). For example, the car buyer picks up the car at the nearby dealer five days after the car sale is executed. The buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the dealer. For example, the buyer may arrive at the dealer, show identification and proof of purchase, and be provided the keys to the car. The buyer may sign paperwork indicating the car has been picked up. Also, the dealer may offer or provide additional products or services to the buyer when the buyer goes

US 9,141,984 B2

15

to the dealer to pick up the car. For example, the dealer may offer financing options, warranties, service plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that manufacturers, consumers, and dealers may receive significant benefits from the method of facilitating an automobile transaction disclosed herein. For example, production scheduling, price setting, inventory management, may be greatly improved for manufacturers and dealers by utilizing the disclosed system and method. Consumers may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system 302, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

FIG. 5 illustrates a block diagram of an example data architecture 500. In the example data architecture 500, interface data 502, administrative data 504, and automobile market data 506 interact with each other, for example, based on user commands or requests. The interface data 502, administrative data 504, and automobile market data 506 may be stored on any suitable storage medium (e.g., server 226). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data 502, administrative data 504, and automobile market data 506. Various other or different types of data may be included in the example data architecture 500.

Interface data 502 may include input and output data of various kinds. For example, input data may include mouse click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data 502 may include data relating to formatting, user interface options, links or access to other websites or applications, and the like. Interface data 502 may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data 504 may include data and applications regarding project data or data related to project compensation. For example, administrative data 504 may include information used for updating accounts, such as creating or modifying manufacturer accounts or dealer accounts. Further, administrative data 504 may include access data and/or security data. Administrative data 504 may interact with interface data in various manners, providing a user interface 304, 306, 308 with administrative features, such as implementing a user login and the like.

Automobile market data 506 may include, for example, executed sales data 508, consumer data 510, dealer data 512, manufacturer data 514, statistical data 516, and/or historical data 518. Executed sales data 508 may include actual negotiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data 510 may include consumer search activity, consumer requests and offers, consumer feedback, etc. Dealer data 512 may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers

16

received, foot traffic activity, and dealer inventory data, including current on location data, automobile turnover rates, etc. Manufacturer data 514 may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, etc. Statistical data 516 may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data 508 may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under multiple categories of automobile market data 506, or change with the passage of time. It should also be appreciated that automobile market data 506 may be tailored for a particular manufacturer or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system 310. Accordingly, for example, customized reports may be provided to a manufacturer interface 308 using that specific data for the manufacturer.

The integration of the various types of automobile market data 506 received from the consumer interface 304, dealer interface 306, and manufacturer interface 308 may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a consumer may benefit greatly from using an application in a mobile device 103 to receive both intrabrand information and interbrand information in real-time, based only on taking a picture of VIN. Dealers and manufacturers may be able to provide information to the consumer in a manner that highlights the benefits of the products the respective dealer or manufacturer would like to sell. The intrabrand and interbrand information provided on a consumer interface 304 may allow the best automobile options for a particular consumer to be provided to that consumer, may allow manufacturers to better follow through with opportunities for sales, and may allow dealers to compete with other dealers taking into account a greater amount of automobile market information, all of which may result in a more efficient automobile market.

Automobile market data 506 may be maintained in various servers 108, in databases or other files. It should be appreciated that, for example, a host device 104 may manipulate automobile market data 506 in accordance with the administrative data 504 and interface data 502 to provide requests or reports to users 114 including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data 506 represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. 6 is flow diagram illustrating an example process 600 for facilitating an automobile transaction, according to an example embodiment of the present invention. Although the process 600 is described with reference to the flow diagram illustrated in FIG. 6, it will be appreciated that many other methods of performing the acts associated with the process 600 may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

US 9,141,984 B2

17

In the example process **600**, data may flow between the automobile market information processing system **302** and a consumer interface **304**, a manufacturer interface **308**, and a dealer interface **306**, as discussed above based on consumer, manufacturer, and dealer interaction with the automobile market information processing system **302**. It should be appreciated that the automobile market information processing system **302** may update the automobile market information stored in the database system **310** when automobile market information is received from a consumer, a dealer, or a manufacturer, or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process **600** may begin with a consumer taking a picture of a VIN using a mobile phone application (block **602**). The consumer interface **304** may use OCR to determine and provide the VIN to the automobile market information processing system **302** to provide a consumer request (block **604**). It should be appreciated that OCR may occur in the automobile market information processing system **302** or at the consumer interface **304**. The automobile market information processing system **302** receives the consumer request and prepares automobile market information based on the request (block **606**). The automobile market information processing system **302** may send the consumer request and automobile market information based on the consumer request to the manufacturer interface **308** (block **608**). It should be appreciated that while the consumer request is automobile market information, typically, additional automobile market information would be provided with the consumer request. For example, typically, data relating to recent sales of the requested automobile and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the requested automobile may be provided. The manufacturer receives the request, determines that an automobile can be provided and prepares and provides verification information for consumer and dealers (block **610**). A manufacturer response with the verification information may be provided from the manufacturer interface **308** to the automobile market information processing system **302** (block **612**). The automobile market information processing system **302** receives and processes the manufacturer response with the verification and prepares and provides information for consumer and dealers (block **614**). The manufacturer response with a verification may be sent from the automobile market information processing system **302** to the consumer interface **304** (block **616**). It should be appreciated that other automobile market information may be provided to the consumer interface **304** with a verification, for example, suggested pricing, ratings information, etc. The consumer interface **304** receives the verification that the automobile can be provided, for example, as a confirmation message on the mobile device (block **618**).

The automobile market information processing system **302** may also send to the dealer interface **306** a bid request for one or more dealers (block **620**). One or more dealers receive a bid request, determine prices and delivery options for the automobile, and prepare and provide bids for the consumer (block **622**). A dealer bid may be sent from the dealer interface **306** to the automobile market information processing system **302** for each dealer that wants to provide a bid (block **624**). The automobile market information processing system **302** receives and processes dealer bids and prepares the bids and automobile market data for the consumer (block **626**). The automobile market information processing system **302** may send dealer bids and automobile market information to the

18

consumer interface **304** (block **628**). It should be appreciated that automobile market information may be provided to the consumer before dealer bids are provided, and/or concurrently with dealer bids. Also, it should be appreciated that blocks **616** and **628** may be combined, particularly if the dealer bidding process can occur quickly, for example, in real-time. The consumer may receive dealer bids based on the verification and select a bid including a delivery option based on automobile market information (block **630**). The consumer interface **304** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer wants to purchase or lease the automobile based on the selected bid (block **632**). The automobile market information processing system **302** receives and processes the consumer bid selection (block **634**). For example, the automobile market information processing system **302** may send the bid selection to the dealer interface **306** (block **636**). The dealer may receive the bid selection and coordinate a sale by, for example, instructing the manufacturer to produce and ship the automobile to the dealer location for delivery to the consumer (block **638**). Also, for example, the dealer may provide contract or loan documents, collect a deposit or down payment, or the like. As discussed above, in each of blocks **606**, **614**, **626**, and **634**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, dealer, and/or manufacturer.

For exemplary purposes, the present disclosure discusses a various examples relating to a purchase of a car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, commercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent application filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE," the entire contents of which are hereby incorporated by reference herein, and in an example embodiment, the features of which may be combined with the features of the present disclosure.

It should be understood that various changes and modifications to the example embodiments described herein will be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present subject matter and without diminishing

US 9,141,984 B2

19 20

its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention is claimed as follows:

1. A method comprising:

storing, on a computer readable medium, automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from at least one manufacturer, a plurality of dealers, and a plurality of consumers, wherein at least a portion of the automobile market data is updated in real-time;

receiving, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

executing instructions, by at least one processing device, to:

determine current inventory data of the first automobile, wherein the current inventory data of the first automobile includes a plurality of dealer inventories of a plurality of dealers, with each respective dealer of the plurality of dealers having a respective dealer inventory, and wherein the current inventory data indicates that a first dealer of the plurality of dealers does not currently have the first automobile in a first inventory of the first dealer;

provide first automobile market data including the current inventory data of the first automobile to the first manufacturer, based on the first request, via a manufacturer interface, wherein the first automobile market data is based on real-time automobile market data;

generate, based on the first automobile market data including the current inventory data of the first automobile, via the manufacturer interface, at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

determine, using the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that the first dealer is located at a second location within the in-market dealer area;

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

request, from the first dealer, via a dealer interface, an inventoryless bid to sell the first automobile based on the first manufacturer response;

receive, from the first dealer located at the second location and engaging in inventoryless bidding, the inventoryless bid to provide the first automobile, which is at least one of yet to be manufactured and in the inventory of another entity;

generate driving directions from the first location to the second location; and

provide the inventoryless bid and the driving directions to the consumer interface, the inventoryless bid including at least a price and a delivery option; and

receiving a consumer selection of the inventoryless bid including a first delivery option which specifies a pickup location at the first dealer, wherein the consumer selection indicates a consumer intention to purchase the first automobile.

2. A method comprising:

storing, on a computer readable medium, automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from at least one manufacturer, a plurality of dealers, and a plurality of consumers;

receiving, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

executing instructions, by at least one processing device, to:

determine current inventory data of the first automobile, wherein the current inventory data of the first automobile includes a plurality of dealer inventories of a plurality of dealers, with each respective dealer of the plurality of dealers having a respective dealer inventory, and wherein the current inventory data indicates that a first dealer of the plurality of dealers does not currently have the first automobile in a first inventory of the first dealer;

provide first automobile market data including the current inventory data of the first automobile to the first manufacturer, based on the first request, via a manufacturer interface;

generate, based on the first automobile market data including the current inventory data of the first automobile, via the manufacturer interface, at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

determine, using the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that the first dealer is located at a second location within the in-market dealer area;

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

request, from the first dealer, via a dealer interface, an inventoryless bid to sell the first automobile based on the first manufacturer response;

receive, from the first dealer located at the second location and engaging in inventoryless bidding, the inventoryless bid to provide the first automobile, which is at least one of yet to be manufactured and in the inventory of another entity;

US 9,141,984 B2

21

generate driving directions from the first location to the second location; and

provide the inventoryless bid and the driving directions to the consumer interface, the inventoryless bid including at least a price and a delivery option; and

receiving a consumer selection of the inventoryless bid including a first delivery option which specifies a pickup location at the first dealer.

**3.** The method of claim **2**, wherein the pricing data includes normal listing prices, sale prices, manufacturer incentives, actual prices of executed transactions, and consumer offers.

**4.** The method of claim **2**, wherein the inventory data includes at least one of inventory data by location, inventory in transit data, production lead time data, production schedule data, and shipping schedule data.

**5.** The method of claim **2**, wherein the first request is made by a consumer on a website using a request form including at least one of a text box and a drop down list.

**6.** The method of claim **2**, wherein the first request is made by a consumer using a mobile device which takes a picture of a vehicle identification number.

**7.** The method of claim **6**, wherein the vehicle identification number is recognized using optical character recognition.

**8.** The method of claim **2**, wherein the first automobile is one of a particular type of car with a specific set of features and a particular car with a specific vehicle identification number.

**9.** The method of claim **2**, wherein the first automobile market data provided to the first manufacturer consists of at least one of the first request and a suggested bid price.

**10.** The method of claim **2**, wherein the first automobile market data is based on real-time automobile market data.

**11.** The method of claim **2**, wherein the consumer selection of the inventoryless bid indicates that the consumer intends to one of purchase the first automobile and lease the first automobile.

**12.** The method of claim **2**, further comprising:

causing the at least one processing device to process the consumer selection of the first inventoryless bid to facilitate:

instructing the first manufacturer to provide the first automobile to the first dealer based on the consumer selection of the inventoryless bid; and

executing a sale, including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

**13.** The method of claim **12**, wherein the first automobile is made available for pickup at the first dealer according to the consumer selected first delivery option.

**14.** The method of claim **2**, wherein the manufacturer interface allows a manufacturer to request data via the consumer interface from a plurality of consumers.

**15.** The method of claim **2**, wherein the manufacturer interface allows a manufacturer to request data via the dealer interface from a plurality of dealers.

**16.** The method of claim **2**, wherein the first dealer at least one of provides and offers at least one of a financing plan, a service plan, an insurance plan, a warranty, and a hard add accessory, for at least the first automobile.

**17.** The method of claim **2**, wherein the first dealer is at least one of a franchise dealer and a non-franchise distribution location.

**18.** The method of claim **2**, wherein the automobile market data includes consumer interest data.

**19.** The method of claim **2**, wherein the first manufacturer response includes an acknowledgement of interest.

22

**20.** The method of claim **2**, wherein the inventoryless bid includes a first price corresponding to the first delivery option and a second price corresponding to a second delivery option.

**21.** A system comprising:

a computer readable medium storing automobile market data which is representative of recent automobile market characteristics, including at least pricing and inventory data, wherein the automobile market data includes information received from at least one manufacturer, a plurality of dealers, and a plurality of consumers; and

at least one processing device operably coupled to the computer readable medium, the at least one processing device executing instructions to:

receive, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

determine current inventory data of the first automobile, wherein the current inventory data of the first automobile includes a plurality of dealer inventories of a plurality of dealers, with each respective dealer of the plurality of dealers having a respective dealer inventory, and wherein the current inventory data indicates that a first dealer of the plurality of dealers does not currently have the first automobile in a first inventory of the first dealer;

provide first automobile market data including the current inventory data of the first automobile to the first manufacturer, based on the first request, via a manufacturer interface;

generate, based on the first automobile market data including the current inventory data of the first automobile, via the manufacturer interface, at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

determine, using the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that the first dealer is located at a second location within the in-market dealer area;

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

request, from the first dealer, via a dealer interface, an inventoryless bid to sell the first automobile based on the first manufacturer response;

receive, from the first dealer located at the second location and engaging in inventoryless bidding, the inventoryless bid to provide the first automobile, which is at least one of yet to be manufactured and in the inventory of another entity;

generate driving directions from the first location to the second location;

provide the inventoryless bid and the driving directions via the consumer interface, the inventoryless bid including at least a price and a delivery option; and

US 9,141,984 B2

23

receive a consumer selection of the inventoryless bid including a first delivery option which specifies a pickup location at the first dealer.

**22**. The system of claim **21**, wherein the pricing data includes normal listing prices, sale prices, manufacturer incentives, actual prices of executed transactions, and consumer offers.

**23**. The system of claim **21**, wherein the inventory data includes at least one of inventory data by location, inventory in transit data, production lead time data, production schedule data, and shipping schedule data.

**24**. The system of claim **21**, wherein the request is made by a consumer on a website using a request form including at least one of a text box and a drop down list.

**25**. The system of claim **21**, wherein the request is made by a consumer using a mobile device which takes a picture of a vehicle identification number.

**26**. The system of claim **25**, wherein the vehicle identification number is recognized using optical character recognition.

**27**. The system of claim **21**, wherein the first automobile is one of a particular type of car with a specific set of features and a particular car with a specific vehicle identification number.

**28**. The system of claim **21**, wherein the first automobile market data provided to the first manufacturer consists of at least one of the first request and a suggested bid price.

**29**. The system of claim **21**, wherein the first automobile market data is based on real-time automobile market data.

**30**. The system of claim **21**, wherein the consumer selection of the inventoryless bid indicates that the consumer intends to one of purchase the first automobile and lease the first automobile.

**31**. The system of claim **21**, wherein the at least one processing device executes instructions to process the consumer selection of the first bid to facilitate:

instructing the first manufacturer to provide the first automobile to the first dealer based on the consumer selection of the inventoryless bid; and

executing a sale, including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

**32**. The system of claim **31**, wherein the first automobile is made available for pickup at the first dealer according to the consumer selected first delivery option.

**33**. The system of claim **21**, wherein the manufacturer interface allows a manufacturer to request data via the consumer interface from a plurality of consumers.

**34**. The system of claim **21**, wherein the manufacturer interface allows a manufacturer to request data via the dealer interface from a plurality of dealers.

**35**. The system of claim **21**, wherein the first dealer at least one of provides and offers at least one of a financing plan, a service plan, an insurance plan, a warranty, and a hard add accessory, for at least the first automobile.

**36**. The system of claim **21**, wherein the first dealer is at least one of a franchise dealer and a non-franchise distribution location.

**37**. The system of claim **21**, wherein the automobile market data includes consumer interest data.

**38**. The system of claim **21**, wherein the first manufacturer response includes an acknowledgement of interest.

24

**39**. A non-transitory computer readable medium storing software instructions which, when executed, cause an information processing apparatus to:

store automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from at least one manufacturer, a plurality of dealers, and a plurality of consumers;

receive, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

determine current inventory data of the first automobile, wherein the current inventory data of the first automobile includes a plurality of dealer inventories of a plurality of dealers, with each respective dealer of the plurality of dealers having a respective dealer inventory, and wherein the current inventory data indicates that a first dealer of the plurality of dealers does not currently have the first automobile in a first inventory of the first dealer;

provide first automobile market data including the current inventory data of the first automobile to the first manufacturer, based on the first request, via a manufacturer interface;

generate, based on the first automobile market data including the current inventory data of the first automobile, via the manufacturer interface, at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

determine, using the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that the first dealer is located at a second location within the in-market dealer area;

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

request, from the first dealer, via a dealer interface, an inventoryless bid to sell the first automobile based on the first manufacturer response;

receive, from the first dealer located at the second location and engaging in inventoryless bidding, the inventoryless bid to provide the first automobile, which is at least one of yet to be manufactured and in the inventory of another entity;

generate driving directions from the first location to the second location;

provide the inventoryless bid and the driving directions via the consumer interface, the inventoryless bid including at least a price and a delivery option; and

receive a consumer selection of the inventoryless bid including a first delivery option which specifies a pickup location at the first dealer.

\* \* \* \* \*

US008650093B2

(12) **United States Patent**
    Seergy et al.

(10) **Patent No.:**      **US 8,650,093 B2**
(45) **Date of Patent:**        **Feb. 11, 2014**

(54) **USED AUTOMOBILE TRANSACTION FACILITATION FOR A SPECIFIC USED AUTOMOBILE**

(75) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **Sidekick Technology LLC**, Pine Brook, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 76 days.

(21) Appl. No.: **13/207,858**

(22) Filed: **Aug. 11, 2011**

(65) **Prior Publication Data**

US 2012/0036033 A1      Feb. 9, 2012

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 13/176,497, filed on Jul. 5, 2011, and a continuation-in-part of application No. 13/176,525, filed on Jul. 5, 2011.

(51) **Int. Cl.**
    *G06Q 30/00*        (2012.01)
(52) **U.S. Cl.**
    USPC ........................................ **705/26.4**; 705/26.1
(58) **Field of Classification Search**
    USPC ...................... 705/26.1, 27.1, 26.4
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,970,472 | A | 10/1999 | Allsop et al. |
| 6,006,201 | A | 12/1999 | Berent et al. |
| 6,321,221 | B1 | 11/2001 | Bieganski |
| 6,463,431 | B1 | 10/2002 | Schmitt |
| 6,533,173 | B2 | 3/2003 | Benyak |
| 6,868,388 | B1 | 3/2005 | Millsap et al. |
| 6,868,389 | B1 | 3/2005 | Wilkins et al. |
| 7,395,223 | B1 | 7/2008 | Buzzell et al. |
| 7,406,436 | B1 | 7/2008 | Reisman |
| 7,479,949 | B2 | 1/2009 | Jobs et al. |
| 7,636,574 | B2 | 12/2009 | Poosala |
| 2002/0065707 | A1 | 5/2002 | Lancaster et al. |
| 2002/0082978 | A1 | 6/2002 | Ghouri et al. |
| 2002/0099625 | A1 | 7/2002 | Takaoka et al. |
| 2002/0111877 | A1 | 8/2002 | Nelson |
| 2003/0088435 | A1 | 5/2003 | King |
| 2003/0200151 | A1* | 10/2003 | Ellenson et al. ................ 705/26 |

(Continued)

OTHER PUBLICATIONS

Anonymous, "instaVIN to offer free auto accident history reports for mobile phones," Wireless News, Jun. 2, 2010.*

(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57)        **ABSTRACT**

A system, methods, and apparatus for performing used automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing and consumer interest information received from consumers, dealers, and manufacturers. A consumer seller or manufacturer off-lease seller may provide a request for a response regarding a specific used automobile with a specific a vehicle identification number. Automobile market data may be provided to a used automobile buyer based on the request. Bids to purchase the specific used automobile may be requested from used automobile buyers based on the request. Buyer bids may be provided to the consumer seller or manufacturer off-lease seller with prices and a delivery options. The consumer seller or manufacturer off-lease seller may select a bid to sell the specific used automobile based on the bid.

**11 Claims, 7 Drawing Sheets**



US 8,650,093 B2

Page 2

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2003/0229577 | A1 | 12/2003 | Nabel |
| 2004/0034544 | A1 | 2/2004 | Fields et al. |
| 2004/0059626 | A1 | 3/2004 | Smallwood |
| 2005/0004819 | A1 | 1/2005 | Etzioni et al. |
| 2005/0050097 | A1 | 3/2005 | Yeh et al. |
| 2005/0108112 | A1 | 5/2005 | Ellenson et al. |
| 2005/0240512 | A1 | 10/2005 | Quintero et al. |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. |
| 2007/0150362 | A1 | 6/2007 | Sharma et al. |
| 2007/0255663 | A1 | 11/2007 | Jordan et al. |
| 2007/0260526 | A1 | 11/2007 | Bartel |
| 2008/0046331 | A1 | 2/2008 | Rand |
| 2008/0177653 | A1 | 7/2008 | Famolari et al. |
| 2008/0183552 | A1 | 7/2008 | O'Hagan |
| 2008/0187125 | A1 | 8/2008 | Siegrist |
| 2008/0201184 | A1 | 8/2008 | Rose et al. |
| 2008/0201188 | A1 | 8/2008 | Heyman et al. |
| 2008/0201203 | A1 | 8/2008 | Rose et al. |
| 2008/0203731 | A1 | 8/2008 | Ruckart |
| 2008/0228657 | A1 | 9/2008 | Nabors et al. |
| 2009/0132348 | A1 | 5/2009 | Bria et al. |
| 2009/0149199 | A1 | 6/2009 | Maghoul |
| 2009/0171761 | A1 | 7/2009 | Noy et al. |
| 2009/0187478 | A1 | 7/2009 | Shipley |
| 2009/0187513 | A1 | 7/2009 | Noy et al. |
| 2009/0198557 | A1 | 8/2009 | Wang et al. |
| 2009/0204600 | A1 | 8/2009 | Kalik et al. |
| 2010/0048242 | A1 | 2/2010 | Rhoads et al. |
| 2010/0106580 | A1 | 4/2010 | Etheredge et al. |
| 2010/0217525 | A1 | 8/2010 | King et al. |
| 2010/0274627 | A1 | 10/2010 | Carlson |
| 2010/0332292 | A1 | 12/2010 | Anderson |
| 2011/0040642 | A1 | 2/2011 | O'Dell |
| 2011/0082759 | A1 | 4/2011 | Swinson et al. |
| 2011/0087430 | A1 | 4/2011 | Boss et al. |
| 2011/0087556 | A1 | 4/2011 | Pitkow |
| 2011/0099036 | A1 | 4/2011 | Sarkissian et al. |
| 2011/0208418 | A1 | 8/2011 | Looney et al. |
| 2011/0238474 | A1 | 9/2011 | Carr et al. |
| 2011/0238514 | A1 | 9/2011 | Ramalingam et al. |
| 2011/0276394 | A1 | 11/2011 | Chan |

OTHER PUBLICATIONS

AutoTrader.com, Inc.: Private Company Information-Business Week, http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=92642.

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, from http://www.prnewswire.com/news-releases/autotradercom, Jul. 7, 2011.

AppStore-AutoTrader.com, http://itunes.apple.com/us/app/autotrader-com/id444552888?mt=8, Oct. 31, 2011.

International Search Report issued Sep. 21, 2012 corresponding to Intl. Appln. No. PCT/US2012/045546.

Charlton, Auto Trader: iPhone app review. Mar. 15, 2010 [retrieved on Sep. 6, 2012] from the internet: <URL: http://econsultancy.com/us/blog/5593-auto-trader-iphone-app-review> entire document.

Autotraderuk. Introducing the Auto Trader iPhone App. Mar. 12, 2010 [retrieved on Sep. 6, 2012] from the internet: <URL: http://www.youtube.com/watch?v+6g_1g8IRG4&feature=player_embedded> entire document.

International Search Report mailed Oct. 5, 2012 for corresponding Intl. Appln. No. PCT/US2012/045545.

* cited by examiner

Case: 23-1362          Document: 30          Page: 83          Filed: 12/05/2023



Fig. 1

Case: 23-1362    Document: 30    Page: 84    Filed: 12/05/2023



Fig. 2



Fig. 3A



Fig. 3B



Fig. 4



Fig. 5

Case: 23-1362     Document: 30     Page: 89     Filed: 12/05/2023



Fig. 6

US 8,650,093 B2

1

# USED AUTOMOBILE TRANSACTION FACILITATION FOR A SPECIFIC USED AUTOMOBILE

## CROSS REFERENCE TO RELATED APPLICATIONS AND PRIORITY CLAIM

This application is a continuation-in-part of the following co-pending commonly-owned patent applications filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," application Ser. No. 13/176,497, and entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE," application Ser. No. 13/176,525, the entire contents of each of which is incorporated by reference herein.

## BACKGROUND

In the used automobile market, consumers typically sell or trade in used automobiles to dealers or dealerships, or privately sell to other consumers, for example, through personal advertisements. Dealers often purchase used automobiles from consumers as part of a deal for a new automobile, typically referred to as a trade in. Typically, a description of a used automobile in a personal advertisement may include the make, model, and mileage of an automobile, but certain other relevant descriptive information may not be available to a potential buyer. Further, a dealer making a trade in offer for a used automobile may not have certain relevant descriptive information on that used automobile. In many cases, the negotiation process for a used automobile may include a large degree of uncertainty for consumers, including both a selling consumer and a purchasing consumer. A consumer seller may be particularly disadvantaged when negotiating with a dealer for a trade in value, as dealers typically have great knowledge and experience with the process, while consumers typically do not. Generally, the negotiation process is a zero sum process, and because a consumer seller of a used automobile and a used automobile buyer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, used automobile buyers and sellers, including consumers and dealers, often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer seller of a used automobile may have concerns that a buyer may not offer a fair and competitive price. Various products and services have been available that allow sellers and buyers, including consumers and dealers, to perform research on market prices for used automobiles. Typically, the highest possible value available to a consumer seller may be through a sale to another consumer, as opposed to trading in the used automobile to a dealer.

In addition to consumers and dealers, automobile manufacturers may also have an interest in the resale values of used automobiles. Further, in many cases, a manufacturer may want to sell used off-lease automobiles which have been returned by consumer lessees. In many cases, a manufacturer off-lease seller may not be able to receive the full market value of a used off-lease automobile.

## SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market information and facilitating used automobile transactions. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing and consumer interest information received from consumers, dealers, and manufacturers. A consumer seller or manufacturer off-lease seller may provide a request for a response regarding a specific used automobile with a specific a vehicle identification number. Automobile market data may be provided to a used automobile buyer based on the request. Bids to purchase the specific used automobile may be requested from used automobile buyers based on the request. Buyer bids may be provided to the consumer seller or manufacturer off-lease seller with prices and a delivery options. The consumer seller or manufacturer off-lease seller may select a bid to sell the specific used automobile based on the bid.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. **2** is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIGS. **3**A and **3**B provide a block diagram showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIG. **4** is a flowchart illustrating an example process for facilitating a used automobile transaction, according to an example embodiment of the present invention.

FIG. **5** is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. **6** is flow diagram illustrating an example process for facilitating a used automobile transaction, according to an example embodiment of the present invention.

## DETAILED DESCRIPTION OF EXAMPLE EMBODIMENTS

The present disclosure relates in general to a system for facilitating used automobile transactions and, in particular, to an automobile transaction for a specific used automobile. Briefly, in an example embodiment, a system is provided which allows consumer seller or a manufacturer off-lease seller of a used automobile to request bids and information regarding a specific automobile identified with a specific vehicle identification number. For example, a consumer may use a mobile device to take a picture of a vehicle identification number and may enter a desired price range or minimum asking price. The specific automobile may be identified using optical character recognition to provide, for example, a full list of the original manufacturer features and options, and the original manufacturer suggested retail price and invoice information, for that specific used automobile based on the vehicle identification number. Accordingly, the consumer seller need not enter all of this information, but may request bids and information in real-time for that specific used automobile. Used automobile buyers may include consumers and/or dealers which may provide bids based on the consumer seller request using real-time automobile market information. A consumer seller may select a buyer bid to sell a used automobile based on the prices and delivery options avail-

US 8,650,093 B2

3                                                                                      4

able. Accordingly, typically unavailable or difficult to obtain data may be provided for offering a used automobile for sale, including a full listing of the manufacturer features and options, EPA mileage, safety ratings, recalls, quality reports, estimated insurance costs, etc. In an example embodiment, a manufacturer off-lease seller may select a buyer bid based on the prices and delivery options to maximize value, for example, by reducing costs typically associated with selling an off-lease automobile. The used automobile market is presently approximately three times the size of the new automobile market in the United States, as approximately 40 million used automobiles are sold each year. Accordingly, the present disclosure may be helpful for facilitating large numbers of used automobile transactions. In an example embodiment, the disclosed system matches seller and buyer parameters, such as price and pickup location, to facilitate a live bidding process, which allows a used automobile seller to accept or reject bids using a great deal of information not typically available. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system 100 is illustrated in FIG. 1. The illustrated system 100 includes one or more client devices 102, and one or more host devices 104. The system 100 may include a variety of client devices 102, such as desktop computers and the like, which typically include a display 112, which is a user display for providing information to users 114, and various interface elements as will be discussed in further detail below. A client device 102 may be a mobile device 103, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices 102 may communicate with the host device 104 via a connection to one or more communications channels 106 such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers 108 may be part of the network communications system 100, and may communicate with host servers 104 and client devices 102.

One host device 104 may interact with a large number of users 114 at a plurality of different client devices 102. Accordingly, each host device 104 is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device 104, each client device 102 typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user 114 as described herein may include any person or entity which uses the presently disclosed system and may include a wide variety of parties. For example, as will be discussed in further detail below, users 114 of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices 104 and servers 108 store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices 102, and/or other host devices 104 or servers 108. A host device 104 or server 108 may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various administrative tasks. A host device 104 or server may interact via one or more networks with one or more other host devices 104 or servers 108, which may be operated independently. For example, host devices 104 and servers 108 operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device 102, and a host device 104) is illustrated in FIG. 2. In this example, the computing device 102, 104 includes a main unit 202 which preferably includes one or more processors 204 electrically coupled by an address/data bus 206 to one or more memory devices 208, other computer circuitry 210, and one or more interface circuits 212. The processor 204 may be any suitable processor, such as a microprocessor from the INTEL PENTIUM❶ family of microprocessors. The memory 208 preferably includes volatile memory and non-volatile memory. Preferably, the memory 208 stores a software program that interacts with the other devices in the system 100 as described below. This program may be executed by the processor 204 in any suitable manner. In an example embodiment, memory 208 may be part of a "cloud" such that cloud computing may be utilized by a computing devices 102, 104. The memory 208 may also store digital data indicative of documents, files, programs, web pages, etc. retrieved from a computing device 102, 104 and/or loaded via an input device 214.

The interface circuit 212 may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus (USB) interface. One or more input devices 214 may be connected to the interface circuit 212 for entering data and commands into the main unit 202. For example, the input device 214 may be a keyboard, mouse, touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, microphone, and/or a speech/voice recognition system.

One or more displays 112, printers, speakers, and/or other output devices 216 may also be connected to the main unit 202 via the interface circuit 212. The display 112 may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display 112 generates visual displays generated during operation of the computing device 102, 104. For example, the display 112 may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device 102, 104. A user interface may include prompts for human input from a user 114 including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices 218 may also be connected to the main unit 202 via the interface circuit 212. For example, a hard drive, CD drive, DVD drive, and/or other storage devices may be connected to the main unit 202. The storage devices 218 may store any type of data, such as pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device 102, 104.

The computing device 102, 104 may also exchange data with other network devices 220 via a connection to the network 106. Network devices 220 may include one or more servers 226, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository 222. A server 226 may include any kind of data 224 including databases, programs, files,

US 8,650,093 B2

5

6

libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server **226** may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers **226** may be used to support and maintain the system **100**. For example, servers **226** may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device **102** which is also stored on the server **226**, either temporarily or permanently, for example in memory **208** or storage device **218**. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device **102**, **104** can be controlled by appropriate security software or security measures. An individual users' **114** access can be defined by the computing device **102**, **104** and limited to certain data and/or actions. Accordingly, users **114** of the system **100** may be required to register with one or more computing devices **102**, **104**. For example, registered users **114** may be able to request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

As noted previously, various options for managing data located within the computing device **102**, **104** and/or in a server **226** may be implemented. A management system may manage security of data and accomplish various tasks such as facilitating a data backup process. A management system may be implemented in a client **102**, a host device **104**, and a server **226**. The management system may update, store, and back up data locally and/or remotely. A management system may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks **106**.

FIGS. **3A** and **3B** provide a block diagram showing an example automobile transaction network structure **300**. As illustrated in FIG. **3A**, the example automobile transaction network structure **300** includes an automobile market information processing system **302**, a consumer interface **304**, a dealer interface **306**, and a manufacturer interface **308**. The example automobile market information processing system **302** may be implemented on one or more host devices **104** accessing one or more servers **108**, **226**. In an example embodiment, the automobile market information processing system **302** includes a database system **310**, a recommendation engine **312**, a vehicle identification number processor **314**, and an interface generation unit **316**. A user **114** may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface **304**, dealer interface **306**, or manufacturer interface **308**, respectively. A database system **310** may include a wide variety of automobile market data. A recommendation engine **312** may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor **314** may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor **314** may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit **316** may provide, for example, HTML files which are used at the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** interface to provide information to the users **114**. It should be appreciated that he the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**

may be considered to be part of the automobile market information processing system **302**, however, for discussion purposes, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be referred to as separate from the automobile market information processing system **302**.

For example, a user **114** may interact with a consumer interface **304** to research new or used automobiles the user **114** is interested in buying and/or selling. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface **304** by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface **304** may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface **304** from the consumer, the consumer interface **304** may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface **304** may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to a dealer near the consumer's present location or may be already owned by the consumer. The automobile market information processing system **302** may process data received by the consumer interface **304**, as well as the dealer interface **306** and/or the manufacturer interface **308**, to respond to a request from a consumer. For example, data from database system **310** may be queried for use in a report, or a recommendation may be provided by recommendation engine **312** according to the consumer request and current market data. The automobile market information processing system **302** may integrate data received from consumer interface **304**, dealer interface **306**, and manufacturer interface **308** to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface **304** may be specific to one particular manufacturer or may provide information for automobiles manufactured by multiple different manufacturers. For example, a consumer interface **304** may be a website with information for many manufacturers. For example, the consumer interface **304** may access or link to the manufacturer specific websites (e.g., Ford), particularly with regard to new automobile information, but also for used automobile information. Also, for example, a consumer interface **304** may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automobile models with any available options or features. For example, a manufacturer website may allow a consumer to select options that are desired to "build" a particular new automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code). Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pric-

US 8,650,093 B2

7 8

ing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface **304** and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface **304**. It should also be appreciated that information on a manufacturer website and/or a consumer interface **304** may be directed to both new and used automobiles. For example, historical and statistical information which demonstrates favorable safety ratings, quality and reliability data, low maintenance costs, low insurance prices, low emissions, high gas mileage, etc. based on specific models for specific years, and/or groups of models and years may be provided on a manufacturer website and/or a consumer interface **304**.

Accordingly, the consumer interface **304** may provide a wide range of information, for example, based on any searches or queries performed by a user **114**. In an example embodiment, based on a user search or request for a response, the consumer interface **304** will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system **302**. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar purchase options to a specific search may also be provided, based on feature matching, price range, consumer popularity, etc. Information including price ranges, including MSRP, invoice prices, inventory levels, the user's **114** credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. It should be appreciated that such data may be provided for both new and used automobiles. For example, a financing calculator may help a user **114** determine what financing rate is appropriate for an automobile purchase. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current market data including prices, interest rates, incentives, estimated mileage per year, etc. for providing an analysis for a particular consumer regarding purchasing or leasing. Also, the consumer interface **304** may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface **304** may provide a wide variety of useful information to a

consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like. As will be discussed in FIG. **3**B in further detail below, the consumer interface **304** may include a used automobile seller interface **318** and a used automobile buyer interface **320**.

In an example embodiment, a dealer interface **306** may provide a user **114**, such as a dealer employee, information relating to the current automobile market. The dealer interface **306** allows a dealer to interact with automobile market information processing system **302** to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface **306** includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface **306** relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface **306** which will be used by automobile market information processing system **302** to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface **306** as described herein.

In an example embodiment, a manufacturer interface **308** may provide a user **114**, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, an manufacturer interface **308** may provide a manufacturer a request received from a consumer interface **304**. Additionally, the manufacturer interface **308** may provide information such as a report that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system **310** relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information to provide a response to a consumer request. The manufacturer may provide the manufacturer interface **308** with information to provide a confirmation, a verification, or an offer to a consumer via consumer interface **304**. For example, a confirmation number associated with the particular consumer request may be provided for the consumer. Also, a recommendation may be provided from the recommendation engine **312** to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. Further, it should be appreciated that a manufacturer may include various related affiliate entities all doing business as, or operating under, the same manufacturer name. For example, a manufacturer typically may include a manufacturing company (e.g., operating the manufacturing plant), a sales company (e.g., operating automobile sales activities), and a captive finance company (e.g., operating financing and leasing activi-

US 8,650,093 B2

9

10

ties). The manufacturer interface **308** may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing plans, marketing activities, etc., which may provide a significant advantage for manufacturers.

As illustrated in FIG. 3B, a consumer interface **304** may include a used automobile seller interface **318** and a used automobile buyer interface **320**. The used automobile seller interface **318** may be used by consumer sellers to sell used automobiles, while the used automobile buyer interface **320** may be used by consumers to buy automobiles. It should be appreciated that consumers may be able to access both interfaces **318** and **320** from consumer interface **304**. In an example embodiment, the used automobile seller interface **318** and a used automobile buyer interface **320** may be integrated within a single website or application, or for example, may be implemented as distinct websites. Similarly, in an example embodiment, a used automobile buyer interface **320** may be integrated with features of a consumer interface **304** for searching both new and used automobiles for purchase, or new and used automobiles may not be simultaneously searchable on a particular implementation of a consumer interface **304**. As will be discussed further below, a used automobile seller interface **318** may be used by a consumer seller of a specific used automobile to receive information on the specific automobile and request bids for the specific automobile. Similarly, a used automobile buyer interface **320** may be used for used automobile buyers to receive information on a used automobile and place a bid on that specific automobile.

It should be appreciated that, for example, a consumer seller of a used automobile may be considered different than a dealer seller of a used automobile in some respects. For example, a consumer seller of a used automobile is often selling through different channels, such as offering for sale in classified advertisements versus from a dealer lot. It should be appreciated that such differences may be relevant to the ability to maximize the value of a sale or purchase of a used automobile. Accordingly, where appropriate, the present disclosure may distinguish a consumer seller from a dealer seller, or distinguish a consumer buyer from a dealer buyer. Also, as discussed in further detail below, a manufacturer off-lease seller of a used automobile may also be considered different from a consumer seller and/or a dealer seller.

A dealer interface **306** may include a used automobile buyer interface **322**. For example, a typical dealer may use a dealer interface **306** primarily for facilitating sales of new and used automobiles, however, the dealer interface **306** may also be used to facilitate purchasing used automobiles. For example, a used automobile buyer interface **322** may be used by dealers similarly to the way that the used automobile buyer interface **320** may be used by consumers. It should be appreciated that in an example embodiment, the used automobile buyer interfaces **320**, **322** may be similar or the same, and/or may integrated as part of single website or application. In an example embodiment, a dealer may use the used automobile buyer interface **322** to facilitate bringing a consumer in to purchase a new automobile based on providing a competitive bid to purchase a used automobile as a trade in.

A manufacturer interface **308** may include a used automobile off-lease interface **324**. For example, a manufacturer may use a manufacturer interface **308** primarily for facilitating sales of new automobiles, however, the manufacturer interface **308** may also be used to facilitate selling off-lease automobiles which have been returned by a consumer lessor whose lease is expiring. For example, an off-lease seller interface **324** may be used by a manufacturer, typically, a captive finance company of the manufacturer, similarly to the way

that the used automobile seller interface **318** may be used by consumers. It should be appreciated that, a manufacturer off-lease seller may have limited options to sell a used off-lease automobile and may have time constraints that are may be typically imposed on a consumer seller of a used automobile. Typically, an off-lease automobile may be dropped off by a consumer lessee at any one of a variety of dealer locations. The manufacturer lessor may then wish to sell the used off-lease automobile, however, the dealer where the off-lease automobile was dropped off may have a significant bargaining advantage to purchase that automobile, as the manufacturer may need to sell the off-lease automobile quickly and may have limited options. Typically, the dealer may not offer the manufacturer off-lease seller full market value for the off-lease automobile. It should be appreciated that the manufacturer off-lease seller may transport the car to an auction in an attempt to obtain a higher price. However, transportation costs, auction fees, and delay in selling the off-lease automobile may cause the manufacturer off-lease seller to accept less than market value for the off-lease automobile from the dealer, or otherwise not maximize the value of the off-lease automobile. For example, typically, an off-lease automobile sold at auction for near or even above the current market value is significantly offset by transportation costs and auction fees.

The off-lease seller interface **324** may provide a manufacturer off-lease seller with leverage, not only through the ability to obtain bids to purchase the off-lease automobile, but through the ability to determine the number of matches or search hits for an off-lease automobile. The dealer that has the off-lease automobile may know that the manufacturer may have the ability to track searches for the off-lease automobile performed by consumers and/or other dealers. The manufacturer off-lease seller may provide the dealer in possession of an off-lease automobile with matches and/or bids, which may provide the dealer with firm evidence of current demand or interest in the off-lease automobile. The dealer may be able to use this information to determine an appropriate price, and possibly even more profitably than the manufacturer. Accordingly, a dealer may often be inclined to make a significantly more competitive bid for an off-lease automobile. It should be appreciated that the manufacturer may use the off-lease seller interface **324** to identify in-market buyers, and even without receiving bids from those buyers, the manufacturer's bargaining power may improve, resulting in a greater value for off-lease sales.

Accordingly, information may be provided to the automobile market information processing system **302** from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system **302**. This allows the automobile market information processing system **302** to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system **302** may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that the users **114** of the automobile market information processing system **302**, including consumers, dealers, and manufacturers, and buyers and sellers of new and used automobiles, may be required to agree to and/or execute a terms of use agreement or terms of service agreement. Various forms of enforcing the agreement may be implemented, including a transaction deposit policy, which

US 8,650,093 B2

11

may require a deposit or a credit card hold, or the like, and a standard schedule of fees or default payment schedule for infractions such as improper condition of an automobile, delay in delivery, etc. Accordingly, all parties may be protected from another party breaching the agreement.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system 302, may instead be performed locally at consumer interface 304, dealer interface 306, and manufacturer interface 308, or vice versa. Further, in certain cases, tasks may be performed using consumer interface 304, dealer interface 306, and manufacturer interface 308 or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system 302. In an example embodiment, the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be located on a website, and may further be implemented as a secure website. Also, consumer interface 304, dealer interface 306, and manufacturer interface 308 may require a local application, for example, which a manufacturer or dealer may pay for to have access to, for example, information from the automobile market information processing system 302 such as requests from consumers.

FIG. 4 is a flowchart of an example process 400 for facilitating a used automobile transaction. Although the process 400 is described with reference to the flowchart illustrated in FIG. 4, it will be appreciated that many other methods of performing the acts associated with the process 400 may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process 400 for facilitating a used automobile transaction may allow users 114 to efficiently sell and purchase automobiles. The example process 400 may begin with automobile market data including at least pricing data is stored in a database system (block 402). For example, automobile market data from dealers, consumers, and manufacturers regarding pricing, inventory, insurance information, quality ratings, safety ratings, and other ratings is collected and stored in a database. For example, inventory data may include data regarding off-lease automobiles, including scheduled drop off dates of automobiles with expiring leases. In an example embodiment, a wide variety of data is stored in a database system 310. Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface 304, such as data in consumer searches or requests, information from a dealer interface 306, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, transport or shipping costs, and information from a manufacturer interface 308, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in tran-

12

sit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface 304, dealer interface 306, and manufacturer interface 308, or may include additional information received from other sources, for example, industry analysts, consumer reports groups, government agencies, etc. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system 310 may be organized according to different manufacturers or dealers, automobile make and model, different information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers 108, 226 which may be remotely located from each other and/or a host device 104 of the automobile market information processing system 302. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system 302.

The automobile market data may be used by any or all parties involved in a used automobile transaction, including used automobile sellers including consumer sellers and manufacturer off-lease sellers, and used automobile buyers including consumer buyers and dealer buyers. In the example process 400, as discussed further below, the used automobile seller described by way of example as a consumer seller. It should be appreciated that the example process 400 may work similarly or the same for a manufacturer off-lease seller. In an example embodiment, the consumer used automobile seller interface 318 and manufacturer off-lease seller interface 324 may be provided as a combined interface. Certain aspects of the disclosed example process 400 may be of greater or lesser advantage to a manufacturer off-lease seller compared with a consumer seller. For example, consumer sellers typically sell used automobiles infrequently, while manufacturer off-lease sellers may be selling thousands of used off-lease automobiles each month. Accordingly, the goals of the user 114 may vary between consumer sellers and manufacturer off-lease sellers. Certain notable aspects that may be distinguishable between a consumer seller and manufacturer off-lease seller will be discussed below.

The example process 400 continues with a consumer seller providing a request for a response (block 404). For example, a used car seller takes a picture of the vehicle identification number (VIN) of a used car and fills in price parameters and other information into a mobile application to receive a response based on current market data. In an example embodiment, the seller's request may be transmitted from used automobile seller interface 318, 324 via the internet to the automobile market information processing system 302. For example, using an application stored on a mobile device 103, the used car seller takes a picture of the VIN on the used car and fills in a minimum bid price, delivery parameters, etc. The seller's parameters may specify a pickup location by distance from an address, an area code, etc., which allows for matching the seller with buyers that are in-market. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system 302 to determine the make and model of the car, along with various other characteristics of the car. Also, for example, the used car seller may take a picture of the odometer, and the mileage may be determined using optical character recognition. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number.

US 8,650,093 B2

13

Also, the used car seller may input into a mobile application or website a wide variety of additional information about the used car. For example, pictures of the used car may be uploaded with the request. In an example embodiment, pictures of the exterior, interior, dashboard, and/or odometer may be provided. Also, for example, service records, ownership records, and other documents or information may be included with a request. Further, a written description of the car may be provided. Accordingly, because the used car seller can provide information such as pictures, in addition to information which the seller may not have access to, such as the original manufacturer specifications of the used car, potential buyers may have access to a great deal of information on the used car. Further, in an example embodiment, a mobile application may include the geolocation of a used car seller, so the seller does not need to enter such information. Accordingly, the buyer may perform research, for example, while at home or while shopping at a dealer location. It should be appreciated that certain used car buyers may be highly interested in the geolocation of the consumer seller. For example, a dealer may find the consumer seller's geolocation to be more important than a consumer buyer, because a dealer may require a minimal cost for picking up a car to ensure profitability, and to optimize the opportunity for creating a new customer relationship. Similarly, certain used automobile sellers may be very interested in the geolocation of the used automobile buyer. For example, a manufacturer off-lease seller may have a high interest in determining the amount of in-market interest or demand for an off-lease automobile.

In an example embodiment, a manufacturer off-lease seller may provide a request for a response for an automobile that will be dropped off by a consumer lessee in the near future. For example, a manufacturer user 114 may input a VIN into off-lease seller interface 324 by typing, speaking, or providing an image of the VIN. The manufacturer off-lease seller may provide a parameter that the used off-lease automobile will be available only after a certain date. The manufacturer off-lease seller may find that providing a request for a response prior to the consumer lessee actually dropping off an off-lease automobile may significantly improve the value of off-lease automobiles. It should be appreciated that the dealer where the consumer lessee drops off the off-lease automobile may be bargaining without any particular advantage because the manufacturer off-lease seller may have multiple interested used automobile buyers that, based on search parameters, have received the off-lease automobile as a match, and/or bids from used automobile buyers.

Used car buyers may perform a search with used automobile buyer interfaces 320, 322, and may typically include parameters limiting the search to a specific automobile type, make, or model, certain options or features, a price range, and a pickup location or area. Further, for example, the buyer may take a picture of a VIN anywhere or manually type in a VIN number, including at automobile trade shows, mall displays, or anywhere new or used cars are for sale. The buyer may even take a picture of a car parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface 304 may be stored, for example, in database system 310, thereby updating the automobile market information processing system 302 with current automobile market data.

The example process 400 may continue with providing automobile market data to used automobile buyers based on the consumer seller request (block 406). For example, a group of consumers and dealers receive a real-time report including local used car sales data, inventory data, quality and safety ratings data, insurance data, and gas mileage data of the

14

specific used car which is identified based on the VIN. The group of consumers and dealers that receive a real-time report may be based on prior searches conducted by consumers on used automobile buyer interface 320 and searches conducted by dealers with used automobile buyer interface 322. In an example embodiment, a report may include quality information, safety information, insurance information, recall information, EPA gas mileage and emissions information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers and/or dealers. In an example embodiment, a report may include a specific history information for the specific used car, such as a CARFAX report. The request and/or the report may be provided in real-time and may also provide real-time data. Data reported based on a real-time updates in the automobile market information processing system 302 may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine 312 may provide recommendations to a used automobile buyer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that the used automobile buyer may offer or bid. In an example embodiment, a estimated sale price or range may be provided. For example, a probability analysis may be provided with prices and corresponding probabilities may be estimated as, e.g., 80% chance to purchase at $6,000; 60% chance to purchase at $5,500; 30% chance to purchase at $5,000; 10% chance to purchase at $4,500. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, for example, the recommendation engine may provide daily suggestions (e.g., a deal of the day) for dealers and/or consumers. Consumers may use such suggestions to save money or get a better value on a used car purchase by buying from another consumer rather than a dealer. Dealers may use such suggestions to purchase used cars at good deals, and/or to attract consumers to visit the dealer in person or online, as well as prepare responses or bids to other consumer requests. Dealers or consumers may customize the used automobile buyer interface 320, 322 to provide information in a pre-specified manner to suit the particular needs of the specific dealer or consumer. In an example embodiment, a manufacturer off-lease seller may receive automobile market data including inventory information including data regarding off-lease cars which have been dropped off at dealer locations and cars which will soon be coming off-lease. Further, dealers and/or consumers may be able to receive information regarding off-lease cars as well. For example, information may include a specific automobile identified by a VIN with an expected drop off location and date based on a lease expiration.

A bid to purchase the used automobile from the consumer seller is requested from used automobile buyers (block 408). For example, a group of consumers and dealers within a certain radius of the used car seller location may receive a bid request based on used automobile buyer searches via used automobile buyer interfaces 320, 322. Each used automobile buyer's bid may include, for example, a price and a delivery option or delivery suggestion. The used automobile buyer interfaces 320, 322 may provide for simple input of necessary and optional data. Further, a used automobile buyer's bid may contain certain limitations, restrictions, or conditions. For example, a dealer may provide a bid with the condition that a new car be purchased and the used car be traded in at the bid price.

US 8,650,093 B2

15

In an example embodiment, the request may provide one or more options, products, services, or add-ons for a used automobile buyer to select from. For example, used automobile buyers may be able to select financing options, warranties, extended service contracts, insurance plans, or other hard add accessories. These selectable options may be offered directly from the used automobile seller or may be offered through the AMIPS **302**. Accordingly, a seller may not be offering any options for a buyer to select, but the system may automatically provide the option to purchase further add-ons. In an example embodiment, AMIPS **302** may provide for third party providers of add-ons to provide live auction bids for a used automobile buyer to select for inclusion in a bid. Accordingly, for example, several insurance companies may provide a bid for key insurance, or several financial companies may provide bids for a loan. It should be appreciated that certain bids may depend on the particular buyer, so for example, a buyer's credit or driving record may cause different buyers to receive different third party bids for add-ons. For example, a particular buyer may be able to increase a bid to purchase a used automobile if third party add-ons are particularly advantageous, which may benefit a consumer seller or manufacturer off-lease seller. For example, a buyer may receive a better than expected interest rate and insurance price, and therefore be able to offer an additional $1,000 to the seller, while staying within the buyer's predetermined monthly budget. It should be appreciated that third parties may include dealers which may be otherwise involved in a transaction. Also, in an example embodiment, the AMIPS **302** may provide at no charge to the buyers or sellers, certain add-ons, such as a limited thirty day warranty. Accordingly, the AMIPS **302** may gain trust from buyers even if the buyers generally do not trust the sellers. It should also be appreciated that a buyer may not select any add-ons offered by third parties and/or the AMIPS **302**. A used automobile seller may have no interest in whether a buyer selects any add-ons, or the seller may receive additional compensation if an add-on is selected, so a buyer selection of add-ons may or may not affect a seller's value associated with the buyer's bid.

One or more buyer bids are provided to the consumer seller (block **410**). For example, several consumers and dealers provide bids based on current pricing data, options information of the specific used car, and potential pickup locations, so several different prices and delivery options may be available to the used car seller via the used automobile seller interface **318**. Typically, the bid will include at least a specified price and pickup time and location. In an example embodiment, a used car seller that has taken a picture of a VIN with a mobile device and entered some basic information such as an odometer reading may receive used car buyer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the consumer seller may be actively selling a used car or shopping for a new or used car, for example, on a dealer lot. Typically, a pickup location will be at the consumer seller location, a consumer buyer location, or at a dealer lot or distribution location. In an example embodiment, the consumer buyer location may be determined using the geolocation of the buyer's mobile device **103**. It should be appreciated that some consumers may be flexible as to the delivery options and that some dealers may have multiple locations which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular used car that a consumer seller has requested bids for should be priced at, for example, $6,000. However, various factors may affect the bid or offer that a consumer or dealer may make for the specific used car. For example, for a consumer, personal preference for certain features or looks, convenience, insurance implications, gas mileage, and/or service records, may play a large role in pricing a bid above or below a suggested bid price. For example, for a dealer, the potential for forming a customer relationship, the value of potential other sales, add-on products, and/or services, or competition with other parties. All used automobile buyers that are interested may place a bid for a used car seller's consideration.

16

It should be appreciated that various alternative delivery options may be provided from several used automobile buyers' bids, for example, based on preferences or parameters indicated by the consumer seller of the used automobile. For example, the used automobile seller interface **318** may provide several different bids with different delivery options and prices to the used car seller, for example, a price of $6,000 to drop off the car at an out of state dealer the next day or a price of $5,500 to drop off the car at a local consumer buyer location in five days. For example, a consumer buyer may determine the cost of picking up the used car from the consumer seller and provide two pricing and delivery options, for example, $5,500 to pick up the used car from the consumer seller or $5,800 to have the used car delivered to the consumer buyer's home. For example, a manufacturer off-lease seller may review bid prices and delivery options on a number factors on used automobile seller interface **324**, but may be very interested in finding an in-market buyer to eliminate transportation costs. A manufacturer off-lease seller may often have somewhat different concerns than a consumer seller. For example, to meet a quarterly budget, a manufacturer off-lease seller may be primarily interested eliminating a high back log of off-lease cars even if selling cars at a significant discount is required.

Further, for example, used automobile buyers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a used automobile buyer including safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant.

The used automobile seller interface **318**, **324** may organize used automobile buyer bids based on a variety of factors and may provide supplemental information. For example, certain buyer bids may be selected as the best options, all buyer bids may be summarized, various additional ratings, reviews, or popularity information, special offers, etc. may also be provided to a consumer along with any used automobile buyer bids. The recommendation engine **312** may provide recommendations to a consumer seller based on the current automobile market data. For example, of ten used automobile buyer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular used car seller request may not return any buyer bids, for example, if the used car for sale is in low demand or a unique item with a limited market. Also, for example, if only one or two bids are received, the recommendation engine **312** may recommend that a consumer seller wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system **310**. Fur-

US 8,650,093 B2

17 18

ther, in an example embodiment, buyer bids may be organized according to distance to a pickup location, highest price, closest match to the consumer seller entered criteria, a normalized quality index or value index, etc. The consumer seller or manufacturer off-lease seller may be able to toggle between different viewing options for buyer bids.

Further, in an example embodiment, a consumer seller may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a used car (e.g., a Maxima), which the consumer seller intends to trade in. A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a competing trade in value, and may have further information relating to other new or used cars which may be intended to cause the consumer seller to go to the competing dealer, for example, including various price comparisons, gas mileage ratings, safety ratings, residual value, driving directions to the competing dealer, etc. Accordingly, a consumer seller may weigh the pros and cons of various used automobile buyer bids from consumers and/or dealers, based on delivery options, pricing, and any other relevant variants. Any bids communicated from used automobile buyer interfaces **320**, **322** may be stored, for example, in database system **310**, to further update the automobile market information processing system **302** with current automobile market data.

The consumer seller selects a buyer bid including a price and a delivery option (block **412**). For example, the used car seller chooses to sell the used car based on the price and the pickup location of a consumer buyer bid. The seller may select an offer with a specified price and delivery option on the used automobile seller interface **318**, **324**. The used car seller may have been weighing two or more different delivery options, price differences, etc., based on the response(s) received through the used automobile seller interface **318**, **324**. As noted above, the used automobile seller interface **318** may organize received bids and other helpful information in a variety of ways, which may make the information easier for a consumer seller to digest. It should be appreciated that a consumer seller will typically want to deliver a used car at a convenient location, often at or near the seller's home. Accordingly, used automobile buyers may attempt to provide delivery options tailored towards maximizing profit and convenience, while still providing a superior bid to other used automobile buyers. By providing multiple bids with different delivery options, the consumer seller may be allowed to make extra money or save time based on the seller's particular situation. It should be appreciated that the consumer seller selection of a bid may, for example, occur simultaneously with the consumer seller and used automobile buyer executing the sale or providing a deposit or down payment, or the like (see, e.g., block **414**). Accordingly, in an example embodiment, once a consumer seller or manufacturer off-lease seller selects a bid, the used automobile buyer has effectively purchased the car, and both parties do not need to worry about the other party backing out of the deal.

It should be appreciated that a consumer seller may not want to drive to a distant pickup location without first receiving some form of deposit, or likewise, a used automobile buyer may not want to go to a distant pickup location to without assurance that the used automobile will actually be available for pickup and in good working order. Likewise, a manufacturer off-lease seller may be concerned with obtaining maximum value for an off-lease automobile within the required time constraints, but transportation costs may be strictly budgeted. The automobile market information processing system **302** may accommodate for deposits to provide any reasonable or necessary assurances to both buyers and sellers. For example, the automobile market information processing system **302** may provide and/or require the use of a terms of service agreement, which the consumer seller or manufacturer off-lease seller and the used automobile buyer may sign and agree to the terms provided therein. For example, a credit card could be charged a default payment in the event that either party breaches the terms of service agreement. In an example embodiment, a schedule of various breaches may require different default payments, for example, if a buyer determines a headlight does not work, a standard $30 fee may be assessed from the consumer seller. Also, a variable default agreement may be based on a distance between a seller and a buyer, so that a party which travels a great distance may be compensated if the other party breaches the agreement. Also, for example, a time period for inspection may be specified in a request and/or a bid. A bid may be conditional based on one or more seller representations. Moreover, a terms of service agreement may provide assurances for any issues which may arise in the sale of a used car, and may provide one or more options based on a breach, including payment of fees or nullification of a bid acceptance and/or sale execution. Any consumer seller selections, counter offers, or additional requests or responses may be stored in database system **310**, as the communications are processed by automobile market information processing system **302**, providing further data updates. Accordingly, in an example embodiment, a consumer seller may select a bid in order to sell the used car, and that sale information may then be provided to another consumer searching for information regarding the same type of car with similar features, for example, the next day.

The consumer seller and the used automobile buyer execute the sale of the used automobile (block **414**). For example, the used automobile buyer electronically signs a contract and performs an electronic funds transfer or credit card payment. After a buyer bid is selected, an electronic contract may be prepared by the automobile market information processing system **302** and provided for the used automobile buyer who may e-sign the contract or other documentation as needed. Similarly, the consumer seller may e-sign the contract or other documentation as needed, either prior to selecting a bid, at the time of selecting a bid, or at a later time. A contract may be e-signed through the used automobile seller interface **318**, **324**, and the used automobile buyer interface **320**, **322**, respectively. In another example embodiment, paper copies of a contract may be signed, for example, after the used automobile buyer prints them or receives them through the mail. In an example embodiment, the used automobile buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. Also, it should be appreciated that, for example, the consumer seller selection of a bid discussed above (see, e.g., block **412**) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final sale price, may be provided to and stored in database system **310**. Accordingly, the automobile market information processing system **302** may be updated with current automobile market data from every step in the used car sales process between a consumer seller or manufacturer off-lease seller and a used automobile buyer. In an example embodiment, the updates provided to the automobile market information processing system **302** are provided in real-time, for example, data may be transmitted and processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system **302** according to a batch processing schedule.

US 8,650,093 B2

19

20

Next, the consumer seller makes the purchased used automobile available according to the consumer seller bid selection (block **416**). For example, the seller drives the used car to the pickup location if the pickup location is not the used car seller's location. It should be appreciated that the consumer seller or a manufacturer off-lease seller and the used automobile buyer may use a wide variety of locations as a pickup location, and may work out a delivery option which is convenient for both parties. A consumer seller may interact with the automobile market information processing system **302** using used automobile seller interface **318**, for example, to provide notification that a car is at the pickup location and ready for delivery. A manufacturer off-lease seller may interact with the automobile market information processing system **302** using used automobile seller interface **324**, for example, to provide notification that a car has been dropped off by a consumer lessee and is at the pickup location and ready for delivery to the buyer. Similarly, a notification may be sent via used automobile buyer interface **322**, **322** to the used car buyer that the used car is available for pickup at the specified location.

Finally, the used automobile buyer receives the purchased used automobile according to the consumer seller selected delivery option (block **418**). For example, the used car buyer receives the used car at the pickup location the same day the sale is executed. The used car buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the consumer seller or manufacturer off-lease seller. For example, the used car buyer may arrive at the pickup location, show identification and provide a proof of purchase, and be provided the keys to the car by the seller. The parties may sign paperwork indicating or confirming the car has been picked up. Proof of purchase documentation may include any or all documents that are legally required for an automobile sale for a given jurisdiction, for example, the title, odometer statement, or any other document required by the Department of Motor Vehicles. For example, the consumer seller or manufacturer off-lease seller may be required to provide any legally required documents to fully execute and record the sale of the used car.

Further, in an example embodiment, a consumer seller or manufacturer off-lease seller may offer various insurance policies or service contracts to a used car buyer, for example, etch insurance, key insurance, gap insurance, or a ninety day warranty may be provided. For example, a consumer seller or manufacturer off-lease seller may purchase insurance through the automobile market information processing system **302** in placing a request for bids, which may increase interest from buyers. Also, for example, an insurance policy or service contract may be provided for a used car being sold at no charge to the consumer seller or manufacturer off-lease seller, for example, as a convenience to all users **114** using the disclosed system. For example, key insurance may be provided at no cost to both the consumer seller and the used car buyer. It should be appreciated that, for example, using options provided through the automobile market information processing system **302**, a consumer seller or manufacturer off-lease seller may sell or provide any add-on products or services that a dealer would typically offer or provide in the sale of a used automobile. Also, if the used automobile buyer is a dealer, additional products or services may be offered to the consumer seller at the time of pickup. For example, the dealer may offer new or used cars, including related financing options, warranties, service plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that consumers, manufacturers, and dealers, may receive significant benefits from the method of facilitating a used automobile transaction disclosed herein. Consumers that are selling and buying used automobiles may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases or sales, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system **302**, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Manufacturers selling off-lease automobiles may benefit from reduced transportation costs, saving auction fees, and an improved bargaining position with a dealer in possession of an off-lease automobile. For example, the ability to identify in-market buyers may be particularly advantageous to manufacturer off-lease sellers, which may be able to identify matching searches of in-market buyers. Also, dealers and/or various third parties may benefit from the opportunity to sell insurance, credit, service contracts, hard add accessories, and other add-ons with used automobiles. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

FIG. **5** illustrates a block diagram of an example data architecture **500**. In the example data architecture **500**, interface data **502**, administrative data **504**, and automobile market data **506** interact with each other, for example, based on user commands or requests. The interface data **502**, administrative data **504**, and automobile market data **506** may be stored on any suitable storage medium (e.g., server **226**). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data **502**, administrative data **504**, and automobile market data **506**. Various other or different types of data may be included in the example data architecture **500**.

Interface data **502** may include input and output data of various kinds. For example, input data may include mouse click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data **502** may include formatting, user interface options, links or access to other websites or applications, and the like. Interface data **502** may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data **504** may include data and applications regarding user accounts. For example, administrative data **504** may include information used for updating accounts, such as creating or modifying consumer accounts and/or dealer accounts. Further, administrative data **504** may include access data and/or security data. Administrative data **504** may include a terms of service agreement. Administrative data **504** may interact with interface data in various manners, providing a user interface **304**, **306**, **308** with administrative features, such as implementing a user login and the like.

Automobile market data **506** may include, for example, executed sales data **508**, consumer data **510**, dealer data **512**, manufacturer data **514**, statistical data **516**, and/or historical data **518**. Executed sales data **508** may include actual negotiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data **510** may include consumer search activity, con-

US 8,650,093 B2

21                                                      22

sumer requests and offers, consumer feedback, etc. Dealer data **512** may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers received, foot traffic activity, and dealer inventory data, including current on location data, automobile turnover rates, etc. Manufacturer data **514** may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, lease information, etc. Statistical data **516** may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data **518** may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under one or more categories of automobile market data **506**, and/or change with the passage of time. For example, industry analyst data may include historical data **518** and statistical data **516** relating to safety or quality reports, efficiency data, recall data, and the like for used automobiles, which may be organized or re-organized under various categories of automobile market data **506** as time passes or as supplemental data is provided to the automobile market information processing system **302**. It should be appreciated that a system administrator may load data into the automobile market information processing system **302** as it becomes available. For example, annual, quarterly, and/or monthly reports relating to safety, insurance, etc., may be input into automobile market data **506** on a regular basis. It should also be appreciated that automobile market data **506** may be tailored for a particular manufacturer and/or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system **310**. Accordingly, for example, customized reports may be provided to a manufacturer interface **308** using that specific data for the manufacturer, for example, relating to resale values of used automobiles.

The integration of the various types of automobile market data **506** received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a used automobile seller and a used automobile buyer may benefit greatly from using an application in a mobile device **103** to provide a request for buyer bids on a used automobile by taking a picture of the VIN of the used automobile, for example, using used automobile seller interface **318, 324**. Used automobile buyers may search for used automobiles for sale by consumer sellers, for example, using used automobile buyer interface **320**. The used automobile buyers may receive intrabrand and/or interbrand seller request information in real-time. The intrabrand and interbrand information provided on the used automobile buyer interface **320** may allow the best automobile options for a particular consumer to be provided to that consumer, and may allow consumer sellers, manufacturer off-lease sellers, and dealers to compete with each other taking into account a greater amount of automobile market information, which may result in a more efficient automobile market. Consumers that are selling used automobiles and consumers that are buying used automobiles may similarly

receive benefits from the presently disclosed system. Also, as discussed above, manufacturer off-lease sellers may benefit greatly from the presently disclosed system, for example, using bids and/or matches or search hits for an off-lease automobile to improve bargaining power with a dealer in possession of the off-lease automobile and other dealers and/or consumers.

Automobile market data **506** may be maintained in various servers **108**, in databases or other files. It should be appreciated that, for example, a host device **104** may manipulate automobile market data **506** in accordance with the administrative data **504** and interface data **502** to provide requests or reports to users **114** including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data **506** represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. 6 is flow diagram illustrating an example process **600** for facilitating a used automobile transaction, according to an example embodiment of the present invention. Although the process **600** is described with reference to the flow diagram illustrated in FIG. 6, it will be appreciated that many other methods of performing the acts associated with the process **600** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

In the example process **600**, data may flow between the automobile market information processing system **302** and a used automobile seller interface **318, 324** and a used automobile buyer interface **320, 322**, as discussed above based on used automobile seller and buyer interaction with the automobile market information processing system **302**. As discussed above, a used automobile seller interface **318** and used automobile buyer interface **320** may be included in a consumer interface **304**, a used automobile buyer interface **322** may be included a dealer interface **306**, and a used automobile seller interface **324** may be included in a manufacturer interface **308**. It should be appreciated that the automobile market information processing system **302** may update the automobile market information stored in the database system **310** when automobile market information is received from a buyer or seller, and/or a consumer, a dealer, a manufacturer, an industry analyst, and/or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process **600** may begin with a consumer seller or a manufacturer off-lease seller of a used automobile taking a picture of the VIN using a mobile phone application and entering in information such as pricing parameters (block **602**). The used automobile seller interface **318, 324** may use OCR to determine and provide the VIN and pricing parameters to the automobile market information processing system **302** as a consumer seller request or a manufacturer off-lease seller request (block **604**). It should be appreciated that OCR may occur in the automobile market information processing system **302** or at the used automobile seller interface **318, 324**. The automobile market information processing system **302** receives the seller request and prepares automobile market information based on the seller request (block **606**). The automobile market information processing system **302** may send a bid request and automobile market information based on the seller request to the used auto buyer interface **320, 322** for one or more consumers and/or dealers (block **608**). It should be appreciated that while the seller request is automobile market information, typically, additional automobile

US 8,650,093 B2

23                                                                  24

market information would be provided with the seller request. For example, typically, data relating to recent sales of similar used automobiles and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the used automobile, or an expected price range, may be provided. Also, for example, various gas mileage data, safety ratings, recall information, quality reports, estimated insurance costs, and the like may be provided. Further, add-on products or services, such as insurance, credit, warranties, service contracts, or hard add accessories, which may be determined based on a third party bidding process, may also be provided. One or more used automobile buyers, including consumers and/or dealers, receive the bid request and automobile market information, determine prices and delivery options for the used automobile using the automobile market information, and prepare and provide bids for the consumer seller or a manufacturer off-lease seller (block **610**). A buyer bid may be sent from the used automobile buyer interface **320**, **322** to the automobile market information processing system **302** for each consumer and/or dealer that wants to provide a bid (block **612**). The automobile market information processing system **302** receives and processes buyer bids and prepares the bids and automobile market data for the consumer seller or manufacturer off-lease seller (block **614**).

The automobile market information processing system **302** may send buyer bids and automobile market information to the used automobile seller interface **318**, **324** (block **616**). It should be appreciated that automobile market information may be provided to the consumer seller or manufacturer off-lease seller before buyer bids are provided, and/or concurrently with buyer bids. The seller may receive the buyer bids and automobile market information and may select a bid including a delivery option based on the automobile market information (block **618**). The used automobile seller interface **318**, **324** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer seller or manufacturer off-lease seller wants to sell the used automobile based on the selected bid (block **620**). The automobile market information processing system **302** receives and processes the seller bid selection (block **622**). For example, the automobile market information processing system **302** may send the bid selection to the used automobile buyer interface **320**, **322** (block **624**). The used automobile buyer may receive the bid selection and coordinate a sale by, for example, setting up a pick up time and location for the used automobile at the seller location or the buyer location (block **626**). Also, for example, the automobile market information processing system **302** may provide contract or loan documents, collect a deposit or down payment, or the like, from the consumer seller, the manufacturer off-lease seller, and/or the used automobile buyer. As discussed above, in each of blocks **606**, **614**, and **622**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, manufacturer, and/or dealer.

For exemplary purposes, the present disclosure discusses a various examples relating to a purchase of a used car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various used automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, commercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components

may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing used automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent applications filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," application Ser. No. 13/176,497, and entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE," application Ser. No. 13/176,525, the entire contents of each of which is incorporated by reference herein, and in an example embodiment, the features of which may be combined with the features of the present disclosure.

It should be understood that various changes and modifications to the example embodiments described herein will be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present subject matter and without diminishing its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention is claimed as follows:

**1**. A method comprising:

storing, on a computer readable medium, automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from at least one manufacturer, a plurality of dealers, and a plurality of consumers, wherein at least a portion of the automobile market data is updated in real-time;

receiving, via a used automobile consumer seller interface, a first request for a response regarding a first used automobile, wherein the first request is made by a consumer seller using a mobile device which takes a picture of a vehicle identification number and the vehicle identification number is recognized using optical character recognition, and the first request includes data provided with at least one graphical user interface component;

causing at least one processing device to:

provide first automobile market data, based on the first request, via a used automobile buyer interface, wherein the first automobile market data is based on real-time automobile market data and actual sales data for comparable automobiles within a specified time period and within a specified geographic area;

request, via the used automobile buyer interface from at least two used automobile buyers, a bid to purchase the first used automobile based on the first request, wherein the at least two used automobile buyers include at least one dealer and at least one consumer;

provide the response including at least two bids via the used automobile consumer seller interface, the at least two bids each including at least a price and a delivery option for the first used automobile, the at least two bids based on the first automobile market data; and

US 8,650,093 B2

25

receiving a consumer seller selection of a first bid including a first delivery option which specifies a first pickup location and a second delivery option which specifies a different second pickup location, wherein the consumer seller selection indicates a consumer seller intention to sell the first used automobile based on the first bid to a first used automobile buyer and specifies one of the first delivery option and the second delivery option.

**2.** The method of claim **1**, wherein the first used automobile buyer is one of a consumer and a dealer.

**3.** The method of claim **1**, wherein the at least one graphical user interface component includes at least one of a text box, a drop down list, a list box, a radio button, a checkbox, and a slider bar.

**4.** The method of claim **1**, wherein the first request includes a picture of at least one of the exterior of the automobile, the interior of the automobile, the dashboard of the automobile, the odometer of the automobile, service records of the automobile, and ownership records of the automobile.

**5.** The method of claim **1**, wherein the first request includes geolocation information of the consumer used automobile seller.

**6.** The method of claim **1**, wherein the first request includes at least one price parameter.

**7.** The method of claim **1**, wherein the pricing data includes used automobile data and new automobile data, including actual prices of executed transactions, dealer listing prices, dealer sale prices, manufacturer incentives, dealer bids, consumer bids, and consumer pricing parameters.

**8.** The method of claim **1**, further comprising:

causing the at least one processing device to process the consumer seller selection of the first bid to facilitate executing a sale including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

**9.** The method of claim **1**, wherein an add-on, including at least one of insurance, financing, a service contract, a warranty, and a hard-add accessory, is provided by a third party with the first request, via the used automobile buyer interface.

**10.** The method of claim **9**, wherein the add-on is selected for inclusion in the first bid by the first used automobile buyer.

**11.** A system comprising:

a computer readable medium storing automobile market data which is representative of recent automobile market

26

characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from at least one manufacturer, a plurality of dealers, and a plurality of consumers, wherein at least a portion of the automobile market data is updated in real-time;

at least one processing device operably coupled to the computer readable medium, the at least one processing device executing instructions to:

receive, via a used automobile consumer seller interface, a first request for a response regarding a first used automobile, wherein the first request is made by a consumer seller using a mobile device which takes a picture of a vehicle identification number and the vehicle identification number is recognized using optical character recognition, and the first request includes data provided with at least one graphical user interface component;

provide first automobile market data, based on the first request, via a used automobile buyer interface, wherein the first automobile market data is based on real-time automobile market data and actual sales data for comparable automobiles within a specified time period and within a specified geographic area;

request, via the used automobile buyer interface from at least two used automobile buyers, a bid to purchase the first used automobile based on the first request, wherein the at least two used automobile buyers include at least one dealer and at least one consumer;

provide the response including at least two bids via the used automobile consumer seller interface, the at least two bids each including at least a price and a delivery option for the first used automobile, the at least two bids based on the first automobile market data; and

receive a consumer seller selection of a first bid including a first delivery option which specifies a first pickup location and a second delivery option which specifies a different second pickup location, wherein the consumer seller selection indicates a consumer seller intention to sell the first used automobile based on the first bid to a first used automobile buyer and specifies one of the first delivery option and the second delivery option.

\* \* \* \* \*

US008744925B2

(12) **United States Patent**    (10) **Patent No.:**    **US 8,744,925 B2**
Seergy et al.    (45) **Date of Patent:**    **Jun. 3, 2014**

(54) **AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE**

(75) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **Sidekick Technology Inc.**, Pine Brook, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 359 days.

(21) Appl. No.: **13/176,525**

(22) Filed: **Jul. 5, 2011**

(65) **Prior Publication Data**

US 2011/0264552 A1    Oct. 27, 2011

(51) **Int. Cl.**
*G06Q 30/00*    (2012.01)
(52) **U.S. Cl.**
USPC ........................................ **705/26.4**; 705/26.1
(58) **Field of Classification Search**
USPC ............................. 705/26.1, 26.3, 27.1, 26.4
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,970,472 A | 10/1999 | Allsop et al. | |
| 6,006,201 A | 12/1999 | Berent et al. | |
| 6,321,221 B1 | 11/2001 | Bieganski | |
| 6,463,431 B1 | 10/2002 | Schmitt | |
| 6,533,173 B2 | 3/2003 | Benyak | |
| 6,868,388 B1 | 3/2005 | Simpson et al. | |
| 6,868,389 B1 | 3/2005 | Wilkins et al. | |
| 7,395,223 B1 | 7/2008 | Buzzell et al. | |
| 7,406,436 B1 | 7/2008 | Reisman | |
| 7,479,949 B2 | 1/2009 | Jobs et al. | |
| 7,636,574 B2 | 12/2009 | Poosala | |

| | | | |
|---|---|---|---|
| 2002/0065707 A1 | 5/2002 | Lancaster et al. | |
| 2002/0082978 A1 | 6/2002 | Ghouri et al. | |
| 2002/0099628 A1 | 7/2002 | Takaoka et al. | |
| 2002/0111877 A1 | 8/2002 | Nelson | |
| 2003/0088435 A1 | 5/2003 | King | |
| 2003/0200151 A1 | 10/2003 | Ellenson et al. | |
| 2003/0229577 A1 | 12/2003 | Nabel | |
| 2004/0034544 A1 | 2/2004 | Fields et al. | |
| 2004/0059626 A1 | 3/2004 | Smallwood | |
| 2005/0004819 A1 | 1/2005 | Etzioni et al. | |
| 2005/0050097 A1 | 3/2005 | Yeh et al. | |
| 2005/0108112 A1 | 5/2005 | Ellenson et al. | |
| 2005/0240512 A1 | 10/2005 | Quintero et al. | |
| 2006/0020477 A1 | 1/2006 | Retzbach et al. | |
| 2007/0150362 A1 | 6/2007 | Sharma et al. | |
| 2007/0255663 A1 | 11/2007 | Jordan et al. | |

(Continued)

OTHER PUBLICATIONS

AutoTrader.com, Inc.: Private Company Information—Business Week, http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=92642.

(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57)    **ABSTRACT**

A system, methods, and apparatus for performing automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from dealers, manufacturers, and consumers. A consumer may provide a request for a response regarding a specific automobile using an image of a vehicle identification number or a graphical user interface. Automobile market data may be provided to a dealer based on the request. Bids to sell the specific automobile may be requested from dealers based on the request. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a first dealer.

**56 Claims, 7 Drawing Sheets**



**US 8,744,925 B2**

Page 2

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| 2007/0260526 | A1 | 11/2007 | Bartel |
| 2008/0046331 | A1 | 2/2008 | Rand |
| 2008/0177653 | A1 | 7/2008 | Famolari et al. |
| 2008/0183552 | A1 | 7/2008 | O'Hagan |
| 2008/0187125 | A1 | 8/2008 | Siegrist |
| 2008/0201184 | A1 | 8/2008 | Rose et al. |
| 2008/0201188 | A1 | 8/2008 | Heyman et al. |
| 2008/0201203 | A1 | 8/2008 | Rose et al. |
| 2008/0208731 | A1 | 8/2008 | Ruckart |
| 2008/0228657 | A1 | 9/2008 | Nabors et al. |
| 2009/0132348 | A1 | 5/2009 | Bria et al. |
| 2009/0149199 | A1 | 6/2009 | Maghoul |
| 2009/0171761 | A1 | 7/2009 | Noy et al. |
| 2009/0187478 | A1 | 7/2009 | Shipley |
| 2009/0187513 | A1 | 7/2009 | Noy et al. |
| 2009/0198557 | A1 | 8/2009 | Wang et al. |
| 2009/0204600 | A1 | 8/2009 | Kalik et al. |
| 2010/0048242 | A1 | 2/2010 | Rhoads et al. |
| 2010/0106580 | A1 | 4/2010 | Etheredge et al. |
| 2010/0217525 | A1 | 8/2010 | King et al. |
| 2010/0274627 | A1 | 10/2010 | Carlson |
| 2010/0332292 | A1 | 12/2010 | Anderson |
| 2011/0040642 | A1 | 2/2011 | O'Dell |
| 2011/0082759 | A1 | 4/2011 | Swinson et al. |
| 2011/0087430 | A1 | 4/2011 | Boss et al. |
| 2011/0087556 | A1 | 4/2011 | Pitkow |
| 2011/0099036 | A1 | 4/2011 | Sarkissian et al. |
| 2011/0203418 | A1 | 8/2011 | Looney et al. |
| 2011/0238474 | A1 | 9/2011 | Carr et al. |
| 2011/0238514 | A1 | 9/2011 | Ramalingam et al. |
| 2011/0276394 | A1 | 11/2011 | Chan |

OTHER PUBLICATIONS

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, http://www.prnewswire.com/news-releases/autotradercom, Jul. 7, 2011.
International Search Report issued Sep. 21, 2012 corresponding to Intl. Appln. No. PCT/US2012/045546.
Autotraderuk. Introducing the Auto Trader iPhone App. Mar. 12, 2010 [retrieved on Sep. 6, 2012] from the internet: <URL: http://www.youtube.com/watch?v+6g_1g8IRG4&feature=player_embedded> entire document.
Anonymous, "instaVIN to offer free auto accident history reports for mobile phones,", Wireless News, Jun. 2, 2012.



Fig. 1

Case: 23-1362     Document: 30     Page: 106     Filed: 12/05/2023



Fig. 2



Fig. 3



Fig. 4A

Fig. 4B



Fig. 4A

— 400

— 418

The dealer makes the purchased automobile available according to the consumer bid selection (e.g., the dealer transports the car from the commonly owned dealer location to the dealer pickup location selected by the car buyer if the car is not already located at the dealer pickup location)

— 420

The consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (e.g., the car buyer picks up the car at the nearby dealer five days after the car sale is executed)

Fig. 4B



Fig. 5



Fig. 6

US 8,744,925 B2

1

## AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is related to the co-pending commonly-owned patent application filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," the entire contents of which is incorporated by reference herein.

### BACKGROUND

In the automobile industry, consumers typically purchase automobiles from dealers or dealerships. Dealers often purchase new automobiles from several manufacturers, to sell to consumers. Consumers typically negotiate a lower price than the manufacturer suggested retail price typically referred to as the "sticker price" and/or the price the dealer initially offers. In many cases, the negotiation process for an automobile may include a large degree of uncertainty for the consumer. Generally, the negotiation process is a zero sum process, and because the consumer and the dealer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, both dealers and consumers often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer may have concerns that a dealer may not offer a fair and competitive price. Various products and services have become available that allow consumers to perform research on market prices for automobiles. Similarly, dealers negotiating an automobile sale generally do not know the maximum price a consumer will be willing to pay for a particular automobile, or how long it will take to sell an automobile in inventory for a given price. Accordingly, dealers also use products and services for determining and/or tracking market prices. Further, automobile manufacturers may also have an interest in the market prices for automobiles, because the market activity captured as automobile market information may allow the manufacturer to, for example, more profitably determine which automobiles to manufacture, what prices the manufacture should offer to dealers, and whether manufacturer incentives should be offered on existing dealer automobile inventory.

### SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market information and performing automobile transactions. In an example embodiment, automobile market data representative of recent automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from dealers, manufacturers, and consumers. A consumer may provide a request for a response regarding a specific automobile using an image of a vehicle identification number or a graphical user interface. Automobile market data may be provided to a dealer based on the request. Bids to sell the specific automobile may be requested from dealers based on the request. Dealer bids may be provided to the consumer with prices and a delivery

options. The consumer may select a bid which specifies a pickup location at a particular dealer.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

### BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. **2** is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIG. **3** is a block diagram showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIG. **4** includes a flowchart illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

FIG. **5** is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. **6** is flow diagram illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

### DETAILED DESCRIPTION OF EXAMPLE EMBODIMENTS

The present disclosure relates in general to a system for facilitating automobile transactions and, in particular, to automobile transaction based on a consumer selection of a specific automobile. Briefly, in an example embodiment, a system is provided which allows a consumer to request information regarding a specific car including dealer bids. For example, a consumer may use a mobile device to take a picture of a vehicle identification number. The specific vehicle may be identified using optical character recognition to request real-time information on that automobile. Dealers may provide bids based on the consumer request using real-time automobile market information, including intrabrand bids and interbrand bids. A consumer may select a dealer bid to purchase or lease an automobile based on the prices and delivery options available. Also, the presently disclosed system may advantageously allow for inventoryless bidding by dealers. For example, a dealer that does not have an automobile in its inventory (e.g., on the dealer lot) can make a bid to sell that automobile, and then have that automobile produced by a manufacturer or transported to the dealer lot. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system **100** is illustrated in FIG. **1**. The illustrated system **100** includes one or more client devices **102**, and one or more host devices **104**. The system **100** may include a variety of client devices **102**, such as desktop computers and the like, which typically include a display **112**, which is a user display for providing information to users **114**, and various interface elements as will be discussed in further detail below. A client device **102** may be a mobile device **103**, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices **102** may communicate with the host device

US 8,744,925 B2

3

104 via a connection to one or more communications channels 106 such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers 108 may be part of the network communications system 100, and may communicate with host servers 104 and client devices 102.

One host device 104 may interact with a large number of users 114 at a plurality of different client devices 102. Accordingly, each host device 104 is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device 104, each client device 102 typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user 114 as described herein may include any person or entity which uses the presently disclosed system and may include a wide variety of parties. For example, as will be discussed in further detail below, users 114 of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices 104 and servers 108 store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices 102, and/or other host devices 104 or servers 108. A host device 104 or server 108 may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various administrative tasks. A host device 104 or server may interact via one or more networks with one or more other host devices 104 or servers 108, which may be operated independently. For example, host devices 104 and servers 108 operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device 102, and a host device 104) is illustrated in FIG. 2. In this example, the computing device 102, 104 includes a main unit 202 which preferably includes one or more processors 204 electrically coupled by an address/data bus 206 to one or more memory devices 208, other computer circuitry 210, and one or more interface circuits 212. The processor 204 may be any suitable processor, such as a microprocessor from the INTEL PENTIUM® family of microprocessors. The memory 208 preferably includes volatile memory and non-volatile memory. Preferably, the memory 208 stores a software program that interacts with the other devices in the system 100 as described below. This program may be executed by the processor 204 in any suitable manner. In an example embodiment, memory 208 may be part of a "cloud" such that cloud computing may be utilized by a computing devices 102, 104. The memory 208 may also store digital data indicative of documents, files, programs, web pages, etc. retrieved from a computing device 102, 104 and/or loaded via an input device 214.

The interface circuit 212 may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus (USB) interface. One or more input devices 214 may be connected to the interface circuit 212 for entering data and commands into the main unit 202. For example, the input device 214 may be a keyboard, mouse, touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, and/or a voice recognition system.

4

One or more displays 112, printers, speakers, and/or other output devices 216 may also be connected to the main unit 202 via the interface circuit 212. The display 112 may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display 112 generates visual displays generated during operation of the computing device 102, 104. For example, the display 112 may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device 102, 104. A user interface may include prompts for human input from a user 114 including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices 218 may also be connected to the main unit 202 via the interface circuit 212. For example, a hard drive, CD drive, DVD drive, and/or other storage devices may be connected to the main unit 202. The storage devices 218 may store any type of data, such as pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device 102, 104.

The computing device 102, 104 may also exchange data with other network devices 220 via a connection to the network 106. Network devices 220 may include one or more servers 226, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository 222. A server 226 may include any kind of data 224 including databases, programs, files, libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server 226 may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers 226 may be used to support and maintain the system 100. For example, servers 226 may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device 102 which is also stored on the server 226, either temporarily or permanently, for example in memory 208 or storage device 218. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device 102, 104 can be controlled by appropriate security software or security measures. An individual users' 114 access can be defined by the computing device 102, 104 and limited to certain data and/or actions. Accordingly, users 114 of the system 100 may be required to register with one or more computing devices 102, 104. For example, registered users 114 may be able to request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

As noted previously, various options for managing data located within the computing device 102, 104 and/or in a server 226 may be implemented. A management system may manage security of data and accomplish various tasks such as facilitating a data backup process. A management system may be implemented in a client 102, a host device 104, and a server 226. The management system may update, store, and back up data locally and/or remotely. A management system

US 8,744,925 B2

5

may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks **106**.

FIG. **3** is a block diagram showing an example automobile transaction network structure **300** which includes an automobile market information processing system **302**, a consumer interface **304**, a dealer interface **306**, and a manufacturer interface **308**. The example automobile market information processing system **302** may be implemented on one or more host devices **104** accessing one or more servers **108**, **226**. In an example embodiment, the automobile market information processing system **302** includes a database system **310**, a recommendation engine **312**, a vehicle identification number processor **314**, and an interface generation unit **316**. A user **114** may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface **304**, dealer interface **306**, or manufacturer interface **308**, respectively. A database system **310** may include a wide variety of automobile market data. A recommendation engine **312** may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor **314** may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor **314** may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit **316** may provide, for example, HTML files which are used at the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** interface to provide information to the users **114**. It should be appreciated that he the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be considered to be part of the automobile market information processing system **302**, however, for discussion purposes, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be referred to as separate from the automobile market information processing system **302**.

For example, a user **114** may interact with a consumer interface **304** to research automobiles the user **114** is interested in buying. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface **304** by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface **304** may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface **304** from the consumer, the consumer interface **304** may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface **304** may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to a dealer near the consumer's present location. The automobile market information processing system **302** may process data received by the consumer interface **304**, as well as the dealer interface **306** and/or the manufacturer interface **308**, to respond to a request from a consumer. For example, data from database system **310** may be queried for use in a report, or a recommendation may be provided by recommendation engine **312** according to the consumer request and current market data. The automobile market information processing system **302** may integrate data received from consumer interface **304**, dealer inter-

6

face **306**, and manufacturer interface **308** to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface **304** may be specific to one particular manufacturer or may provide information for multiple different manufacturers. For example, a consumer interface **304** may be a website with information on many manufacturers, and further, the consumer interface **304** may access or link to the manufacturer specific websites (e.g., Ford). Also, for example, a consumer interface **304** may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automobile models with any available options or features. For example, a manufacturer website may allow a consumer to select options that are desired to "build" a particular automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code). Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pricing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface **304** and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface **304**.

Accordingly, the consumer interface **304** may provide a wide range of information, for example, based on any searches or queries performed by a user **114**. In an example embodiment, based on a user search or request for a response, the consumer interface **304** will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system **302**. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar purchase options to a specific search may also be provided, based on feature matching, price range, consumer popularity, etc. Information including price ranges, including MSRP, invoice prices, inventory levels, the user's **114** credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. For example, a financing calculator may help a user **114** determine what financing rate is appropriate. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current market data including prices, interest rates, incentives, estimated mileage per year, etc. for providing an analysis for a particular

US 8,744,925 B2

7

consumer regarding purchasing or leasing. Also, the consumer interface 304 may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface 304 may provide a wide variety of useful information to a consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like.

In an example embodiment, a dealer interface 306 may provide a user 114, such as a dealer employee, information relating to the current automobile market. The dealer interface 306 allows a dealer to interact with automobile market information processing system 302 to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface 306 includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface 306 relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface 306 which will be used by automobile market information processing system 302 to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface 306 as described herein.

In an example embodiment, a manufacturer interface 308 may provide a user 114, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, an manufacturer interface 308 may provide a manufacturer a request received from a consumer interface 304. Additionally, the manufacturer interface 308 may provide information such as a report that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system 310 relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information to provide a response to a consumer request. The manufacturer may provide the manufacturer interface 308 with information to provide a confirmation, a verification, or an offer to a consumer via consumer interface 304. For example, a confirmation number associated with the particular consumer request may be provided for the consumer. Also, a recommendation may

8

be provided from the recommendation engine 312 to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. The manufacturer interface 308 may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing plans, marketing activities, etc., which may provide a significant advantage for manufacturers.

Accordingly, information may be provided to the automobile market information processing system 302 from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system 302. This allows the automobile market information processing system 302 to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system 302 may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system 302, may instead be performed locally at consumer interface 304, dealer interface 306, and manufacturer interface 308, or vice versa. Further, in certain cases, tasks may be performed using consumer interface 304, dealer interface 306, and manufacturer interface 308 or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system 302. In an example embodiment, the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be located on a website, and may further be implemented as a secure website. Also, consumer interface 304, dealer interface 306, and manufacturer interface 308 may require a local application, for example, which a manufacturer may pay for to have access to, for example, information from the automobile market information processing system 302 such as requests from consumers.

FIG. 4 is a flowchart of an example process 400 for facilitating an automobile transaction. Although the process 400 is described with reference to the flowchart illustrated in FIG. 4, it will be appreciated that many other methods of performing the acts associated with the process 400 may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process 400 for facilitating an automobile transaction may allow users 114, including dealers and consumers, as well as manufacturers, to efficiently sell and purchase automobiles, respectively. The example process 400 may begin with automobile market data including at least pricing data and inventory data stored in a database system (block 402). For example, automobile market data from dealers, consumers, and manufacturers regarding pricing, lot inventory, turnover rates, transport costs, and quality, safety, and/or other ratings is collected and stored in a database. In an

US 8,744,925 B2

9 10

example embodiment, a wide variety of data is stored in a database system **310**. For example, transport costs may include manufacturer to dealer shipping costs and/or dealer to dealer costs for shipping or transporting an automobile (e.g., a dealer with multiple locations may drive automobiles between locations if necessary). Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface **304**, such as data in consumer searches or requests, information from a dealer interface **306**, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, transport or shipping costs, and information from a manufacturer interface **308**, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in transit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or may include additional information received from other sources. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system **310** may be organized according to different manufacturers or dealers, automobile make and model, information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers **108**, **226** which may be remotely located from each other and/or a host device **104** of the automobile market information processing system **302**. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system **302**.

The example process **400** continues with a consumer providing a request for a response of whether an automobile can be provided (block **404**). For example, a car buyer fills in a request form on a website or takes a picture of a VIN at a dealer to receive a response based on current market data. In an example embodiment, the buyer's request may be transmitted from consumer interface **304** via the internet to the automobile market information processing system **302**. In another example embodiment, a car buyer takes a picture of a vehicle identification number (VIN) on a car that the buyer would like to receive information for. For example, using an application stored on a mobile device **103**, the buyer may be located at a dealer location and take a picture of the VIN on a car. The buyer may want information on that specific car or on other comparable cars with the same or similar features and/or options. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system **302** to determine the make and model of the car, along with various other characteristics of the car. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number. Accordingly, the buyer may perform research, for example, while at home or while shopping at a dealer location. Further, for example, the buyer may

take a picture of a VIN anywhere, including at automobile trade shows, mall displays, or anywhere new cars or cars for sale are displayed. The buyer may even take a picture of a car parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface **304** may be stored, for example, in database system **310**, thereby updating the automobile market information processing system **302** with current automobile market data.

The example process **400** may continue with providing automobile market data to dealers based on the consumer request (block **406**). For example, a group of dealers receives a real-time report including local car sales data, inventory data, ratings data, and transport cost data of the consumer's requested car. In an example embodiment, a report may include quality information, safety information, insurance information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. The report may be provided through dealer interface **306** and include the consumer requirements and preferences. The request and/or the report may be provided in real-time and may provide real-time data. Data reported based on a real-time updates in the automobile market information processing system **302** may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine **312** may provide recommendations to a dealer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that the dealer may offer or bid. In an example embodiment, a probability to sell within a time frame may be provided, for example, for a 24 hour period, probabilities and prices may be estimated as, e.g., 80% chance to sell at $22,000; 60% chance to sell at $23,000; 50% chance to sell at $24,000; 20% chance to sell at $25,000. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, the recommendation engine may provide daily suggestions (e.g., a deal of the day). Dealers may use such information to attract consumers to visit the dealer in person or online as well as prepare responses or bids to consumer requests. In an example embodiment the dealer interface **306** may provide information that is limited to cars which meet the consumer request requirements. Dealers may customize the dealer interface **306** to provide information in a pre-specified manner to suit the dealers particular needs.

A bid to sell the automobile to the consumer is requested from dealers (block **408**). For example, a group of dealers within a certain radius of the buyer location may receive a bid request. Each dealer's bid may include a price, for example, a price with no additional add-on products or services, such as service contracts, warranties, aftermarket accessories, etc. For example, add-on products may provide substantial value to a dealer, above and beyond the profit margin for the sale of the requested car. A dealer may profit from selling financing options, for example, if a consumer needs financing, the financier may pay the dealer for sourcing the loan. A dealer may sell service plans or maintenance packages (e.g., an extended service contract), selling warranties (e.g., a lifetime warranty), or selling insurance plans (e.g., life, accident, and health insurance, liability insurance, comprehensive insurance, etc.). Also, a dealer may also sell various hard add accessories, for example, bicycle racks, hitches, commercial accessories (e.g., lights and sirens), or any aftermarket products or modifications (e.g., sunroof).

One or more dealer bids are provided to the consumer (block **410**). For example, several dealers provide bids based

US 8,744,925 B2

11

on current pricing data, dealer pickup locations, and potential add-ons, so several different prices and delivery options may be available to the car buyer. Typically, the bid will include at least a specified price and pickup time and location. In an example embodiment, a buyer that has taken a picture of a VIN with a mobile device may receive dealer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the buyer may be actively shopping for a car on a dealer lot. Typically, a pickup location will be a dealer lot or distribution location. It should be appreciated that some dealers may have multiple locations which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular car requested by a consumer should be priced at, for example, $26,000. However, various factors may affect the bid or offer that a dealer will make for the particular car. For example, the potential for forming a customer relationship, the value of potential add-on products and services, or competition with other dealers may cause a dealer to bid lower than normal. In such a case, the dealer may bid $25,000 in an effort to create a customer relationship, sell add-on products, and/or undercut the competition pricing. Other factors, such as the buyer's credit score (e.g., FICO score), may be used by a dealer in determining a bid, as this may affect the profitability of a sale.

Further, for example, the particular automobile requested may not be available for immediate pickup near the buyer, and various alternative delivery options may be provided from several dealers' bids. For example, a car that is located at an out of state dealer may be transported to a dealer near the buyer. Therefore, for example, the consumer interface 304 may provide several different bids with different delivery options and prices to the buyer, for example, a price of $26,000 to pick up the car at an out of state dealer the next day or a price of $26,500 to pick up the car at a local dealer in five days. For example, a dealer may determine a cost to transport a car from one dealer location to another based on the automobile market data such as current market pricing, current inventory levels, current shipping costs, and the like. Accordingly, a dealer response may be adjusted by current automobile market conditions. An offer to provide or ship a particular car to a dealer location near a consumer may be authorized through the dealer interface 306. Inventoryless bidding may be highly beneficial when dealers that do not have a requested automobile in inventory can still profitably provide a bid. Further, for example, cars that are not exactly what the buyer requested may also be offered to the buyer. For example, the buyer may request a four wheel drive car, but if a two wheel drive car that meets all the other buyer criteria is immediately available at a nearby dealer, the dealer may provide an offer to the buyer for this car, possibly at a significantly lower price, such as $23,000 instead of $26,000 for a four wheel drive car as requested. Further, for example, dealers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a dealer including safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers.

12

The consumer interface 304 may organize dealer bids based on a variety of factors and may provide supplemental information. For example, certain dealer bids may be selected as the best options, all dealer bids may be summarized, various additional ratings, reviews, or popularity information, financing information, etc. may also be provided to a consumer along with any dealer bids. The recommendation engine 312 may provide recommendations to a consumer based on the current automobile market data. For example, of ten dealer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular consumer search may not return any dealer bids, for example, if consumer search requirements are unrealistic for the consumer's required price range. Also, for example, if only one or two bids are received, the recommendation engine 312 may recommend that a consumer wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system 310. Further, in an example embodiment, dealer bids may be organized according to distance to a dealer pickup location, lowest price, closest match to the consumer entered criteria, a normalized quality index or value index, etc. The consumer may be able to toggle between different viewing options for dealer bids or search results.

Further, in an example embodiment, a buyer may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a car (e.g., a Maxima). A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a comparable car (e.g., an Avalon) relating to, for example, gas mileage, safety ratings, price comparisons, residual value, driving directions to the competing dealer, etc. In an example embodiment, a dealer may use the geolocation of the buyer, such as in instances when the buyer is physically located close to the dealer. Accordingly, competing dealer bids may be interbrand or intrabrand in nature, and may be tailored to the buyer's particular situation, which a consumer may find highly advantageous. For example, the buyer may have a bid for a car the buyer wants to test drive as well as a bid for a comparable car across the street before a salesman from the dealer even introduces himself. Accordingly, a consumer may weigh the pros and cons of various dealer bids, based on delivery options, pricing, and any other relevant variants. Any bids communicated from a dealer interface 306 may be stored, for example, in database system 310, to further update the automobile market information processing system 302 with current automobile market data.

The consumer selects a bid including a delivery option which specifies a pickup location (block 412). For example, the car buyer chooses a delivery option of picking up the car at a nearby dealer in five days. As noted above, a dealer may be a franchise dealer entity or a non-franchise distribution location. The buyer may select an offer with a specified delivery option on the consumer interface 304. The car buyer may have been weighing two or more different delivery options and/or different features, price differences, etc., based on the response(s) received through the consumer interface 304. As noted above, the consumer interface may organize bids and other helpful information in a variety of ways, which may make the information easier for a consumer to digest. It should be appreciated that a buyer will typically want to pick up a new car at a convenient location, often near the buyer's home. Accordingly, dealers may attempt to provide delivery options tailored towards maximizing profit for the dealer while also maximizing convenience to the buyer, while also providing a superior bid to other dealers. By providing mul-

US 8,744,925 B2

13

tiple bids with different delivery options, the buyer may be allowed to save time or money based on the buyer's particular needs. In an example embodiment, the buyer may provide a counter offer or different request via the consumer interface 304 to a dealer via the dealer interface 306. Accordingly, the dealer may respond in kind, and may update delivery options or other terms. It should be appreciated that the consumer selection of a bid may, for example, occur simultaneously with the consumer executing the sale or providing a deposit or down payment, or the like (see, e.g., block 416). Accordingly, in an example embodiment, once the buyer selects a bid, the buyer has effectively purchased the car, and the dealer does need to worry about the buyer backing out of the deal. Any consumer selections, counter offers, or additional requests or responses may be stored in database system 310, as the communications are processed by automobile market information processing system 302, providing further data updates. Accordingly, in an example embodiment, a consumer may select a bid to purchase a car, and that purchase information may then be provided to another consumer searching for the same type of car with similar features, for example, the next day.

Once a bid with a specific delivery option has been selected, the dealer provides the automobile at the selected dealer according to the consumer bid selection (block 414). For example, the dealer notifies a commonly owned dealer that the car must be transported to the dealer pickup location for delivery in less than five days. In a typical example, the dealer may already have the car in question on the dealer lot, so the car would not need to be transported. In an example embodiment, the dealer may send a notification or instruction message through the dealer interface 306, which would be received by a commonly owned dealer in another city or state. It should be appreciated that the specific manner of notification or instruction may be changed based on the particular application, for example, the automobile market information processing system 302 may automatically provide a notification or instruction to a dealer to produce or transport a car based on inventory data. It should also be appreciated that particular events may be required to trigger instructing a car to be delivered to a dealer, such as a deposit, financing approval, etc. Further, the consumer may be required to send an instruction message from the consumer interface 304 to the dealer interface 306 affirming that the buyer has agreed to purchase the car from the dealer.

The consumer and the dealer execute the sale of the automobile (block 416). For example, the consumer electronically signs documentation such as loan application and a contract and performs an electronic funds transfer or credit card payment. After the delivery option is selected, an electronic contract may be provided by the dealer for the buyer who may e-sign the contract, and/or any other loan applications or other documentation as needed. In another example embodiment, paper copies of a contract may be signed, for example, after the buyer prints them or receives them from a nearby dealer or through the mail. In an example embodiment, the buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. For example, the process may occur in several steps, as loan processing may be required prior to executing a contract for sale of a car. Also, it should be appreciated that, for example, the consumer selection of a bid discussed above (see, e.g., block 412) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final negotiated price, may be provided to and stored in database system 310. Accordingly, the automobile market information processing

14

system 302 may be updated with current automobile market data from every step in the negotiation process between a consumer and a manufacturer. In an example embodiment, the updates provided to the automobile market information processing system 302 are provided in real-time, for example, data may be transmitted and processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system 302 according to a batch processing schedule.

Next, the dealer makes the purchased automobile available according to the consumer bid selection (block 418). For example, the dealer transports the car from the commonly owned dealer location to the dealer pickup location selected by the car buyer if the car is not already located at the dealer pickup location. When a purchased car is already at the dealer location where the buyer has agreed to pick the car up, the car does not need to be transported. Many dealers have multiple locations under the same ownership, and these dealers may drive or ship cars from one dealer location to another if the cost of transporting the car is justifiable. If a buyer chooses a quicker delivery option, the car may then be transported from a different dealer location to the selected dealer pickup location. A dealer may interact with the automobile market information processing system 302 using dealer interface 306, for example, to receive notification that a car will be picked up by a buyer, and to report that a car has been delivered to the dealer pickup location. A notification may also be sent via consumer interface 304 to the buyer that the car is available for pickup at the specified dealer.

Finally, the consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (block 420). For example, the car buyer picks up the car at the nearby dealer five days after the car sale is executed. The buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the dealer. For example, the buyer may arrive at the dealer, show identification and proof of purchase, and be provided the keys to the car. The buyer may sign paperwork indicating the car has been picked up. Also, the dealer may offer or provide additional products or services to the buyer when the buyer goes to the dealer to pick up the car. For example, the dealer may offer financing options, warranties, service plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that consumers, dealers, and manufacturers may receive significant benefits from the method of facilitating an automobile transaction disclosed herein. For example, price setting, inventory management, and production scheduling, may be greatly improved for dealers and manufacturers by utilizing the disclosed system and method. Consumers may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system 302, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

FIG. 5 illustrates a block diagram of an example data architecture 500. In the example data architecture 500, interface data 502, administrative data 504, and automobile mar-

US 8,744,925 B2

15

ket data **506** interact with each other, for example, based on user commands or requests. The interface data **502**, administrative data **504**, and automobile market data **506** may be stored on any suitable storage medium (e.g., server **226**). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data **502**, administrative data **504**, and automobile market data **506**. Various other or different types of data may be included in the example data architecture **500**.

Interface data **502** may include input and output data of various kinds. For example, input data may include mouse click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data **502** may include formatting, user interface options, links or access to other websites or applications, and the like. Interface data **502** may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data **504** may include data and applications regarding project data or data related to project compensation. For example, administrative data **504** may include information used for updating accounts, such as creating or modifying manufacturer accounts or dealer accounts. Further, administrative data **504** may include access data and/or security data. Administrative data **504** may interact with interface data in various manners, providing a user interface **304**, **306**, **308** with administrative features, such as implementing a user login and the like.

Automobile market data **506** may include, for example, executed sales data **508**, consumer data **510**, dealer data **512**, manufacturer data **514**, statistical data **516**, and/or historical data **518**. Executed sales data **508** may include actual negotiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data **510** may include consumer search activity, consumer requests and offers, consumer feedback, etc. Dealer data **512** may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers received, foot traffic activity, and dealer inventory data, including current on location data, automobile turnover rates, etc. Manufacturer data **514** may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, etc. Statistical data **516** may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data **508** may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under multiple categories of automobile market data **506**, or change with the passage of time. It should also be appreciated that automobile market data **506** may be tailored for a particular manufacturer or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system **310**.

16

Accordingly, for example, customized reports may be provided to a manufacturer interface **308** using that specific data for the manufacturer.

The integration of the various types of automobile market data **506** received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a consumer may benefit greatly from using an application in a mobile device **103** to receive both intrabrand information and interbrand information in real-time, based only on taking a picture of VIN. Dealers and manufacturers may be able to provide information to the consumer in a manner that highlights the benefits of the products the respective dealer or manufacturer would like to sell. The intrabrand and interbrand information provided on a consumer interface **304** may allow the best automobile options for a particular consumer to be provided to that consumer, may allow dealers to compete with other dealers taking into account a greater amount of automobile market information, and may allow manufacturers to better follow through with opportunities for sales, which may result in a more efficient automobile market.

Automobile market data **506** may be maintained in various servers **108**, in databases or other files. It should be appreciated that, for example, a host device **104** may manipulate automobile market data **506** in accordance with the administrative data **504** and interface data **502** to provide requests or reports to users **114** including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data **506** represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. **6** is flow diagram illustrating an example process **600** for facilitating an automobile transaction, according to an example embodiment of the present invention. Although the process **600** is described with reference to the flow diagram illustrated in FIG. **6**, it will be appreciated that many other methods of performing the acts associated with the process **600** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

In the example process **600**, data may flow between the automobile market information processing system **302** and a consumer interface **304** and a dealer interface **306**, as discussed above based on consumer and dealer interaction with the automobile market information processing system **302**. It should be appreciated that the automobile market information processing system **302** may update the automobile market information stored in the database system **310** when automobile market information is received from a consumer, a dealer, or a manufacturer, or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process **600** may begin with a consumer taking a picture of a VIN using a mobile phone application (block **602**). The consumer interface **304** may use OCR to determine and provide the VIN to the automobile market information processing system **302** to provide a consumer request (block **604**). It should be appreciated that OCR may occur in the automobile market information processing system **302** or at the consumer interface **304**. The automobile market information processing system **302** receives the consumer request and prepares automobile market information based on the request (block **606**). The automobile market information processing system **302** may send a bid request

US 8,744,925 B2

17

and automobile market information based on the consumer request to the dealer interface **306** for one or more dealers (block **608**). It should be appreciated that while the consumer request is automobile market information, typically, additional automobile market information would be provided with the consumer request. For example, typically, data relating to recent sales of the requested automobile and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the requested automobile may be provided. One or more dealers receive the bid request and automobile market information, determine prices and delivery options for the automobile using the automobile market information, and prepare and provide bids for the consumer (block **610**). A dealer bid may be sent from the dealer interface **306** to the automobile market information processing system **302** for each dealer that wants to provide a bid (block **612**). The automobile market information processing system **302** receives and processes dealer bids and prepares the bids and automobile market data for the consumer (block **614**).

The automobile market information processing system **302** may send dealer bids and automobile market information to the consumer interface **304** (block **616**). It should be appreciated that automobile market information may be provided to the consumer before dealer bids are provided, and/or concurrently with dealer bids. The consumer may receive the dealer bids and automobile market information and may select a bid including a delivery option based on the automobile market information (block **618**). The consumer interface **304** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer wants to purchase or lease the automobile based on the selected bid (block **620**). The automobile market information processing system **302** receives and processes the consumer bid selection (block **622**). For example, the automobile market information processing system **302** may send the bid selection to the dealer interface **306** (block **624**). The dealer may receive the bid selection and coordinate a sale by, for example, transporting the automobile from one dealer location to the dealer location selected for delivery (block **626**). Also, for example, the dealer may provide contract or loan documents, collect a deposit or down payment, or the like. As discussed above, in each of blocks **606**, **614**, **626**, and **634**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, dealer, and/or manufacturer.

For exemplary purposes, the present disclosure discusses a various examples relating to a purchase of a car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, commercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

18

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent application filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," the entire contents of which are hereby incorporated by reference herein, and in an example embodiment, the features of which may be combined with the features of the present disclosure.

It should be understood that various changes and modifications to the example embodiments described herein may be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present subject matter and without diminishing its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention is claimed as follows:

1. A method comprising:

storing, on a computer readable medium, automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from at least one manufacturer, a plurality of dealers, and a plurality of consumers, wherein at least a portion of the automobile market data is updated in real-time;

receiving, via a consumer interface, a first request for a response regarding a first automobile, wherein the first request is made by a consumer using a mobile device which takes a picture of a vehicle identification number and the vehicle identification number is recognized using optical character recognition;

causing at least one processing device to:

provide first automobile market data, based on the first request, via a dealer interface, wherein the first automobile market data is based on real-time automobile market data and actual sales data for comparable automobiles within a predetermined time period and within a predetermined geographic area;

request, via a dealer interface from at least two dealers, a bid to sell the first automobile based on the first request, wherein the at least two dealers engage in inventoryless bidding by providing a bid on the first automobile when the first automobile is at least one of yet to be manufactured and in the inventory of another entity;

provide the response including at least two bids via the consumer interface, the at least two bids each including at least a price and a delivery option for the first automobile, the at least two bids based on the first automobile market data; and

receiving a consumer selection of a first bid including a first delivery option which specifies a first pickup location at a first dealer and a second delivery option which specifies a different second pickup location, wherein the consumer selection indicates a consumer intention to purchase the first automobile based on the first bid and specifies one of the first delivery option and the second delivery option, wherein the first bid is an inventoryless bid requiring the first automobile to be at least one of manufactured and transferred from the inventory of another entity to the first dealer.

US 8,744,925 B2

19

20

**2**. A method comprising:

storing, on a computer readable medium, automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from a plurality of dealers and a plurality of consumers;

receiving, via a consumer interface, a first request for a response regarding a first automobile, the first request including a vehicle identification number;

causing at least one processing device to:

provide first automobile market data, based on the first request, via a dealer interface, wherein the first automobile market data is based on real-time automobile market data and actual sales data for comparable automobiles within a predetermined time period and within a predetermined geographic area;

request, via a dealer interface from at least two dealers, a bid to sell the first automobile based on the first request;

provide the response including at least two bids via the consumer interface, the at least two bids each including at least a price and a delivery option for the first automobile, the at least two bids based on the first automobile market data; and

receiving a consumer selection of a first bid including a first delivery option which specifies a first pickup location at a first dealer and a second delivery option which specifies a different second pickup location, wherein the consumer selection indicates a consumer intention to one of purchase the first automobile and lease the first automobile based on the first bid and specifies one of the first delivery option and the second delivery option.

**3**. The method of claim **2**, wherein the pricing data includes normal listing prices, sale prices, manufacturer incentives, actual prices of executed transactions, and consumer offers.

**4**. The method of claim **2**, wherein the inventory data includes at least one of inventory data by location, inventory in transit data, production lead time data, production schedule data, and shipping schedule data.

**5**. The method of claim **2**, wherein the first request is made by a consumer using a mobile device which takes a picture of a vehicle identification number.

**6**. The method of claim **5**, wherein the vehicle identification number is recognized using optical character recognition.

**7**. The method of claim **2**, wherein the first request includes geolocation information of the consumer.

**8**. The method of claim **2**, wherein the first automobile is one of a particular type of car with a specific set of features and a particular car with a specific vehicle identification number.

**9**. The method of claim **2**, wherein the first automobile market data provided to the first manufacturer consists of at least one of the first request and a suggested bid price.

**10**. The method of claim **2**, wherein the first bid is an inventoryless bid requiring the first automobile to be at least one of manufactured and transferred from the inventory of another entity to the first dealer.

**11**. The method of claim **2**, wherein the consumer selection of the first bid indicates that the consumer intends to lease the first automobile.

**12**. The method of claim **2**, further comprising:

causing the at least one processing device to process the consumer selection of the first bid to facilitate executing a sale including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

**13**. The method of claim **12**, wherein the first automobile is made available for pickup at the first dealer according to the consumer selected first delivery option.

**14**. The method of claim **2**, wherein the dealer interface allows a dealer to request data via a consumer interface from a plurality of consumers.

**15**. The method of claim **2**, wherein the dealer interface allows a dealer to request data via a manufacturer interface from at least one manufacturer.

**16**. The method of claim **2**, wherein the first dealer at least one of provides and offers at least one of a financing plan, a service plan, an insurance plan, a warranty, and a hard add accessory, for at least the first automobile.

**17**. The method of claim **2**, wherein the first dealer is at least one of a franchise dealer and a non-franchise distribution location.

**18**. The method of claim **2**, wherein the automobile market data includes consumer interest data.

**19**. The method of claim **2**, further comprising:

causing the at least one processing device to provide a manufacturer response via the consumer interface including an acknowledgement of interest.

**20**. The method of claim **2**, further comprising:

causing the at least one processing device to provide a manufacturer response via the consumer interface including at least one of a verification, a confirmation, and an offer indicating that the first automobile can be provided for the consumer.

**21**. The method of claim **2**, wherein the first automobile market data provides a recommended deal of the day.

**22**. A method comprising:

storing, on a computer readable medium, automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from a plurality of dealers and a plurality of consumers;

receiving, via a consumer interface, a first request for a response regarding a first automobile, the first request including data provided with at least one graphical user interface component;

causing at least one processing device to:

provide first automobile market data, based on the first request, via a dealer interface, wherein the first automobile market data is based on real-time automobile market data and actual sales data for comparable automobiles within a predetermined time period and within a predetermined geographic area;

request, via a dealer interface from at least two dealers, a bid to sell the first automobile based on the first request;

provide the response including at least two bids via the consumer interface, the at least two bids each including at least a price and a delivery option for the first automobile, the at least two bids based on the first automobile market data; and

receiving a consumer selection of a first bid including a first delivery option which specifies a first pickup location at a first dealer and a second delivery option which specifies a different second pickup location, wherein the consumer selection indicates a consumer intention to one of purchase the first automobile and lease the first automobile based on the first bid and specifies one of the first delivery option and the second delivery option.

US 8,744,925 B2

21

22

**23**. The method of claim **22**, wherein the first request is made by a consumer on a website.

**24**. The method of claim **23**, wherein the at least one graphical user interface component includes at least one of a text box, a drop down list, a list box, a radio button, a check-box, and a slider bar.

**25**. The method of claim **22**, wherein the first bid is an inventoryless bid requiring the first automobile to be at least one of manufactured and transferred from the inventory of another entity to the first dealer.

**26**. The method of claim **22**, further comprising:

causing the at least one processing device to process the consumer selection of the first bid to facilitate executing a sale including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

**27**. The method of claim **26**, wherein the first automobile is made available for pickup at the first dealer according to the consumer selected first delivery option.

**28**. The method of claim **22**, wherein the dealer interface allows a dealer to request data via a consumer interface from a plurality of consumers.

**29**. The method of claim **22**, wherein the dealer interface allows a dealer to request data via a manufacturer interface from at least one manufacturer.

**30**. The method of claim **22**, wherein the first dealer at least one of provides and offers at least one of a financing plan, a service plan, an insurance plan, a warranty, and a hard add accessory, for at least the first automobile.

**31**. The method of claim **22**, further comprising:

causing the at least one processing device to provide a manufacturer response via the consumer interface including an acknowledgement of interest.

**32**. The method of claim **22**, further comprising:

causing the at least one processing device to provide a manufacturer response via the consumer interface including at least one of a verification, a confirmation, and an offer indicating that the first automobile can be provided for the consumer.

**33**. The method of claim **22**, wherein the first automobile market data provides a recommended deal of the day.

**34**. A system comprising:

a computer readable medium storing automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from a plurality of dealers and a plurality of consumers;

at least one processing device operably coupled to the computer readable medium, the at least one processing device executing instructions to:

receive, via a consumer interface, a first request for a response regarding a first automobile, the first request including a vehicle identification number;

provide first automobile market data, based on the first request, via a dealer interface, wherein the first auto-mobile market data is based on real-time automobile market data and actual sales data for comparable auto-mobiles within a predetermined time period and within a predetermined geographic area;

request, via a dealer interface from at least two dealers, a bid to sell the first automobile based on the first request;

provide the response including at least two bids via the consumer interface, the at least two bids each includ-ing at least a price and a delivery option for the first automobile, the at least two bids based on the first automobile market data; and

receive a consumer selection of a first bid including a first delivery option which specifies a first pickup location at a first dealer and a second delivery option which specifies a different second pickup location, wherein the consumer selection indicates a consumer intention to one of purchase the first automobile and lease the first automobile based on the first bid and specifies one of the first delivery option and the sec-ond delivery option.

**35**. The system of claim **34**, wherein the pricing data includes normal listing prices, sale prices, manufacturer incentives, actual prices of executed transactions, and con-sumer offers.

**36**. The system of claim **34**, wherein the inventory data includes at least one of inventory data by location, inventory in transit data, production lead time data, production schedule data, and shipping schedule data.

**37**. The system of claim **34**, wherein the first request is made by a consumer using a mobile device which takes a picture of a vehicle identification number.

**38**. The system of claim **37**, wherein the vehicle identifi-cation number is recognized using optical character recogni-tion.

**39**. The method of claim **34**, wherein the first request includes geolocation information of the consumer.

**40**. The method of claim **34**, wherein the first automobile is one of a particular type of car with a specific set of features and a particular car with a specific vehicle identification num-ber.

**41**. The method of claim **34**, wherein the first automobile market data provided to the first manufacturer consists of at least one of the first request and a suggested bid price.

**42**. The method of claim **34**, wherein the first bid is an inventoryless bid requiring the first automobile to be at least one of manufactured and transferred from the inventory of another entity to the first dealer.

**43**. The method of claim **34**, wherein the consumer selec-tion of the first bid indicates that the consumer intends to lease the first automobile.

**44**. The system of claim **34**, further comprising:

causing the at least one processing device to process the consumer selection of the first bid to facilitate executing a sale including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

**45**. The system of claim **44**, wherein the first automobile is made available for pickup at the first dealer according to the consumer selected first delivery option.

**46**. The system of claim **34**, wherein the dealer interface allows a dealer to request data via a consumer interface from a plurality of consumers.

**47**. The system of claim **34**, wherein the dealer interface allows a dealer to request data via a manufacturer interface from at least one manufacturer.

**48**. The system of claim **34**, wherein the first dealer at least one of provides and offers at least one of a financing plan, a service plan, an insurance plan, a warranty, and a hard add accessory, for at least the first automobile.

**49**. The system of claim **34**, wherein the first dealer is at least one of a franchise dealer and a non-franchise distribution location.

**50**. The system of claim **34**, wherein the automobile market data includes consumer interest data.

US 8,744,925 B2

23                                                   24

**51**. The system of claim **34**, further comprising:

causing the at least one processing device to provide a manufacturer response via the consumer interface including an acknowledgement of interest.

**52**. The system of claim **34**, further comprising:

causing the at least one processing device to provide a manufacturer response via the consumer interface including at least one of a verification, a confirmation, and an offer indicating that the first automobile can be provided for the consumer.

**53**. The system of claim **34**, wherein the first automobile market data provides a recommended deal of the day.

**54**. A system comprising:

a computer readable medium storing automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from a plurality of dealers and a plurality of consumers;

at least one processing device operably coupled to the computer readable medium, the at least one processing device executing instructions to:

receive, via a consumer interface, a first request for a response regarding a first automobile, the first request including data provided with at least one graphical user interface component;

provide first automobile market data, based on the first request, via a dealer interface, wherein the first automobile market data is based on real-time automobile market data and actual sales data for comparable automobiles within a predetermined time period and within a predetermined geographic area;

request, via a dealer interface from at least two dealers, a bid to sell the first automobile based on the first request;

provide the response including at least two bids via the consumer interface, the at least two bids each including at least a price and a delivery option for the first automobile, the at least two bids based on the first automobile market data; and

receive a consumer selection of a first bid including a first delivery option which specifies a first pickup location at a first dealer and a second delivery option which specifies a different second pickup location, wherein the consumer selection indicates a consumer intention to one of purchase the first automobile and lease the first automobile based on the first bid and specifies one of the first delivery option and the second delivery option.

**55**. A non-transitory computer readable medium storing software instructions which, when executed, cause an information processing apparatus to:

store automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from a plurality of dealers and a plurality of consumers;

receive, via a consumer interface, a first request for a response regarding a first automobile, the first request including a vehicle identification number;

provide first automobile market data, based on the first request, via a dealer interface, wherein the first automobile market data is based on real-time automobile market data and actual sales data for comparable automobiles within a predetermined time period and within a predetermined geographic area;

request, via a dealer interface from at least two dealers, a bid to sell the first automobile based on the first request;

provide the response including at least two bids via the consumer interface, the at least two bids each including at least a price and a delivery option for the first automobile, the at least two bids based on the first automobile market data; and

receive a consumer selection of a first bid including a first delivery option which specifies a first pickup location at a first dealer and a second delivery option which specifies a different second pickup location, wherein the consumer selection indicates a consumer intention to one of purchase the first automobile and lease the first automobile based on the first bid and specifies one of the first delivery option and the second delivery option.

**56**. A non-transitory computer readable medium storing software instructions which, when executed, cause an information processing apparatus to:

store automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from a plurality of dealers and a plurality of consumers;

receive, via a consumer interface, a first request for a response regarding a first automobile, the first request including data provided with at least one graphical user interface component;

provide first automobile market data, based on the first request, via a dealer interface, wherein the first automobile market data is based on real-time automobile market data and actual sales data for comparable automobiles within a predetermined time period and within a predetermined geographic area;

request, via a dealer interface from at least two dealers, a bid to sell the first automobile based on the first request;

provide the response including at least two bids via the consumer interface, the at least two bids each including at least a price and a delivery option for the first automobile, the at least two bids based on the first automobile market data; and

receive a consumer selection of a first bid including a first delivery option which specifies a first pickup location at a first dealer and a second delivery option which specifies a different second pickup location, wherein the consumer selection indicates a consumer intention to one of purchase the first automobile and lease the first automobile based on the first bid and specifies one of the first delivery option and the second delivery option.

* * * * *

US009123075B2

(12) **United States Patent**
Seergy et al.

(10) Patent No.: **US 9,123,075 B2**
(45) **Date of Patent:** **Sep. 1, 2015**

(54) **USED AUTOMOBILE TRANSACTION FACILITATION FOR A SPECIFIC USED AUTOMOBILE**

(71) Applicant: **Sidekick Technology LLC**, Pine Brook, NJ (US)

(72) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **Sidekick Technology LLC**, Pine Brook, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/176,700**

(22) Filed: **Feb. 10, 2014**

(65) **Prior Publication Data**

US 2014/0156445 A1     Jun. 5, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/207,858, filed on Aug. 11, 2011, now Pat. No. 8,650,093, which is a continuation-in-part of application No. 13/176,497, filed on Jul. 5, 2011, and a continuation-in-part of application No. 13/176,525, filed on Jul. 5, 2011, now Pat. No. 8,744,925.

(51) **Int. Cl.**
*G06Q 30/00* (2012.01)
*G06Q 30/08* (2012.01)
*G06Q 30/06* (2012.01)

(52) **U.S. Cl.**
CPC ............... *G06Q 30/08* (2013.01); *G06Q 30/06* (2013.01)

(58) **Field of Classification Search**
CPC ... G06Q 30/08; G06Q 30/02; G06Q 30/0275; G06Q 30/0605

USPC ........................................ 705/26.1, 27.1, 26.4
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,970,472 A    10/1999    Allsop et al.
6,006,201 A    12/1999    Berent et al.
(Continued)

OTHER PUBLICATIONS

AutoTrader.com, Inc..; Private Company Information-Business Week, http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=92642.
(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57) **ABSTRACT**

A system, methods, and apparatus for performing used automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing and consumer interest information received from consumers, dealers, and manufacturers. A consumer seller or manufacturer off-lease seller may provide a request for a response regarding a specific used automobile with a specific a vehicle identification number. Automobile market data may be provided to a used automobile buyer based on the request. Bids to purchase the specific used automobile may be requested from used automobile buyers based on the request. Buyer bids may be provided to the consumer seller or manufacturer off-lease seller with prices and a delivery options. The consumer seller or manufacturer off-lease seller may select a bid to sell the specific used automobile based on the bid.

**18 Claims, 7 Drawing Sheets**



## US 9,123,075 B2

Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,321,221 B1 | 11/2001 | Bieganski | |
| 6,463,431 B1 | 10/2002 | Schmitt | |
| 6,533,173 B2 | 3/2003 | Benyak | |
| 6,868,388 B1 | 3/2005 | Millsap et al. | |
| 6,868,389 B1 | 3/2005 | Wilkins et al. | |
| 7,395,223 B1 | 7/2008 | Buzzell et al. | |
| 7,406,436 B1 | 7/2008 | Reisman | |
| 7,479,949 B2 | 1/2009 | Jobs et al. | |
| 7,636,574 B2 | 12/2009 | Poosala | |
| 8,160,929 B1 | 4/2012 | Park et al. | |
| 8,392,193 B2 * | 3/2013 | Schultz et al. | ............... 704/270 |
| 8,606,604 B1 * | 12/2013 | Huber et al. | .................... 705/4 |
| 2002/0065707 A1 | 5/2002 | Lancaster et al. | |
| 2002/0082978 A1 | 6/2002 | Ghouri et al. | |
| 2002/0099628 A1 | 7/2002 | Takaoka et al. | |
| 2002/0111877 A1 | 8/2002 | Nelson | |
| 2002/0128946 A1 | 9/2002 | Chehade et al. | |
| 2003/0088435 A1 | 5/2003 | King | |
| 2003/0200151 A1 | 10/2003 | Ellenson et al. | |
| 2003/0229577 A1 | 12/2003 | Nabel | |
| 2004/0034544 A1 | 2/2004 | Fields et al. | |
| 2004/0059266 A1 | 3/2004 | Smallwood | |
| 2005/0004819 A1 | 1/2005 | Etzioni et al. | |
| 2005/0050097 A1 | 3/2005 | Yeh et al. | |
| 2005/0108112 A1 | 5/2005 | Ellenson et al. | |
| 2005/0240512 A1 | 10/2005 | Quintero et al. | |
| 2006/0020477 A1 | 1/2006 | Retzbach et al. | |
| 2007/0150362 A1 | 6/2007 | Sharma et al. | |
| 2007/0250403 A1 | 10/2007 | Altschuler | |
| 2007/0255663 A1 | 11/2007 | Jordan et al. | |
| 2007/0260526 A1 | 11/2007 | Bartel | |
| 2008/0046331 A1 | 2/2008 | Rand | |
| 2008/0177653 A1 | 7/2008 | Famolari et al. | |
| 2008/0183552 A1 | 7/2008 | O'Hagan | |
| 2008/0187125 A1 | 8/2008 | Siegrist | |
| 2008/0201184 A1 | 8/2008 | Rose et al. | |
| 2008/0201188 A1 | 8/2008 | Heyman et al. | |
| 2008/0201203 A1 | 8/2008 | Rose et al. | |
| 2008/0208731 A1 | 8/2008 | Ruckart | |
| 2008/0228657 A1 | 9/2008 | Nabors et al. | |
| 2009/0076896 A1 | 3/2009 | DeWitt et al. | |
| 2009/0132348 A1 | 5/2009 | Bria et al. | |
| 2009/0149199 A1 | 6/2009 | Maghoul | |
| 2009/0171761 A1 | 7/2009 | Noy et al. | |
| 2009/0187478 A1 | 7/2009 | Shipley | |
| 2009/0187513 A1 | 7/2009 | Noy et al. | |
| 2009/0198557 A1 | 8/2009 | Wang et al. | |
| 2009/0204600 A1 | 8/2009 | Kalik et al. | |
| 2010/0048242 A1 | 2/2010 | Rhoads et al. | |
| 2010/0106580 A1 | 4/2010 | Etheredge et al. | |
| 2010/0217525 A1 | 8/2010 | King et al. | |
| 2010/0274627 A1 | 10/2010 | Carlson | |
| 2010/0332292 A1 | 12/2010 | Anderson | |
| 2011/0040642 A1 | 2/2011 | O'Dell | |
| 2011/0082759 A1 | 4/2011 | Swinson et al. | |
| 2011/0087430 A1 | 4/2011 | Boss et al. | |
| 2011/0087556 A1 | 4/2011 | Pitkow | |
| 2011/0099036 A1 | 4/2011 | Sarkissian et al. | |
| 2011/0208418 A1 | 8/2011 | Looney et al. | |
| 2011/0238474 A1 | 9/2011 | Carr et al. | |
| 2011/0238514 A1 | 9/2011 | Ramalingam et al. | |
| 2011/0276394 A1 | 11/2011 | Chan | |

### OTHER PUBLICATIONS

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, from http://www.prnewswire.com/news-releases/autotradercom, Jul. 7, 2011.

AppStore-AutoTrader.com, http://itunes.apple.com/us/app/autotrader-com/id444552888?mt=8, Oct. 31, 2011.

Anonymous, "instaVIN to offer free auto accident history reports for mobile phones", Wireless News, Jun. 2, 2010.

Charlton, Auto Trader; iPhone app reviwe, Mar. 15, 2010 [retrieved on Sep. 6, 2012] from the internet: <URL: http://econsultancy.cojm/us/blog/5593-auto-trader-iphone-app-review> entire document.

Autotraderuk, Introducing the Auto Trader iPhone App, Mar. 12, 2010 [retrieved on Sep. 6, 2012] from the internet: <URL: http://www.youtube.com/watch?v+6g_1g81RG4&feature=player_embedded> entire document.

International Search Report mailed Oct. 5, 2012 for corresponding Intl. Appln. No. PCT/US2010/045545.

International Search Report issued Sep. 21, 2012 corresponding to Inl. Appln. No. PCT/US2012/045546.

* cited by examiner



Fig. 1

Case: 23-1362     Document: 30     Page: 127     Filed: 12/05/2023



Fig. 2



Fig. 3A



Fig. 3B



Start — 400

402
Automobile market data including at least pricing data is stored in a database system (e.g., data from consumers, dealers, manufacturers, and industry analysts, regarding pricing, inventory, insurance information, quality ratings, safety ratings, and other ratings is collected and stored in a database)

404
A request for a response regarding a used automobile is received from a consumer seller (e.g., a used car seller takes a picture of the VIN of a used car and fills in price parameters and other information into a mobile application to receive a response based on current market data)

406
Automobile market data is provided to used automobile buyers based on the consumer seller request (e.g., a group of consumers and dealers receive a real-time report including local used car sales data, inventory data, quality and safety ratings data, insurance data, and gas mileage data of the specific used car)

408
A bid to purchase the automobile from the consumer seller is requested from used automobile buyers (e.g., a group of consumers and dealers within a certain radius of the used car seller receive a bid request based on buyer searches)

410
Buyer bids are provided to the consumer seller (e.g., several consumers and dealers provide bids based on current pricing data, options information on the specific used car, and potential pickup locations, so several different prices and delivery options may be available to the used car seller)

412
The consumer seller selects a buyer bid including a price and a delivery option (e.g., the used car seller chooses to sell the used car based on the price and the pickup location of a consumer buyer bid)

414
The consumer seller and used automobile buyer execute the sale of the automobile (e.g., the used car buyer e-signs a contract and electronically transfers funds to the used car seller based on the consumer bid)

416
The consumer seller makes the purchased used automobile available according to the consumer seller bid selection (e.g., the seller drives the used car to the pickup location if the pickup location is not the used car seller's location)

418
The used automobile buyer receives the purchased used automobile according to the consumer seller selected delivery option (e.g., the used car buyer receives the used car at the pickup location the same day the sale is executed)

Fig. 4



Fig. 5



Fig. 6

US 9,123,075 B2

1

# USED AUTOMOBILE TRANSACTION FACILITATION FOR A SPECIFIC USED AUTOMOBILE

## CROSS REFERENCE TO RELATED APPLICATIONS AND PRIORITY CLAIM

This application is a continuation of U.S. patent application Ser. No. 13/207,858, filed on Aug. 11, 2011, which is a continuation-in-part of the following co-pending commonly-owned patent applications filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," application Ser. No. 13/176,497, and entitled "AUTOMOBILE TRANS-ACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE," application Ser. No. 13/176,525, the entire contents of each of which is incorporated by reference herein.

## BACKGROUND

In the used automobile market, consumers typically sell or trade in used automobiles to dealers or dealerships, or privately sell to other consumers, for example, through personal advertisements. Dealers often purchase used automobiles from consumers as part of a deal for a new automobile, typically referred to as a trade in. Typically, a description of a used automobile in a personal advertisement may include the make, model, and mileage of an automobile, but certain other relevant descriptive information may not be available to a potential buyer. Further, a dealer making a trade in offer for a used automobile may not have certain relevant descriptive information on that used automobile. In many cases, the negotiation process for a used automobile may include a large degree of uncertainty for consumers, including both a selling consumer and a purchasing consumer. A consumer seller may be particularly disadvantaged when negotiating with a dealer for a trade in value, as dealers typically have great knowledge and experience with the process, while consumers typically do not. Generally, the negotiation process is a zero sum process, and because a consumer seller of a used automobile and a used automobile buyer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, used automobile buyers and sellers, including consumers and dealers, often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer seller of a used automobile may have concerns that a buyer may not offer a fair and competitive price. Various products and services have become available that allow sellers and buyers, including consumers and dealers, to perform research on market prices for used automobiles. Typically, the highest possible value available to a consumer seller may be through a sale to another consumer, as opposed to trading in the used automobile to a dealer.

In addition to consumers and dealers, automobile manufacturers may also have an interest in the resale values of used automobiles. Further, in many cases, a manufacturer may want to sell used off-lease automobiles which have been returned by consumer lessees. In many cases, a manufacturer off-lease seller may not be able to receive the full market value of a used off-lease automobile.

## SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market

2

information and facilitating used automobile transactions. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing and consumer interest information received from consumers, dealers, and manufacturers. A consumer seller or manufacturer off-lease seller may provide a request for a response regarding a specific used automobile with a specific a vehicle identification number. Automobile market data may be provided to a used automobile buyer based on the request. Bids to purchase the specific used automobile may be requested from used automobile buyers based on the request. Buyer bids may be provided to the consumer seller or manufacturer off-lease seller with prices and a delivery options. The consumer seller or manufacturer off-lease seller may select a bid to sell the specific used automobile based on the bid.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. 2 is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIGS. 3A and 3B provide a block diagram showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIG. 4 is a flowchart illustrating an example process for facilitating a used automobile transaction, according to an example embodiment of the present invention.

FIG. 5 is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. 6 is flow diagram illustrating an example process for facilitating a used automobile transaction, according to an example embodiment of the present invention.

## DETAILED DESCRIPTION OF EXAMPLE EMBODIMENTS

The present disclosure relates in general to a system for facilitating used automobile transactions and, in particular, to an automobile transaction for a specific used automobile. Briefly, in an example embodiment, a system is provided which allows a consumer seller or a manufacturer off-lease seller of a used automobile to request bids and information regarding a specific automobile identified with a specific vehicle identification number. For example, a consumer may use a mobile device to take a picture of a vehicle identification number and may enter a desired price range or minimum asking price. The specific automobile may be identified using optical character recognition to provide, for example, a full list of the original manufacturer features and options, and the original manufacturer suggested retail price and invoice information, for that specific used automobile based on the vehicle identification number. Accordingly, the consumer seller need not enter all of this information, but may request bids and information in real-time for that specific used automobile. Used automobile buyers may include consumers and/or dealers which may provide bids based on the consumer seller request using real-time automobile market information. A consumer seller may select a buyer bid to sell a used automobile based on the prices and delivery options avail-

US 9,123,075 B2

3

able. Accordingly, typically unavailable or difficult to obtain data may be provided for offering a used automobile for sale, including a full listing of the manufacturer features and options, EPA mileage, safety ratings, recalls, quality reports, estimated insurance costs, etc. In an example embodiment, a manufacturer off-lease seller may select a buyer bid based on the prices and delivery options to maximize value, for example, by reducing costs typically associated with selling an off-lease automobile. The used automobile market is presently approximately three times the size of the new automobile market in the United States, as approximately 40 million used automobiles are sold each year. Accordingly, the present disclosure may be helpful for facilitating large numbers of used automobile transactions. In an example embodiment, the disclosed system matches seller and buyer parameters, such as price and pickup location, to facilitate a live bidding process, which allows a used automobile seller to accept or reject bids using a great deal of information not typically available. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system 100 is illustrated in FIG. 1. The illustrated system 100 includes one or more client devices 102, and one or more host devices 104. The system 100 may include a variety of client devices 102, such as desktop computers and the like, which typically include a display 112, which is a user display for providing information to users 114, and various interface elements as will be discussed in further detail below. A client device 102 may be a mobile device 103, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices 102 may communicate with the host device 104 via a connection to one or more communications channels 106 such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers 108 may be part of the network communications system 100, and may communicate with host servers 104 and client devices 102.

One host device 104 may interact with a large number of users 114 at a plurality of different client devices 102. Accordingly, each host device 104 is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device 104, each client device 102 typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user 114 as described herein may include any person or entity which uses the presently disclosed system and may include a wide variety of parties. For example, as will be discussed in further detail below, users 114 of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices 104 and servers 108 store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices 102, and/or other host devices 104 or servers 108. A host device 104 or server 108 may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various

4

administrative tasks. A host device 104 or server may interact via one or more networks with one or more other host devices 104 or servers 108, which may be operated independently. For example, host devices 104 and servers 108 operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device 102, and a host device 104) is illustrated in FIG. 2. In this example, the computing device 102, 104 includes a main unit 202 which preferably includes one or more processors 204 electrically coupled by an address/data bus 206 to one or more memory devices 208, other computer circuitry 210, and one or more interface circuits 212. The processor 204 may be any suitable processor, such as a microprocessor from the INTEL PENTIUM❶ family of microprocessors. The memory 208 preferably includes volatile memory and non-volatile memory. Preferably, the memory 208 stores a software program that interacts with the other devices in the system 100 as described below. This program may be executed by the processor 204 in any suitable manner. In an example embodiment, memory 208 may be part of a "cloud" such that cloud computing may be utilized by a computing devices 102, 104. The memory 208 may also store digital data indicative of documents, files, programs, web pages, etc. retrieved from a computing device 102, 104 and/or loaded via an input device 214.

The interface circuit 212 may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus (USB) interface. One or more input devices 214 may be connected to the interface circuit 212 for entering data and commands into the main unit 202. For example, the input device 214 may be a keyboard, mouse, touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, microphone, and/or a speech/voice recognition system.

One or more displays 112, printers, speakers, and/or other output devices 216 may also be connected to the main unit 202 via the interface circuit 212. The display 112 may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display 112 generates visual displays generated during operation of the computing device 102, 104. For example, the display 112 may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device 102, 104. A user interface may include prompts for human input from a user 114 including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices 218 may also be connected to the main unit 202 via the interface circuit 212. For example, a hard drive, CD drive, DVD drive, and/or other storage devices may be connected to the main unit 202. The storage devices 218 may store any type of data, such as pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device 102, 104.

The computing device 102, 104 may also exchange data with other network devices 220 via a connection to the network 106. Network devices 220 may include one or more servers 226, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository 222. A server 226 may include any kind of data 224 including databases, programs, files,

US 9,123,075 B2

5

libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server **226** may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers **226** may be used to support and maintain the system **100**. For example, servers **226** may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device **102** which is also stored on the server **226**, either temporarily or permanently, for example in memory **208** or storage device **218**. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device **102**, **104** can be controlled by appropriate security software or security measures. An individual users' **114** access can be defined by the computing device **102**, **104** and limited to certain data and/or actions. Accordingly, users **114** of the system **100** may be required to register with one or more computing devices **102**, **104**. For example, registered users **114** may be able to request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

As noted previously, various options for managing data located within the computing device **102**, **104** and/or in a server **226** may be implemented. A management system may manage security of data and accomplish various tasks such as facilitating a data backup process. A management system may be implemented in a client **102**, a host device **104**, and a server **226**. The management system may update, store, and back up data locally and/or remotely. A management system may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks **106**.

FIGS. **3A** and **3B** provide a block diagram showing an example automobile transaction network structure **300**. As illustrated in FIG. **3A**, the example automobile transaction network structure **300** includes an automobile market information processing system **302**, a consumer interface **304**, a dealer interface **306**, and a manufacturer interface **308**. The example automobile market information processing system **302** may be implemented on one or more host devices **104** accessing one or more servers **108**, **226**. In an example embodiment, the automobile market information processing system **302** includes a database system **310**, a recommendation engine **312**, a vehicle identification number processor **314**, and an interface generation unit **316**. A user **114** may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface **304**, dealer interface **306**, or manufacturer interface **308**, respectively. A database system **310** may include a wide variety of automobile market data. A recommendation engine **312** may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor **314** may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor **314** may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit **316** may provide, for example, HTML files which are used at the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** interface to provide information to the users **114**. It should be appreciated that he the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**

6

may be considered to be part of the automobile market information processing system **302**, however, for discussion purposes, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be referred to as separate from the automobile market information processing system **302**.

For example, a user **114** may interact with a consumer interface **304** to research new or used automobiles the user **114** is interested in buying and/or selling. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface **304** by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface **304** may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface **304** from the consumer, the consumer interface **304** may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface **304** may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to a dealer near the consumer's present location or may be already owned by the consumer. The automobile market information processing system **302** may process data received by the consumer interface **304**, as well as the dealer interface **306** and/or the manufacturer interface **308**, to respond to a request from a consumer. For example, data from database system **310** may be queried for use in a report, or a recommendation may be provided by recommendation engine **312** according to the consumer request and current market data. The automobile market information processing system **302** may integrate data received from consumer interface **304**, dealer interface **306**, and manufacturer interface **308** to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface **304** may be specific to one particular manufacturer or may provide information for automobiles manufactured by multiple different manufacturers. For example, a consumer interface **304** may be a website with information for many manufacturers. For example, the consumer interface **304** may access or link to the manufacturer specific websites (e.g., Ford), particularly with regard to new automobile information, but also for used automobile information. Also, for example, a consumer interface **304** may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automobile models with any available options or features. For example, a manufacturer website may allow a consumer to select options that are desired to "build" a particular new automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code). Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pric-

US 9,123,075 B2

7

ing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface **304** and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface **304**. It should also be appreciated that information on a manufacturer website and/or a consumer interface **304** may be directed to both new and used automobiles. For example, historical and statistical information which demonstrates favorable safety ratings, quality and reliability data, low maintenance costs, low insurance prices, low emissions, high gas mileage, etc. based on specific models for specific years, and/or groups of models and years may be provided on a manufacturer website and/or a consumer interface **304**.

Accordingly, the consumer interface **304** may provide a wide range of information, for example, based on any searches or queries performed by a user **114**. In an example embodiment, based on a user search or request for a response, the consumer interface **304** will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system **302**. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar purchase options to a specific search may also be provided, based on feature matching, price range, consumer popularity, etc. Information including price ranges, including MSRP, invoice prices, inventory levels, the user's **114** credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. It should be appreciated that such data may be provided for both new and used automobiles. For example, a financing calculator may help a user **114** determine what financing rate is appropriate for an automobile purchase. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current market data including prices, interest rates, incentives, estimated mileage per year, etc. for providing an analysis for a particular consumer regarding purchasing or leasing. Also, the consumer interface **304** may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface **304** may provide a wide variety of useful information to a

8

consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like. As will be discussed in FIG. **3**B in further detail below, the consumer interface **304** may include a used automobile seller interface **318** and a used automobile buyer interface **320**.

In an example embodiment, a dealer interface **306** may provide a user **114**, such as a dealer employee, information relating to the current automobile market. The dealer interface **306** allows a dealer to interact with automobile market information processing system **302** to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface **306** includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface **306** relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface **306** which will be used by automobile market information processing system **302** to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface **306** as described herein.

In an example embodiment, a manufacturer interface **308** may provide a user **114**, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, an manufacturer interface **308** may provide a manufacturer a request received from a consumer interface **304**. Additionally, the manufacturer interface **308** may provide information such as a report that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system **310** relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information to provide a response to a consumer request. The manufacturer may provide the manufacturer interface **308** with information to provide a confirmation, a verification, or an offer to a consumer via consumer interface **304**. For example, a confirmation number associated with the particular consumer request may be provided for the consumer. Also, a recommendation may be provided from the recommendation engine **312** to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. Further, it should be appreciated that a manufacturer may include various related affiliate entities all doing business as, or operating under, the same manufacturer name. For example, a manufacturer typically may include a manufacturing company (e.g., operating the manufacturing plant), a sales company (e.g., operating automobile sales activities), and a captive finance company (e.g., operating financing and leasing activi-

US 9,123,075 B2

9

ties). The manufacturer interface **308** may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing plans, marketing activities, etc., which may provide a significant advantage for manufacturers.

As illustrated in FIG. 3B, a consumer interface **304** may include a used automobile seller interface **318** and a used automobile buyer interface **320**. The used automobile seller interface **318** may be used by consumer sellers to sell used automobiles, while the used automobile buyer interface **320** may be used by consumers to buy automobiles. It should be appreciated that consumers may be able to access both interfaces **318** and **320** from consumer interface **304**. In an example embodiment, the used automobile seller interface **318** and a used automobile buyer interface **320** may be integrated within a single website or application, or for example, may be implemented as distinct websites. Similarly, in an example embodiment, a used automobile buyer interface **320** may be integrated with features of a consumer interface **304** for searching both new and used automobiles for purchase, or new and used automobiles may not be simultaneously searchable on a particular implementation of a consumer interface **304**. As will be discussed further below, a used automobile seller interface **318** may be used by a consumer seller of a specific used automobile to receive information on the specific automobile and request bids for the specific automobile. Similarly, a used automobile buyer interface **320** may be used for used automobile buyers to receive information on a used automobile and place a bid on that specific automobile.

It should be appreciated that, for example, a consumer seller of a used automobile may be considered different than a dealer seller of a used automobile in some respects. For example, a consumer seller of a used automobile is often selling through different channels, such as offering for sale in classified advertisements versus from a dealer lot. It should be appreciated that such differences may be relevant to the ability to maximize the value of a sale or purchase of a used automobile. Accordingly, where appropriate, the present disclosure may distinguish a consumer seller from a dealer seller, or distinguish a consumer buyer from a dealer buyer. Also, as discussed in further detail below, a manufacturer off-lease seller of a used automobile may also be considered different from a consumer seller and/or a dealer seller.

A dealer interface **306** may include a used automobile buyer interface **322**. For example, a typical dealer may use a dealer interface **306** primarily for facilitating sales of new and used automobiles, however, the dealer interface **306** may also be used to facilitate purchasing used automobiles. For example, a used automobile buyer interface **322** may be used by dealers similarly to the way that the used automobile buyer interface **320** may be used by consumers. It should be appreciated that in an example embodiment, the used automobile buyer interfaces **320**, **322** may be similar or the same, and/or may integrated as part of single website or application. In an example embodiment, a dealer may use the used automobile buyer interface **322** to facilitate bringing a consumer in to purchase a new automobile based on providing a competitive bid to purchase a used automobile as a trade in.

A manufacturer interface **308** may include a used automobile off-lease interface **324**. For example, a manufacturer may use a manufacturer interface **308** primarily for facilitating sales of new automobiles, however, the manufacturer interface **308** may also be used to facilitate selling off-lease automobiles which have been returned by a consumer lessor whose lease is expiring. For example, an off-lease seller interface **324** may be used by a manufacturer, typically, a captive finance company of the manufacturer, similarly to the way

10

that the used automobile seller interface **318** may be used by consumers. It should be appreciated that, a manufacturer off-lease seller may have limited options to sell a used off-lease automobile and may have time constraints that are may be typically imposed on a consumer seller of a used automobile. Typically, an off-lease automobile may be dropped off by a consumer lessee at any one of a variety of dealer locations. The manufacturer lessor may then wish to sell the used off-lease automobile, however, the dealer where the off-lease automobile was dropped off may have a significant bargaining advantage to purchase that automobile, as the manufacturer may need to sell the off-lease automobile quickly and may have limited options. Typically, the dealer may not offer the manufacturer off-lease seller full market value for the off-lease automobile. It should be appreciated that the manufacturer off-lease seller may transport the car to an auction in an attempt to obtain a higher price. However, transportation costs, auction fees, and delay in selling the off-lease automobile may cause the manufacturer off-lease seller to accept less than market value for the off-lease automobile from the dealer, or otherwise not maximize the value of the off-lease automobile. For example, typically, an off-lease automobile sold at auction for near or even above the current market value is significantly offset by transportation costs and auction fees.

The off-lease seller interface **324** may provide a manufacturer off-lease seller with leverage, not only through the ability to obtain bids to purchase the off-lease automobile, but through the ability to determine the number of matches or search hits for an off-lease automobile. The dealer that has the off-lease automobile may know that the manufacturer may have the ability to track searches for the off-lease automobile performed by consumers and/or other dealers. The manufacturer off-lease seller may provide the dealer in possession of an off-lease automobile with matches and/or bids, which may provide the dealer with firm evidence of current demand or interest in the off-lease automobile. The dealer may be able to use this information to determine an appropriate price, and possibly even more profitably than the manufacturer. Accordingly, a dealer may often be inclined to make a significantly more competitive bid for an off-lease automobile. It should be appreciated that the manufacturer may use the off-lease seller interface **324** to identify in-market buyers, and even without receiving bids from those buyers, the manufacturer's bargaining power may improve, resulting in a greater value for off-lease sales.

Accordingly, information may be provided to the automobile market information processing system **302** from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system **302**. This allows the automobile market information processing system **302** to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system **302** may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that the users **114** of the automobile market information processing system **302**, including consumers, dealers, and manufacturers, and buyers and sellers of new and used automobiles, may be required to agree to and/or execute a terms of use agreement or terms of service agreement. Various forms of enforcing the agreement may be implemented, including a transaction deposit policy, which

US 9,123,075 B2

11

may require a deposit or a credit card hold, or the like, and a standard schedule of fees or default payment schedule for infractions such as improper condition of an automobile, delay in delivery, etc. Accordingly, all parties may be protected from another party breaching the agreement.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system **302**, may instead be performed locally at consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or vice versa. Further, in certain cases, tasks may be performed using consumer interface **304**, dealer interface **306**, and manufacturer interface **308** or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system **302**. In an example embodiment, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be located on a website, and may further be implemented as a secure website. Also, consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may require a local application, for example, which a manufacturer or dealer may pay for to have access to, for example, information from the automobile market information processing system **302** such as requests from consumers.

FIG. 4 is a flowchart of an example process **400** for facilitating a used automobile transaction. Although the process **400** is described with reference to the flowchart illustrated in FIG. **4**, it will be appreciated that many other methods of performing the acts associated with the process **400** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process **400** for facilitating a used automobile transaction may allow users **114** to efficiently sell and purchase automobiles. The example process **400** may begin with automobile market data including at least pricing data is stored in a database system (block **402**). For example, automobile market data from dealers, consumers, and manufacturers regarding pricing, inventory, insurance information, quality ratings, safety ratings, and other ratings is collected and stored in a database. For example, inventory data may include data regarding off-lease automobiles, including scheduled drop off dates of automobiles with expiring leases. In an example embodiment, a wide variety of data is stored in a database system **310**. Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface **304**, such as data in consumer searches or requests, information from a dealer interface **306**, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, transport or shipping costs, and information from a manufacturer interface **308**, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in tran-

12

sit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or may include additional information received from other sources, for example, industry analysts, consumer reports groups, government agencies, etc. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system **310** may be organized according to different manufacturers or dealers, automobile make and model, different information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers **108**, **226** which may be remotely located from each other and/or a host device **104** of the automobile market information processing system **302**. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system **302**.

The automobile market data may be used by any or all parties involved in a used automobile transaction, including used automobile sellers including consumer sellers and manufacturer off-lease sellers, and used automobile buyers including consumer buyers and dealer buyers. In the example process **400**, as discussed further below, the used automobile seller described by way of example as a consumer seller. It should be appreciated that the example process **400** may work similarly or the same for a manufacturer off-lease seller. In an example embodiment, the consumer used automobile seller interface **318** and manufacturer off-lease seller interface **324** may be provided as a combined interface. Certain aspects of the disclosed example process **400** may be of greater or lesser advantage to a manufacturer off-lease seller compared with a consumer seller. For example, consumer sellers typically sell used automobiles infrequently, while manufacturer off-lease sellers may be selling thousands of used off-lease automobiles each month. Accordingly, the goals of the user **114** may vary between consumer sellers and manufacturer off-lease sellers. Certain notable aspects that may be distinguishable between a consumer seller and manufacturer off-lease seller will be discussed below.

The example process **400** continues with a consumer seller providing a request for a response (block **404**). For example, a used car seller takes a picture of the vehicle identification number (VIN) of a used car and fills in price parameters and other information into a mobile application to receive a response based on current market data. In an example embodiment, the seller's request may be transmitted from used automobile seller interface **318**, **324** via the internet to the automobile market information processing system **302**. For example, using an application stored on a mobile device **103**, the used car seller takes a picture of the VIN on the used car and fills in a minimum bid price, delivery parameters, etc. The seller's parameters may specify a pickup location by distance from an address, an area code, etc., which allows for matching the seller with buyers that are in-market. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system **302** to determine the make and model of the car, along with various other characteristics of the car. Also, for example, the used car seller may take a picture of the odometer, and the mileage may be determined using optical character recognition. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number.

US 9,123,075 B2

13
14

Also, the used car seller may input into a mobile application or website a wide variety of additional information about the used car. For example, pictures of the used car may be uploaded with the request. In an example embodiment, pictures of the exterior, interior, dashboard, and/or odometer may be provided. Also, for example, service records, ownership records, and other documents or information may be included with a request. Further, a written description of the car may be provided. Accordingly, because the used car seller can provide information such as pictures, in addition to information which the seller may not have access to, such as the original manufacturer specifications of the used car, potential buyers may have access to a great deal of information on the used car. Further, in an example embodiment, a mobile application may include the geolocation of a used car seller, so the seller does not need to enter such information. Accordingly, the buyer may perform research, for example, while at home or while shopping at a dealer location. It should be appreciated that certain used car buyers may be highly interested in the geolocation of the consumer seller. For example, a dealer may find the consumer seller's geolocation to be more important than a consumer buyer, because a dealer may require a minimal cost for picking up a car to ensure profitability, and to optimize the opportunity for creating a new customer relationship. Similarly, certain used automobile sellers may be very interested in the geolocation of the used automobile buyer. For example, a manufacturer off-lease seller may have a high interest in determining the amount of in-market interest or demand for an off-lease automobile.

In an example embodiment, a manufacturer off-lease seller may provide a request for a response for an automobile that will be dropped off by a consumer lessee in the near future. For example, a manufacturer user 114 may input a VIN into off-lease seller interface 324 by typing, speaking, or providing an image of the VIN. The manufacturer off-lease seller may provide a parameter that the used off-lease automobile will be available only after a certain date. The manufacturer off-lease seller may find that providing a request for a response prior to the consumer lessee actually dropping off an off-lease automobile may significantly improve the value of off-lease automobiles. It should be appreciated that the dealer where the consumer lessee drops off the off-lease automobile may be bargaining without any particular advantage because the manufacturer off-lease seller may have multiple interested used automobile buyers that, based on search parameters, have received the off-lease automobile as a match, and/or bids from used automobile buyers.

Used car buyers may perform a search with used automobile buyer interfaces 320, 322, and may typically include parameters limiting the search to a specific automobile type, make, or model, certain options or features, a price range, and a pickup location or area. Further, for example, the buyer may take a picture of a VIN anywhere or manually type in a VIN number, including at automobile trade shows, mall displays, or anywhere new or used cars are for sale. The buyer may even take a picture of a car parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface 304 may be stored, for example, in database system 310, thereby updating the automobile market information processing system 302 with current automobile market data.

The example process 400 may continue with providing automobile market data to used automobile buyers based on the consumer seller request (block 406). For example, a group of consumers and dealers receive a real-time report including local used car sales data, inventory data, quality and safety ratings data, insurance data, and gas mileage data of the

specific used car which is identified based on the VIN. The group of consumers and dealers that receive a real-time report may be based on prior searches conducted by consumers on used automobile buyer interface 320 and searches conducted by dealers with used automobile buyer interface 322. In an example embodiment, a report may include quality information, safety information, insurance information, recall information, EPA gas mileage and emissions information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers and/or dealers. In an example embodiment, a report may include a specific history information for the specific used car, such as a CARFAX report. The request and/or the report may be provided in real-time and may also provide real-time data. Data reported based on a real-time updates in the automobile market information processing system 302 may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine 312 may provide recommendations to a used automobile buyer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that the used automobile buyer may offer or bid. In an example embodiment, a estimated sale price or range may be provided. For example, a probability analysis may be provided with prices and corresponding probabilities may be estimated as, e.g., 80% chance to purchase at $6,000; 60% chance to purchase at $5,500; 30% chance to purchase at $5,000; 10% chance to purchase at $4,500. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, for example, the recommendation engine may provide daily suggestions (e.g., a deal of the day) for dealers and/or consumers. Consumers may use such suggestions to save money or get a better value on a used car purchase by buying from another consumer rather than a dealer. Dealers may use such suggestions to purchase used cars at good deals, and/or to attract consumers to visit the dealer in person or online, as well as prepare responses or bids to other consumer requests. Dealers or consumers may customize the used automobile buyer interface 320, 322 to provide information in a pre-specified manner to suit the particular needs of the specific dealer or consumer. In an example embodiment, a manufacturer off-lease seller may receive automobile market data including inventory information including data regarding off-lease cars which have been dropped off at dealer locations and cars which will soon be coming off-lease. Further, dealers and/or consumers may be able to receive information regarding off-lease cars as well. For example, information may include a specific automobile identified by a VIN with an expected drop off location and date based on a lease expiration.

A bid to purchase the used automobile from the consumer seller is requested from used automobile buyers (block 408). For example, a group of consumers and dealers within a certain radius of the used car seller location may receive a bid request based on used automobile buyer searches via used automobile buyer interfaces 320, 322. Each used automobile buyer's bid may include, for example, a price and a delivery option or delivery suggestion. The used automobile buyer interfaces 320, 322 may provide for simple input of necessary and optional data. Further, a used automobile buyer's bid may contain certain limitations, restrictions, or conditions. For example, a dealer may provide a bid with the condition that a new car be purchased and the used car be traded in at the bid price.

US 9,123,075 B2

15

In an example embodiment, the request may provide one or more options, products, services, or add-ons for a used automobile buyer to select from. For example, used automobile buyers may be able to select financing options, warranties, extended service contracts, insurance plans, or other hard add accessories. These selectable options may be offered directly from the used automobile seller or may be offered through the automobile market information processing system **302**. Accordingly, a seller may not be offering any options for a buyer to select, but the system may automatically provide the option to purchase further add-ons. In an example embodiment, automobile market information processing system **302** may provide for third party providers of add-ons to provide live auction bids for a used automobile buyer to select for inclusion in a bid. Accordingly, for example, several insurance companies may provide a bid for key insurance, or several financial companies may provide bids for a loan. It should be appreciated that certain bids may depend on the particular buyer, so for example, a buyer's credit or driving record may cause different buyers to receive different third party bids for add-ons. For example, a particular buyer may be able to increase a bid to purchase a used automobile if third party add-ons are particularly advantageous, which may benefit a consumer seller or manufacturer off-lease seller. For example, a buyer may receive a better than expected interest rate and insurance price, and therefore be able to offer an additional $1,000 to the seller, while staying within the buyer's predetermined monthly budget. It should be appreciated that third parties may include dealers which may be otherwise involved in a transaction. Also, in an example embodiment, the automobile market information processing system **302** may provide at no charge to the buyers or sellers, certain add-ons, such as a limited thirty day warranty. Accordingly, the automobile market information processing system **302** may gain trust from buyers even if the buyers generally do not trust the sellers. It should also be appreciated that a buyer may not select any add-ons offered by third parties and/or the automobile market information processing system **302**. A used automobile seller may have no interest in whether a buyer selects any add-ons, or the seller may receive additional compensation if an add-on is selected, so a buyer selection of add-ons may or may not affect a seller's value associated with the buyer's bid.

One or more buyer bids are provided to the consumer seller (block **410**). For example, several consumers and dealers provide bids based on current pricing data, options information of the specific used car, and potential pickup locations, so several different prices and delivery options may be available to the used car seller via the used automobile seller interface **318**. Typically, the bid will include at least a specified price and pickup time and location. In an example embodiment, a used car seller that has taken a picture of a VIN with a mobile device and entered some basic information such as an odometer reading may receive used car buyer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the consumer seller may be actively selling a used car or shopping for a new or used car, for example, on a dealer lot. Typically, a pickup location will be at the consumer seller location, a consumer buyer location, or at a dealer lot or distribution location. In an example embodiment, the consumer buyer location may be determined using the geolocation of the buyer's mobile device **103**. It should be appreciated that some consumers may be flexible as to the delivery options and that some dealers may have multiple locations which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular used car that a consumer seller has

16

requested bids for should be priced at, for example, $6,000. However, various factors may affect the bid or offer that a consumer or dealer may make for the specific used car. For example, for a consumer, personal preference for certain features or looks, convenience, insurance implications, gas mileage, and/or service records, may play a large role in pricing a bid above or below a suggested bid price. For example, for a dealer, the potential for forming a customer relationship, the value of potential other sales, add-on products, and/or services, or competition with other parties. All used automobile buyers that are interested may place a bid for a used car seller's consideration.

It should be appreciated that various alternative delivery options may be provided from several used automobile buyers' bids, for example, based on preferences or parameters indicated by the consumer seller of the used automobile. For example, the used automobile seller interface **318** may provide several different bids with different delivery options and prices to the used car seller, for example, a price of $6,000 to drop off the car at an out of state dealer the next day or a price of $5,500 to drop off the car at a local consumer buyer location in five days. For example, a consumer buyer may determine the cost of picking up the used car from the consumer seller and provide two pricing and delivery options, for example, $5,500 to pick up the used car from the consumer seller or $5,800 to have the used car delivered to the consumer buyer's home. For example, a manufacturer off-lease seller may review bid prices and delivery options on a number factors on used automobile seller interface **324**, but may be very interested in finding an in-market buyer to eliminate transportation costs. A manufacturer off-lease seller may often have somewhat different concerns than a consumer seller. For example, to meet a quarterly budget, a manufacturer off-lease seller may be primarily interested eliminating a high back log of off-lease cars even if selling cars at a significant discount is required.

Further, for example, used automobile buyers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a used automobile buyer including safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant.

The used automobile seller interface **318, 324** may organize used automobile buyer bids based on a variety of factors and may provide supplemental information. For example, certain buyer bids may be selected as the best options, all buyer bids may be summarized, various additional ratings, reviews, or popularity information, special offers, etc. may also be provided to a consumer along with any used automobile buyer bids. The recommendation engine **312** may provide recommendations to a consumer seller based on the current automobile market data. For example, of ten used automobile buyer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular used car seller request may not return any buyer bids, for example, if the used car for sale is in low demand or a unique item with a limited market. Also, for example, if only one or two bids are

US 9,123,075 B2

17                                                                18

received, the recommendation engine **312** may recommend that a consumer seller wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system **310**. Further, in an example embodiment, buyer bids may be organized according to distance to a pickup location, highest price, closest match to the consumer seller entered criteria, a normalized quality index or value index, etc. The consumer seller or manufacturer off-lease seller may be able to toggle between different viewing options for buyer bids.

Further, in an example embodiment, a consumer seller may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a used car (e.g., a Maxima), which the consumer seller intends to trade in. A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a competing trade in value, and may have further information relating to other new or used cars which may be intended to cause the consumer seller to go to the competing dealer, for example, including various price comparisons, gas mileage ratings, safety ratings, residual value, driving directions to the competing dealer, etc. Accordingly, a consumer seller may weigh the pros and cons of various used automobile buyer bids from consumers and/or dealers, based on delivery options, pricing, and any other relevant variants. Any bids communicated from used automobile buyer interfaces **320**, **322** may be stored, for example, in database system **310**, to further update the automobile market information processing system **302** with current automobile market data.

The consumer seller selects a buyer bid including a price and a delivery option (block **412**). For example, the used car seller chooses to sell the used car based on the price and the pickup location of a consumer buyer bid. The seller may select an offer with a specified price and delivery option on the used automobile seller interface **318**, **324**. The used car seller may have been weighing two or more different delivery options, price differences, etc., based on the response(s) received through the used automobile seller interface **318**, **324**. As noted above, the used automobile seller interface **318** may organize received bids and other helpful information in a variety of ways, which may make the information easier for a consumer seller to digest. It should be appreciated that a consumer seller will typically want to deliver a used car at a convenient location, often at or near the seller's home. Accordingly, used automobile buyers may attempt to provide delivery options tailored towards maximizing profit and convenience, while still providing a superior bid to other used automobile buyers. By providing multiple bids with different delivery options, the consumer seller may be allowed to make extra money or save time based on the seller's particular situation. It should be appreciated that the consumer seller selection of a bid may, for example, occur simultaneously with the consumer seller and used automobile buyer executing the sale or providing a deposit or down payment, or the like (see, e.g., block **414**). Accordingly, in an example embodiment, once a consumer seller or manufacturer off-lease seller selects a bid, the used automobile buyer has effectively purchased the car, and both parties do not need to worry about the other party backing out of the deal.

It should be appreciated that a consumer seller may not want to drive to a distant pickup location without first receiving some form of deposit, or likewise, a used automobile buyer may not want to go to a distant pickup location to without assurance that the used automobile will actually be available for pickup and in good working order. Likewise, a manufacturer off-lease seller may be concerned with obtaining maximum value for an off-lease automobile within the

required time constraints, but transportation costs may be strictly budgeted. The automobile market information processing system **302** may accommodate for deposits to provide any reasonable or necessary assurances to both buyers and sellers. For example, the automobile market information processing system **302** may provide and/or require the use of a terms of service agreement, which the consumer seller or manufacturer off-lease seller and the used automobile buyer may sign and agree to the terms provided therein. For example, a credit card could be charged a default payment in the event that either party breaches the terms of service agreement. In an example embodiment, a schedule of various breaches may require different default payments, for example, if a buyer determines a headlight does not work, a standard $30 fee may be assessed from the consumer seller. Also, a variable default agreement may be based on a distance between a seller and a buyer, so that a party which travels a great distance may be compensated if the other party breaches the agreement. Also, for example, a time period for inspection may be specified in a request and/or a bid. A bid may be conditional based on one or more seller representations. Moreover, a terms of service agreement may provide assurances for any issues which may arise in the sale of a used car, and may provide one or more options based on a breach, including payment of fees or nullification of a bid acceptance and/or sale execution. Any consumer seller selections, counter offers, or additional requests or responses may be stored in database system **310**, as the communications are processed by automobile market information processing system **302**, providing further data updates. Accordingly, in an example embodiment, a consumer seller may select a bid in order to sell the used car, and that sale information may then be provided to another consumer searching for information regarding the same type of car with similar features, for example, the next day.

The consumer seller and the used automobile buyer execute the sale of the used automobile (block **414**). For example, the used automobile buyer electronically signs a contract and performs an electronic funds transfer or credit card payment. After a buyer bid is selected, an electronic contract may be prepared by the automobile market information processing system **302** and provided for the used automobile buyer who may e-sign the contract or other documentation as needed. Similarly, the consumer seller may e-sign the contract or other documentation as needed, either prior to selecting a bid, at the time of selecting a bid, or at a later time. A contract may be e-signed through the used automobile seller interface **318**, **324**, and the used automobile buyer interface **320**, **322**, respectively. In another example embodiment, paper copies of a contract may be signed, for example, after the used automobile buyer prints them or receives them through the mail. In an example embodiment, the used automobile buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. Also, it should be appreciated that, for example, the consumer seller selection of a bid discussed above (see, e.g., block **412**) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final sale price, may be provided to and stored in database system **310**. Accordingly, the automobile market information processing system **302** may be updated with current automobile market data from every step in the used car sales process between a consumer seller or manufacturer off-lease seller and a used automobile buyer. In an example embodiment, the updates provided to the automobile market information processing system **302** are provided in real-time, for example, data may be transmitted and

US 9,123,075 B2

19

20

processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system **302** according to a batch processing schedule.

Next, the consumer seller makes the purchased used automobile available according to the consumer seller bid selection (block **416**). For example, the seller drives the used car to the pickup location if the pickup location is not the used car seller's location. It should be appreciated that the consumer seller or a manufacturer off-lease seller and the used automobile buyer may use a wide variety of locations as a pickup location, and may work out a delivery option which is convenient for both parties. A consumer seller may interact with the automobile market information processing system **302** using used automobile seller interface **318**, for example, to provide notification that a car is at the pickup location and ready for delivery. A manufacturer off-lease seller may interact with the automobile market information processing system **302** using used automobile seller interface **324**, for example, to provide notification that a car has been dropped off by a consumer lessee and is at the pickup location and ready for delivery to the buyer. Similarly, a notification may be sent via used automobile buyer interface **322**, **322** to the used car buyer that the used car is available for pickup at the specified location.

Finally, the used automobile buyer receives the purchased used automobile according to the consumer seller selected delivery option (block **418**). For example, the used car buyer receives the used car at the pickup location the same day the sale is executed. The used car buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the consumer seller or manufacturer off-lease seller. For example, the used car buyer may arrive at the pickup location, show identification and provide a proof of purchase, and be provided the keys to the car by the seller. The parties may sign paperwork indicating or confirming the car has been picked up. Proof of purchase documentation may include any or all documents that are legally required for an automobile sale for a given jurisdiction, for example, the title, odometer statement, or any other document required by the Department of Motor Vehicles. For example, the consumer seller or manufacturer off-lease seller may be required to provide any legally required documents to fully execute and record the sale of the used car.

Further, in an example embodiment, a consumer seller or manufacturer off-lease seller may offer various insurance policies or service contracts to a used car buyer, for example, etch insurance, key insurance, gap insurance, or a ninety day warranty may be provided. For example, a consumer seller or manufacturer off-lease seller may purchase insurance through the automobile market information processing system **302** in placing a request for bids, which may increase interest from buyers. Also, for example, an insurance policy or service contract may be provided for a used car being sold at no charge to the consumer seller or manufacturer off-lease seller, for example, as a convenience to all users **114** using the disclosed system. For example, key insurance may be provided at no cost to both the consumer seller and the used car buyer. It should be appreciated that, for example, using options provided through the automobile market information processing system **302**, a consumer seller or manufacturer off-lease seller may sell or provide any add-on products or services that a dealer would typically offer or provide in the sale of a used automobile. Also, if the used automobile buyer is a dealer, additional products or services may be offered to the consumer seller at the time of pickup. For example, the dealer may offer new or used cars, including related financing

options, warranties, service plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that consumers, manufacturers, and dealers, may receive significant benefits from the method of facilitating a used automobile transaction disclosed herein. Consumers that are selling and buying used automobiles may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases or sales, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system **302**, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Manufacturers selling off-lease automobiles may benefit from reduced transportation costs, saving auction fees, and an improved bargaining position with a dealer in possession of an off-lease automobile. For example, the ability to identify in-market buyers may be particularly advantageous to manufacturer off-lease sellers, which may be able to identify matching searches of in-market buyers. Also, dealers and/or various third parties may benefit from the opportunity to sell insurance, credit, service contracts, hard add accessories, and other add-ons with used automobiles. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

FIG. **5** illustrates a block diagram of an example data architecture **500**. In the example data architecture **500**, interface data **502**, administrative data **504**, and automobile market data **506** interact with each other, for example, based on user commands or requests. The interface data **502**, administrative data **504**, and automobile market data **506** may be stored on any suitable storage medium (e.g., server **226**). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data **502**, administrative data **504**, and automobile market data **506**. Various other or different types of data may be included in the example data architecture **500**.

Interface data **502** may include input and output data of various kinds. For example, input data may include mouse click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data **502** may include formatting, user interface options, links or access to other websites or applications, and the like. Interface data **502** may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data **504** may include data and applications regarding user accounts. For example, administrative data **504** may include information used for updating accounts, such as creating or modifying consumer accounts and/or dealer accounts. Further, administrative data **504** may include access data and/or security data. Administrative data **504** may include a terms of service agreement. Administrative data **504** may interact with interface data in various manners, providing a user interface **304**, **306**, **308** with administrative features, such as implementing a user login and the like.

Automobile market data **506** may include, for example, executed sales data **508**, consumer data **510**, dealer data **512**, manufacturer data **514**, statistical data **516**, and/or historical data **518**. Executed sales data **508** may include actual nego-

US 9,123,075 B2

21

tiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data 510 may include consumer search activity, consumer requests and offers, consumer feedback, etc. Dealer data 512 may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers received, foot traffic activity, and dealer inventory data, including current on location data, automobile turnover rates, etc. Manufacturer data 514 may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, lease information, etc. Statistical data 516 may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data 518 may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under one or more categories of automobile market data 506, and/or change with the passage of time. For example, industry analyst data may include historical data 518 and statistical data 516 relating to safety or quality reports, efficiency data, recall data, and the like for used automobiles, which may be organized or re-organized under various categories of automobile market data 506 as time passes or as supplemental data is provided to the automobile market information processing system 302. It should be appreciated that a system administrator may load data into the automobile market information processing system 302 as it becomes available. For example, annual, quarterly, and/or monthly reports relating to safety, insurance, etc., may be input into automobile market data 506 on a regular basis. It should also be appreciated that automobile market data 506 may be tailored for a particular manufacturer and/or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system 310. Accordingly, for example, customized reports may be provided to a manufacturer interface 308 using that specific data for the manufacturer, for example, relating to resale values of used automobiles.

The integration of the various types of automobile market data 506 received from the consumer interface 304, dealer interface 306, and manufacturer interface 308 may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a used automobile seller and a used automobile buyer may benefit greatly from using an application in a mobile device 103 to provide a request for buyer bids on a used automobile by taking a picture of the VIN of the used automobile, for example, using used automobile seller interface 318, 324. Used automobile buyers may search for used automobiles for sale by consumer sellers, for example, using used automobile buyer interface 320. The used automobile buyers may receive intrabrand and/or interbrand seller request information in real-time. The intrabrand and interbrand information provided on the used automobile buyer interface 320 may allow the best automobile options for a particular consumer to be provided to that consumer, and may allow consumer sellers, manufacturer off-lease sellers, and dealers to compete with each other taking into account a greater amount of automobile market infor-

22

mation, which may result in a more efficient automobile market. Consumers that are selling used automobiles and consumers that are buying used automobiles may similarly receive benefits from the presently disclosed system. Also, as discussed above, manufacturer off-lease sellers may benefit greatly from the presently disclosed system, for example, using bids and/or matches or search hits for an off-lease automobile to improve bargaining power with a dealer in possession of the off-lease automobile and other dealers and/or consumers.

Automobile market data 506 may be maintained in various servers 108, in databases or other files. It should be appreciated that, for example, a host device 104 may manipulate automobile market data 506 in accordance with the administrative data 504 and interface data 502 to provide requests or reports to users 114 including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data 506 represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. 6 is flow diagram illustrating an example process 600 for facilitating a used automobile transaction, according to an example embodiment of the present invention. Although the process 600 is described with reference to the flow diagram illustrated in FIG. 6, it will be appreciated that many other methods of performing the acts associated with the process 600 may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

In the example process 600, data may flow between the automobile market information processing system 302 and a used automobile seller interface 318, 324 and a used automobile buyer interface 320, 322, as discussed above based on used automobile seller and buyer interaction with the automobile market information processing system 302. As discussed above, a used automobile seller interface 318 and used automobile buyer interface 320 may be included in a consumer interface 304, a used automobile buyer interface 322 may be included a dealer interface 306, and a used automobile seller interface 324 may be included in a manufacturer interface 308. It should be appreciated that the automobile market information processing system 302 may update the automobile market information stored in the database system 310 when automobile market information is received from a buyer or seller, and/or a consumer, a dealer, a manufacturer, an industry analyst, and/or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process 600 may begin with a consumer seller or a manufacturer off-lease seller of a used automobile taking a picture of the VIN using a mobile phone application and entering in information such as pricing parameters (block 602). The used automobile seller interface 318, 324 may use OCR to determine and provide the VIN and pricing parameters to the automobile market information processing system 302 as a consumer seller request or a manufacturer off-lease seller request (block 604). It should be appreciated that OCR may occur in the automobile market information processing system 302 or at the used automobile seller interface 318, 324. The automobile market information processing system 302 receives the seller request and prepares automobile market information based on the seller request (block 606). The automobile market information processing system 302 may send a bid request and automobile market information based on the seller request to the used auto buyer interface 320, 322

US 9,123,075 B2

23

for one or more consumers and/or dealers (block **608**). It should be appreciated that while the seller request is automobile market information, typically, additional automobile market information would be provided with the seller request. For example, typically, data relating to recent sales of similar used automobiles and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the used automobile, or an expected price range, may be provided. Also, for example, various gas mileage data, safety ratings, recall information, quality reports, estimated insurance costs, and the like may be provided. Further, add-on products or services, such as insurance, credit, warranties, service contracts, or hard add accessories, which may be determined based on a third party bidding process, may also be provided. One or more used automobile buyers, including consumers and/or dealers, receive the bid request and automobile market information, determine prices and delivery options for the used automobile using the automobile market information, and prepare and provide bids for the consumer seller or a manufacturer off-lease seller (block **610**). A buyer bid may be sent from the used automobile buyer interface **320, 322** to the automobile market information processing system **302** for each consumer and/or dealer that wants to provide a bid (block **612**). The automobile market information processing system **302** receives and processes buyer bids and prepares the bids and automobile market data for the consumer seller or manufacturer off-lease seller (block **614**).

The automobile market information processing system **302** may send buyer bids and automobile market information to the used automobile seller interface **318, 324** (block **616**). It should be appreciated that automobile market information may be provided to the consumer seller or manufacturer off-lease seller before buyer bids are provided, and/or concurrently with buyer bids. The seller may receive the buyer bids and automobile market information and may select a bid including a delivery option based on the automobile market information (block **618**). The used automobile seller interface **318, 324** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer seller or manufacturer off-lease seller wants to sell the used automobile based on the selected bid (block **620**). The automobile market information processing system **302** receives and processes the seller bid selection (block **622**). For example, the automobile market information processing system **302** may send the bid selection to the used automobile buyer interface **320, 322** (block **624**). The used automobile buyer may receive the bid selection and coordinate a sale by, for example, setting up a pick up time and location for the used automobile at the seller location or the buyer location (block **626**). Also, for example, the automobile market information processing system **302** may provide contract or loan documents, collect a deposit or down payment, or the like, from the consumer seller, the manufacturer off-lease seller, and/or the used automobile buyer. As discussed above, in each of blocks **606**, **614**, and **622**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, manufacturer, and/or dealer.

For exemplary purposes, the present disclosure discusses a various examples relating to a purchase of a used car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various used automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, commercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

24

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing used automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent applications filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," application Ser. No. 13/176,497, and entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE," application Ser. No. 13/176,525, the entire contents of each of which is incorporated by reference herein, and in an example embodiment, the features of which may be combined with the features of the present disclosure.

It should be understood that various changes and modifications to the example embodiments described herein will be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present subject matter and without diminishing its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention is claimed as follows:

1. A method comprising:

storing, on a computer readable medium, automobile market data which is representative of recent automobile market characteristics, including at least pricing data, wherein the automobile market data includes information received from at least a plurality of consumers;

receiving, via a used automobile consumer seller interface, a first request for a response regarding a first used automobile, the first request made by a consumer used automobile seller located at a first location and including a vehicle identification number and geolocation information of the consumer used automobile seller;

executing instructions, by at least one processing device, to:

determine, using on the geolocation information, that the consumer used automobile seller is located at the first location;

generate, based on the determined first location, an in-market used automobile buyer area;

determine that at least one used automobile buyer is located within the in-market used automobile buyer area;

provide first automobile market data, based on the first request, via a used automobile buyer interface;

request, via the used automobile buyer interface from the at least one used automobile buyer, a bid to purchase the first used automobile based on the first request;

receive, via the used automobile buyer interface, the at least one bid from at least one used automobile buyer, the at least one bid including a first bid from a first used

US 9,123,075 B2

25

automobile buyer located at a second location within the in-market used automobile buyer area;

generate, based on receiving the first bid, driving directions from the first location to the second location; and

provide the response including the first bid via the used automobile consumer seller interface, the first bid including at least a price for the first used automobile, and the response including the driving directions from the first location to the second location; and

receiving a consumer used automobile seller selection of the first bid, wherein the consumer used automobile seller selection indicates a consumer used automobile seller intention to sell the first used automobile based on the first bid to the first used automobile buyer.

**2.** The method of claim **1**, wherein the first request is made by a consumer on a website.

**3.** The method of claim **1**, wherein the vehicle identification number is manually entered by a consumer.

**4.** The method of claim **1**, wherein the first request is made by a consumer using a mobile device which takes a picture of a vehicle identification number.

**5.** The method of claim **4**, wherein the vehicle identification number is recognized using optical character recognition.

**6.** The method of claim **1**, wherein the first request is made by a consumer using a mobile device including a microphone, and the vehicle identification number is input via the microphone.

**7.** The method of claim **6**, wherein the vehicle identification number is recognized using speech recognition.

**8.** The method of claim **1**, wherein the first used automobile buyer is one of a consumer and a dealer.

**9.** The method of claim **1**, wherein the first automobile market data is based on real-time automobile market data.

**10.** The method of claim **1**, wherein the first request includes a picture of at least one of the exterior of the automobile, the interior of the automobile, the dashboard of the automobile, the odometer of the automobile, service records of the automobile, and ownership records of the automobile.

**11.** The method of claim **1**, wherein the first request includes data provided with at least one graphical user interface component.

**12.** The method of claim **1**, wherein the first request includes at least one price parameter.

**13.** The method of claim **1**, wherein the pricing data includes used automobile data and new automobile data, including actual prices of executed transactions, dealer listing prices, dealer sale prices, manufacturer incentives, dealer bids, consumer bids, and consumer pricing parameters.

**14.** The method of claim **1**, further comprising:

causing the at least one processing device to process the consumer used automobile seller selection of the first bid to facilitate executing a sale including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

**15.** The method of claim **1**, wherein an add-on, including at least one of insurance, financing, a service contract, a warranty, and a hard-add accessory, is provided by a third party to the first used automobile buyer with the first request, via the used automobile buyer interface, wherein the third party is different from the consumer used automobile seller and the first used automobile buyer.

**16.** The method of claim **15**, wherein the add-on is selected for inclusion in the first bid by the first used automobile buyer.

**17.** A system comprising:

a computer readable medium storing automobile market data which is representative of recent automobile market

26

characteristics, including at least pricing data, wherein the automobile market data includes information received from at least a plurality of consumers;

at least one processing device operably coupled to the computer readable medium, the at least one processing device executing instructions to:

receive, via a used automobile consumer seller interface, a first request for a response regarding a first used automobile, the first request made by a consumer used automobile seller located at a first location and including a vehicle identification number and geolocation information of the consumer used automobile seller;

determine, using on the geolocation information, that the consumer used automobile seller is located at the first location;

generate, based on the determined first location, an in-market used automobile buyer area;

determine that at least one used automobile buyer is located within the in-market used automobile buyer area;

provide first automobile market data, based on the first request, via a used automobile buyer interface;

request, via the used automobile buyer interface from the at least one used automobile buyer, a bid to purchase the first used automobile based on the first request;

receive, via the used automobile buyer interface, at least one bid from at least one used automobile buyer, the at least one bid including a first bid from a first used automobile buyer located at a second location within the in-market used automobile buyer area;

generate, based on receiving the first bid, driving directions from the first location to the second location; and

provide the response including the first bid via the used automobile consumer seller interface, the first bid including at least a price for the first used automobile, and the response including the driving directions from the first location to the second location; and

receive a consumer used automobile seller selection of the first bid, wherein the consumer used automobile seller selection indicates a consumer used automobile seller intention to sell the first used automobile based on the first bid to the first used automobile buyer.

**18.** A non-transitory computer readable medium storing instructions which, when executed, are configured to cause an information processing apparatus to:

store automobile market data which is representative of recent automobile market characteristics, including at least pricing data, wherein the automobile market data includes information received from at least a plurality of consumers;

receive, via a used automobile consumer seller interface, a first request for a response regarding a first used automobile, the first request made by a consumer used automobile seller located at a first location and including a vehicle identification number and geolocation information of the consumer used automobile seller;

determine, using on the geolocation information, that the consumer used automobile seller is located at the first location;

generate, based on the determined first location, an in-market used automobile buyer area;

determine that at least one used automobile buyer is located within the in-market used automobile buyer area;

provide first automobile market data, based on the first request, via a used automobile buyer interface;

US 9,123,075 B2

27                                          28

request, via the used automobile buyer interface from the at
   least one used automobile buyer, a bid to purchase the
   first used automobile based on the first request;

receive, via the used automobile buyer interface, at least
   one bid from at least one used automobile buyer, the at
   least one bid including a first bid from a first used auto-
   mobile buyer located at a second location within the
   in-market used automobile buyer area;

generate, based on receiving the first bid, driving directions
   from the first location to the second location; and

provide the response including the first bid via the used
   automobile consumer seller interface, the first bid
   including at least a price for the first used automobile,
   and the response including the driving directions from
   the first location to the second location; and

receive a consumer used automobile seller selection of the
   first bid, wherein the consumer used automobile seller
   selection indicates a consumer used automobile seller
   intention to sell the first used automobile based on the
   first bid to the first used automobile buyer.

                     *    *    *    *    *

US009147216B2

(12) **United States Patent**
Seergy et al.

(10) **Patent No.:** **US 9,147,216 B2**
(45) **Date of Patent:** *****Sep. 29, 2015**

(54) **AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE**

(71) Applicant: **Sidekick Technology LLC**, Pine Brook, NJ (US)

(72) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **Sidekick Technology LLC**, Pine Brook, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/293,665**

(22) Filed: **Jun. 2, 2014**

(65) **Prior Publication Data**

US 2015/0032562 A1 Jan. 29, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 13/176,525, filed on Jul. 5, 2011, now Pat. No. 8,744,925.

(51) **Int. Cl.**
*G06Q 30/00* (2012.01)
*G06Q 30/08* (2012.01)
*G06Q 30/06* (2012.01)

(52) **U.S. Cl.**
CPC ............... *G06Q 30/08* (2013.01); *G06Q 30/06* (2013.01)

(58) **Field of Classification Search**
CPC ..... G06Q 30/08; G06Q 30/06; G06Q 10/087; G06Q 30/0275; G06Q 30/0283; G06Q 30/0625

USPC ................................................ 705/26.1, 27.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,970,472 | A | 10/1999 | Allsop et al. |
| 6,006,201 | A | 12/1999 | Berent et al. |
| 6,321,221 | B1 | 11/2001 | Bieganski |
| 6,463,431 | B1 | 10/2002 | Schmitt |
| 6,533,173 | B2 | 3/2003 | Benyak |

(Continued)

OTHER PUBLICATIONS

AutoTrader.com, Inc..: Private Company Information—Business Week, http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=92642.

(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57) **ABSTRACT**

A system, methods, and apparatus for performing automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from dealers, manufacturers, and consumers. A consumer may provide a request for a response regarding a specific automobile using an image of a vehicle identification number or a graphical user interface. Automobile market data may be provided to a dealer based on the request. Bids to sell the specific automobile may be requested from dealers based on the request. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a first dealer.

**25 Claims, 7 Drawing Sheets**



**US 9,147,216 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,868,388 | B1 | 3/2005 | Millsap et al. |
| 6,868,389 | B1 | 3/2005 | Wilkins et al. |
| 7,395,223 | B1 | 7/2008 | Buzzell et al. |
| 7,406,436 | B1 | 7/2008 | Reisman |
| 7,479,949 | B1 | 1/2009 | Jobs et al. |
| 7,636,574 | B2 | 12/2009 | Poosala |
| 8,160,929 | B1 | 4/2012 | Park et al. |
| 8,392,193 | B2 | 3/2013 | Schultz et al. |
| 2002/0065707 | A1 | 5/2002 | Lancaster et al. |
| 2002/0082978 | A1 | 6/2002 | Ghouri et al. |
| 2002/0099628 | A1 | 7/2002 | Takaoka et al. |
| 2002/0111877 | A1 | 8/2002 | Nelson |
| 2002/0128946 | A1 | 9/2002 | Chehade et al. |
| 2003/0088435 | A1 | 5/2003 | King |
| 2003/0200151 | A1 | 10/2003 | Ellenson et al. |
| 2003/0229577 | A1 | 12/2003 | Nabel |
| 2004/0034544 | A1 | 2/2004 | Fields et al. |
| 2004/0059626 | A1 | 3/2004 | Smallwood |
| 2005/0004819 | A1 | 1/2005 | Etzioni et al. |
| 2005/0050097 | A1 | 3/2005 | Yeh et al. |
| 2005/0108112 | A1 | 5/2005 | Ellenson et al. |
| 2005/0240512 | A1 | 10/2005 | Quintero et al. |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. |
| 2007/0150362 | A1 | 6/2007 | Sharma et al. |
| 2007/0255663 | A1 | 11/2007 | Jordan et al. |
| 2007/0260526 | A1 | 11/2007 | Bartel |
| 2008/0046331 | A1 | 2/2008 | Rand |
| 2008/0177653 | A1 | 7/2008 | Famolari et al. |
| 2008/0183552 | A1 | 7/2008 | O'Hagan |
| 2008/0187125 | A1 | 8/2008 | Siegrist |
| 2008/0201184 | A1 | 8/2008 | Rose et al. |
| 2008/0201188 | A1 | 8/2008 | Heyman et al. |
| 2008/0201203 | A1 | 8/2008 | Rose et al. |
| 2008/0208731 | A1 | 8/2008 | Ruckart |
| 2008/0228657 | A1 | 9/2008 | Nabors et al. |
| 2009/0076896 | A1 | 3/2009 | DeWitt et al. |
| 2009/0132348 | A1 | 5/2009 | Bria et al. |
| 2009/0149199 | A1 | 6/2009 | Maghoul |
| 2009/0171761 | A1 | 7/2009 | Noy et al. |
| 2009/0187478 | A1 | 7/2009 | Shipley |
| 2009/0187513 | A1 | 7/2009 | Noy et al. |
| 2009/0198557 | A1 | 8/2009 | Wang et al. |
| 2009/0204600 | A1 | 8/2009 | Kalik et al. |
| 2010/0048242 | A1 | 2/2010 | Rhoads et al. |
| 2010/0106580 | A1 | 4/2010 | Etheredge et al. |
| 2010/0217525 | A1 | 8/2010 | King et al. |
| 2010/0274627 | A1 | 10/2010 | Carlson |
| 2010/0332292 | A1 | 12/2010 | Anderson |
| 2011/0040642 | A1 | 2/2011 | O'Dell |
| 2011/0082759 | A1 | 4/2011 | Swinson et al. |
| 2011/0087430 | A1 | 4/2011 | Boss et al. |
| 2011/0087556 | A1 | 4/2011 | Pitkow |
| 2011/0099036 | A1 | 4/2011 | Sarkissian et al. |
| 2011/0208418 | A1 | 8/2011 | Looney et al. |
| 2011/0238474 | A1 | 9/2011 | Carr et al. |
| 2011/0238514 | A1 | 9/2011 | Ramalingam et al. |
| 2011/0276394 | A1 | 11/2011 | Chan |

OTHER PUBLICATIONS

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, http://www.prnewswire.com/news-releases/autotrader.com, Jul. 7, 2011.
AppStore—AutoTrader.com, http://itunes.apple.com/us/app/autotrader-com/id444552888?mt=8, Oct. 31, 2011.
International Search Report issued Sep. 21, 2012 for Intl. Appln. No. PCT/US2012/045546.
Charlton, Auto Trader: iPhone app review. Mar. 15, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.econsultancy.com/us/blog/5593-auto-trader-iphone-app-review> entire document.
Autotraderuk. Introducing the Auto Trader iPhone App. Mar. 12, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.youtube.com/watch?v+6g_1g8IRG4&feature= player_embedded> entire document.
International Search Report mailed Oct. 5, 2012 for Intl. Appln. No. PCT/US2012/045545.
Anonymous, "instaVIN to offer free auto accident history reports for mobile phones," Wireless News, Jun. 2, 2010.

Case: 23-1362    Document: 30    Page: 149    Filed: 12/05/2023



Fig. 1

Appx962

Case: 23-1362     Document: 30     Page: 150     Filed: 12/05/2023



Fig. 2

300 ⟋

302

## Automobile Market Information Processing System

310
### Database System

312
### Recommendation Engine

314
### Vehicle Identification Number Processor

316
### Interface Generation Unit

304
### Consumer Interface

306
### Dealer Interface

308
### Manufacturer Interface

User 114

User 114

User 114

Fig. 3



Fig. 4A



( Fig. 4A )                    ⟋ 400

⟋ 418

The dealer makes the purchased automobile available according to the consumer bid selection (e.g., the dealer transports the car from the commonly owned dealer location to the dealer pickup location selected by the car buyer if the car is not already located at the dealer pickup location)

⟋ 420

The consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (e.g., the car buyer picks up the car at the nearby dealer five days after the car sale is executed)

Fig. 4B



Fig. 5



Fig. 6

US 9,147,216 B2

1

# AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE

## PRIORITY CLAIM AND CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/176,525, filed on Jul. 5, 2011, which is related to co-pending commonly-owned patent application, also filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," U.S. application Ser. No. 13/176,497, the entire content of which is incorporated by reference herein.

## BACKGROUND

In the automobile industry, consumers typically purchase automobiles from dealers or dealerships. Dealers often purchase new automobiles from several manufacturers, to sell to consumers. Consumers typically negotiate a lower price than the manufacturer suggested retail price typically referred to as the "sticker price" and/or the price the dealer initially offers. In many cases, the negotiation process for an automobile may include a large degree of uncertainty for the consumer. Generally, the negotiation process is a zero sum process, and because the consumer and the dealer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, both dealers and consumers often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer may have concerns that a dealer may not offer a fair and competitive price. Various products and services have become available that allow consumers to perform research on market prices for automobiles. Similarly, dealers negotiating an automobile sale generally do not know the maximum price a consumer will be willing to pay for a particular automobile, or how long it will take to sell an automobile in inventory for a given price. Accordingly, dealers also use products and services for determining and/or tracking market prices. Further, automobile manufacturers may also have an interest in the market prices for automobiles, because the market activity captured as automobile market information may allow the manufacturer to, for example, more profitably determine which automobiles to manufacture, what prices the manufacture should offer to dealers, and whether manufacturer incentives should be offered on existing dealer automobile inventory.

## SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market information and performing automobile transactions. In an example embodiment, automobile market data representative of recent automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from dealers, manufacturers, and consumers. A consumer may provide a request for a response regarding a specific automobile using an image of a vehicle identification number or a graphical user interface. Automobile market data may be provided to a dealer based on the request. Bids to sell the specific automobile may

2

be requested from dealers based on the request. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a particular dealer.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. 2 is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIG. 3 is a block diagram showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIGS. 4A and 4B include a flowchart illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

FIG. 5 is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. 6 is flow diagram illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

## DETAILED DESCRIPTION OF EXAMPLE EMBODIMENTS

The present disclosure relates in general to a system for facilitating automobile transactions and, in particular, to automobile transaction based on a consumer selection of a specific automobile. Briefly, in an example embodiment, a system is provided which allows a consumer to request information regarding a specific car including dealer bids. For example, a consumer may use a mobile device to take a picture of a vehicle identification number. The specific vehicle may be identified using optical character recognition to request real-time information on that automobile. Dealers may provide bids based on the consumer request using real-time automobile market information, including intrabrand bids and interbrand bids. A consumer may select a dealer bid to purchase or lease an automobile based on the prices and delivery options available. Also, the presently disclosed system may advantageously allow for inventoryless bidding by dealers. For example, a dealer that does not have an automobile in its inventory (e.g., on the dealer lot) can make a bid to sell that automobile, and have that automobile produced by a manufacturer or transported to the dealer lot. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system 100 is illustrated in FIG. 1. The illustrated system 100 includes one or more client devices 102, and one or more host devices 104. The system 100 may include a variety of client devices 102, such as desktop computers and the like, which typically include a display 112, which is a user display for providing information to users 114, and various interface elements as will be discussed in further detail below. A client device 102 may be a

US 9,147,216 B2

3

mobile device **103**, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices **102** may communicate with the host device **104** via a connection to one or more communications channels **106** such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers **108** may be part of the network communications system **100**, and may communicate with host servers **104** and client devices **102**.

One host device **104** may interact with a large number of users **114** at a plurality of different client devices **102**. Accordingly, each host device **104** is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device **104**, each client device **102** typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user **114** as described herein may include any person or entity which uses the presently disclosed system and may include a wide variety of parties. For example, as will be discussed in further detail below, users **114** of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices **104** and servers **108** store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices **102**, and/or other host devices **104** or servers **108**. A host device **104** or server **108** may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various administrative tasks. A host device **104** or server may interact via one or more networks with one or more other host devices **104** or servers **108**, which may be operated independently. For example, host devices **104** and servers **108** operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device **102**, and a host device **104**) is illustrated in FIG. **2**. In this example, the computing device **102**, **104** includes a main unit **202** which preferably includes one or more processors **204** electrically coupled by an address/data bus **206** to one or more memory devices **208**, other computer circuitry **210**, and one or more interface circuits **212**. The processor **204** may be any suitable processor, such as a microprocessor from the INTEL PEN-TIUM● family of microprocessors. The memory **208** preferably includes volatile memory and non-volatile memory. Preferably, the memory **208** stores a software program that interacts with the other devices in the system **100** as described below. This program may be executed by the processor **204** in any suitable manner. In an example embodiment, memory **208** may be part of a "cloud" such that cloud computing may be utilized by a computing devices **102**, **104**. The memory **208** may also store digital data indicative of documents, files, programs, web pages, etc. retrieved from a computing device **102**, **104** and/or loaded via an input device **214**.

The interface circuit **212** may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus (USB) interface. One or more input devices **214** may be connected to the interface circuit **212** for entering data and commands into the main unit **202**. For example, the input device **214** may be a keyboard, mouse,

4

touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, and/or a voice recognition system.

One or more displays **112**, printers, speakers, and/or other output devices **216** may also be connected to the main unit **202** via the interface circuit **212**. The display **112** may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display **112** generates visual displays generated during operation of the computing device **102**, **104**. For example, the display **112** may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device **102**, **104**. A user interface may include prompts for human input from a user **114** including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices **218** may also be connected to the main unit **202** via the interface circuit **212**. For example, a hard drive, CD drive, DVD drive, and/or other storage devices may be connected to the main unit **202**. The storage devices **218** may store any type of data, such as pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device **102**, **104**.

The computing device **102**, **104** may also exchange data with other network devices **220** via a connection to the network **106**. Network devices **220** may include one or more servers **226**, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository **222**. A server **226** may include any kind of data **224** including databases, programs, files, libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server **226** may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers **226** may be used to support and maintain the system **100**. For example, servers **226** may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device **102** which is also stored on the server **226**, either temporarily or permanently, for example in memory **208** or storage device **218**. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device **102**, **104** can be controlled by appropriate security software or security measures. An individual users' **114** access can be defined by the computing device **102**, **104** and limited to certain data and/or actions. Accordingly, users **114** of the system **100** may be required to register with one or more computing devices **102**, **104**. For example, registered users **114** may be able to request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

As noted previously, various options for managing data located within the computing device **102**, **104** and/or in a server **226** may be implemented. A management system may manage security of the data and accomplish various tasks such as facilitating a data backup process. A management system may be implemented in a client **102**, a host device **104**, and a

US 9,147,216 B2

5

server **226**. The management system may update, store, and back up data locally and/or remotely. A management system may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks **106**.

FIG. **3** is a block diagram showing an example automobile transaction network structure **300** which includes an automobile market information processing system **302**, a consumer interface **304**, a dealer interface **306**, and a manufacturer interface **308**. The example automobile market information processing system **302** may be implemented on one or more host devices **104** accessing one or more servers **108**, **226**. In an example embodiment, the automobile market information processing system **302** includes a database system **310**, a recommendation engine **312**, a vehicle identification number processor **314**, and an interface generation unit **316**. A user **114** may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface **304**, dealer interface **306**, or manufacturer interface **308**, respectively. A database system **310** may include a wide variety of automobile market data. A recommendation engine **312** may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor **314** may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor **314** may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit **316** may provide, for example, HTML files which are used at the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** interface to provide information to the users **114**. It should be appreciated that the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be considered to be part of the automobile market information processing system **302**, however, for discussion purposes, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be referred to as separate from the automobile market information processing system **302**.

For example, a user **114** may interact with a consumer interface **304** to research automobiles the user **114** is interested in buying. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface **304** by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface **304** may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface **304** from the consumer, the consumer interface **304** may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface **304** may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to a dealer near the consumer's present location. The automobile market information processing system **302** may process data received by the consumer interface **304**, as well as the dealer interface **306** and/or the manufacturer interface **308**, to respond to a request from a consumer. For example, data from database system **310** may be queried for use in a report, or a recommendation may be provided by recommendation engine **312** according to the consumer request and current market data. The automobile market information processing system **302** may inte-

6

grate data received from consumer interface **304**, dealer interface **306**, and manufacturer interface **308** to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface **304** may be specific to one particular manufacturer or may provide information for multiple different manufacturers. For example, a consumer interface **304** may be a website with information on many manufacturers, and further, the consumer interface **304** may access or link to the manufacturer specific websites (e.g., Ford). Also, for example, a consumer interface **304** may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automobile models with any available options or features. For example, a manufacturer website may allow a consumer to select options that are desired to "build" a particular automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code). Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pricing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface **304** and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface **304**.

Accordingly, the consumer interface **304** may provide a wide range of information, for example, based on any searches or queries performed by a user **114**. In an example embodiment, based on a user search or request for a response, the consumer interface **304** will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system **302**. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar purchase options to a specific search may also be provided, based on feature matching, price range, consumer popularity, etc. Information including price ranges, including MSRP, invoice prices, inventory levels, the user's **114** credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. For example, a financing calculator may help a user **114** determine what financing rate is appropriate. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current market data including prices, interest rates, incentives, estimated

US 9,147,216 B2

7

mileage per year, etc. for providing an analysis for a particular consumer regarding purchasing or leasing. Also, the consumer interface **304** may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface **304** may provide a wide variety of useful information to a consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like.

In an example embodiment, a dealer interface **306** may provide a user **114**, such as a dealer employee, information relating to the current automobile market. The dealer interface **306** allows a dealer to interact with automobile market information processing system **302** to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface **306** includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface **306** relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface **306** which will be used by automobile market information processing system **302** to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface **306** as described herein.

In an example embodiment, a manufacturer interface **308** may provide a user **114**, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, a manufacturer interface **308** may provide a manufacturer a request received from a consumer interface **304**. Additionally, the manufacturer interface **308** may provide information such as a report that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system **310** relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information to provide a response to a consumer request. The manufacturer may provide the manufacturer interface **308** with information to provide a confirmation, a verification, or an offer to a consumer via consumer interface **304**. For example, a confirmation number associated with the particular consumer request may

8

be provided for the consumer. Also, a recommendation may be provided from the recommendation engine **312** to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. The manufacturer interface **308** may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing plans, marketing activities, etc., which may provide a significant advantage for manufacturers.

Accordingly, information may be provided to the automobile market information processing system **302** from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system **302**. This allows the automobile market information processing system **302** to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system **302** may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system **302**, may instead be performed locally at consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or vice versa. Further, in certain cases, tasks may be performed using consumer interface **304**, dealer interface **306**, and manufacturer interface **308** or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system **302**. In an example embodiment, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be located on a website, and may further be implemented as a secure website. Also, consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may require a local application, for example, which a manufacturer may pay for to have access to, for example, information from the automobile market information processing system **302** such as requests from consumers.

FIGS. **4A** and **4B** are a flowchart of an example process **400** for facilitating an automobile transaction. Although the process **400** is described with reference to the flowchart illustrated in FIGS. **4A** and **4B**, it will be appreciated that many other methods of performing the acts associated with the process **400** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process **400** for facilitating an automobile transaction may allow users **114**, including dealers and consumers, as well as manufacturers, to efficiently sell and purchase automobiles, respectively. The example process **400** may begin with automobile market data including at least pricing data and inventory data stored in a database system (block **402**). For example, automobile market data from dealers, consumers, and manufacturers regarding pricing, lot

US 9,147,216 B2

9 | 10

inventory, turnover rates, transport costs, and quality, safety, and/or other ratings is collected and stored in a database. In an example embodiment, a wide variety of data is stored in a database system **310**. For example, transport costs may include manufacturer to dealer shipping costs and/or dealer to dealer costs for shipping or transporting an automobile (e.g., a dealer with multiple locations may drive automobiles between locations if necessary). Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface **304**, such as data in consumer searches or requests, information from a dealer interface **306**, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, transport or shipping costs, and information from a manufacturer interface **308**, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in transit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or may include additional information received from other sources. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system **310** may be organized according to different manufacturers or dealers, automobile make and model, different information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers **108**, **226** which may be remotely located from each other and/or a host device **104** of the automobile market information processing system **302**. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system **302**.

The example process **400** continues with a consumer providing a request for a response of whether an automobile can be provided (block **404**). For example, a car buyer fills in a request form on a website or takes a picture of a VIN at a dealer to receive a response based on current market data. In an example embodiment, the buyer's request may be transmitted from consumer interface **304** via the internet to the automobile market information processing system **302**. In another example embodiment, a car buyer takes a picture of a vehicle identification number (VIN) on a car that the buyer would like to receive information for. For example, using an application stored on a mobile device **103**, the buyer may be located at a dealer location and take a picture of the VIN on a car. The buyer may want information on that specific car or on other comparable cars with the same or similar features and/or options. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system **302** to determine the make and model of the car, along with various other characteristics of the car. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number. Accordingly, the buyer may

perform research, for example, while at home or while shopping at a dealer location. Further, for example, the buyer may take a picture of a VIN anywhere, including at automobile trade shows, mall displays, or anywhere new cars or cars for sale are displayed. The buyer may even take a picture of a car parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface **304** may be stored, for example, in database system **310**, thereby updating the automobile market information processing system **302** with current automobile market data.

The example process **400** may continue with providing automobile market data to dealers based on the consumer request (block **406**). For example, a group of dealers receives a real-time report including local car sales data, inventory data, ratings data, and transport cost data of the consumer's requested car. In an example embodiment, a report may include quality information, safety information, insurance information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. The report may be provided through dealer interface **306** and include the consumer requirements and preferences. The request and/or the report may be provided in real-time and may provide real-time data. Data reported based on a real-time updates in the automobile market information processing system **302** may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine **312** may provide recommendations to a dealer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that the dealer may offer or bid. In an example embodiment, a probability to sell within a time frame may be provided, for example, for a 24 hour period, probabilities and prices may be estimated as, e.g., 80% chance to sell at $22,000; 60% chance to sell at $23,000; 50% chance to sell at $24,000; 20% chance to sell at $25,000. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, the recommendation engine may provide daily suggestions (e.g., a deal of the day). Dealers may use such information to attract consumers to visit the dealer in person or online as well as prepare responses or bids to consumer requests. In an example embodiment the dealer interface **306** may provide information that is limited to cars which meet the consumer request requirements. Dealers may customize the dealer interface **306** to provide information in a pre-specified manner to suit the dealers particular needs.

A bid to sell the automobile to the consumer is requested from dealers (block **408**). For example, a group of dealers within a certain radius of the buyer location may receive a bid request. Each dealer's bid may include a price, for example, a price with no additional add-on products or services, such as service contracts, warranties, aftermarket accessories, etc. For example, add-on products may provide substantial value to a dealer, above and beyond the profit margin for the sale of the requested car. A dealer may profit from selling financing options, for example, if a consumer needs financing, the financier may pay the dealer for sourcing the loan. A dealer may sell service plans or maintenance packages (e.g., an extended service contract), selling warranties (e.g., a lifetime warranty), or selling insurance plans (e.g., life, accident, and health insurance, liability insurance, comprehensive insurance, etc.). Also, a dealer may also sell various hard add accessories, for example, bicycle racks, hitches, commercial accessories (e.g., lights and sirens), or any aftermarket products or modifications (e.g., sunroof).

US 9,147,216 B2

11

One or more dealer bids are provided to the consumer (block **410**). For example, several dealers provide bids based on current pricing data, dealer pickup locations, and potential add-ons, so several different prices and delivery options may be available to the car buyer. Typically, the bid will include at least a specified price and pickup time and location. In an example embodiment, a buyer that has taken a picture of a VIN with a mobile device may receive dealer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the buyer may be actively shopping for a car on a dealer lot. Typically, a pickup location will be a dealer lot or distribution location. It should be appreciated that some dealers may have multiple locations which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular car requested by a consumer should be priced at, for example, $26,000. However, various factors may affect the bid or offer that a dealer will make for the particular car. For example, the potential for forming a customer relationship, the value of potential add-on products and services, or competition with other dealers may cause a dealer to bid lower than normal. In such a case, the dealer may bid $25,000 in an effort to create a customer relationship, sell add-on products, and/or undercut the competition pricing. Other factors, such as the buyer's credit score (e.g., FICO score), may be used by a dealer in determining a bid, as this may affect the profitability of a sale.

Further, for example, the particular automobile requested may not be available for immediate pickup near the buyer, and various alternative delivery options may be provided from several dealers' bids. For example, a car that is located at an out of state dealer may be transported to a dealer near the buyer. Therefore, for example, the consumer interface **304** may provide several different bids with different delivery options and prices to the buyer, for example, a price of $26,000 to pick up the car at an out of state dealer the next day or a price of $26,500 to pick up the car at a local dealer in five days. For example, a dealer may determine a cost to transport a car from one dealer location to another based on the automobile market data such as current market pricing, current inventory levels, current shipping costs, and the like. Accordingly, a dealer response may be adjusted by current automobile market conditions. An offer to provide or ship a particular car to a dealer location near a consumer may be authorized through the dealer interface **306**. Inventoryless bidding may be highly beneficial when dealers that do not have a requested automobile in inventory can still profitably provide a bid. Further, for example, cars that are not exactly what the buyer requested may also be offered to the buyer. For example, the buyer may request a four wheel drive car, but if a two wheel drive car that meets all the other buyer criteria is immediately available at a nearby dealer, the dealer may provide an offer to the buyer for this car, possibly at a significantly lower price, such as $23,000 instead of $26,000 for a four wheel drive car as requested. Further, for example, dealers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a dealer including safety information, insurance information, consumer credit infor-

12

mation, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers.

The consumer interface **304** may organize dealer bids based on a variety of factors and may provide supplemental information. For example, certain dealer bids may be selected as the best options, all dealer bids may be summarized, various additional ratings, reviews, or popularity information, financing information, etc. may also be provided to a consumer along with any dealer bids. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data. For example, of ten dealer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular consumer search may not return any dealer bids, for example, if consumer search requirements are unrealistic for the consumer's required price range. Also, for example, if only one or two bids are received, the recommendation engine **312** may recommend that a consumer wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system **310**. Further, in an example embodiment, dealer bids may be organized according to distance to a dealer pickup location, lowest price, closest match to the consumer entered criteria, a normalized quality index or value index, etc. The consumer may be able to toggle between different viewing options for dealer bids or search results.

Further, in an example embodiment, a buyer may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a car (e.g., a Maxima). A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a comparable car (e.g., an Avalon) relating to, for example, gas mileage, safety ratings, price comparisons, residual value, driving directions to the competing dealer, etc. In an example embodiment, a dealer may use the geolocation of the buyer, such as in instances when the buyer is physically located close to the dealer. Accordingly, competing dealer bids may be interbrand or intrabrand in nature, and may be tailored to the buyer's particular situation, which a consumer may find highly advantageous. For example, the buyer may have a bid for a car the buyer wants to test drive as well as a bid for a comparable car across the street before a salesman from the dealer even introduces himself. Accordingly, a consumer may weigh the pros and cons of various dealer bids, based on delivery options, pricing, and any other relevant variants. Any bids communicated from a dealer interface **306** may be stored, for example, in database system **310**, to further update the automobile market information processing system **302** with current automobile market data.

The consumer selects a bid including a delivery option which specifies a pickup location (block **412**). For example, the car buyer chooses a delivery option of picking up the car at a nearby dealer in five days. As noted above, a dealer may be a franchise dealer entity or a non-franchise distribution location. The buyer may select an offer with a specified delivery option on the consumer interface **304**. The car buyer may have been weighing two or more different delivery options and/or different features, price differences, etc., based on the response(s) received through the consumer interface **304**. As noted above, the consumer interface may organize bids and other helpful information in a variety of ways, which may make the information easier for a consumer to digest. It should be appreciated that a buyer will typically want to pick up a new car at a convenient location, often near the buyer's home. Accordingly, dealers may attempt to provide delivery

US 9,147,216 B2

13 14

options tailored towards maximizing profit for the dealer while also maximizing convenience to the buyer, while also providing a superior bid to other dealers. By providing multiple bids with different delivery options, the buyer may be allowed to save time or money based on the buyer's particular needs. In an example embodiment, the buyer may provide a counter offer or different request via the consumer interface **304** to a dealer via the dealer interface **306**. Accordingly, the dealer may respond in kind, and may update delivery options or other terms. It should be appreciated that the consumer selection of a bid may, for example, occur simultaneously with the consumer executing the sale or providing a deposit or down payment, or the like (see, e.g., block **416**). Accordingly, in an example embodiment, once the buyer selects a bid, the buyer has effectively purchased the car, and the dealer does need to worry about the buyer backing out of the deal. Any consumer selections, counter offers, or additional requests or responses may be stored in database system **310**, as the communications are processed by automobile market information processing system **302**, providing further data updates. Accordingly, in an example embodiment, a consumer may select a bid to purchase a car, and that purchase information may then be provided to another consumer searching for the same type of car with similar features, for example, the next day.

Once a bid with a specific delivery option has been selected, the dealer provides the automobile at the selected dealer according to the consumer bid selection (block **414**). For example, the dealer notifies a commonly owned dealer that the car must be transported to the dealer pickup location for delivery in less than five days. In a typical example, the dealer may already have the car in question on the dealer lot, so the car would not need to be transported. In an example embodiment, the dealer may send a notification or instruction message through the dealer interface **306**, which would be received by a commonly owned dealer in another city or state. It should be appreciated that the specific manner of notification or instruction may be changed based on the particular application, for example, the automobile market information processing system **302** may automatically provide a notification or instruction to a dealer to produce or transport a car based on inventory data. It should also be appreciated that particular events may be required to trigger instructing a car to be delivered to a dealer, such as a deposit, financing approval, etc. Further, the consumer may be required to send an instruction message from the consumer interface **304** to the dealer interface **306** affirming that the buyer has agreed to purchase the car from the dealer.

The consumer and the dealer execute the sale of the automobile (block **416**). For example, the consumer electronically signs documentation such as loan application and a contract and performs an electronic funds transfer or credit card payment. After the delivery option is selected, an electronic contract may be provided by the dealer for the buyer who may e-sign the contract, and/or any other loan applications or other documentation as needed. In another example embodiment, paper copies of a contract may be signed, for example, after the buyer prints them or receives them from a nearby dealer or through the mail. In an example embodiment, the buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. For example, the process may occur in several steps, as loan processing may be required prior to executing a contract for sale of a car. Also, it should be appreciated that, for example, the consumer selection of a bid discussed above (see, e.g., block **412**) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final negotiated price, may be provided to and stored in database system **310**. Accordingly, the automobile market information processing system **302** may be updated with current automobile market data from every step in the negotiation process between a consumer and a manufacturer. In an example embodiment, the updates provided to the automobile market information processing system **302** are provided in real-time, for example, data may be transmitted and processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system **302** according to a batch processing schedule.

Next, the dealer makes the purchased automobile available according to the consumer bid selection (block **418**). For example, the dealer transports the car from the commonly owned dealer location to the dealer pickup location selected by the car buyer if the car is not already located at the dealer pickup location. When a purchased car is already at the dealer location where the buyer has agreed to pick the car up, the car does not need to be transported. Many dealers have multiple locations under the same ownership, and these dealers may drive or ship cars from one dealer location to another if the cost of transporting the car is justifiable. If a buyer chooses a quicker delivery option, the car may then be transported from a different dealer location to the selected dealer pickup location. A dealer may interact with the automobile market information processing system **302** using dealer interface **306**, for example, to receive notification that a car will be picked up by a buyer, and to report that a car has been delivered to the dealer pickup location. A notification may also be sent via consumer interface **304** to the buyer that the car is available for pickup at the specified dealer.

Finally, the consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (block **420**). For example, the car buyer picks up the car at the nearby dealer five days after the car sale is executed. The buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the dealer. For example, the buyer may arrive at the dealer, show identification and proof of purchase, and be provided the keys to the car. The buyer may sign paperwork indicating the car has been picked up. Also, the dealer may offer or provide additional products or services to the buyer when the buyer goes to the dealer to pick up the car. For example, the dealer may offer financing options, warranties, service plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that consumers, dealers, and manufacturers may receive significant benefits from the method of facilitating an automobile transaction disclosed herein. For example, price setting, inventory management, and production scheduling, may be greatly improved for dealers and manufacturers by utilizing the disclosed system and method. Consumers may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system **302**, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

US 9,147,216 B2

15                                             16

FIG. **5** illustrates a block diagram of an example data architecture **500**. In the example data architecture **500**, interface data **502**, administrative data **504**, and automobile market data **506** interact with each other, for example, based on user commands or requests. The interface data **502**, administrative data **504**, and automobile market data **506** may be stored on any suitable storage medium (e.g., server **226**). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data **502**, administrative data **504**, and automobile market data **506**. Various other or different types of data may be included in the example data architecture **500**.

Interface data **502** may include input and output data of various kinds. For example, input data may include mouse click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data **502** may include formatting, user interface options, links or access to other websites or applications, and the like. Interface data **502** may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data **504** may include data and applications regarding project data or data related to project compensation. For example, administrative data **504** may include information used for updating accounts, such as creating or modifying manufacturer accounts or dealer accounts. Further, administrative data **504** may include access data and/or security data. Administrative data **504** may interact with interface data in various manners, providing a user interface **304**, **306**, **308** with administrative features, such as implementing a user login and the like.

Automobile market data **506** may include, for example, executed sales data **508**, consumer data **510**, dealer data **512**, manufacturer data **514**, statistical data **516**, and historical data **518**. Executed sales data **508** may include actual negotiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data **510** may include consumer search activity, consumer requests and offers, consumer feedback, etc. Dealer data **512** may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers received, foot traffic activity, and dealer inventory data, including current on location data, automobile turnover rates, etc. Manufacturer data **514** may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, etc. Statistical data **516** may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data **508** may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under multiple categories of automobile market data **506**, or change with the passage of time. It should also be appreciated that automobile market data **506** may be tailored for a particular manufacturer or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system **310**. Accordingly, for example, customized reports may be provided to a manufacturer interface **308** using that specific data for the manufacturer.

The integration of the various types of automobile market data **506** received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a consumer may benefit greatly from using an application in a mobile device **103** to receive both intrabrand information and inter-brand information in real-time, based only on taking a picture of VIN. Dealers and manufacturers may be able to provide information to the consumer in a manner that highlights the benefits of the products the respective dealer or manufacturer would like to sell. The intrabrand and interbrand information provided on a consumer interface **304** may allow the best automobile options for a particular consumer to be provided to that consumer, may allow dealers to compete with other dealers taking into account a greater amount of automobile market information, and may allow manufacturers to better follow through with opportunities for sales, which may result in a more efficient automobile market.

Automobile market data **506** may be maintained in various servers **108**, in databases or other files. It should be appreciated that, for example, a host device **104** may manipulate automobile market data **506** in accordance with the administrative data **504** and interface data **502** to provide requests or reports to users **114** including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data **506** represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. **6** is flow diagram illustrating an example process **600** for facilitating an automobile transaction, according to an example embodiment of the present invention. Although the process **600** is described with reference to the flow diagram illustrated in FIG. **6**, it will be appreciated that many other methods of performing the acts associated with the process **600** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

In the example process **600**, data may flow between the automobile market information processing system **302** and a consumer interface **304** and a dealer interface **306**, as discussed above based on consumer and dealer interaction with the automobile market information processing system **302**. It should be appreciated that the automobile market information processing system **302** may update the automobile market information stored in the database system **310** when automobile market information is received from a consumer, a dealer, or a manufacturer, or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process **600** may begin with a consumer taking a picture of a VIN using a mobile phone application (block **602**). The consumer interface **304** may use OCR to determine and provide the VIN to the automobile market information processing system **302** to provide a consumer request (block **604**). It should be appreciated that OCR may occur in the automobile market information processing system **302** or at the consumer interface **304**. The automobile market information processing system **302** receives the consumer request and prepares automobile market information based on the request (block **606**). The automobile market

US 9,147,216 B2

17                                          18

information processing system **302** may send a bid request and automobile market information based on the consumer request to the dealer interface **306** for one or more dealers (block **608**). It should be appreciated that while the consumer request is automobile market information, typically, additional automobile market information would be provided with the consumer request. For example, typically, data relating to recent sales of the requested automobile and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the requested automobile may be provided. One or more dealers receive the bid request and automobile market information, determine prices and delivery options for the automobile using the automobile market information, and prepare and provide bids for the consumer (block **610**). A dealer bid may be sent from the dealer interface **306** to the automobile market information processing system **302** for each dealer that wants to provide a bid (block **612**). The automobile market information processing system **302** receives and processes dealer bids and prepares the bids and automobile market data for the consumer (block **614**).

The automobile market information processing system **302** may send dealer bids and automobile market information to the consumer interface **304** (block **616**). It should be appreciated that automobile market information may be provided to the consumer before dealer bids are provided, and/or concurrently with dealer bids. The consumer may receive the dealer bids and automobile market information and may select a bid including a delivery option based on the automobile market information (block **618**). The consumer interface **304** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer wants to purchase or lease the automobile based on the selected bid (block **620**). The automobile market information processing system **302** receives and processes the consumer bid selection (block **622**). For example, the automobile market information processing system **302** may send the bid selection to the dealer interface **306** (block **624**). The dealer may receive the bid selection and coordinate a sale by, for example, transporting the automobile from one dealer location to the dealer location selected for delivery (block **626**). Also, for example, the dealer may provide contract or loan documents, collect a deposit or down payment, or the like. As discussed above, in each of blocks **606**, **614**, **626**, and **634**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, dealer, and/or manufacturer.

For exemplary purposes, the present disclosure discusses various examples relating to a purchase of a car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, commercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent application filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," U.S. application Ser. No. 13/176,497, the entire contents of which are hereby incorporated by reference herein, and in an example embodiment, the features of which may be combined with the features of the present disclosure.

It should be understood that various changes and modifications to the example embodiments described herein will be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present subject matter and without diminishing its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention is claimed as follows:

1. A method comprising:
storing, on a computer readable medium, automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from a plurality of dealers and a plurality of consumers;
receiving, via a consumer interface, a first request for a response regarding a first automobile, the first request made by a consumer located at a first location and including geolocation information of the consumer;
executing instructions, by at least one processing device, to:
determine, using the information, that the consumer is located at the first location;
determine, based on a determination that the consumer is located at the first location, that the consumer is located at a first location;
generate, based on the first dealer, an in-market dealer area proximately located to the first dealer;
determine that a second dealer is located at a second location within the in-market dealer area;
provide first automobile market data to the second dealer, based on the first request, via a dealer interface;
request, via the dealer interface from the second dealer, a bid to sell the first automobile based on the first request; and
receive, via the dealer interface, a first bid from the second dealer located at the second location within the in-market dealer area;
generate, based on receiving the first bid, driving directions from the first location to the second location;
provide the response including the first bid via the consumer interface, the first bid including at least a price for the first automobile, and the response including the driving directions from the first location to the second location; and
receiving a consumer selection of the first bid.

2. The method of claim **1**, wherein the pricing data includes normal listing prices, sale prices, manufacturer incentives, actual prices of executed transactions, and consumer offers.

3. The method of claim **1**, wherein the inventory data includes at least one of inventory data by location, inventory

US 9,147,216 B2

19

in transit data, production lead time data, production schedule data, and shipping schedule data.

**4.** The method of claim **1,** wherein the first request includes a vehicle identification number that is manually entered by the consumer using at least one graphical user interface component.

**5.** The method of claim **1,** wherein the first request is made by the consumer using a mobile device which takes a picture of a vehicle identification number.

**6.** The method of claim **5,** wherein the vehicle identification number is recognized using optical character recognition.

**7.** The method of claim **1,** wherein the first automobile is one of a particular type of car with a specific set of features and a particular car with a specific vehicle identification number.

**8.** The method of claim **1,** wherein the first automobile market data provided to the second dealer consists of at least one of the first request and a suggested bid price.

**9.** The method of claim **1,** wherein the first automobile market data is based on real-time automobile market data and actual sales data for comparable automobiles within a predetermined time period and within a predetermined geographic area.

**10.** The method of claim **1,** wherein the first bid is an inventoryless bid requiring the first automobile to be at least one of manufactured and transferred from the inventory of another entity to the second dealer.

**11.** The method of claim **1,** wherein the consumer selection of the first bid indicates that the consumer intends to lease the first automobile.

**12.** The method of claim **1,** further comprising:

executing instructions, by the at least one processing device, to process the consumer selection of the first bid to facilitate executing a sale including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

**13.** The method of claim **12,** wherein the first automobile is made available for pickup at the second dealer according to a consumer selected first delivery option.

**14.** The method of claim **1,** further comprising:

executing instructions, by the at least one processing device, based on a request from the dealer interface, to request data via a consumer interface from a plurality of consumers.

**15.** The method of claim **1,** further comprising:

executing instructions, by the at least one processing device, based on a request from the dealer interface, to request data via a manufacturer interface from at least one manufacturer.

**16.** The method of claim **1,** further comprising:

executing instructions, by the at least one processing device, to include in the response at least one of a financing plan, a service plan, an insurance plan, a warranty, and a hard add accessory, for at least the first automobile, which is at least one of provided and offered by the second dealer.

**17.** The method of claim **1,** wherein the second dealer is at least one of a franchise dealer and a non-franchise distribution location.

**18.** The method of claim **1,** wherein the automobile market data includes consumer interest data.

**19.** The method of claim **1,** further comprising:

executing instructions, by the at least one processing device, to provide a manufacturer response via the consumer interface including an acknowledgment of interest.

20

**20.** The method of claim **1,** further comprising:

executing instructions, by the at least one processing device, to provide a manufacturer response via the consumer interface including at least one of a verification, a confirmation, and an offer indicating that the first automobile can be provided for the consumer.

**21.** The method of claim **1,** wherein the first automobile market data provides a recommended deal of the day.

**22.** The method of claim **1,** wherein the first bid includes a first delivery option which specifies a first pickup location at the second dealer and a second delivery option which specifies a different second pickup location, wherein the consumer selection indicates a consumer intention to purchase the first automobile based on the first bid and specifies one of the first delivery option and the second delivery option.

**23.** The method of claim **1,** wherein the first request is made by the consumer using a mobile device which takes a picture of a vehicle identification number at the first dealer, and in the first bid from the second dealer, the first automobile is an interbrand comparable car which is located at the second dealer.

**24.** A system comprising:

a computer readable medium storing automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the automobile market data includes information received from a plurality of dealers and a plurality of consumers; and

at least one processing device operably coupled to the computer readable medium, the at least one processing device executing instructions to:

receive, via a consumer interface, a first request for a response regarding a first automobile, the first request made by a consumer located at a first location and including geolocation information of the consumer;

determine, using the information, that the consumer is located at the first location;

determine, based on a determination that the consumer is located at the first location, that the consumer is located at a first dealer;

generate, based on the first dealer, an in-market dealer area proximately located to the first dealer;

determine that a second dealer is located at a second location within the in-market dealer area;

provide first automobile market data to the second dealer, based on the first request, via a dealer interface;

request, via the dealer interface from the second dealer, a bid to sell the first automobile based on the first request;

receive, via the dealer interface, a first bid from the second dealer located at the second location within the in-market dealer area;

generate, based on receiving the first bid, driving directions from the first location to the second location;

provide the response including the first bid via the consumer interface, the first bid including at least a price for the first automobile, and the response including the driving directions from the first location to the second location; and

receiving a consumer selection of the first bid.

**25.** A non-transitory computer readable medium storing instructions which, when executed, are configured to cause an information processing apparatus to:

store automobile market data which is representative of recent automobile market characteristics, including at least pricing data and inventory data, wherein the auto-

US 9,147,216 B2

21                                                    22

mobile market data includes information received from a plurality of dealers and a plurality of consumers;

receive, via a consumer interface, a first request for a response regarding a first automobile, the first request made by a consumer located at a first location and including geolocation information of the consumer;

determine, using the geolocation information, that the consumer is located at the first location;

determine, based on a determination that the consumer is located at the first location, that the consumer is located at a first dealer;

generate, based on the first dealer, an in-market dealer area proximately located to the first dealer;

determine that a second dealer is located at a second location within the in-market dealer area;

provide first automobile market data to the second dealer, based on the first request, via a dealer interface;

request, via the dealer interface from the second dealer, a bid to sell the first automobile based on the first request;

receive, via the dealer interface, a first bid from the second dealer located at the second location within the in-market dealer area;

generate, based on receiving the first bid, driving directions from the first location to the second location;

provide the response including the first bid via the consumer interface, the first bid including at least a price for the first automobile, and the response including the driving directions from the first location to the second location; and

receive a consumer selection of the first bid.

* * * * *

US009460467B2

(12) **United States Patent** (10) **Patent No.:** US 9,460,467 B2
Seergy et al. (45) **Date of Patent:** Oct. 4, 2016

(54) **USED AUTOMOBILE TRANSACTION FACILITATION FOR A SPECIFIC USED AUTOMOBILE**

(71) Applicant: **Sidekick Technology LLC**, Pine Brook, NJ (US)

(72) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **Sidekick Technology LLC**, Pine Brook, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/841,157**

(22) Filed: **Aug. 31, 2015**

(65) **Prior Publication Data**
US 2015/0371323 A1 Dec. 24, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 14/176,700, filed on Feb. 10, 2014, now Pat. No. 9,123,075, which is a continuation of application No. 13/207,858, filed on Aug. 11, 2011, now Pat. No. 8,650,093, which is a

(Continued)

(51) **Int. Cl.**
G06Q 30/00 (2012.01)
G06Q 30/08 (2012.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. **G06Q 30/08** (2013.01); **G01C 21/34** (2013.01); **G06Q 30/06** (2013.01)

(58) **Field of Classification Search**
CPC .... G06Q 30/08; G06Q 30/06; G06Q 10/087; G06Q 30/0275; G06Q 30/0283; G06Q 30/0625
USPC ..................................... 705/26.1, 26.4, 27.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,970,472 A 10/1999 Allsop et al.
6,006,201 A 12/1999 Berent et al.
6,321,221 B1 11/2001 Bieganski

(Continued)

OTHER PUBLICATIONS

AutoTrader.com, Inc..: Private Company Information-Business Week, http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=92642.

(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57) **ABSTRACT**

A system, methods, and apparatus for performing used automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing and consumer interest information received from consumers, dealers, and manufacturers. A consumer seller or manufacturer off-lease seller may provide a request for a response regarding a specific used automobile with a specific a vehicle identification number. Automobile market data may be provided to a used automobile buyer based on the request. Bids to purchase the specific used automobile may be requested from used automobile buyers based on the request. Buyer bids may be provided to the consumer seller or manufacturer off-lease seller with prices and a delivery options. The consumer seller or manufacturer off-lease seller may select a bid to sell the specific used automobile based on the bid.

**20 Claims, 7 Drawing Sheets**



**US 9,460,467 B2**

Page 2

### Related U.S. Application Data

continuation-in-part of application No. 13/176,497, filed on Jul. 5, 2011, now Pat. No. 9,141,984, and a continuation-in-part of application No. 13/176,525, filed on Jul. 5, 2011, now Pat. No. 8,744,925.

(51) **Int. Cl.**
  *G06Q 30/06*        (2012.01)
  *G01C 21/34*        (2006.01)

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,463,431 | B1 | 10/2002 | Schmitt |
| 6,533,173 | B2 | 3/2003 | Benyak |
| 6,868,388 | B1 | 3/2005 | Millsap et al. |
| 6,868,389 | B1 | 3/2005 | Wilkins et al. |
| 7,395,223 | B1 | 7/2008 | Buzzell et al. |
| 7,406,436 | B1 | 7/2008 | Reisman |
| 7,479,949 | B2 | 1/2009 | Jobs et al. |
| 7,636,574 | B2 | 12/2009 | Poosala |
| 8,160,929 | B1 | 4/2012 | Park et al. |
| 8,392,193 | B2 | 3/2013 | Schultz et al. |
| 8,606,604 | B1 | 12/2013 | Huber et al. |
| 2002/0065707 | A1 | 5/2002 | Lancaster et al. |
| 2002/0082978 | A1 | 6/2002 | Ghouri et al. |
| 2002/0099628 | A1 | 7/2002 | Takaoka et al. |
| 2002/0111877 | A1 | 8/2002 | Nelson |
| 2002/0128946 | A1 | 9/2002 | Chehade et al. |
| 2003/0088435 | A1 | 5/2003 | King |
| 2003/0200151 | A1* | 10/2003 | Ellenson ............ G06Q 30/0278 |
| | | | 705/306 |
| 2003/0229577 | A1 | 12/2003 | Nabel |
| 2004/0034544 | A1 | 2/2004 | Fields et al. |
| 2004/0059626 | A1 | 3/2004 | Smallwood |
| 2005/0004819 | A1 | 1/2005 | Etzioni et al. |
| 2005/0050097 | A1 | 3/2005 | Yeh et al. |
| 2005/0108112 | A1 | 5/2005 | Ellenson et al. |
| 2005/0240512 | A1 | 10/2005 | Quintero et al. |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. |
| 2007/0150362 | A1 | 6/2007 | Sharma et al. |
| 2007/0250403 | A1 | 10/2007 | Altschuler |
| 2007/0255663 | A1 | 11/2007 | Jordan et al. |
| 2007/0260526 | A1 | 11/2007 | Bartel |
| 2008/0046331 | A1 | 2/2008 | Rand |
| 2008/0177653 | A1 | 7/2008 | Famolari et al. |
| 2008/0183552 | A1 | 7/2008 | Hagan |
| 2008/0187125 | A1 | 8/2008 | Siegrist |
| 2008/0201184 | A1 | 8/2008 | Rose et al. |
| 2008/0201185 | A1 | 8/2008 | Heyman et al. |
| 2008/0201203 | A1 | 8/2008 | Rose et al. |
| 2008/0208731 | A1 | 8/2008 | Ruckart |
| 2008/0228657 | A1* | 9/2008 | Nabors ................. G06Q 30/02 |
| | | | 705/80 |
| 2009/0076896 | A1 | 3/2009 | DeWitt et al. |
| 2009/0132348 | A1 | 5/2009 | Bria et al. |
| 2009/0149199 | A1 | 6/2009 | Maghoul |
| 2009/0171761 | A1 | 7/2009 | Noy et al. |
| 2009/0187478 | A1 | 7/2009 | Shipley |
| 2009/0187513 | A1 | 7/2009 | Noy et al. |
| 2009/0198557 | A1 | 8/2009 | Wang et al. |
| 2009/0204600 | A1 | 8/2009 | Kalik et al. |
| 2010/0048242 | A1 | 2/2010 | Rhoads et al. |
| 2010/0106580 | A1 | 4/2010 | Etheredge et al. |
| 2010/0217525 | A1 | 8/2010 | King et al. |
| 2010/0274627 | A1 | 10/2010 | Carlson |
| 2010/0332292 | A1 | 12/2010 | Anderson |
| 2011/0040642 | A1 | 2/2011 | O'Dell |
| 2011/0082759 | A1 | 4/2011 | Swinson et al. |
| 2011/0087430 | A1 | 4/2011 | Boss et al. |
| 2011/0087556 | A1 | 4/2011 | Pitkow |
| 2011/0099036 | A1 | 4/2011 | Sarkissian et al. |
| 2011/0208418 | A1 | 8/2011 | Looney et al. |
| 2011/0238474 | A1 | 9/2011 | Carr et al. |
| 2011/0238514 | A1 | 9/2011 | Ramalingam et al. |
| 2011/0276394 | A1* | 11/2011 | Chan ................. G06F 17/30876 |
| | | | 705/14.49 |

OTHER PUBLICATIONS

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, http://www.prnewswire.com/news-releases/autotradercom, Jul. 7, 2011.
AppStore—AutoTrader.com, http://itunes.apple.com/us/app/autotrader-com/id444552888?mt=8, Oct. 31, 2011.
International Search Report issued Sep. 21, 2012 for Intl. Appln. No. PCT/US2012/045546.
Charlton, Auto Trader: iPhone app review. Mar. 15, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.econsultancy.com/us/blog/5593-auto-trader-iphone-app-review> entire document.
Autotraderuk. Introducing the Auto Trader iPhone App. Mar. 12, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.youtube.com/watch?v+6g_Ig8IRG4&feature=player_embedded> entire document.
International Search Report mailed Oct. 5, 2012 for Intl. Appln. No. PCT/US2012/045545.
Anonymous, "instaVIN to offer free auto accident history reports for mobile phones," Wireless News, Jun. 2, 2010.

* cited by examiner

Case: 23-1362    Document: 30    Page: 169    Filed: 12/05/2023



Fig. 1

Case: 23-1362    Document: 30    Page: 170    Filed: 12/05/2023



Fig. 2



Fig. 3A



Fig. 3B



Start

400

402
Automobile market data including at least pricing data is stored in a database system (e.g., data from consumers, dealers, manufacturers, and industry analysts, regarding pricing, inventory, insurance information, quality ratings, safety ratings, and other ratings is collected and stored in a database)

404
A request for a response regarding a used automobile is received from a consumer seller (e.g., a used car seller takes a picture of the VIN of a used car and fills in price parameters and other information into a mobile application to receive a response based on current market data)

406
Automobile market data is provided to used automobile buyers based on the consumer seller request (e.g., a group of consumers and dealers receive a real-time report including local used car sales data, inventory data, quality and safety ratings data, insurance data, and gas mileage data of the specific used car)

408
A bid to purchase the automobile from the consumer seller is requested from used automobile buyers (e.g., a group of consumers and dealers within a certain radius of the used car seller receive a bid request based on buyer searches)

410
Buyer bids are provided to the consumer seller (e.g., several consumers and dealers provide bids based on current pricing data, options information on the specific used car, and potential pickup locations, so several different prices and delivery options may be available to the used car seller)

412
The consumer seller selects a buyer bid including a price and a delivery option (e.g., the used car seller chooses to sell the used car based on the price and the pickup location of a consumer buyer bid)

414
The consumer seller and used automobile buyer execute the sale of the automobile (e.g., the used car buyer e-signs a contract and electronically transfers funds to the used car seller based on the consumer bid)

416
The consumer seller makes the purchased used automobile available according to the consumer seller bid selection (e.g., the seller drives the used car to the pickup location if the pickup location is not the used car seller's location)

418
The used automobile buyer receives the purchased used automobile according to the consumer seller selected delivery option (e.g., the used car buyer receives the used car at the pickup location the same day the sale is executed)

Fig. 4



Fig. 5

Case: 23-1362        Document: 30        Page: 175        Filed: 12/05/2023



Fig. 6

US 9,460,467 B2

1

# USED AUTOMOBILE TRANSACTION FACILITATION FOR A SPECIFIC USED AUTOMOBILE

## CROSS REFERENCE TO RELATED APPLICATIONS AND PRIORITY CLAIM

This application is a continuation of U.S. patent application Ser. No. 14/176,700, filed Feb. 10, 2014, which is a continuation of U.S. patent application Ser. No. 13/207,858, filed on Aug. 11, 2011, which is a continuation-in-part of the following co-pending commonly-owned patent applications filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," application Ser. No. 13/176,497, and entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE," application Ser. No. 13/176,525, now U.S. Pat. No. 8,744,925, issued Jun. 3, 2014, the entire content of each of which is incorporated by reference herein.

## BACKGROUND

In the used automobile market, consumers typically sell or trade in used automobiles to dealers or dealerships, or privately sell to other consumers, for example, through personal advertisements. Dealers often purchase used automobiles from consumers as part of a deal for a new automobile, typically referred to as a trade in. Typically, a description of a used automobile in a personal advertisement may include the make, model, and mileage of an automobile, but certain other relevant descriptive information may not be available to a potential buyer. Further, a dealer making a trade in offer for a used automobile may not have certain relevant descriptive information on that used automobile. In many cases, the negotiation process for a used automobile may include a large degree of uncertainty for consumers, including both a selling consumer and a purchasing consumer. A consumer seller may be particularly disadvantaged when negotiating with a dealer for a trade in value, as dealers typically have great knowledge and experience with the process, while consumers typically do not. Generally, the negotiation process is a zero sum process, and because a consumer seller of a used automobile and a used automobile buyer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, used automobile buyers and sellers, including consumers and dealers, often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer seller of a used automobile may have concerns that a buyer may not offer a fair and competitive price. Various products and services have become available that allow sellers and buyers, including consumers and dealers, to perform research on market prices for used automobiles. Typically, the highest possible value available to a consumer seller may be through a sale to another consumer, as opposed to trading in the used automobile to a dealer.

In addition to consumers and dealers, automobile manufacturers may also have an interest in the resale values of used automobiles. Further, in many cases, a manufacturer may want to sell used off-lease automobiles which have been returned by consumer lessees. In many cases, a manufac-

2

turer off-lease seller may not be able to receive the full market value of a used off-lease automobile.

## SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market information and facilitating used automobile transactions. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing and consumer interest information received from consumers, dealers, and manufacturers. A consumer seller or manufacturer off-lease seller may provide a request for a response regarding a specific used automobile with a specific a vehicle identification number. Automobile market data may be provided to a used automobile buyer based on the request. Bids to purchase the specific used automobile may be requested from used automobile buyers based on the request. Buyer bids may be provided to the consumer seller or manufacturer off-lease seller with prices and a delivery options. The consumer seller or manufacturer off-lease seller may select a bid to sell the specific used automobile based on the bid.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. **2** is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIGS. **3**A and **3**B provide a block diagram showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIG. **4** is a flowchart illustrating an example process for facilitating a used automobile transaction, according to an example embodiment of the present invention.

FIG. **5** is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. **6** is flow diagram illustrating an example process for facilitating a used automobile transaction, according to an example embodiment of the present invention.

## DETAILED DESCRIPTION OF EXAMPLE EMBODIMENTS

The present disclosure relates in general to a system for facilitating used automobile transactions and, in particular, to an automobile transaction for a specific used automobile. Briefly, in an example embodiment, a system is provided which allows a consumer seller or a manufacturer off-lease seller of a used automobile to request bids and information regarding a specific automobile identified with a specific vehicle identification number. For example, a consumer may use a mobile device to take a picture of a vehicle identification number and may enter a desired price range or minimum asking price. The specific automobile may be identified using optical character recognition to provide, for example, a full list of the original manufacturer features and options, and the original manufacturer suggested retail price and invoice information, for that specific used automobile

US 9,460,467 B2

3

based on the vehicle identification number. Accordingly, the consumer seller need not enter all of this information, but may request bids and information in real-time for that specific used automobile. Used automobile buyers may include consumers and/or dealers which may provide bids based on the consumer seller request using real-time automobile market information. A consumer seller may select a buyer bid to sell a used automobile based on the prices and delivery options available. Accordingly, typically unavailable or difficult to obtain data may be provided for offering a used automobile for sale, including a full listing of the manufacturer features and options, EPA mileage, safety ratings, recalls, quality reports, estimated insurance costs, etc. In an example embodiment, a manufacturer off-lease seller may select a buyer bid based on the prices and delivery options to maximize value, for example, by reducing costs typically associated with selling an off-lease automobile. The used automobile market is presently approximately three times the size of the new automobile market in the United States, as approximately 40 million used automobiles are sold each year. Accordingly, the present disclosure may be helpful for facilitating large numbers of used automobile transactions. In an example embodiment, the disclosed system matches seller and buyer parameters, such as price and pickup location, to facilitate a live bidding process, which allows a used automobile seller to accept or reject bids using a great deal of information not typically available. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system 100 is illustrated in FIG. 1. The illustrated system 100 includes one or more client devices 102, and one or more host devices 104. The system 100 may include a variety of client devices 102, such as desktop computers and the like, which typically include a display 112, which is a user display for providing information to users 114, and various interface elements as will be discussed in further detail below. A client device 102 may be a mobile device 103, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices 102 may communicate with the host device 104 via a connection to one or more communications channels 106 such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers 108 may be part of the network communications system 100, and may communicate with host servers 104 and client devices 102.

One host device 104 may interact with a large number of users 114 at a plurality of different client devices 102. Accordingly, each host device 104 is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device 104, each client device 102 typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user 114 as described herein may include any person or entity which uses the presently disclosed system and may include a wide variety of parties. For example, as will be discussed in

4

further detail below, users 114 of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices 104 and servers 108 store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices 102, and/or other host devices 104 or servers 108. A host device 104 or server 108 may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various administrative tasks. A host device 104 or server may interact via one or more networks with one or more other host devices 104 or servers 108, which may be operated independently. For example, host devices 104 and servers 108 operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device 102, and a host device 104) is illustrated in FIG. 2. In this example, the computing device 102, 104 includes a main unit 202 which preferably includes one or more processors 204 electrically coupled by an address/data bus 206 to one or more memory devices 208, other computer circuitry 210, and one or more interface circuits 212. The processor 204 may be any suitable processor, such as a microprocessor from the INTEL PENTIUM® family of microprocessors. The memory 208 preferably includes volatile memory and non-volatile memory. Preferably, the memory 208 stores a software program that interacts with the other devices in the system 100 as described below. This program may be executed by the processor 204 in any suitable manner. In an example embodiment, memory 208 may be part of a "cloud" such that cloud computing may be utilized by a computing devices 102, 104. The memory 208 may also store digital data indicative of documents, files, programs, web pages, etc. retrieved from a computing device 102, 104 and/or loaded via an input device 214.

The interface circuit 212 may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus (USB) interface. One or more input devices 214 may be connected to the interface circuit 212 for entering data and commands into the main unit 202. For example, the input device 214 may be a keyboard, mouse, touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, microphone, and/or a speech/voice recognition system.

One or more displays 112, printers, speakers, and/or other output devices 216 may also be connected to the main unit 202 via the interface circuit 212. The display 112 may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display 112 generates visual displays generated during operation of the computing device 102, 104. For example, the display 112 may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device 102, 104. A user interface may include prompts for human input from a user 114 including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices 218 may also be connected to the main unit 202 via the interface circuit 212. For example, a hard drive, CD drive, DVD drive, and/or other storage devices may be connected to the main unit 202. The storage devices 218 may store any type of data, such as

US 9,460,467 B2

5

pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device 102, 104.

The computing device 102, 104 may also exchange data with other network devices 220 via a connection to the network 106. Network devices 220 may include one or more servers 226, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository 222. A server 226 may include any kind of data 224 including databases, programs, files, libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server 226 may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers 226 may be used to support and maintain the system 100. For example, servers 226 may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device 102 which is also stored on the server 226, either temporarily or permanently, for example in memory 208 or storage device 218. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device 102, 104 can be controlled by appropriate security software or security measures. An individual users' 114 access can be defined by the computing device 102, 104 and limited to certain data and/or actions. Accordingly, users 114 of the system 100 may be required to register with one or more computing devices 102, 104. For example, registered users 114 may be able to request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

As noted previously, various options for managing data located within the computing device 102, 104 and/or in a server 226 may be implemented. A management system may manage security of data and accomplish various tasks such as facilitating a data backup process. A management system may be implemented in a client 102, a host device 104, and a server 226. The management system may update, store, and back up data locally and/or remotely. A management system may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks 106.

FIGS. 3A and 3B provide a block diagram showing an example automobile transaction network structure 300. As illustrated in FIG. 3A, the example automobile transaction network structure 300 includes an automobile market information processing system 302, a consumer interface 304, a dealer interface 306, and a manufacturer interface 308. The example automobile market information processing system 302 may be implemented on one or more host devices 104 accessing one or more servers 108, 226. In an example embodiment, the automobile market information processing system 302 includes a database system 310, a recommendation engine 312, a vehicle identification number processor 314, and an interface generation unit 316. A user 114 may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface 304, dealer interface 306, or manufacturer interface 308, respectively. A database system 310 may include a wide variety of automobile market data. A

6

recommendation engine 312 may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor 314 may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor 314 may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit 316 may provide, for example, HTML files which are used at the consumer interface 304, dealer interface 306, and manufacturer interface 308 interface to provide information to the users 114. It should be appreciated that he the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be considered to be part of the automobile market information processing system 302, however, for discussion purposes, the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be referred to as separate from the automobile market information processing system 302.

For example, a user 114 may interact with a consumer interface 304 to research new or used automobiles the user 114 is interested in buying and/or selling. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface 304 by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface 304 may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface 304 from the consumer, the consumer interface 304 may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface 304 may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to a dealer near the consumer's present location or may be already owned by the consumer. The automobile market information processing system 302 may process data received by the consumer interface 304, as well as the dealer interface 306 and/or the manufacturer interface 308, to respond to a request from a consumer. For example, data from database system 310 may be queried for use in a report, or a recommendation may be provided by recommendation engine 312 according to the consumer request and current market data. The automobile market information processing system 302 may integrate data received from consumer interface 304, dealer interface 306, and manufacturer interface 308 to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface 304 may be specific to one particular manufacturer or may provide information for automobiles manufactured by multiple different manufacturers. For example, a consumer interface 304 may be a website with information for many manufacturers. For example, the consumer interface 304 may access or link to the manufacturer specific websites (e.g., Ford), particularly with regard to new automobile information, but also for used automobile information. Also, for example, a consumer interface 304 may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automobile models with any available options or features. For example, a manufacturer website may allow a consumer to

US 9,460,467 B2

7

select options that are desired to "build" a particular new automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code). Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pricing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface **304** and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface **304**. It should also be appreciated that information on a manufacturer website and/or a consumer interface **304** may be directed to both new and used automobiles. For example, historical and statistical information which demonstrates favorable safety ratings, quality and reliability data, low maintenance costs, low insurance prices, low emissions, high gas mileage, etc. based on specific models for specific years, and/or groups of models and years may be provided on a manufacturer website and/or a consumer interface **304**.

Accordingly, the consumer interface **304** may provide a wide range of information, for example, based on any searches or queries performed by a user **114**. In an example embodiment, based on a user search or request for a response, the consumer interface **304** will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system **302**. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar purchase options to a specific search may also be provided, based on feature matching, price range, consumer popularity, etc. Information including price ranges, including MSRP, invoice prices, inventory levels, the user's **114** credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. It should be appreciated that such data may be provided for both new and used automobiles. For example, a financing calculator may help a user **114** determine what financing rate is appropriate for an automobile purchase. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current market data including prices, interest rates, incentives, estimated mileage per year, etc. for providing an analysis for a particular consumer regarding purchasing or leasing. Also, the consumer inter-

8

face **304** may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface **304** may provide a wide variety of useful information to a consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like. As will be discussed in FIG. **3B** in further detail below, the consumer interface **304** may include a used automobile seller interface **318** and a used automobile buyer interface **320**.

In an example embodiment, a dealer interface **306** may provide a user **114**, such as a dealer employee, information relating to the current automobile market. The dealer interface **306** allows a dealer to interact with automobile market information processing system **302** to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface **306** includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface **306** relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface **306** which will be used by automobile market information processing system **302** to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface **306** as described herein.

In an example embodiment, a manufacturer interface **308** may provide a user **114**, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, an manufacturer interface **308** may provide a manufacturer a request received from a consumer interface **304**. Additionally, the manufacturer interface **308** may provide information such as a report that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system **310** relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information to provide a response to a consumer request. The manufacturer may provide the manufacturer interface **308** with

US 9,460,467 B2

9
10

information to provide a confirmation, a verification, or an offer to a consumer via consumer interface **304**. For example, a confirmation number associated with the particular consumer request may be provided for the consumer. Also, a recommendation may be provided from the recommendation engine **312** to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. Further, it should be appreciated that a manufacturer may include various related affiliate entities all doing business as, or operating under, the same manufacturer name. For example, a manufacturer typically may include a manufacturing company (e.g., operating the manufacturing plant), a sales company (e.g., operating automobile sales activities), and a captive finance company (e.g., operating financing and leasing activities). The manufacturer interface **308** may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing plans, marketing activities, etc., which may provide a significant advantage for manufacturers.

As illustrated in FIG. 3B, a consumer interface **304** may include a used automobile seller interface **318** and a used automobile buyer interface **320**. The used automobile seller interface **318** may be used by consumer sellers to sell used automobiles, while the used automobile buyer interface **320** may be used by consumers to buy used automobiles. It should be appreciated that consumers may be able to access both interfaces **318** and **320** from consumer interface **304**. In an example embodiment, the used automobile seller interface **318** and a automobile buyer interface **320** may be integrated within a single website or application, or for example, may be implemented as distinct websites. Similarly, in an example embodiment, a used automobile buyer interface **320** may be integrated with features of a consumer interface **304** for searching both new and used automobiles for purchase, or new and used automobiles may not be simultaneously searchable on a particular implementation of a consumer interface **304**. As will be discussed further below, a used automobile seller interface **318** may be used by a consumer seller of a specific used automobile to receive information on the specific automobile and request bids for the specific automobile. Similarly, a used automobile buyer interface **320** may be used for used automobile buyers to receive information on a used automobile and place a bid on that specific automobile.

It should be appreciated that, for example, a consumer seller of a used automobile may be considered different than a dealer seller of a used automobile in some respects. For example, a consumer seller of a used automobile is often selling through different channels, such as offering for sale in classified advertisements versus from a dealer lot. It should be appreciated that such differences may be relevant to the ability to maximize the value of a sale or purchase of a used automobile. Accordingly, where appropriate, the present disclosure may distinguish a consumer seller from a dealer seller, or distinguish a consumer buyer from a dealer buyer. Also, as discussed in further detail below, a manufacturer off-lease seller of a used automobile may also be considered different from a consumer seller and/or a dealer seller.

A dealer interface **306** may include a used automobile buyer interface **322**. For example, a typical dealer may use a dealer interface **306** primarily for facilitating sales of new and used automobiles, however, the dealer interface **306** may also be used to facilitate purchasing used automobiles.

For example, a used automobile buyer interface **322** may be used by dealers similarly to the way that the used automobile buyer interface **320** may be used by consumers. It should be appreciated that in an example embodiment, the used automobile buyer interfaces **320**, **322** may be similar or the same, and/or may integrated as part of single website or application. In an example embodiment, a dealer may use the used automobile buyer interface **322** to facilitate bringing a consumer in to purchase a new automobile based on providing a competitive bid to purchase a used automobile as a trade in.

A manufacturer interface **308** may include a used automobile off-lease interface **324**. For example, a manufacturer may use a manufacturer interface **308** primarily for facilitating sales of new automobiles, however, the manufacturer interface **308** may also be used to facilitate selling off-lease automobiles which have been returned by a consumer lessor whose lease is expiring. For example, an off-lease seller interface **324** may be used by a manufacturer, typically, a captive finance company of the manufacturer, similarly to the way that the used automobile seller interface **318** may be used by consumers. It should be appreciated that, a manufacturer off-lease seller may have limited options to sell a used off-lease automobile and may have time constraints that are may be typically imposed on a consumer seller of a used automobile. Typically, an off-lease automobile may be dropped off by a consumer lessee at any one of a variety of dealer locations. The manufacturer lessor may then wish to sell the used off-lease automobile, however, the dealer where the off-lease automobile was dropped off may have a significant bargaining advantage to purchase that automobile, as the manufacturer may need to sell the off-lease automobile quickly and may have limited options. Typically, the dealer may not offer the manufacturer off-lease seller full market value for the off-lease automobile. It should be appreciated that the manufacturer off-lease seller may transport the car to an auction in an attempt to obtain a higher price. However, transportation costs, auction fees, and delay in selling the off-lease automobile may cause the manufacturer off-lease seller to accept less than market value for the off-lease automobile from the dealer, or otherwise not maximize the value of the off-lease automobile. For example, typically, an off-lease automobile sold at auction for near or even above the current market value is significantly offset by transportation costs and auction fees.

The off-lease seller interface **324** may provide a manufacturer off-lease seller with leverage, not only through the ability to obtain bids to purchase the off-lease automobile, but through the ability to determine the number of matches or search hits for an off-lease automobile. The dealer that has the off-lease automobile may know that the manufacturer may have the ability to track searches for the off-lease automobile performed by consumers and/or other dealers. The manufacturer off-lease seller may provide the dealer in possession of an off-lease automobile with matches and/or bids, which may provide the dealer with firm evidence of current demand or interest in the off-lease automobile. The dealer may be able to use this information to determine an appropriate price, and possibly even more profitably than the manufacturer. Accordingly, a dealer may often be inclined to make a significantly more competitive bid for an off-lease automobile. It should be appreciated that the manufacturer may use the off-lease seller interface **324** to identify in-market buyers, and even without receiving bids from those buyers, the manufacturer's bargaining power may improve, resulting in a greater value for off-lease sales.

US 9,460,467 B2

11                                                    12

Accordingly, information may be provided to the automobile market information processing system **302** from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system **302**. This allows the automobile market information processing system **302** to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system **302** may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that the users **114** of the automobile market information processing system **302**, including consumers, dealers, and manufacturers, and buyers and sellers of new and used automobiles, may be required to agree to and/or execute a terms of use agreement or terms of service agreement. Various forms of enforcing the agreement may be implemented, including a transaction deposit policy, which may require a deposit or a credit card hold, or the like, and a standard schedule of fees or default payment schedule for infractions such as improper condition of an automobile, delay in delivery, etc. Accordingly, all parties may be protected from another party breaching the agreement.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system **302**, may instead be performed locally at consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or vice versa. Further, in certain cases, tasks may be performed using consumer interface **304**, dealer interface **306**, and manufacturer interface **308** or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system **302**. In an example embodiment, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be located on a website, and may further be implemented as a secure website. Also, consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may require a local application, for example, which a manufacturer or dealer may pay for to have access to, for example, information from the automobile market information processing system **302** such as requests from consumers.

FIG. **4** is a flowchart of an example process **400** for facilitating a used automobile transaction. Although the process **400** is described with reference to the flowchart illustrated in FIG. **4**, it will be appreciated that many other methods of performing the acts associated with the process **400** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process **400** for facilitating a used automobile transaction may allow users **114** to efficiently sell and purchase automobiles. The example process **400** may begin with automobile market data including at least pricing data is stored in a database system (block **402**). For example, automobile market data from dealers, consumers, and manufacturers regarding pricing, inventory, insurance information, quality ratings, safety ratings, and other ratings is collected and stored in a database. For example, inventory data may include data regarding off-lease automobiles, including scheduled drop off dates of automobiles with expiring leases. In an example embodiment, a wide variety of data is stored in a database system **310**. Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface **304**, such as data in consumer searches or requests, information from a dealer interface **306**, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, transport or shipping costs, and information from a manufacturer interface **308**, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in transit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or may include additional information received from other sources, for example, industry analysts, consumer reports groups, government agencies, etc. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system **310** may be organized according to different manufacturers or dealers, automobile make and model, different information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers **108**, **226** which may be remotely located from each other and/or a host device **104** of the automobile market information processing system **302**. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system **302**.

The automobile market data may be used by any or all parties involved in a used automobile transaction, including used automobile sellers including consumer sellers and manufacturer off-lease sellers, and used automobile buyers including consumer buyers and dealer buyers. In the example process **400**, as discussed further below, the used automobile seller described by way of example as a consumer seller. It should be appreciated that the example process **400** may work similarly or the same for a manufacturer off-lease seller. In an example embodiment, the consumer used automobile seller interface **318** and manufacturer off-lease seller interface **324** may be provided as a combined interface. Certain aspects of the disclosed example process **400** may be of greater or lesser advantage to a manufacturer off-lease seller compared with a consumer seller. For example, consumer sellers typically sell used automobiles infrequently, while manufacturer off-lease sellers may be selling thousands of used off-lease automobiles each month. Accordingly, the goals of the user **114** may vary between consumer sellers and manufacturer off-lease sellers.

US 9,460,467 B2

**13**

Certain notable aspects that may be distinguishable between a consumer seller and manufacturer off-lease seller will be discussed below.

The example process **400** continues with a consumer seller providing a request for a response (block **404**). For example, a used car seller takes a picture of the vehicle identification number (VIN) of a used car and fills in price parameters and other information into a mobile application to receive a response based on current market data. In an example embodiment, the seller's request may be transmitted from automobile seller interface **318**, **324** via the internet to the automobile market information processing system **302**. For example, using an application stored on a mobile device **103**, the used car seller takes a picture of the VIN on the used car and fills in a minimum bid price, delivery parameters, etc. The seller's parameters may specify a pickup location by distance from an address, an area code, etc., which allows for matching the seller with buyers that are in-market. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system **302** to determine the make and model of the car, along with various other characteristics of the car. Also, for example, the used car seller may take a picture of the odometer, and the mileage may be determined using optical character recognition. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number.

Also, the used car seller may input into a mobile application or website a wide variety of additional information about the used car. For example, pictures of the used car may be uploaded with the request. In an example embodiment, pictures of the exterior, interior, dashboard, and/or odometer may be provided. Also, for example, service records, ownership records, and other documents or information may be included with a request. Further, a written description of the car may be provided. Accordingly, because the used car seller can provide information such as pictures, in addition to information which the seller may not have access to, such as the original manufacturer specifications of the used car, potential buyers may have access to a great deal of information on the used car. Further, in an example embodiment, a mobile application may include the geolocation of a used car seller, so the seller does not need to enter such information. Accordingly, the buyer may perform research, for example, while at home or while shopping at a dealer location. It should be appreciated that certain used car buyers may be highly interested in the geolocation of the consumer seller. For example, a dealer may find the consumer seller's geolocation to be more important than a consumer buyer, because a dealer may require a minimal cost for picking up a car to ensure profitability, and to optimize the opportunity for creating a new customer relationship. Similarly, certain used automobile sellers may be very interested in the geolocation of the used automobile buyer. For example, a manufacturer off-lease seller may have a high interest in determining the amount of in-market interest or demand for an off-lease automobile.

In an example embodiment, a manufacturer off-lease seller may provide a request for a response for an automobile that will be dropped off by a consumer lessee in the near future. For example, a manufacturer user **114** may input a VIN into off-lease seller interface **324** by typing, speaking, or providing an image of the VIN. The manufacturer off-lease seller may provide a parameter that the used off-lease automobile will be available only after a certain date. The

**14**

manufacturer off-lease seller may find that providing a request for a response prior to the consumer lessee actually dropping off an off-lease automobile may significantly improve the value of off-lease automobiles. It should be appreciated that the dealer where the consumer lessee drops off the off-lease automobile may be bargaining without any particular advantage because the manufacturer off-lease seller may have multiple interested automobile buyers that, based on search parameters, have received the off-lease automobile as a match, and/or bids from used automobile buyers.

Used car buyers may perform a search with used automobile buyer interfaces **320**, **322**, and may typically include parameters limiting the search to a specific automobile type, make, or model, certain options or features, a price range, and a pickup location or area. Further, for example, the buyer may take a picture of a VIN anywhere or manually type in a VIN number, including at automobile trade shows, mall displays, or anywhere new or used cars are for sale. The buyer may even take a picture of a car parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface **304** may be stored, for example, in database system **310**, thereby updating the automobile market information processing system **302** with current automobile market data.

The example process **400** may continue with providing automobile market data to used automobile buyers based on the consumer seller request (block **406**). For example, a group of consumers and dealers receive a real-time report including local used car sales data, inventory data, quality and safety ratings data, insurance data, and gas mileage data of the specific used car which is identified based on the VIN. The group of consumers and dealers that receive a real-time report may be based on prior searches conducted by consumers on used automobile buyer interface **320** and searches conducted by dealers with used automobile buyer interface **322**. In an example embodiment, a report may include quality information, safety information, insurance information, recall information, EPA gas mileage and emissions information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers and/or dealers. In an example embodiment, a report may include a specific history information for the specific used car, such as a CARFAX report. The request and/or the report may be provided in real-time and may also provide real-time data. Data reported based on a real-time updates in the automobile market information processing system **302** may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine **312** may provide recommendations to a used automobile buyer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that the used automobile buyer may offer or bid. In an example embodiment, an estimated sale price or range may be provided. For example, a probability analysis may be provided with prices and corresponding probabilities may be estimated as, e.g., 80% chance to purchase at $6,000; 60% chance to purchase at $5,500; 30% chance to purchase at $5,000; 10% chance to purchase at $4,500. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, for example, the recommendation engine may provide daily suggestions (e.g., a deal of the day) for dealers and/or consumers. Consumers may use such suggestions to save money or get a better value on a used car purchase by buying

US 9,460,467 B2

15
16

from another consumer rather than a dealer. Dealers may use such suggestions to purchase used cars at good deals, and/or to attract consumers to visit the dealer in person or online, as well as prepare responses or bids to other consumer requests. Dealers or consumers may customize the used automobile buyer interface **320**, **322** to provide information in a pre-specified manner to suit the particular needs of the specific dealer or consumer. In an example embodiment, a manufacturer off-lease seller may receive automobile market data including inventory information including data regarding off-lease cars which have been dropped off at dealer locations and cars which will soon be coming off-lease. Further, dealers and/or consumers may be able to receive information regarding off-lease cars as well. For example, information may include a specific automobile identified by a VIN with an expected drop off location and date based on a lease expiration.

A bid to purchase the used automobile from the consumer seller is requested from used automobile buyers (block **408**). For example, a group of consumers and dealers within a certain radius of the used car seller location may receive a bid request based on used automobile buyer searches via used automobile buyer interfaces **320**, **322**. Each used automobile buyer's bid may include, for example, a price and a delivery option or delivery suggestion. The used automobile buyer interfaces **320**, **322** may provide for simple input of necessary and optional data. Further, a used automobile buyer's bid may contain certain limitations, restrictions, or conditions. For example, a dealer may provide a bid with the condition that a new car be purchased and the used car be traded in at the bid price.

In an example embodiment, the request may provide one or more options, products, services, or add-ons for a used automobile buyer to select from. For example, used automobile buyers may be able to select financing options, warranties, extended service contracts, insurance plans, or other hard add accessories. These selectable options may be offered directly from the used automobile seller or may be offered through the automobile market information processing system **302**. Accordingly, a seller may not be offering any options for a buyer to select, but the system may automatically provide the option to purchase further add-ons. In an example embodiment, automobile market information processing system **302** may provide for third party providers of add-ons to provide live auction bids for a used automobile buyer to select for inclusion in a bid. Accordingly, for example, several insurance companies may provide a bid for key insurance, or several financial companies may provide bids for a loan. It should be appreciated that certain bids may depend on the particular buyer, so for example, a buyer's credit or driving record may cause different buyers to receive different third party bids for add-ons. For example, a particular buyer may be able to increase a bid to purchase a used automobile if third party add-ons are particularly advantageous, which may benefit a consumer seller or manufacturer off-lease seller. For example, a buyer may receive a better than expected interest rate and insurance price, and therefore be able to offer an additional $1,000 to the seller, while staying within the buyer's predetermined monthly budget. It should be appreciated that third parties may include dealers which may be otherwise involved in a transaction. Also, in an example embodiment, the automobile market information processing system **302** may provide at no charge to the buyers or sellers, certain add-ons, such as a limited thirty day warranty. Accordingly, the automobile market information processing system **302** may gain trust from buyers even if the buyers

generally do not trust the sellers. It should also be appreciated that a buyer may not select any add-ons offered by third parties and/or the automobile market information processing system **302**. A used automobile seller may have no interest in whether a buyer selects any add-ons, or the seller may receive additional compensation if an add-on is selected, so a buyer selection of add-ons may or may not affect a seller's value associated with the buyer's bid.

One or more buyer bids are provided to the consumer seller (block **410**). For example, several consumers and dealers provide bids based on current pricing data, options information of the specific used car, and potential pickup locations, so several different prices and delivery options may be available to the used car seller via the used automobile seller interface **318**. Typically, the bid will include at least a specified price and pickup time and location. In an example embodiment, a used car seller that has taken a picture of a VIN with a mobile device and entered some basic information such as an odometer reading may receive used car buyer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the consumer seller may be actively selling a used car or shopping for a new or used car, for example, on a dealer lot. Typically, a pickup location will be at the consumer seller location, a consumer buyer location, or at a dealer lot or distribution location. In an example embodiment, the consumer buyer location may be determined using the geolocation of the buyer's mobile device **103**. It should be appreciated that some consumers may be flexible as to the delivery options and that some dealers may have multiple locations which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular used car that a consumer seller has requested bids for should be priced at, for example, $6,000. However, various factors may affect the bid or offer that a consumer or dealer may make for the specific used car. For example, for a consumer, personal preference for certain features or looks, convenience, insurance implications, gas mileage, and/or service records, may play a large role in pricing a bid above or below a suggested bid price. For example, for a dealer, the potential for forming a customer relationship, the value of potential other sales, add-on products, and/or services, or competition with other parties. All used automobile buyers that are interested may place a bid for a used car seller's consideration.

It should be appreciated that various alternative delivery options may be provided from several used automobile buyers' bids, for example, based on preferences or parameters indicated by the consumer seller of the used automobile. For example, the used automobile seller interface **318** may provide several different bids with different delivery options and prices to the used car seller, for example, a price of $6,000 to drop off the car at an out of state dealer the next day or a price of $5,500 to drop off the car at a local consumer buyer location in five days. For example, a consumer buyer may determine the cost of picking up the used car from the consumer seller and provide two pricing and delivery options, for example, $5,500 to pick up the used car from the consumer seller or $5,800 to have the used car delivered to the consumer buyer's home. For example, a manufacturer off-lease seller may review bid prices and delivery options on a number factors on used automobile seller interface **324**, but may be very interested in finding an in-market buyer to eliminate transportation costs. A manufacturer off-lease seller may often have somewhat different concerns than a consumer seller. For example, to meet a quarterly budget, a manufacturer off-lease seller may be

US 9,460,467 B2

17
18

primarily interested eliminating a high back log of off-lease cars even if selling cars at a significant discount is required.

Further, for example, used automobile buyers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a used automobile buyer including safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant.

The used automobile seller interface **318**, **324** may organize used automobile buyer bids based on a variety of factors and may provide supplemental information. For example, certain buyer bids may be selected as the best options, all buyer bids may be summarized, various additional ratings, reviews, or popularity information, special offers, etc. may also be provided to a consumer along with any used automobile buyer bids. The recommendation engine **312** may provide recommendations to a consumer seller based on the current automobile market data. For example, of ten used automobile buyer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular used car seller request may not return any buyer bids, for example, if the used car for sale is in low demand or a unique item with a limited market. Also, for example, if only one or two bids are received, the recommendation engine **312** may recommend that a consumer seller wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system **310**. Further, in an example embodiment, buyer bids may be organized according to distance to a pickup location, highest price, closest match to the consumer seller entered criteria, a normalized quality index or value index, etc. The consumer seller or manufacturer off-lease seller may be able to toggle between different viewing options for buyer bids.

Further, in an example embodiment, a consumer seller may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a used car (e.g., a Maxima), which the consumer seller intends to trade in. A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a competing trade in value, and may have further information relating to other new or used cars which may be intended to cause the consumer seller to go to the competing dealer, for example, including various price comparisons, gas mileage ratings, safety ratings, residual value, driving directions to the competing dealer, etc. Accordingly, a consumer seller may weigh the pros and cons of various used automobile buyer bids from consumers and/or dealers, based on delivery options, pricing, and any other relevant variants. Any bids communicated from used automobile buyer interfaces **320**, **322** may be stored, for example, in database system **310**, to further update the automobile market information processing system **302** with current automobile market data.

The consumer seller selects a buyer bid including a price and a delivery option (block **412**). For example, the used car seller chooses to sell the used car based on the price and the pickup location of a consumer buyer bid. The seller may select an offer with a specified price and delivery option on the used automobile seller interface **318**, **324**. The used car seller may have been weighing two or more different delivery options, price differences, etc., based on the response(s) received through the used automobile seller interface **318**, **324**. As noted above, the used automobile seller interface **318** may organize received bids and other helpful information in a variety of ways, which may make the information easier for a consumer seller to digest. It should be appreciated that a consumer seller will typically want to deliver a used car at a convenient location, often at or near the seller's home. Accordingly, used automobile buyers may attempt to provide delivery options tailored towards maximizing profit and convenience, while still providing a superior bid to other used automobile buyers. By providing multiple bids with different delivery options, the consumer seller may be allowed to make extra money or save time based on the seller's particular situation. It should be appreciated that the consumer seller selection of a bid may, for example, occur simultaneously with the consumer seller and used automobile buyer executing the sale or providing a deposit or down payment, or the like (see, e.g., block **414**). Accordingly, in an example embodiment, once a consumer seller or manufacturer off-lease seller selects a bid, the used automobile buyer has effectively purchased the car, and both parties do not need to worry about the other party backing out of the deal.

It should be appreciated that a consumer seller may not want to drive to a distant pickup location without first receiving some form of deposit, or likewise, a used automobile buyer may not want to go to a distant pickup location to without assurance that the used automobile will actually be available for pickup and in good working order. Likewise, a manufacturer off-lease seller may be concerned with obtaining maximum value for an off-lease automobile within the required time constraints, but transportation costs may be strictly budgeted. The automobile market information processing system **302** may accommodate for deposits to provide any reasonable or necessary assurances to both buyers and sellers. For example, the automobile market information processing system **302** may provide and/or require the use of a terms of service agreement, which the consumer seller or manufacturer off-lease seller and the used automobile buyer may sign and agree to the terms provided therein. For example, a credit card could be charged a default payment in the event that either party breaches the terms of service agreement. In an example embodiment, a schedule of various breaches may require different default payments, for example, if a buyer determines a headlight does not work, a standard $30 fee may be assessed from the consumer seller. Also, a variable default agreement may be based on a distance between a seller and a buyer, so that a party which travels a great distance may be compensated if the other party breaches the agreement. Also, for example, a time period for inspection may be specified in a request and/or a bid. A bid may be based on one or more seller representations. Moreover, a terms of service agreement may provide assurances for any issues which may arise in the sale of a used car, and may provide one or more options based on a breach, including payment of fees or nullification of a bid acceptance and/or sale execution. Any consumer seller selections, counter offers, or additional requests or responses may be stored in database system **310**, as the communications are processed by automobile market information processing system **302**, providing further data updates. Accordingly, in an example embodiment, a consumer seller may select a bid in order to sell the used car, and

US 9,460,467 B2

19

20

that sale information may then be provided to another consumer searching for information regarding the same type of car with similar features, for example, the next day.

The consumer seller and the used automobile buyer execute the sale of the used automobile (block **414**). For example, the used automobile buyer electronically signs a contract and performs an electronic funds transfer or credit card payment. After a buyer bid is selected, an electronic contract may be prepared by the automobile market information processing system **302** and provided for the used automobile buyer who may e-sign the contract or other documentation as needed. Similarly, the consumer seller may e-sign the contract or other documentation as needed, either prior to selecting a bid, at the time of selecting a bid, or at a later time. A contract may be e-signed through the used automobile seller interface **318**, **324**, and the used automobile buyer interface **320**, **322**, respectively. In another example embodiment, paper copies of a contract may be signed, for example, after the used automobile buyer prints them or receives them through the mail. In an example embodiment, the used automobile buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. Also, it should be appreciated that, for example, the consumer seller selection of a bid discussed above (see, e.g., block **412**) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final sale price, may be provided to and stored in database system **310**. Accordingly, the automobile market information processing system **302** may be updated with current automobile market data from every step in the used car sales process between a consumer seller or manufacturer off-lease seller and a used automobile buyer. In an example embodiment, the updates provided to the automobile market information processing system **302** are provided in real-time, for example, data may be transmitted and processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system **302** according to a batch processing schedule.

Next, the consumer seller makes the purchased used automobile available according to the consumer seller bid selection (block **416**). For example, the seller drives the used car to the pickup location if the pickup location is not the used car seller's location. It should be appreciated that the consumer seller or a manufacturer off-lease seller and the used automobile buyer may use a wide variety of locations as a pickup location, and may work out a delivery option which is convenient for both parties. A consumer seller may interact with the automobile market information processing system **302** using used automobile seller interface **318**, for example, to provide notification that a car is at the pickup location and ready for delivery. A manufacturer off-lease seller may interact with the automobile market information processing system **302** using used automobile seller interface **324**, for example, to provide notification that a car has been dropped off by a consumer lessee and is at the pickup location and ready for delivery to the buyer. Similarly, a notification may be sent via used automobile buyer interface **322**, **322** to the used car buyer that the used car is available for pickup at the specified location.

Finally, the used automobile buyer receives the purchased used automobile according to the consumer seller selected delivery option (block **418**). For example, the used car buyer receives the used car at the pickup location the same day the sale is executed. The used car buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the consumer seller or manufacturer off-lease seller. For example, the used car buyer may arrive at the pickup location, show identification and provide a proof of purchase, and be provided the keys to the car by the seller. The parties may sign paperwork indicating or confirming the car has been picked up. Proof of purchase documentation may include any or all documents that are legally required for an automobile sale for a given jurisdiction, for example, the title, odometer statement, or any other document required by the Department of Motor Vehicles. For example, the consumer seller or manufacturer off-lease seller may be required to provide any legally required documents to fully execute and record the sale of the used car.

Further, in an example embodiment, a consumer seller or manufacturer off-lease seller may offer various insurance policies or service contracts to a used car buyer, for example, etch insurance, key insurance, gap insurance, or a ninety day warranty may be provided. For example, a consumer seller or manufacturer off-lease seller may purchase insurance through the automobile market information processing system **302** in placing a request for bids, which may increase interest from buyers. Also, for example, an insurance policy or service contract may be provided for a used car being sold at no charge to the consumer seller or manufacturer off-lease seller, for example, as a convenience to all users **114** using the disclosed system. For example, key insurance may be provided at no cost to both the consumer seller and the used car buyer. It should be appreciated that, for example, using options provided through the automobile market information processing system **302**, a consumer seller or manufacturer off-lease seller may sell or provide any add-on products or services that a dealer would typically offer or provide in the sale of a used automobile. Also, if the used automobile buyer is a dealer, additional products or services may be offered to the consumer seller at the time of pickup. For example, the dealer may offer new or used cars, including related financing options, warranties, service plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that consumers, manufacturers, and dealers, may receive significant benefits from the method of facilitating a used automobile transaction disclosed herein. Consumers that are selling and buying used automobiles may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases or sales, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system **302**, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Manufacturers selling off-lease automobiles may benefit from reduced transportation costs, saving auction fees, and an improved bargaining position with a dealer in possession of an off-lease automobile. For example, the ability to identify in-market buyers may be particularly advantageous to manufacturer off-lease sellers, which may be able to identify matching searches of in-market buyers. Also, dealers and/or various third parties may benefit from the opportunity to sell insurance, credit, service contracts, hard add accessories, and other add-ons with used automobiles. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

US 9,460,467 B2

21

FIG. **5** illustrates a block diagram of an example data architecture **500**. In the example data architecture **500**, interface data **502**, administrative data **504**, and automobile market data **506** interact with each other, for example, based on user commands or requests. The interface data **502**, administrative data **504**, and automobile market data **506** may be stored on any suitable storage medium (e.g., server **226**). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data **502**, administrative data **504**, and automobile market data **506**. Various other or different types of data may be included in the example data architecture **500**.

Interface data **502** may include input and output data of various kinds. For example, input data may include mouse click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data **502** may include formatting, user interface options, links or access to other websites or applications, and the like. Interface data **502** may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data **504** may include data and applications regarding user accounts. For example, administrative data **504** may include information used for updating accounts, such as creating or modifying consumer accounts and/or dealer accounts. Further, administrative data **504** may include access data and/or security data. Administrative data **504** may include a terms of service agreement. Administrative data **504** may interact with interface data in various manners, providing a user interface **304**, **306**, **308** with administrative features, such as implementing a user login and the like.

Automobile market data **506** may include, for example, executed sales data **508**, consumer data **510**, dealer data **512**, manufacturer data **514**, statistical data **516**, and/or historical data **518**. Executed sales data **508** may include actual negotiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data **510** may include consumer search activity, consumer requests and offers, consumer feedback, etc. Dealer data **512** may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers received, foot traffic activity, and dealer inventory data, including current on location data, automobile turnover rates, etc. Manufacturer data **514** may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, lease information, etc. Statistical data **516** may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data **518** may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under one or more categories of automobile market data **506**, and/or change with the passage of time. For example, industry

22

analyst data may include historical data **518** and statistical data **516** relating to safety or quality reports, efficiency data, recall data, and the like for used automobiles, which may be organized or re-organized under various categories of automobile market data **506** as time passes or as supplemental data is provided to the automobile market information processing system **302**. It should be appreciated that a system administrator may load data into the automobile market information processing system **302** as it becomes available. For example, annual, quarterly, and/or monthly reports relating to safety, insurance, etc., may be input into automobile market data **506** on a regular basis. It should also be appreciated that automobile market data **506** may be tailored for a particular manufacturer and/or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system **310**. Accordingly, for example, customized reports may be provided to a manufacturer interface **308** using that specific data for the manufacturer, for example, relating to resale values of used automobiles.

The integration of the various types of automobile market data **506** received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a used automobile seller and a used automobile buyer may benefit greatly from using an application in a mobile device **103** to provide a request for buyer bids on a used automobile by taking a picture of the VIN of the used automobile, for example, using used automobile seller interface **318**, **324**. Used automobile buyers may search for used automobiles for sale by consumer sellers, for example, using used automobile buyer interface **320**. The used automobile buyers may receive intrabrand and/or interbrand seller request information in real-time. The intrabrand and interbrand information provided on the used automobile buyer interface **320** may allow the best automobile options for a particular consumer to be provided to that consumer, and may allow consumer sellers, manufacturer off-lease sellers, and dealers to compete with each other taking into account a greater amount of automobile market information, which may result in a more efficient automobile market. Consumers that are selling used automobiles and consumers that are buying used automobiles may similarly receive benefits from the presently disclosed system. Also, as discussed above, manufacturer off-lease sellers may benefit greatly from the presently disclosed system, for example, using bids and/or matches or search hits for an off-lease automobile to improve bargaining power with a dealer in possession of the off-lease automobile and other dealers and/or consumers.

Automobile market data **506** may be maintained in various servers **108**, in databases or other files. It should be appreciated that, for example, a host device **104** may manipulate automobile market data **506** in accordance with the administrative data **504** and interface data **502** to provide requests or reports to users **114** including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data **506** represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. **6** is flow diagram illustrating an example process **600** for facilitating a used automobile transaction, according to an example embodiment of the present invention. Although the process **600** is described with reference to the flow diagram illustrated in FIG. **6**, it will be appreciated that many other methods of performing the acts associated with

US 9,460,467 B2

23                                                         24

the process **600** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

In the example process **600**, data may flow between the automobile market information processing system **302** and a used automobile seller interface **318**, **324** and a used automobile buyer interface **320**, **322**, as discussed above based on used automobile seller and buyer interaction with the automobile market information processing system **302**. As discussed above, a used automobile seller interface **318** and used automobile buyer interface **320** may be included in a consumer interface **304**, a used automobile buyer interface **322** may be included a dealer interface **306**, and a used automobile seller interface **324** may be included in a manufacturer interface **308**. It should be appreciated that the automobile market information processing system **302** may update the automobile market information stored in the database system **310** when automobile market information is received from a buyer or seller, and/or a consumer, a dealer, a manufacturer, an industry analyst, and/or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process **600** may begin with a consumer seller or a manufacturer off-lease seller of a used automobile taking a picture of the VIN using a mobile phone application and entering in information such as pricing parameters (block **602**). The used automobile seller interface **318**, **324** may use OCR to determine and provide the VIN and pricing parameters to the automobile market information processing system **302** as a consumer seller request or a manufacturer off-lease seller request (block **604**). It should be appreciated that OCR may occur in the automobile market information processing system **302** or at the used automobile seller interface **318**, **324**. The automobile market information processing system **302** receives the seller request and prepares automobile market information based on the seller request (block **606**). The automobile market information processing system **302** may send a bid request and automobile market information based on the seller request to the used auto buyer interface **320**, **322** for one or more consumers and/or dealers (block **608**). It should be appreciated that while the seller request is automobile market information, typically, additional automobile market information would be provided with the seller request. For example, typically, data relating to recent sales of similar used automobiles and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the used automobile, or an expected price range, may be provided. Also, for example, various gas mileage data, safety ratings, recall information, quality reports, estimated insurance costs, and the like may be provided. Further, add-on products or services, such as insurance, credit, warranties, service contracts, or hard add accessories, which may be determined based on a third party bidding process, may also be provided. One or more used automobile buyers, including consumers and/or dealers, receive the bid request and automobile market information, determine prices and delivery options for the used automobile using the automobile market information, and prepare and provide bids for the consumer seller or a manufacturer off-lease seller (block **610**). A buyer bid may be sent from the used automobile buyer interface **320**, **322** to the automobile market information processing system **302** for each consumer and/or dealer that wants to provide a bid (block **612**). The automobile market information processing system **302** receives and processes buyer bids and prepares the bids and automobile market data for the consumer seller or manufacturer off-lease seller (block **614**).

The automobile market information processing system **302** may send buyer bids and automobile market information to the used automobile seller interface **318**, **324** (block **616**). It should be appreciated that automobile market information may be provided to the consumer seller or manufacturer off-lease seller before buyer bids are provided, and/or concurrently with buyer bids. The seller may receive the buyer bids and automobile market information and may select a bid including a delivery option based on the automobile market information (block **618**). The used automobile seller interface **318**, **324** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer seller or manufacturer off-lease seller wants to sell the used automobile based on the selected bid (block **620**). The automobile market information processing system **302** receives and processes the seller bid selection (block **622**). For example, the automobile market information processing system **302** may send the bid selection to the used automobile buyer interface **320**, **322** (block **624**). The used automobile buyer may receive the bid selection and coordinate a sale by, for example, setting up a pick up time and location for the used automobile at the seller location or the buyer location (block **626**). Also, for example, the automobile market information processing system **302** may provide contract or loan documents, collect a deposit or down payment, or the like, from the consumer seller, the manufacturer off-lease seller, and/or the used automobile buyer. As discussed above, in each of blocks **606**, **614**, and **622**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, manufacturer, and/or dealer.

For exemplary purposes, the present disclosure discusses a various examples relating to a purchase of a used car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various used automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, commercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing used automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent applications filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," application Ser. No. 13/176,497, and entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUS-

US 9,460,467 B2

25

TOMER SELECTION OF A SPECIFIC AUTOMOBILE," application Ser. No. 13/176,525, the entire contents of each of which is incorporated by reference herein, and in an example embodiment, the features of which may be combined with the features of the present disclosure.

It should be understood that various changes and modifications to the example embodiments described herein will be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present subject matter and without diminishing its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention is claimed as follows:

1. A method comprising:
receiving, via a used automobile consumer seller interface, a first request for a response regarding a first used automobile, the first request made by a consumer used automobile seller located at a first location and including a vehicle identifier and geolocation information of the consumer used automobile seller;
executing instructions, by at least one processing device, to:
determine, based on the geolocation information, that the consumer used automobile seller is located at the first location;
generate, based on the determined first location, an in-market used automobile buyer area;
determine that at least one used automobile buyer is located within the in-market used automobile buyer area;
receive, via a used automobile buyer interface, a first bid from a first used automobile buyer located at a second location within the in-market used automobile buyer area;
generate, based on receiving the first bid, driving directions from the first location to the second location; and
provide, via the used automobile consumer seller interface, the first bid including at least a price for the first used automobile and the driving directions from the first location to the second location.

2. The method of claim 1, further comprising:
receiving, via a used automobile consumer seller interface, a consumer used automobile seller selection of the first bid, wherein the consumer used automobile seller selection indicates a consumer used automobile seller intention to sell the first used automobile based on the first bid to the first used automobile buyer.

3. The method of claim 1, wherein the first request is made by the consumer used automobile seller on a website.

4. The method of claim 1, wherein the vehicle identifier is manually entered by the consumer used automobile seller.

5. The method of claim 1, wherein the first request is made by the consumer used automobile seller using a mobile device which takes a picture of a vehicle identifier.

6. The method of claim 5, wherein the vehicle identifier is recognized using optical character recognition.

7. The method of claim 1, wherein the first request is made by the consumer used automobile seller using a mobile device including a microphone, and the vehicle identifier is input via the microphone.

8. The method of claim 7, wherein the vehicle identifier is recognized using speech recognition.

9. The method of claim 1, wherein the first used automobile buyer is one of a consumer and a dealer.

26

10. The method of claim 1, further comprising:
storing, on a computer readable medium, automobile market data that is representative of recent automobile market characteristics, wherein the automobile market data is based on real-time automobile market data.

11. The method of claim 1, wherein the first request includes a picture of at least one of the exterior of the automobile, the interior of the automobile, the dashboard of the automobile, the odometer of the automobile, service records of the automobile, and ownership records of the automobile.

12. The method of claim 1, wherein the first request includes data provided with at least one graphical user interface component.

13. The method of claim 1, wherein the first request includes at least one price parameter.

14. The method of claim 1, further comprising:
storing, on a computer readable medium, pricing data including used automobile data and new automobile data, including actual prices of executed transactions, dealer listing prices, dealer sale prices, manufacturer incentives, dealer bids, consumer bids, and consumer pricing parameters.

15. The method of claim 1, further comprising executing instructions, by the at least one processing device, to:
process the consumer used automobile seller selection of the first bid to facilitate executing a sale including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

16. The method of claim 1, wherein an add-on, including at least one of insurance, financing, a service contract, a warranty, and a hard-add accessory, is provided by a third party to the first used automobile buyer with the first request, via the used automobile buyer interface, wherein the third party is different from the consumer used automobile seller and the first used automobile buyer.

17. The method of claim 16, wherein the add-on is selected for inclusion in the first bid by the first used automobile buyer.

18. The method of claim 1, further comprising executing instructions, by the at least one processing device, to:
receive, via the used automobile buyer interface, a second bid from a second used automobile buyer located at a third location within the in-market used automobile buyer area;
generate, based on receiving the second bid, second driving directions from the first location to the third location; and
provide, via the used automobile consumer seller interface, the second bid including at least a second price for the first used automobile and the second driving directions from the first location to the third location.

19. A system comprising:
a computer readable medium storing instructions;
at least one processing device operably coupled to the computer readable medium, the at least one processing device executing the instructions to:
receive, via a used automobile consumer seller interface, a first request for a response regarding a first used automobile, the first request made by a consumer used automobile seller located at a first location and including a vehicle identifier and geolocation information of the consumer used automobile seller;
determine, based on the geolocation information, that the consumer used automobile seller is located at the first location;

27

generate, based on the determined first location, an in-market used automobile buyer area;

determine that at least one used automobile buyer is located within the in-market used automobile buyer area;

receive, via a used automobile buyer interface, a first bid from a first used automobile buyer located at a second location within the in-market used automobile buyer area;

generate, based on receiving the first bid, driving directions from the first location to the second location; and

provide, via the used automobile consumer seller interface, the first bid including at least a price for the first used automobile and the driving directions from the first location to the second location.

**20**. A non-transitory computer readable medium storing instructions which, when executed, are configured to cause an information processing apparatus to:

receive, via a used automobile consumer seller interface, a first request for a response regarding a first used automobile, the first request made by a consumer used automobile seller located at a first location and includ-

28

ing a vehicle identifier and geolocation information of the consumer used automobile seller;

determine, based on the geolocation information, that the consumer used automobile seller is located at the first location;

generate, based on the determined first location, an in-market used automobile buyer area;

determine that at least one used automobile buyer is located within the in-market used automobile buyer area;

receive, via a used automobile buyer interface, a first bid from a first used automobile buyer located at a second location within the in-market used automobile buyer area;

generate, based on receiving the first bid, driving directions from the first location to the second location; and

provide, via the used automobile consumer seller interface, the first bid including at least a price for the first used automobile and the driving directions from the first location to the second location.

*     *     *     *     *

US009626704B2

(12) **United States Patent**　(10) **Patent No.:**　**US 9,626,704 B2**
Seergy et al.　(45) **Date of Patent:**　***Apr. 18, 2017**

(54) **AUTOMOBILE TRANSACTION FACILITATION BASED ON A CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE**

(71) Applicant: **Sidekick Technology LLC**, Pine Brook, NJ (US)

(72) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **Sidekick Technology LLC**, Pine Brook, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/868,091**

(22) Filed: **Sep. 28, 2015**

(65) **Prior Publication Data**

US 2016/0155168 A1　Jun. 2, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/293,665, filed on Jun. 2, 2014, now Pat. No. 9,147,216, which is a
(Continued)

(51) **Int. Cl.**
*G06Q 30/00*　(2012.01)
*G06Q 30/06*　(2012.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... *G06Q 30/0611* (2013.01); *G01C 21/34* (2013.01); *G06Q 30/06* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ...................... G06Q 30/0206; G06Q 30/0601
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,970,472 A　10/1999　Allsop et al.
6,006,201 A　12/1999　Berent et al.
(Continued)

OTHER PUBLICATIONS

AutoTrader.com, Inc.: Private Company Information-Business Week, http://investing.businessweek. com/research/stocks/private/ snapshot,asp?privcapId=92642.
(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57) **ABSTRACT**

A system, methods, and apparatus for performing automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from dealers, manufacturers, and consumers. A consumer may provide a request for a response regarding a specific automobile using an image of a vehicle identification number or a graphical user interface. Automobile market data may be provided to a dealer based on the request. Bids to sell the specific automobile may be requested from dealers based on the request. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a first dealer.

**38 Claims, 7 Drawing Sheets**



## US 9,626,704 B2

### Related U.S. Application Data

continuation of application No. 13/176,525, filed on Jul. 5, 2011, now Pat. No. 8,744,925.

(51) **Int. Cl.**
 *G06Q 30/08* (2012.01)
 *G01C 21/34* (2006.01)

(52) **U.S. Cl.**
 CPC ..... *G06Q 30/0627* (2013.01); *G06Q 30/0639* (2013.01); *G06Q 30/08* (2013.01)

(58) **Field of Classification Search**
 USPC ...................................... 705/26.1, 26.4, 27.1
 See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,321,221 | B1 | 11/2001 | Bieganski |
| 6,463,431 | B1 | 10/2002 | Schmitt |
| 6,533,173 | B2 | 3/2003 | Benyak |
| 6,868,388 | B1 | 3/2005 | Millsap et al. |
| 6,868,389 | B1 | 3/2005 | Wilkins et al. |
| 7,395,223 | B1 | 7/2008 | Buzzell et al. |
| 7,406,436 | B1 | 7/2008 | Reisman |
| 7,479,949 | B2 | 1/2009 | Jobs et al. |
| 7,636,574 | B2 | 12/2009 | Poosala |
| 8,160,929 | B1 | 4/2012 | Park et al. |
| 8,392,193 | B2 | 3/2013 | Schultz et al. |
| 8,606,604 | B1 | 12/2013 | Huber et al. |
| 2002/0065707 | A1 | 5/2002 | Lancaster et al. |
| 2002/0082978 | A1 | 6/2002 | Ghouri et al. |
| 2002/0099628 | A1 | 7/2002 | Takaoka et al. |
| 2002/0111877 | A1 | 8/2002 | Nelson |
| 2002/0128946 | A1 | 9/2002 | Chehade et al. |
| 2003/0088435 | A1 | 5/2003 | King |
| 2003/0200151 | A1 | 10/2003 | Ellenson et al. |
| 2003/0229577 | A1 | 12/2003 | Nabel |
| 2004/0034544 | A1 | 2/2004 | Fields et al. |
| 2004/0059626 | A1 | 3/2004 | Smallwood |
| 2005/0004819 | A1 | 1/2005 | Etzioni et al. |
| 2005/0050097 | A1 | 3/2005 | Yeh et al. |
| 2005/0108112 | A1 | 5/2005 | Ellenson et al. |
| 2005/0240512 | A1 | 10/2005 | Quintero et al. |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. |
| 2007/0150362 | A1 | 6/2007 | Sharma et al. |
| 2007/0250403 | A1 | 10/2007 | Altschuler |
| 2007/0255663 | A1 | 11/2007 | Jordan et al. |
| 2007/0260526 | A1 | 11/2007 | Bartel |
| 2008/0046331 | A1 | 2/2008 | Rand |

| | | | |
|---|---|---|---|
| 2008/0177653 | A1 | 7/2008 | Famolari et al. |
| 2008/0183552 | A1 | 7/2008 | O'Hagan |
| 2008/0187125 | A1 | 8/2008 | Siegrist |
| 2008/0201184 | A1 | 8/2008 | Rose et al. |
| 2008/0201188 | A1 | 8/2008 | Heyman et al. |
| 2008/0201203 | A1 | 8/2008 | Rose et al. |
| 2008/0208731 | A1 | 8/2008 | Ruckart |
| 2008/0228657 | A1 | 9/2008 | Nabors et al. |
| 2009/0076896 | A1 | 3/2009 | DeWitt et al. |
| 2009/0132348 | A1 | 5/2009 | Bria et al. |
| 2009/0149199 | A1 | 6/2009 | Maghoul |
| 2009/0171761 | A1 | 7/2009 | Noy et al. |
| 2009/0187478 | A1 | 7/2009 | Shipley |
| 2009/0187513 | A1 | 7/2009 | Noy et al. |
| 2009/0198557 | A1 | 8/2009 | Wang et al. |
| 2009/0204600 | A1 | 8/2009 | Kalik et al. |
| 2010/0048242 | A1 | 2/2010 | Rhoads et al. |
| 2010/0106580 | A1 | 4/2010 | Etheredge et al. |
| 2010/0217525 | A1 | 8/2010 | King et al. |
| 2010/0274627 | A1 | 10/2010 | Carlson |
| 2010/0332292 | A1 | 12/2010 | Anderson |
| 2011/0040642 | A1 | 2/2011 | O'Dell |
| 2011/0082759 | A1 | 4/2011 | Swinson et al. |
| 2011/0087430 | A1 | 4/2011 | Boss et al. |
| 2011/0087556 | A1 | 4/2011 | Pitkow |
| 2011/0099036 | A1 | 4/2011 | Sarkissian et al. |
| 2011/0208418 | A1 | 8/2011 | Looney et al. |
| 2011/0238474 | A1 | 9/2011 | Carr et al. |
| 2011/0238514 | A1 | 9/2011 | Ramalingam et al. |
| 2011/0276394 | A1 | 11/2011 | Chan |

### OTHER PUBLICATIONS

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, http://www.prnewswire.com/news-releases/autotradercom, Jul. 7, 2011.
AppStore-AutoTrader.com, http://itunes.apple.com/us/app/autotrader-com/id444552888?mt=8, Oct. 31, 2011.
International Search Report issued Sep. 21, 2012 for Intl. Appln. No. PCT/US2012/045546.
Charlton, Auto Trader: iPhone app review. Mar. 15, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.econsultancy.com/us/blog/5593-auto-trader-iphone-app-review> entire document.
Autodraderuk. Introducing the Auto Trader iPhone App. Mar. 12, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.youtube.com/watch?v+6g__1g8IRG4&feature= player__embedded> entire document.
International Search Report mailed Oct. 5, 2012 for Intl. Appln. No. PCT/US2012/045545.
Anonymous, "instaVIN to offer free auto accident history reports for mobile phones," Wireless News, Jun. 2, 2010.

Case: 23-1362    Document: 30    Page: 192    Filed: 12/05/2023



Fig. 1

Case: 23-1362    Document: 30    Page: 193    Filed: 12/05/2023



Fig. 2



Fig. 3



Start

— 400

— 402
Automobile market data including at least pricing data and inventory data is stored in a database system (e.g., data from dealers, consumers, and manufacturers, regarding pricing, lot inventory, turnover rates, transport costs, and quality, safety, and other ratings is collected and stored in a database)

— 404
A request for a response regarding an automobile is received from a consumer (e.g., a car buyer fills in a request form on a website or takes a picture of a VIN at a dealer to receive a response based on current market data)

— 406
Automobile market data is provided to dealers based on the consumer request (e.g., a group of dealers receives a real-time report including local car sales data, inventory data, ratings data, and transport cost data of the subject car)

— 408
A bid to sell the automobile to the consumer is requested from dealers (e.g., a group of dealers within a certain radius of the buyer receive a bid request)

— 410
Dealer bids are provided to the consumer (e.g., several dealers provide bids based on current pricing data, dealer pickup locations, and potential add-ons, so several different prices and delivery options may be available to the car buyer)

— 412
The consumer selects a bid including a delivery option which specifies a pickup location (e.g., the car buyer chooses to pickup at a nearby dealer in five days)

— 414
The dealer provides the automobile at the dealer according to the consumer bid selection (e.g., the dealer notifies a commonly owned dealer that the car must be transported to the dealer pickup location for delivery in less than five days)

— 416
The consumer and dealer execute the sale of the automobile (e.g., the car buyer e-signs a loan application and contract, and electronically transfers funds)

Fig. 4A              Fig. 4B



Fig. 4A    — 400

— 418

The dealer makes the purchased automobile available according to the consumer bid selection (e.g., the dealer transports the car from the commonly owned dealer location to the dealer pickup location selected by the car buyer if the car is not already located at the dealer pickup location)

— 420

The consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (e.g., the car buyer picks up the car at the nearby dealer five days after the car sale is executed)

Fig. 4B



Fig. 5



Fig. 6

US 9,626,704 B2

1

# AUTOMOBILE TRANSACTION FACILITATION BASED ON A CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE

## PRIORITY CLAIM AND CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/293,665, filed Jun. 2, 2014, which is a continuation of U.S. patent application Ser. No. 13/176,525, filed on Jul. 5, 2011, which is related to the commonly-owned patent application, also filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," U.S. application Ser. No. 13/176,497, the entire content of each of which is incorporated by reference herein.

## BACKGROUND

In the automobile industry, consumers typically purchase automobiles from dealers or dealerships. Dealers often purchase new automobiles from several manufacturers, to sell to consumers. Consumers typically negotiate a lower price than the manufacturer suggested retail price typically referred to as the "sticker price" and/or the price the dealer initially offers. In many cases, the negotiation process for an automobile may include a large degree of uncertainty for the consumer. Generally, the negotiation process is a zero sum process, and because the consumer and the dealer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, both dealers and consumers often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer may have concerns that a dealer may not offer a fair and competitive price. Various products and services have become available that allow consumers to perform research on market prices for automobiles. Similarly, dealers negotiating an automobile sale generally do not know the maximum price a consumer will be willing to pay for a particular automobile, or how long it will take to sell an automobile in inventory for a given price. Accordingly, dealers also use products and services for determining and/or tracking market prices. Further, automobile manufacturers may also have an interest in the market prices for automobiles, because the market activity captured as automobile market information may allow the manufacturer to, for example, more profitably determine which automobiles to manufacture, what prices the manufacture should offer to dealers, and whether manufacturer incentives should be offered on existing dealer automobile inventory.

## SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market information and performing automobile transactions. In an example embodiment, automobile market data representative of recent automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from dealers, manufacturers, and consumers. A consumer may provide a request for a response regarding a specific automobile using an image of a vehicle identification number or a graphical user interface. Automobile market data may be provided to a dealer based on the request. Bids to sell the specific automobile may be requested from dealers based on the request. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a particular dealer.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. **2** is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIG. **3** is a block diagram showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIGS. **4**A and **4**B include a flowchart illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

FIG. **5** is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. **6** is flow diagram illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

## DETAILED DESCRIPTION OF EXAMPLE EMBODIMNTS

The present disclosure relates in general to a system for facilitating automobile transactions and, in particular, to automobile transaction based on a consumer selection of a specific automobile. Briefly, in an example embodiment, a system is provided which allows a consumer to request information regarding a specific car including dealer bids. For example, a consumer may use a mobile device to take a picture of a vehicle identification number. The specific vehicle may be identified using optical character recognition to request real-time information on that automobile. Dealers may provide bids based on the consumer request using real-time automobile market information, including intra-brand bids and interbrand bids. A consumer may select a dealer bid to purchase or lease an automobile based on the prices and delivery options available. Also, the presently disclosed system may advantageously allow for inventory-less bidding by dealers. For example, a dealer that does not have an automobile in its inventory (e.g., on the dealer lot) can make a bid to sell that automobile, and then have that automobile produced by a manufacturer or transported to the dealer lot. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system **100** is illustrated in FIG. **1**. The illustrated system **100** includes one or more client devices **102**, and one or more host devices **104**. The system **100** may include a variety of client devices **102**, such as desktop computers and the like, which typically include

US 9,626,704 B2

3

a display **112**, which is a user display for providing information to users **114**, and various interface elements as will be discussed in further detail below. A client device **102** may be a mobile device **103**, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices **102** may communicate with the host device **104** via a connection to one or more communications channels **106** such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers **108** may be part of the network communications system **100**, and may communicate with host servers **104** and client devices **102**.

One host device **104** may interact with a large number of users **114** at a plurality of different client devices **102**. Accordingly, each host device **104** is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device **104**, each client device **102** typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user **114** as described herein may include any person or entity which uses the presently disclosed system and may include a wide variety of parties. For example, as will be discussed in further detail below, users **114** of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices **104** and servers **108** store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices **102**, and/or other host devices **104** or servers **108**. A host device **104** or server **108** may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various administrative tasks. A host device **104** or server may interact via one or more networks with one or more other host devices **104** or servers **108**, which may be operated independently. For example, host devices **104** and servers **108** operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device **102**, and a host device **104**) is illustrated in FIG. **2**. In this example, the computing device **102**, **104** includes a main unit **202** which preferably includes one or more processors **204** electrically coupled by an address/data bus **206** to one or more memory devices **208**, other computer circuitry **210**, and one or more interface circuits **212**. The processor **204** may be any suitable processor, such as a microprocessor from the INTEL PENTIUM® family of microprocessors. The memory **208** preferably includes volatile memory and non-volatile memory. Preferably, the memory **208** stores a software program that interacts with the other devices in the system **100** as described below. This program may be executed by the processor **204** in any suitable manner. In an example embodiment, memory **208** may be part of a "cloud" such that cloud computing may be utilized by a computing devices **102**, **104**. The memory **208** may also store digital data indicative of documents, files, programs, web pages, etc. retrieved from a computing device **102**, **104** and/or loaded via an input device **214**.

The interface circuit **212** may be implemented using any suitable interface standard, such as an Ethernet interface

4

and/or a Universal Serial Bus (USB) interface. One or more input devices **214** may be connected to the interface circuit **212** for entering data and commands into the main unit **202**. For example, the input device **214** may be a keyboard, mouse, touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, and/or a voice recognition system.

One or more displays **112**, printers, speakers, and/or other output devices **216** may also be connected to the main unit **202** via the interface circuit **212**. The display **112** may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display **112** generates visual displays generated during operation of the computing device **102**, **104**. For example, the display **112** may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device **102**, **104**. A user interface may include prompts for human input from a user **114** including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices **218** may also be connected to the main unit **202** via the interface circuit **212**. For example, a hard drive, CD drive, DVD drive, and/or other storage devices may be connected to the main unit **202**. The storage devices **218** may store any type of data, such as pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device **102**, **104**.

The computing device **102**, **104** may also exchange data with other network devices **220** via a connection to the network **106**. Network devices **220** may include one or more servers **226**, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository **222**. A server **226** may include any kind of data **224** including databases, programs, files, libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server **226** may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers **226** may be used to support and maintain the system **100**. For example, servers **226** may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device **102** which is also stored on the server **226**, either temporarily or permanently, for example in memory **208** or storage device **218**. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device **102**, **104** can be controlled by appropriate security software or security measures. An individual users' **114** access can be defined by the computing device **102**, **104** and limited to certain data and/or actions. Accordingly, users **114** of the system **100** may be required to register with one or more computing devices **102**, **104**. For example, registered users **114** may be able to request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

US 9,626,704 B2

5

As noted previously, various options for managing data located within the computing device 102, 104 and/or in a server 226 may be implemented. A management system may manage security of data and accomplish various tasks such as facilitating a data backup process. A management system may be implemented in a client 102, a host device 104, and a server 226. The management system may update, store, and back up data locally and/or remotely. A management system may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks 106.

FIG. 3 is a block diagram showing an example automobile transaction network structure 300 which includes an automobile market information processing system 302, a consumer interface 304, a dealer interface 306, and a manufacturer interface 308. The example automobile market information processing system 302 may be implemented on one or more host devices 104 accessing one or more servers 108, 226. In an example embodiment, the automobile market information processing system 302 includes a database system 310, a recommendation engine 312, a vehicle identification number processor 314, and an interface generation unit 316. A user 114 may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface 304, dealer interface 306, or manufacturer interface 308, respectively. A database system 310 may include a wide variety of automobile market data. A recommendation engine 312 may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor 314 may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor 314 may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit 316 may provide, for example, HTML files which are used at the consumer interface 304, dealer interface 306, and manufacturer interface 308 interface to provide information to the users 114. It should be appreciated that he consumer interface 304, dealer interface 306, and manufacturer interface 308 may be considered to be part of the automobile market information processing system 302, however, for discussion purposes, the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be referred to as separate from the automobile market information processing system 302.

For example, a user 114 may interact with a consumer interface 304 to research automobiles the user 114 is interested in buying. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface 304 by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface 304 may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface 304 from the consumer, the consumer interface 304 may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface 304 may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to a dealer near the consumer's present location. The automobile market information processing system 302 may process data received by the consumer interface 304, as well as the

6

dealer interface 306 and/or the manufacturer interface 308, to respond to a request from a consumer. For example, data from database system 310 may be queried for use in a report, or a recommendation may be provided by recommendation engine 312 according to the consumer request and current market data. The automobile market information processing system 302 may integrate data received from consumer interface 304, dealer interface 306, and manufacturer interface 308 to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface 304 may be specific to one particular manufacturer or may provide information for multiple different manufacturers. For example, a consumer interface 304 may be a website with information on many manufacturers, and further, the consumer interface 304 may access or link to the manufacturer specific websites (e.g., Ford). Also, for example, a consumer interface 304 may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automobile models with any available options or features. For example, a manufacturer website may allow a consumer to select options that are desired to "build" a particular automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code). Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pricing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface 304 and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface 304.

Accordingly, the consumer interface 304 may provide a wide range of information, for example, based on any searches or queries performed by a user 114. In an example embodiment, based on a user search or request for a response, the consumer interface 304 will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine 312 may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system 302. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar purchase options to a specific search may also be provided, based on feature matching, price range, consumer popularity, etc. Information including price ranges, including

US 9,626,704 B2

7

MSRP, invoice prices, inventory levels, the user's **114** credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. For example, a financing calculator may help a user **114** determine what financing rate is appropriate. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current market data including prices, interest rates, incentives, estimated mileage per year, etc. for providing an analysis for a particular consumer regarding purchasing or leasing. Also, the consumer interface **304** may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface **304** may provide a wide variety of useful information to a consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like.

In an example embodiment, a dealer interface **306** may provide a user **114**, such as a dealer employee, information relating to the current automobile market. The dealer interface **306** allows a dealer to interact with automobile market information processing system **302** to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface **306** includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface **306** relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface **306** which will be used by automobile market information processing system **302** to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface **306** as described herein.

In an example embodiment, a manufacturer interface **308** may provide a user **114**, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, an manufacturer interface **308** may provide a manufacturer a request received from a consumer interface **304**. Additionally, the manufacturer interface **308** may provide information such as a report

8

that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system **310** relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information to provide a response to a consumer request. The manufacturer may provide the manufacturer interface **308** with information to provide a confirmation, a verification, or an offer to a consumer via consumer interface **304**. For example, a confirmation number associated with the particular consumer request may be provided for the consumer. Also, a recommendation may be provided from the recommendation engine **312** to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. The manufacturer interface **308** may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing plans, marketing activities, etc., which may provide a significant advantage for manufacturers.

Accordingly, information may be provided to the automobile market information processing system **302** from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system **302**. This allows the automobile market information processing system **302** to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system **302** may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system **302**, may instead be performed locally at consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or vice versa. Further, in certain cases, tasks may be performed using consumer interface **304**, dealer interface **306**, and manufacturer interface **308** or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system **302**. In an example embodiment, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be located on a website, and may further be implemented as a secure website. Also, consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may require a local application, for example, which a manufacturer may pay for to have access to, for example, information from the automobile market information processing system **302** such as requests from consumers.

FIGS. **4A** and **4B** include a flowchart of an example process **400** for facilitating an automobile transaction. Although the process **400** is described with reference to the

9

flowchart illustrated in FIGS. 4A and 4B, it will be appreciated that many other methods of performing the acts associated with the process **400** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process **400** for facilitating an automobile transaction may allow users **114**, including dealers and consumers, as well as manufacturers, to efficiently sell and purchase automobiles, respectively. The example process **400** may begin with automobile market data including at least pricing data and inventory data stored in a database system (block **402**). For example, automobile market data from dealers, consumers, and manufacturers regarding pricing, lot inventory, turnover rates, transport costs, and quality, safety, and/or other ratings is collected and stored in a database. In an example embodiment, a wide variety of data is stored in a database system **310**. For example, transport costs may include manufacturer to dealer shipping costs and/or dealer to dealer costs for shipping or transporting an automobile (e.g., a dealer with multiple locations may drive automobiles between locations if necessary). Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface **304**, such as data in consumer searches or requests, information from a dealer interface **306**, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, transport or shipping costs, and information from a manufacturer interface **308**, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in transit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or may include additional information received from other sources. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system **310** may be organized according to different manufacturers or dealers, automobile make and model, different information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers **108**, **226** which may be remotely located from each other and/or a host device **104** of the automobile market information processing system **302**. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system **302**.

The example process **400** continues with a consumer providing a request for a response of whether an automobile can be provided (block **404**). For example, a car buyer fills in a request form on a website or takes a picture of a VIN at a dealer to receive a response based on current market data. In an example embodiment, the buyer's request may be transmitted from consumer interface **304** via the internet to the automobile market information processing system **302**.

10

In another example embodiment, a car buyer takes a picture of a vehicle identification number (VIN) on a car that the buyer would like to receive information for. For example, using an application stored on a mobile device **103**, the buyer may be located at a dealer location and take a picture of the VIN on a car. The buyer may want information on that specific car or on other comparable cars with the same or similar features and/or options. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system **302** to determine the make and model of the car, along with various other characteristics of the car. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number. Accordingly, the buyer may perform research, for example, while at home or while shopping at a dealer location. Further, for example, the buyer may take a picture of a VIN anywhere, including at automobile trade shows, mall displays, or anywhere new cars or cars for sale are displayed. The buyer may even take a picture of a car parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface **304** may be stored, for example, in database system **310**, thereby updating the automobile market information processing system **302** with current automobile market data.

The example process **400** may continue with providing automobile market data to dealers based on the consumer request (block **406**). For example, a group of dealers receives a real-time report including local car sales data, inventory data, ratings data, and transport cost data of the consumer's requested car. In an example embodiment, a report may include quality information, safety information, insurance information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. The report may be provided through dealer interface **306** and include the consumer requirements and preferences. The request and/or report may be provided in real-time and may provide real-time data. Data reported based on a real-time updates in the automobile market information processing system **302** may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine **312** may provide recommendations to a dealer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that the dealer may offer or bid. In an example embodiment, a probability to sell within a time frame may be provided, for example, for a 24 hour period, probabilities and prices may be estimated as, e.g., 80% chance to sell at $22,000; 60% chance to sell at $23,000; 50% chance to sell at $24,000; 20% chance to sell at $25,000. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, the recommendation engine may provide daily suggestions (e.g., a deal of the day). Dealers may use such information to attract consumers to visit the dealer in person or online as well as prepare responses or bids to consumer requests. In an example embodiment the dealer interface **306** may provide information that is limited to cars which meet the consumer request requirements. Dealers may customize the dealer interface **306** to provide information in a pre-specified manner to suit the dealers particular needs.

A bid to sell the automobile to the consumer is requested from dealers (block **408**). For example, a group of dealers

US 9,626,704 B2

11

within a certain radius of the buyer location may receive a bid request. Each dealer's bid may include a price, for example, a price with no additional add-on products or services, such as service contracts, warranties, aftermarket accessories, etc. For example, add-on products may provide substantial value to a dealer, above and beyond the profit margin for the sale of the requested car. A dealer may profit from selling financing options, for example, if a consumer needs financing, the financier may pay the dealer for sourcing the loan. A dealer may sell service plans or maintenance packages (e.g., an extended service contract), selling warranties (e.g., a lifetime warranty), or selling insurance plans (e.g., life, accident, and health insurance, liability insurance, comprehensive insurance, etc.). Also, a dealer may also sell various hard add accessories, for example, bicycle racks, hitches, commercial accessories (e.g., lights and sirens), or any aftermarket products or modifications (e.g., sunroof).

One or more dealer bids are provided to the consumer (block **410**). For example, several dealers provide bids based on current pricing data, dealer pickup locations, and potential add-ons, so several different prices and delivery options may be available to the car buyer. Typically, the bid will include at least a specified price and pickup time and location. In an example embodiment, a buyer that has taken a picture of a VIN with a mobile device may receive dealer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the buyer may be actively shopping for a car on a dealer lot. Typically, a pickup location will be a dealer lot or distribution location. It should be appreciated that some dealers may have multiple locations which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular car requested by a consumer should be priced at, for example, $26,000. However, various factors may affect the bid or offer that a dealer will make for the particular car. For example, the potential for forming a customer relationship, the value of potential add-on products and services, or competition with other dealers may cause a dealer to bid lower than normal. In such a case, the dealer may bid $25,000 in an effort to create a customer relationship, sell add-on products, and/or undercut the competition pricing. Other factors, such as the buyer's credit score (e.g., FICO score), may be used by a dealer in determining a bid, as this may affect the profitability of a sale.

Further, for example, the particular automobile requested may not be available for immediate pickup near the buyer, and various alternative delivery options may be provided from several dealers' bids. For example, a car that is located at an out of state dealer may be transported to a dealer near the buyer. Therefore, for example, the consumer interface **304** may provide several different bids with different delivery options and prices to the buyer, for example, a price of $26,000 to pick up the car at an out of state dealer the next day or a price of $26,500 to pick up the car at a local dealer in five days. For example, a dealer may determine a cost to transport a car from one dealer location to another based on the automobile market data such as current market pricing, current inventory levels, current shipping costs, and the like. Accordingly, a dealer response may be adjusted by current automobile market conditions. An offer to provide or ship a particular car to a dealer location near a consumer may be authorized through the dealer interface **306**. Inventoryless bidding may be highly beneficial when dealers that do not have a requested automobile in inventory can still profitably provide a bid. Further, for example, cars that are not exactly what the buyer requested may also be offered to the buyer. For example, the buyer may request a four wheel drive car,

12

but if a two wheel drive car that meets all the other buyer criteria is immediately available at a nearby dealer, the dealer may provide an offer to the buyer for this car, possibly at a significantly lower price, such as $23,000 instead of $26,000 for a four wheel drive car as requested. Further, for example, dealers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a dealer including safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers.

The consumer interface **304** may organize dealer bids based on a variety of factors and may provide supplemental information. For example, certain dealer bids may be selected as the best options, all dealer bids may be summarized, various additional ratings, reviews, or popularity information, financing information, etc. may also be provided to a consumer along with any dealer bids. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data. For example, of ten dealer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular consumer search may not return any dealer bids, for example, if consumer search requirements are unrealistic for the consumer's required price range. Also, for example, if only one or two bids are received, the recommendation engine **312** may recommend that a consumer wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system **310**. Further, in an example embodiment, dealer bids may be organized according to distance to a dealer pickup location, lowest price, closest match to the consumer entered criteria, a normalized quality index or value index, etc. The consumer may be able to toggle between different viewing options for dealer bids or search results.

Further, in an example embodiment, a buyer may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a car (e.g., a Maxima). A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a comparable car (e.g., an Avalon) relating to, for example, gas mileage, safety ratings, price comparisons, residual value, driving directions to the competing dealer, etc. In an example embodiment, a dealer may use the geolocation of the buyer, such as in instances when the buyer is physically located close to the dealer. Accordingly, competing dealer bids may be interbrand or intrabrand in nature, and may be tailored to the buyer's particular situation, which a consumer may find highly advantageous. For example, the buyer may have a bid for a car the buyer wants to test drive as well as a bid for a comparable car across the street before a salesman from the dealer even introduces himself. Accordingly, a consumer may weigh the pros and cons of various dealer bids, based on delivery options, pricing, and any other relevant variants. Any bids communicated from a dealer interface **306** may be stored, for example, in database system

US 9,626,704 B2

13

**310**, to further update the automobile market information processing system **302** with current automobile market data.

The consumer selects a bid including a delivery option which specifies a pickup location (block **412**). For example, the car buyer chooses a delivery option of picking up the car at a nearby dealer in five days. As noted above, a dealer may be a franchise dealer entity or a non-franchise distribution location. The buyer may select an offer with a specified delivery option on the consumer interface **304**. The car buyer may have been weighing two or more different delivery options and/or different features, price differences, etc., based on the response(s) received through the consumer interface **304**. As noted above, the consumer interface may organize bids and other helpful information in a variety of ways, which may make the information easier for a consumer to digest. It should be appreciated that a buyer will typically want to pick up a new car at a convenient location, often near the buyer's home. Accordingly, dealers may attempt to provide delivery options tailored towards maximizing profit for the dealer while also maximizing convenience to the buyer, while also providing a superior bid to other dealers. By providing multiple bids with different delivery options, the buyer may be allowed to save time or money based on the buyer's particular needs. In an example embodiment, the buyer may provide a counter offer or different request via the consumer interface **304** to a dealer via the dealer interface **306**. Accordingly, the dealer may respond in kind, and may update delivery options or other terms. It should be appreciated that the consumer selection of a bid may, for example, occur simultaneously with the consumer executing the sale or providing a deposit or down payment, or the like (see, e.g., block **416**). Accordingly, in an example embodiment, once the buyer selects a bid, the buyer has effectively purchased the car, and the dealer does need to worry about the buyer backing out of the deal. Any consumer selections, counter offers, or additional requests or responses may be stored in database system **310**, as the communications are processed by automobile market information processing system **302**, providing further data updates. Accordingly, in an example embodiment, a consumer may select a bid to purchase a car, and that purchase information may then be provided to another consumer searching for the same type of car with similar features, for example, the next day.

Once a bid with a specific delivery option has been selected, the dealer provides the automobile at the selected dealer according to the consumer bid selection (block **414**). For example, the dealer notifies a commonly owned dealer that the car must be transported to the dealer pickup location for delivery in less than five days. In a typical example, the dealer may already have the car in question on the dealer lot, so the car would not need to be transported. In an example embodiment, the dealer may send a notification or instruction message through the dealer interface **306**, which would be received by a commonly owned dealer in another city or state. It should be appreciated that the specific manner of notification or instruction may be changed based on the particular application, for example, the automobile market information processing system **302** may automatically provide a notification or instruction to a dealer to produce or transport a car based on inventory data. It should also be appreciated that particular events may be required to trigger instructing a car to be delivered to a dealer, such as a deposit, financing approval, etc. Further, the consumer may be required to send an instruction message from the consumer interface **304** to the dealer interface **306** affirming that the buyer has agreed to purchase the car from the dealer.

14

The consumer and the dealer execute the sale of the automobile (block **416**). For example, the consumer electronically signs documentation such as loan application and a contract and performs an electronic funds transfer or credit card payment. After the delivery option is selected, an electronic contract may be provided by the dealer for the buyer who may e-sign the contract, and/or any other loan applications or other documentation as needed. In another example embodiment, paper copies of a contract may be signed, for example, after the buyer prints them or receives them from a nearby dealer or through the mail. In an example embodiment, the buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. For example, the process may occur in several steps, as loan processing may be required prior to executing a contract for sale of a car. Also, it should be appreciated that, for example, the consumer selection of a bid discussed above (see, e.g., block **412**) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final negotiated price, may be provided to and stored in database system **310**. Accordingly, the automobile market information processing system **302** may be updated with current automobile market data from every step in the negotiation process between a consumer and a manufacturer. In an example embodiment, the updates provided to the automobile market information processing system **302** are provided in real-time, for example, data may be transmitted and processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system **302** according to a batch processing schedule.

Next, the dealer makes the purchased automobile available according to the consumer bid selection (block **418**). For example, the dealer transports the car from the commonly owned dealer location to the dealer pickup location selected by the car buyer if the car is not already located at the dealer pickup location. When a purchased car is already at the dealer location where the buyer has agreed to pick the car up, the car does not need to be transported. Many dealers have multiple locations under the same ownership, and these dealers may drive or ship cars from one dealer location to another if the cost of transporting the car is justifiable. If a buyer chooses a quicker delivery option, the car may then be transported from a different dealer location to the selected dealer pickup location. A dealer may interact with the automobile market information processing system **302** using dealer interface **306**, for example, to receive notification that a car will be picked up by a buyer, and to report that a car has been delivered to the dealer pickup location. A notification may also be sent via consumer interface **304** to the buyer that the car is available for pickup at the specified dealer.

Finally, the consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (block **420**). For example, the car buyer picks up the car at the nearby dealer five days after the car sale is executed. The buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the dealer. For example, the buyer may arrive at the dealer, show identification and proof of purchase, and be provided the keys to the car. The buyer may sign paperwork indicating the car has been picked up. Also, the dealer may offer or provide additional products or services to the buyer when the buyer goes to the dealer to pick up the car. For example, the dealer may offer financing options, warranties, service

US 9,626,704 B2

15

plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that consumers, dealers, and manufacturers may receive significant benefits from the method of facilitating an automobile transaction disclosed herein. For example, price setting, inventory management, and production scheduling, may be greatly improved for dealers and manufacturers by utilizing the disclosed system and method. Consumers may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system **302**, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

FIG. **5** illustrates a block diagram of an example data architecture **500**. In the example data architecture **500**, interface data **502**, administrative data **504**, and automobile market data **506** interact with each other, for example, based on user commands or requests. The interface data **502**, administrative data **504**, and automobile market data **506** may be stored on any suitable storage medium (e.g., server **226**). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data **502**, administrative data **504**, and automobile market data **506**. Various other or different types of data may be included in the example data architecture **500**.

Interface data **502** may include input and output data of various kinds. For example, input data may include mouse click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data **502** may include formatting, user interface options, links or access to other websites or applications, and the like. Interface data **502** may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data **504** may include data and applications regarding user accounts. For example, administrative data **504** may include information used for updating accounts, such as creating or modifying manufacturer accounts or dealer accounts. Further, administrative data **504** may include access data and/or security data. Administrative data **504** may interact with interface data in various manners, providing a user interface **304**, **306**, **308** with administrative features, such as implementing a user login and the like.

Automobile market data **506** may include, for example, executed sales data **508**, consumer data **510**, dealer data **512**, manufacturer data **514**, statistical data **516**, and/or historical data **518**. Executed sales data **508** may include actual negotiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data **510** may include consumer search activity, consumer requests and offers, consumer feedback, etc. Dealer data **512** may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers received, foot traffic activity, and dealer inventory

16

data, including current on location data, automobile turnover rates, etc. Manufacturer data **514** may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, etc. Statistical data **516** may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data **508** may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under multiple categories of automobile market data **506**, or change with the passage of time. It should also be appreciated that automobile market data **506** may be tailored for a particular manufacturer or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system **310**. Accordingly, for example, customized reports may be provided to a manufacturer interface **308** using that specific data for the manufacturer.

The integration of the various types of automobile market data **506** received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a consumer may benefit greatly from using an application in a mobile device **103** to receive both intrabrand information and interbrand information in real-time, based only on taking a picture of VIN. Dealers and manufacturers may be able to provide information to the consumer in a manner that highlights the benefits of the products the respective dealer or manufacturer would like to sell. The intrabrand and interbrand information provided on a consumer interface **304** may allow the best automobile options for a particular consumer to be provided to that consumer, may allow dealers to compete with other dealers taking into account a greater amount of automobile market information, and may allow manufacturers to better follow through with opportunities for sales, which may result in a more efficient automobile market.

Automobile market data **506** may be maintained in various servers **108**, in databases or other files. It should be appreciated that, for example, a host device **104** may manipulate automobile market data **506** in accordance with the administrative data **504** and interface data **502** to provide requests or reports to users **114** including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data **506** represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. **6** is flow diagram illustrating an example process **600** for facilitating an automobile transaction, according to an example embodiment of the present invention. Although the process **600** is described with reference to the flow diagram illustrated in FIG. **6**, it will be appreciated that many other methods of performing the acts associated with the process **600** may be used. For example, the order of

US 9,626,704 B2

17

18

many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

In the example process **600**, data may flow between the automobile market information processing system **302** and a consumer interface **304** and a dealer interface **306**, as discussed above based on consumer and dealer interaction with the automobile market information processing system **302**. It should be appreciated that the automobile market information processing system **302** may update the automobile market information stored in the database system **310** when automobile market information is received from a consumer, a dealer, or a manufacturer, or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process **600** may begin with a consumer taking a picture of a VIN using a mobile phone application (block **602**). The consumer interface **304** may use OCR to determine and provide the VIN to the automobile market information processing system **302** to provide a consumer request (block **604**). It should be appreciated that OCR may occur in the automobile market information processing system **302** or at the consumer interface **304**. The automobile market information processing system **302** receives the consumer request and prepares automobile market information based on the request (block **606**). The automobile market information processing system **302** may send a bid request and automobile market information based on the consumer request to the dealer interface **306** for one or more dealers (block **608**). It should be appreciated that while the consumer request is automobile market information, typically, additional automobile market information would be provided with the consumer request. For example, typically, data relating to recent sales of the requested automobile and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the requested automobile may be provided. One or more dealers receive the bid request and automobile market information, determine prices and delivery options for the automobile using the automobile market information, and prepare and provide bids for the consumer (block **610**). A dealer bid may be sent from the dealer interface **306** to the automobile market information processing system **302** for each dealer that wants to provide a bid (block **612**). The automobile market information processing system **302** receives and processes dealer bids and prepares the bids and automobile market data for the consumer (block **614**).

The automobile market information processing system **302** may send dealer bids and automobile market information to the consumer interface **304** (block **616**). It should be appreciated that automobile market information may be provided to the consumer before dealer bids are provided, and/or concurrently with dealer bids. The consumer may receive the dealer bids and automobile market information and may select a bid including a delivery option based on the automobile market information (block **618**). The consumer interface **304** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer wants to purchase or lease the automobile based on the selected bid (block **620**). The automobile market information processing system **302** receives and processes the consumer bid selection (block **622**). For example, the automobile market information processing system **302** may send the bid selection to the dealer interface **306** (block **624**). The dealer may receive the bid selection

and coordinate a sale by, for example, transporting the automobile from one dealer location to the dealer location selected for delivery (block **626**). Also, for example, the dealer may provide contract or loan documents, collect a deposit or down payment, or the like. As discussed above, in each of blocks **606**, **614**, **626**, and **634**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, dealer, and/or manufacturer.

For exemplary purposes, the present disclosure discusses a various examples relating to a purchase of a car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, commercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent application filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," U.S. application Ser. No. 13/176,497, the entire contents of which are hereby incorporated by reference herein, and in an example embodiment, the features of which may be combined with the features of the present disclosure.

It should be understood that various changes and modifications to the example embodiments described herein will be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present subject matter and without diminishing its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention is claimed as follows:

1. A method comprising:

receiving, via a consumer interface, a first request for a response regarding a first automobile, the first request made by a consumer located at a first location and including geolocation information of the consumer;

executing instructions, by at least one processing device, to:

determine, based on the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that a first dealer is located at a second location within the in-market dealer area;

request, via a dealer interface from the first dealer, a bid to sell the first automobile based on the first request;

US 9,626,704 B2

receive, via the dealer interface, a first bid from the first dealer located at the second location within the in-market dealer area;

generate, based on receiving the first bid, driving directions from the first location to the second location; and

provide the first bid and the driving directions via the consumer interface, the first bid including at least a price for the first automobile.

**2.** The method of claim **1**, wherein the first request includes a vehicle identification number that is manually entered by the consumer using at least one graphical user interface component.

**3.** The method of claim **1**, wherein the first request is made by the consumer using a mobile device which takes a picture of a vehicle identification number.

**4.** The method of claim **3**, wherein the vehicle identification number is recognized using optical character recognition.

**5.** The method of claim **1**, wherein the first automobile is one of a particular type of car with a specific set of features and a particular car with a specific vehicle identification number.

**6.** The method of claim **1**, wherein the first bid is an inventoryless bid requiring the first automobile to be at least one of manufactured and transferred from the inventory of another entity to the first dealer.

**7.** The method of claim **1**, further comprising receiving a consumer selection of the first bid.

**8.** The method of claim **7**, wherein the first bid includes a first delivery option which specifies a first pickup location at the first dealer and a second delivery option which specifies a different second pickup location, wherein the consumer selection indicates a consumer intention to purchase the first automobile based on the first bid and specifies one of the first delivery option and the second delivery option.

**9.** The method of claim **7**, wherein the consumer selection of the first bid indicates that the consumer intends to lease the first automobile.

**10.** The method of claim **7**, further comprising:

causing executing instructions, by the at least one processing device, to process the consumer selection of the first bid to facilitate executing a sale including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

**11.** The method of claim **10**, wherein the first automobile is made available for pickup at the first dealer according to a consumer selected first delivery option.

**12.** The method of claim **1**, further comprising:

executing instructions, by the at least one processing device, based on a request from the dealer interface, to request data via a consumer interface from a plurality of consumers.

**13.** The method of claim **1**, further comprising:

executing instructions, by the at least one processing device, based on a request from the dealer interface, to request data via a manufacturer interface from at least one manufacturer.

**14.** The method of claim **1**, further comprising:

executing instructions, by the at least one processing device, to provide via the consumer interface at least one of a financing plan, a service plan, an insurance plan, a warranty, and a hard add accessory, for at least the first automobile, which is at least one of provided and offered by the first dealer.

**15.** The method of claim **1**, wherein the first dealer is at least one of a franchise dealer and a non-franchise distribution location.

**16.** The method of claim **1**, further comprising:

causing executing instructions, by the at least one processing device, to provide a manufacturer response via the consumer interface including an acknowledgement of interest.

**17.** The method of claim **1**, further comprising:

causing executing instructions, by the at least one processing device, to provide a manufacturer response via the consumer interface including at least one of a verification, a confirmation, and an offer indicating that the first automobile can be provided for the consumer.

**18.** The method of claim **1**, wherein the first request is made by the consumer using a mobile device which takes a picture of a vehicle identification number, and in the first bid from the first dealer, the first automobile is an interbrand comparable car which is located at the first dealer.

**19.** The method of claim **1**, further comprising:

determine that a second dealer is located at a third location within the in-market dealer area;

request, via the dealer interface from the second dealer, a second bid to sell the first automobile based on the first request;

receive, via the dealer interface, the second bid from the second dealer located at the third location within the in-market dealer area;

generate, based on receiving the second bid, second driving directions from the first location to the third location; and

provide the second bid and the second driving directions via the consumer interface, the second bid including at least a price for the first automobile.

**20.** The method of claim **1**, wherein the consumer is a person.

**21.** The method of claim **1**, wherein the consumer is an entity.

**22.** The method of claim **1**, wherein the consumer chooses a pickup location.

**23.** The method of claim **1**, wherein the first dealer is a franchise entity.

**24.** The method of claim **1**, wherein the first dealer is a non-franchise entity distribution location.

**25.** The method of claim **24**, wherein the consumer chooses a pickup location.

**26.** The method of claim **25**, wherein the first automobile is at the consumer's chosen pickup location, such that the first automobile does not need to be transported to the consumer's chosen pickup location.

**27.** The method of claim **25**, wherein the consumer submits a request to the first dealer to change a first delivery option to include the consumer's chosen pickup location.

**28.** The method of claim **27**, wherein, based on the consumer's request to change the first delivery option, the first dealer provides a second delivery option including the consumer's chosen pickup location.

**29.** The method of claim **28**, wherein a notification is sent to the consumer that the first automobile is available for pickup at the consumer's chosen pickup location.

**30.** The method of claim **29**, wherein the consumer picks up the first automobile at the consumer's chosen pickup location.

**31.** The method of claim **28**, wherein the first automobile is transported to the consumer's chosen pickup location.

US 9,626,704 B2

21

**32**. The method of claim **31**, wherein the first automobile is transported directly from a third location to the consumer's chosen pickup location.

**33**. The method of claim **32**, wherein a second dealer is located at the third location.

**34**. The method of claim **33**, wherein the first dealer and the second dealer are commonly owned.

**35**. The method of claim **32**, wherein a manufacturer is located at the third location.

**36**. The method of claim **1**, wherein the first dealer provides the first automobile to the consumer at a pickup location by one of (i) having the first automobile transported to the pickup location and (ii) having a manufacturer produce the first automobile.

**37**. A system comprising:

a computer readable medium storing instructions; and

at least one processing device operably coupled to the computer readable medium, the at least one processing device the executing instructions to:

receive, via a consumer interface, a first request for a response regarding a first automobile, the first request made by a consumer located at a first location and including geolocation information of the consumer;

determine, using the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that a first dealer is located at a second location within the in-market dealer area;

request, via a dealer interface from the first dealer, a bid to sell the first automobile based on the first request;

22

receive, via the dealer interface, a first bid from the first dealer located at the second location within the in-market dealer area;

generate, based on receiving the first bid, driving directions from the first location to the second location; and

provide the first bid and the driving directions via the consumer interface, the first bid including at least a price for the first automobile.

**38**. A non-transitory computer readable medium storing instructions which, when executed, are configured to cause an information processing apparatus to:

receive, via a consumer interface, a first request for a response regarding a first automobile, the first request made by a consumer located at a first location and including geolocation information of the consumer;

determine, using the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that a first dealer is located at a second location within the in-market dealer area;

request, via a dealer interface from the first dealer, a bid to sell the first automobile based on the first request;

receive, via the dealer interface, a first bid from the first dealer located at the second location within the in-market dealer area;

generate, based on receiving the first bid, driving directions from the first location to the second location; and

provide the first bid and the driving directions via the consumer interface, the first bid including at least a price for the first automobile.

*     *     *     *     *

US009665897B2

(12) **United States Patent**
Seergy et al.

(10) **Patent No.:** **US 9,665,897 B2**
(45) **Date of Patent:** **\*May 30, 2017**

(54) **AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE**

(71) Applicant: **Sidekick Technology LLC**, Pine Brook, NJ (US)

(72) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **Sidekick Technology LLC**, Pine Brook, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/860,229**

(22) Filed: **Sep. 21, 2015**

(65) **Prior Publication Data**

US 2016/0148290 A1      May 26, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 13/176,497, filed on Jul. 5, 2011, now Pat. No. 9,141,984.

(51) **Int. Cl.**
*G06Q 30/00* (2012.01)
*G06Q 30/06* (2012.01)

(52) **U.S. Cl.**
CPC ..... *G06Q 30/0609* (2013.01); *G06Q 30/0605* (2013.01); *G06Q 30/0611* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ...................... G06Q 30/0206; G06Q 30/0601
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,970,472 A    10/1999    Allsop et al.
6,006,201 A    12/1999    Berent et al.
(Continued)

OTHER PUBLICATIONS

AutoTrader.com, Inc . . . : Private Company Information—Business Week,  http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=92642.
(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57) **ABSTRACT**

A system, methods, and apparatus for performing automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from manufacturers, dealers, and consumers. A consumer may provide a request for a manufacturer response indicating whether a specific automobile can be provided. Automobile market data may be provided to a manufacturer based on the request and a manufacturer response provides a verification, confirmation, or offer indicating that the specific automobile can be provided for the consumer. Bids to sell the specific automobile may be requested from dealers based on the manufacturer response. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a first dealer.

**40 Claims, 7 Drawing Sheets**



US 9,665,897 B2

Page 2

(52) **U.S. Cl.**
CPC ..... *G06Q 30/0627* (2013.01); *G06Q 30/0639*
(2013.01); *G06Q 30/0641* (2013.01)

(58) **Field of Classification Search**
USPC ..................................... 705/26.1, 26.4, 27.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,321,221 | B1 | 11/2001 | Bieganski |
| 6,463,431 | B1 | 10/2002 | Schmitt |
| 6,533,173 | B2 | 3/2003 | Benyak |
| 6,868,388 | B1 | 3/2005 | Millsap et al. |
| 6,868,389 | B1 | 3/2005 | Wilkins et al. |
| 7,395,223 | B1 | 7/2008 | Buzzell et al. |
| 7,406,436 | B1 | 7/2008 | Reisman |
| 7,479,949 | B2 | 1/2009 | Jobs et al. |
| 7,636,574 | B2 | 12/2009 | Poosala |
| 8,160,929 | B1 | 4/2012 | Park et al. |
| 8,392,193 | B2 | 3/2013 | Schultz et al. |
| 8,606,604 | B1 | 12/2013 | Huber et al. |
| 2002/0065707 | A1 | 5/2002 | Lancaster et al. |
| 2002/0082978 | A1 | 6/2002 | Ghouri et al. |
| 2002/0099628 | A1 | 7/2002 | Takaoka et al. |
| 2002/0111877 | A1 | 8/2002 | Nelson |
| 2002/0128946 | A1 | 9/2002 | Chehade et al. |
| 2003/0088435 | A1 | 5/2003 | King |
| 2003/0200151 | A1 | 10/2003 | Ellenson et al. |
| 2003/0229577 | A1 | 12/2003 | Nabel |
| 2004/0034544 | A1 | 2/2004 | Fields et al. |
| 2004/0059626 | A1 | 3/2004 | Smallwood |
| 2005/0004819 | A1 | 1/2005 | Etzioni et al. |
| 2005/0050097 | A1 | 3/2005 | Yeh et al. |
| 2005/0108112 | A1 | 5/2005 | Ellenson et al. |
| 2005/0240512 | A1 | 10/2005 | Quintero et al. |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. |
| 2007/0150362 | A1 | 6/2007 | Sharma et al. |
| 2007/0250403 | A1 | 10/2007 | Altschuler |
| 2007/0255663 | A1 | 11/2007 | Jordan et al. |
| 2007/0260526 | A1 | 11/2007 | Bartel |
| 2008/0046331 | A1 | 2/2008 | Rand |
| 2008/0177653 | A1 | 7/2008 | Famolari et al. |
| 2008/0183552 | A1 | 7/2008 | O'Hagan |
| 2008/0187125 | A1 | 8/2008 | Siegrist |
| 2008/0201184 | A1 | 8/2008 | Rose et al. |
| 2008/0201188 | A1 | 8/2008 | Heyman et al. |
| 2008/0201203 | A1 | 8/2008 | Rose et al. |
| 2008/0208731 | A1 | 8/2008 | Ruckart |
| 2008/0228657 | A1 | 9/2008 | Nabors et al. |
| 2009/0076896 | A1 | 3/2009 | DeWitt et al. |
| 2009/0132348 | A1 | 5/2009 | Bria et al. |
| 2009/0149199 | A1 | 6/2009 | Maghoul |
| 2009/0171761 | A1 | 7/2009 | Noy et al. |
| 2009/0187478 | A1 | 7/2009 | Shipley |
| 2009/0187513 | A1 | 7/2009 | Noy et al. |
| 2009/0198557 | A1 | 8/2009 | Wang et al. |
| 2009/0204600 | A1 | 8/2009 | Kalik et al. |
| 2010/0048242 | A1 | 2/2010 | Rhoads et al. |
| 2010/0106580 | A1 | 4/2010 | Etheredge et al. |
| 2010/0217525 | A1 | 8/2010 | King et al. |
| 2010/0274627 | A1 | 10/2010 | Carlson |
| 2010/0332292 | A1 | 12/2010 | Anderson |
| 2011/0040642 | A1 | 2/2011 | O'Dell |
| 2011/0082759 | A1 | 4/2011 | Swinson et al. |
| 2011/0087430 | A1 | 4/2011 | Boss et al. |
| 2011/0087556 | A1 | 4/2011 | Pitkow |
| 2011/0099036 | A1 | 4/2011 | Sarkissian et al. |
| 2011/0208418 | A1 | 8/2011 | Looney et al. |
| 2011/0238474 | A1 | 9/2011 | Carr et al. |
| 2011/0238514 | A1 | 9/2011 | Ramalingam et al. |
| 2011/0276394 | A1 | 11/2011 | Chan |

OTHER PUBLICATIONS

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, http://www.prnewswire.com/news-releases/autotradercom, Jul. 7, 2011.
AppStore-AutoTrader.com, http://itunes.apple.com/us/app/autotrader-com/id444552888?mt=8, Oct. 31, 2011.
International Search Report issued Sep. 21, 2012 for Intl. Appln. No. PCT/US2012/045546.
Charlton, Auto Trader: iPhone app review. Mar. 15, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.econsultancy.com/us/blog/5593-auto-trader-iphone-app-review> entire document.
AUTODRADERUK. Introducing the Auto Trader iPhone App. Mar. 12, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.youtube.com/watch?v+6g_1g8IRG4&feature= player_embedded> entire document.
International Search Report mailed Oct. 5, 2012 for Intl. Appln. No. PCT/US2012/045545.
Anonymous, "instaVIN to offer free auto accident history reports for mobile phones," Wireless News, Jun. 2, 2010.



Fig. 1

Case: 23-1362    Document: 30    Page: 213    Filed: 12/05/2023



Fig. 2



Fig. 3



Start

400

402

Automobile market data including at least pricing data and inventory data is stored in a database system (e.g., data from manufacturers, dealers, and consumers regarding pricing, lot inventory, production scheduling, and shipment scheduling is collected and stored in a database)

404

A request for a response of whether an automobile can be provided is received from a consumer (e.g., a car buyer fills in a request form on a website or takes a picture of a VIN to receive a verification that a car can be produced or delivered)

406

Automobile market data is provided to a manufacturer based on the consumer request (e.g., the car maker receives a real-time report including local car sales data, inventory data, car delivery data, and car build time data of the subject car)

408

A manufacturer response is provided to the consumer indicating that the automobile can be provided for the consumer (e.g., the car maker provides a verification that a car can be produced, shipped, or is already in inventory based on current pricing data, car locations, and build times for the subject car)

410

A bid to sell the automobile to the consumer is requested from dealers based on the manufacturer response (e.g., several dealers provide bids based on the verification, current pricing data, dealer pickup locations, and potential add-ons)

412

Dealer bids are provided to the consumer (e.g., several dealers provide bids, so several different prices and delivery options may be available to the car buyer)

414

The consumer selects a bid including a delivery option which specifies a pickup location (e.g., the car buyer chooses to pickup at a nearby dealer in five days)

416

The manufacturer is instructed to provide the automobile to a dealer according to the consumer bid selection (e.g., the car maker is instructed to re-route a car already in transit to the dealer pickup location for delivery in less than five days)

418

The consumer and dealer execute the sale of the automobile (e.g., the car buyer e-signs a loan application and contract, and electronically transfers funds)

Fig. 4A          Fig. 4B



( Fig. 4A )                                    ← 400

────────────────────────────────────────── 420

The manufacturer provides the dealer with the purchased automobile according to the consumer bid selection (e.g., the car maker re-routes a car en route to delivery at another dealer to the dealer pickup location selected by the car buyer or transports the car directly from the factory to the dealer pickup location)

────────────────────────────────────────── 422

The consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (e.g., the car buyer picks up the car at the nearby dealer five days after the car sale is executed)

Fig. 4B



Fig. 5



Fig. 6

US 9,665,897 B2

1

## AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 13/176,497, filed Jul. 5, 2011, which is related to the commonly-owned patent application filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE," U.S. application Ser. No. 13/176,525, now U.S. Pat. No. 8,744,925, the entire content of each of which is hereby incorporated by reference herein.

### BACKGROUND

In the automobile industry, consumers typically purchase automobiles from dealers or dealerships. Dealers often purchase new automobiles from several manufacturers, to sell to consumers. Consumers typically negotiate a lower price than the manufacturer suggested retail price typically referred to as the "sticker price" and/or the price the dealer initially offers. In many cases, the negotiation process for an automobile may include a large degree of uncertainty for the consumer. Generally, the negotiation process is a zero sum process, and because the consumer and the dealer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, both dealers and consumers often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer may have concerns that a dealer may not offer a fair and competitive price. Various products and services have become available that allow consumers to perform research on market prices for automobiles. Similarly, dealers negotiating an automobile sale generally do not know the maximum price a consumer will be willing to pay for a particular automobile, or how long it will take to sell an automobile in inventory for a given price. Accordingly, dealers also use products and services for determining and/or tracking market prices. Further, automobile manufacturers may also have an interest in the market prices for automobiles, because the market activity captured as automobile market information may allow the manufacturer to, for example, more profitably determine which automobiles to manufacture, what prices the manufacture should offer to dealers, and whether manufacturer incentives should be offered on existing dealer automobile inventory.

### SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market information and performing automobile transactions. In an example embodiment, automobile market data representative of recent automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from manufacturers, dealers, and consumers. A consumer may provide a request for a manufacturer response indicating whether a specific automobile can be provided. Automobile market data may be provided to a manufacturer based on the

2

request and a manufacturer response may provide a verification, confirmation, or offer indicating that the specific automobile can be provided for the consumer. Bids to sell the specific automobile may be requested from dealers based on the manufacturer response. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a particular dealer.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

### BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. **2** is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIG. **3** is a block diagram showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIGS. **4**A and **4**B include a flowchart illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

FIG. **5** is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. **6** is flow diagram illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

### DETAILED DESCRIPTION OF EXAMPLE EMBODIMENTS

The present disclosure relates in general to a system for facilitating automobile transactions and, in particular, to automobile transaction facilitation using a manufacturer response. Briefly, in an example embodiment, a system is provided which allows a consumer to request a verification that a specific car can be obtained. For example, a consumer may use a mobile device to take a picture of a vehicle identification number and using optical character recognition, request real-time information on that automobile. For example, a manufacturer can provide a verification to the consumer and dealers that the automobile can be provided, along with specific logistics for delivery. Dealers may provide bids based on the consumer request and the manufacturer verification, including intrabrand bids and interbrand bids. A consumer may select a dealer bid to purchase or lease an automobile based on the prices and delivery options available. Also, the presently disclosed system may advantageously allow for inventoryless bidding by dealers. For example, a dealer does not need to have an automobile in its inventory (e.g., on the dealer lot), but can make a bid to sell that automobile anyways, and then have that automobile produced by a manufacturer or transported to the dealer lot. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system **100** is illustrated in FIG. **1**. The illustrated system **100** includes one or more

US 9,665,897 B2

3

client devices **102**, and one or more host devices **104**. The system **100** may include a variety of client devices **102**, such as desktop computers and the like, which typically include a display **112**, which is a user display for providing information to users **114**, and various interface elements as will be discussed in further detail below. A client device **102** may be a mobile device **103**, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices **102** may communicate with the host device **104** via a connection to one or more communications channels **106** such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers **108** may be part of the network communications system **100**, and may communicate with host servers **104** and client devices **102**.

One host device **104** may interact with a large number of users **114** at a plurality of different client devices **102**. Accordingly, each host device **104** is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device **104**, each client device **102** typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user **114** as described herein may include any person or entity which uses the presently disclosed system and may include a wide variety of parties. For example, as will be discussed in further detail below, users **114** of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices **104** and servers **108** store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices **102**, and/or other host devices **104** or servers **108**. A host device **104** or server **108** may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various administrative tasks. A host device **104** or server may interact via one or more networks with one or more other host devices **104** or servers **108**, which may be operated independently. For example, host devices **104** and servers **108** operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device **102**, and a host device **104**) is illustrated in FIG. **2**. In this example, the computing device **102**, **104** includes a main unit **202** which preferably includes one or more processors **204** electrically coupled by an address/data bus **206** to one or more memory devices **208**, other computer circuitry **210**, and one or more interface circuits **212**. The processor **204** may be any suitable processor, such as a microprocessor from the INTEL PENTIUM® family of microprocessors. The memory **208** preferably includes volatile memory and non-volatile memory. Preferably, the memory **208** stores a software program that interacts with the other devices in the system **100** as described below. This program may be executed by the processor **204** in any suitable manner. In an example embodiment, memory **208** may be part of a "cloud" such that cloud computing may be utilized by a computing devices **102**, **104**. The memory **208** may also store digital data indicative of documents, files, programs, web pages,

4

etc. retrieved from a computing device **102**, **104** and/or loaded via an input device **214**.

The interface circuit **212** may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus (USB) interface. One or more input devices **214** may be connected to the interface circuit **212** for entering data and commands into the main unit **202**. For example, the input device **214** may be a keyboard, mouse, touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, and/or a voice recognition system.

One or more displays **112**, printers, speakers, and/or other output devices **216** may also be connected to the main unit **202** via the interface circuit **212**. The display **112** may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display **112** generates visual displays generated during operation of the computing device **102**, **104**. For example, the display **112** may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device **102**, **104**. A user interface may include prompts for human input from a user **114** including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices **218** may also be connected to the main unit **202** via the interface circuit **212**. For example, a hard drive, CD drive, DVD drive, and/or other storage devices may be connected to the main unit **202**. The storage devices **218** may store any type of data, such as pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device **102**, **104**.

The computing device **102**, **104** may also exchange data with other network devices **220** via a connection to the network **106**. Network devices **220** may include one or more servers **226**, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository **222**. A server **226** may include any kind of data **224** including databases, programs, files, libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server **226** may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers **226** may be used to support and maintain the system **100**. For example, servers **226** may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device **102** which is also stored on the server **226**, either temporarily or permanently, for example in memory **208** or storage device **218**. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device **102**, **104** can be controlled by appropriate security software or security measures. An individual users' **114** access can be defined by the computing device **102**, **104** and limited to certain data and/or actions. Accordingly, users **114** of the system **100** may be required to register with one or more computing devices

US 9,665,897 B2

5

102, 104. For example, registered users 114 may be able to request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

As noted previously, various options for managing data located within the computing device 102, 104 and/or in a server 226 may be implemented. A management system may manage security of data and accomplish various tasks such as facilitating a data backup process. A management system may be implemented in a client 102, a host device 104, and a server 226. The management system may update, store, and back up data locally and/or remotely. A management system may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks 106.

FIG. 3 is a block diagram showing an example automobile transaction network structure 300 which includes an automobile market information processing system 302, a consumer interface 304, a dealer interface 306, and a manufacturer interface 308. The example automobile market information processing system 302 may be implemented on one or more host devices 104 accessing one or more servers 108, 226. In an example embodiment, the automobile market information processing system 302 includes a database system 310, a recommendation engine 312, a vehicle identification number processor 314, and an interface generation unit 316. A user 114 may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface 304, dealer interface 306, or manufacturer interface 308, respectively. A database system 310 may include a wide variety of automobile market data. A recommendation engine 312 may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor 314 may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor 314 may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit 316 may provide, for example, HTML files which are used at the consumer interface 304, dealer interface 306, and manufacturer interface 308 interface to provide information to the users 114. It should be appreciated that he consumer interface 304, dealer interface 306, and manufacturer interface 308 may be considered to be part of the automobile market information processing system 302, however, for discussion purposes, the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be referred to as separate from the automobile market information processing system 302.

For example, a user 114 may interact with a consumer interface 304 to research automobiles the user 114 is interested in buying. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface 304 by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface 304 may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface 304 from the consumer, the consumer interface 304 may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface 304 may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to

6

a dealer near the consumer's present location. The automobile market information processing system 302 may process data received by the consumer interface 304, as well as the dealer interface 306 and/or the manufacturer interface 308, to respond to a request from a consumer. For example, data from database system 310 may be queried for use in a report, or a recommendation may be provided by recommendation engine 312 according to the consumer request and current market data. The automobile market information processing system 302 may integrate data received from consumer interface 304, dealer interface 306, and manufacturer interface 308 to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface 304 may be specific to one particular manufacturer or may provide information for multiple different manufacturers. For example, a consumer interface 304 may be a website with information on many manufacturers, and further, the consumer interface 304 may access or link to the manufacturer specific websites (e.g., Ford). Also, for example, a consumer interface 304 may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automobile models with any available options or features. For example, a manufacturer website may allow a consumer to select options that are desired to "build" a particular automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code). Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pricing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface 304 and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface 304.

Accordingly, the consumer interface 304 may provide a wide range of information, for example, based on any searches or queries performed by a user 114. In an example embodiment, based on a user search or request for a response, the consumer interface 304 will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine 312 may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system 302. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar

US 9,665,897 B2

7

purchase options to a specific search may also be provided, based on feature matching, price range, consumer popularity, etc. Information including price ranges, including MSRP, invoice prices, inventory levels, the user's 114 credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. For example, a financing calculator may help a user 114 determine what financing rate is appropriate. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current market data including prices, interest rates, incentives, estimated mileage per year, etc. for providing an analysis for a particular consumer regarding purchasing or leasing. Also, the consumer interface 304 may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface 304 may provide a wide variety of useful information to a consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like.

In an example embodiment, a dealer interface 306 may provide a user 114, such as a dealer employee, information relating to the current automobile market. The dealer interface 306 allows a dealer to interact with automobile market information processing system 302 to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface 306 includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface 306 relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface 306 which will be used by automobile market information processing system 302 to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface 306 as described herein.

In an example embodiment, a manufacturer interface 308 may provide a user 114, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, an manufacturer

8

interface 308 may provide a manufacturer a request received from a consumer interface 304. Additionally, the manufacturer interface 308 may provide information such as a report that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system 310 relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information to provide a response to a consumer request. The manufacturer may provide the manufacturer interface 308 with information to provide a confirmation, a verification, or an offer to a consumer via consumer interface 304. For example, a confirmation number associated with the particular consumer request may be provided for the consumer. Also, a recommendation may be provided from the recommendation engine 312 to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. The manufacturer interface 308 may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing plans, marketing activities, etc., which may provide a significant advantage for manufacturers.

Accordingly, information may be provided to the automobile market information processing system 302 from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system 302. This allows the automobile market information processing system 302 to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system 302 may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system 302, may instead be performed locally at consumer interface 304, dealer interface 306, and manufacturer interface 308, or vice versa. Further, in certain cases, tasks may be performed using consumer interface 304, dealer interface 306, and manufacturer interface 308 or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system 302. In an example embodiment, the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be located on a website, and may further be implemented as a secure website. Also, consumer interface 304, dealer interface 306, and manufacturer interface 308 may require a local application, for example, which a manufacturer may pay for to have access to, for example, information from the automobile market information processing system 302 such as requests from consumers.

US 9,665,897 B2

9 10

FIGS. **4**A and **4**B include a flowchart of an example process **400** for facilitating an automobile transaction. Although the process **400** is described with reference to the flowchart illustrated in FIGS. **4**A and **4**B, it will be appreciated that many other methods of performing the acts associated with the process **400** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process **400** for facilitating an automobile transaction may allow users **114**, including manufacturers and consumers, as well as dealers, to efficiently sell and purchase automobiles, respectively. The example process **400** may begin with automobile market data including at least pricing data and inventory data stored in a database system (block **402**). For example, automobile market data from manufacturers, dealers, and consumers regarding pricing, lot inventory, production scheduling, and shipment scheduling is collected and stored in a database. In an example embodiment, a wide variety of data is stored in a database system **310**. Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface **304**, such as data in consumer searches or requests, information from a dealer interface **306**, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, shipping costs, and information from a manufacturer interface **308**, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in transit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or may include additional information received from other sources. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system **310** may be organized according to different manufacturers, automobile make and model, different information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers **108**, **226** which may be remotely located from each other and/or a host device **104** of the automobile market information processing system **302**. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system **302**.

The example process **400** continues with a consumer providing a request to a manufacturer for a response of whether an automobile can be provided (block **404**). For example, a car buyer fills in a request form on a website to receive a verification that a car can be produced or delivered. In this example embodiment, the buyer's request may be transmitted from consumer interface **304** via the internet to the automobile market information processing system **302**. In another example embodiment, a car buyer may be located at a dealer location and take a picture of a vehicle identification number (VIN) on a car that the buyer would like to receive information for. For example, using an application stored on a mobile device **103**, the buyer may take a picture of the VIN on a car. The buyer may want information on that specific car or on other comparable cars with the same or similar features and/or options. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system **302** to determine the make and model of the car, along with various other characteristics of the car. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number. Accordingly, the buyer may perform research, for example, while at home or while shopping at a dealer location. Further, for example, the buyer may take a picture of a VIN anywhere, including at automobile trade shows, mall displays, or anywhere new cars or cars for sale are displayed. The buyer may even take a picture of a car parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface **304** may be stored, for example, in database system **310**, thereby updating the automobile market information processing system **302** with current automobile market data.

The example process **400** may continue with providing automobile market data to a manufacturer based on the consumer request (block **406**). For example, the car manufacturer receives a real-time report including local car sales data, inventory data, car delivery data, and car build time data of the consumer's requested car. In an example embodiment, a report may include quality information, safety information, insurance information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. The report may be provided through manufacturer interface **308** and include the consumer requirements and preferences. The request and/or the report may be provided in real-time and may provide real-time data. Data reported based on a real-time updates in the automobile market information processing system **302** may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine **312** may provide recommendations to a manufacturer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that a dealer may offer or bid, which can be very useful information for a manufacturer. In an example embodiment, a probability for a manufacturer or dealer to sell a certain lot of automobiles within a time frame may be provided. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, the recommendation engine may provide suggestions regarding manufacturer incentives or other factors which affect the automobile market. Manufacturers may use such information in making important decisions, such as setting pricing, setting or modifying production schedules, marketing directives, future product features and focus, and the like. Also, in an example embodiment, the manufacturer interface **308** may provide information that is limited to cars which meet the consumer request requirements. The manufacturer may customize the manufacturer interface **308** to provide information in a pre-specified manner to suit the manufacturers needs.

A manufacturer response is provided to the consumer indicating that the automobile can be provided for the consumer (block **408**). For example, the car maker provides

US 9,665,897 B2

11

a verification that a car can be produced, shipped, or is already in inventory based on current pricing data, car locations, and build times for the subject car. The manufacturer interface **308** may be used to communicate a verification, or a confirmation or offer to a buyer. For example, a verification may state that a particular car with specific features may be produced within forty-five days if the buyer purchases that car and may provide a confirmation number associated with the verification. In another example, a particular car currently being shipped to New York may be re-routed to Illinois. The automobile market data may include, for example, shipping costs that the manufacturer may use for determining if an automobile should be re-routed. An offer to produce or ship a particular car to a dealer location near a consumer may be authorized through the manufacturer interface **308**. In an example embodiment, the automobile market information processing system **302** may be pre-authorized by a manufacturer to provide a confirmation of specific model with specific feature sets. A manufacturer may determine whether it is profitable to produce a car from scratch based on the automobile market data such as current market pricing, current inventory levels, and the like. Accordingly, a manufacturer response may be adjusted by current automobile market conditions. In an example embodiment, a manufacturer response may not require the use of manufacturer interface **308**, for example, a manufacturer may otherwise provide a consumer with a verification, which may be provided by the consumer for use in the automobile market information processing system **302**. Any verification, confirmation, offer, and/or response communicated from a manufacturer interface **308** may be stored, for example, in database system **310**, to further update the automobile market information processing system **302** with current automobile market data.

Then, a bid to sell the automobile to the consumer is requested from dealers based on the manufacturer response (block **410**). For example, several dealers provide bids based on the verification, current pricing data, dealer pickup locations, and potential add-ons. Each dealer's bid may include a price, for example, a price with no additional add-on products or services, such as service contracts, warranties, aftermarket accessories, etc. For example, add-on products may provide substantial value to a dealer, above and beyond the profit margin for the sale of the requested car. A dealer may profit from selling financing options, for example, if a consumer needs financing, the financier may pay the dealer for sourcing the loan. A dealer may sell service plans or maintenance packages (e.g., an extended service contract), selling warranties (e.g., a lifetime warranty), or selling insurance plans (e.g., life, accident, and health insurance, liability insurance, comprehensive insurance, etc.). Also, a dealer may also sell various hard add accessories, for example, bicycle racks, hitches, commercial accessories (e.g., lights and sirens), or any aftermarket products or modifications (e.g., sunroof).

One or more dealer bids are provided to the consumer (block **412**). For example, several dealers provide bids, so several different prices and delivery options may be available to the car buyer. Typically, the bid will include at least a specified price and pickup time and location. Typically, a pickup location will be a dealer lot or distribution location. In an example embodiment, a buyer that has taken a picture of a VIN with a mobile device may receive dealer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the buyer may be actively shopping for a car on a dealer lot. It should be appreciated that some dealers may have multiple locations

12

which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular car requested by a consumer should be priced at, for example, $26,000. However, various factors may affect the bid or offer that a dealer will make for the particular car. For example, the potential for forming a customer relationship, the value of potential add-on products and services, or competition with other dealers may cause a dealer to bid lower than normal. In such a case, the dealer may bid $25,000 in an effort to create a customer relationship, sell add-on products, and/or undercut the competition pricing. Other factors, such as the buyer's credit score (e.g., FICO score), may be used by a dealer in determining a bid, as this may affect the profitability of a sale.

Further, for example, the particular automobile requested may not be available for immediate pickup near the buyer, and various alternative delivery options may be provided from several dealers' bids. A car that is in transit to an out of state dealer may be re-routed to a dealer near the buyer, or a new car may be built to the buyer's desired specifications and delivered to a dealer near the buyer. Therefore, for example, the consumer interface **304** may provide several different bids with different delivery options and prices to the buyer, for example, a price of $26,000 to pick up the car at an out of state dealership the next day, a price of $26,000 to pick up the car at a local dealer in two months, or a price of $26,500 to pick up the car at a local dealer in five days. For example, the costs of re-routing a car already in shipment may be factored into dealer bids. Inventoryless bidding may be highly beneficial when dealers that do not have a requested automobile in inventory can still profitably provide a bid. Further, for example, cars that are not exactly what the buyer requested may also be offered to the buyer. For example, the buyer may request a four wheel drive car, but if a two wheel drive car that meets all the other buyer criteria is immediately available at a nearby dealer, the dealer may provide an offer to the buyer for this car, possibly at a significantly lower price, such as $23,000 instead of $26,000 for a four wheel drive car as requested. Further, for example, dealers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a dealer including safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers.

The consumer interface **304** may organize dealer bids based on a variety of factors and may provide supplemental information. For example, certain dealer bids may be selected as the best options, all dealer bids may be summarized, various additional ratings, reviews, or popularity information, financing information, etc. may also be provided to a consumer along with any dealer bids. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data. For example, of ten dealer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular consumer search may not return any dealer bids,

US 9,665,897 B2

13                                                                 14

for example, if consumer search requirements are unrealistic for the consumer's required price range. Also, for example, if only one or two bids are received, the recommendation engine 312 may recommend that a consumer wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system 310. Further, in an example embodiment, dealer bids may be organized according to distance to a dealer pickup location, lowest price, closest match to the consumer entered criteria, a normalized quality index or value index, etc. The consumer may be able to toggle between different viewing options for dealer bids or search results.

Further, in an example embodiment, a buyer may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a car (e.g., a Maxima). A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a comparable car (e.g., an Avalon) relating to, for example, gas mileage, safety ratings, price comparisons, residual value, driving directions to the competing dealer, etc. In an example embodiment, a dealer may use the geolocation of the buyer, such as in instances when the buyer is physically located close to the dealer. Accordingly, competing dealer bids may be interbrand or intrabrand in nature, and may be tailored to the buyer's particular situation, which a consumer may find highly advantageous. For example, the buyer may have a bid for a car the buyer wants to test drive as well as a bid for a comparable car across the street before a salesman from the dealer even introduces himself. Accordingly, a consumer may weigh the pros and cons of various dealer bids, based on delivery options, pricing, and any other relevant variants. Any bids communicated from a dealer interface 306 may be stored, for example, in database system 310, to further update the automobile market information processing system 302 with current automobile market data.

The consumer selects a bid including a delivery option which specifies a pickup location (block 414). For example, the car buyer chooses a delivery option of picking up the car at a nearby dealer in five days. As noted above, a dealer may be a franchise dealer entity or a non-franchise distribution location. The buyer may select an offer with a specified delivery option on the consumer interface 304. The car buyer may have been weighing two or more different delivery options and/or different features, price differences, etc., based on the response(s) received through the consumer interface 304. As noted above, the consumer interface 304 may organize bids and other helpful information in a variety of ways, which may make the information easier for a consumer to digest. It should be appreciated that a buyer will typically want to pick up a new car at a convenient location, often near the buyer's home. Accordingly, dealers may attempt to provide delivery options tailored towards maximizing profit for the dealer while also maximizing convenience to the buyer, while also providing a superior bid to other dealers. By providing multiple bids with different delivery options, the buyer may be allowed to save time or money based on the buyer's particular needs. In an example embodiment, the buyer may provide a counter offer or different request via the consumer interface 304 to a dealer via the dealer interface 306. Accordingly, the dealer may respond in kind, and may update delivery options or other terms. It should be appreciated that the consumer selection of a bid may, for example, occur simultaneously with the consumer executing the sale or providing a deposit or down payment, or the like (see, e.g., block 418). Accordingly, in an example embodiment, once the buyer selects a bid, the

buyer has effectively purchased the car, and the dealer does need to worry about the buyer backing out of the deal. Any consumer selections, counter offers, or additional requests or responses may be stored in database system 310, as the communications are processed by automobile market information processing system 302, providing further data updates. Accordingly, in an example embodiment, a consumer may select a bid to purchase a car, and that purchase information may then be provided to another consumer searching for the same type of car with similar features, for example, the next day.

Once a bid with a specific delivery option has been selected, the manufacturer is instructed to provide the automobile to a dealer according to the consumer bid selection (block 416). For example, the car maker is instructed to re-route a car already in transit to the dealer pickup location for delivery in less than five days. In an example embodiment, the dealer may be required to send an instruction message from the dealer interface 306 to the manufacturer interface 308. It should be appreciated that the specific manner of instruction may be changed based on the particular application, for example, the automobile market information processing system 302 may automatically provide an instruction to a manufacturer to produce a car or re-route a car. It should also be appreciated that particular events may be required to trigger instructing a car to be delivered to a dealer, such as a deposit, financing approval, etc. Further, the consumer may be required to send an instruction message from the consumer interface 304 to the manufacturer interface 308 affirming that the buyer has agreed to purchase the car from the dealer.

The consumer and the dealer execute the sale of the automobile (block 418). For example, the consumer electronically signs documentation such as loan application and a contract and performs an electronic funds transfer or credit card payment. After the delivery option is selected, an electronic contract may be provided by the manufacturer for the buyer who may e-sign the contract, and/or any other loan applications or other documentation as needed. In another example embodiment, paper copies of a contract may be signed, for example, after the buyer prints them or receives them from a nearby dealer or through the mail. In an example embodiment, the buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. For example, the process may occur in several steps, as loan processing may be required prior to executing a contract for sale of a car. Also, it should be appreciated that, for example, the consumer selection of a bid discussed above (see, e.g., block 414) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final negotiated price, may be provided to and stored in database system 310. Accordingly, the automobile market information processing system 302 may be updated with current automobile market data from every step in the negotiation process between a consumer and a manufacturer. In an example embodiment, the updates provided to the automobile market information processing system 302 are provided in real-time. For example, data may be transmitted and processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system 302 according to a batch processing schedule.

Next, the manufacturer provides the dealer with the purchased automobile according to the consumer bid selection (block 420). For example, the car maker re-routes a car en route to delivery at another dealer to the dealer pickup

US 9,665,897 B2

15

16

location selected by the car buyer or transports the car directly from the factory to the dealer pickup location. If a buyer chooses a quicker delivery option, the car may need to be re-routed from a different destination to the selected dealer pickup location. If a buyer does not urgently need to have a car, a new car may be built to the buyer's exact specifications and delivered to the selected dealer pickup location. Also, for example, a purchased car may be already at a dealer which the buyer has agreed to pick the car up, in which case, the car does not need to be provided to the dealer. A dealer may interact with the automobile market information processing system **302** using dealer interface **306**, for example, to receive notification that a car will be picked up by a buyer, and to report that a car has been delivered to the dealer. A notification may also be sent via consumer interface **304** to the buyer that the car is available for pickup at the specified dealer.

Finally, the consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (block **422**). For example, the car buyer picks up the car at the nearby dealer five days after the car sale is executed. The buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the dealer. For example, the buyer may arrive at the dealer, show identification and proof of purchase, and be provided the keys to the car. The buyer may sign paperwork indicating the car has been picked up. Also, the dealer may offer or provide additional products or services to the buyer when the buyer goes to the dealer to pick up the car. For example, the dealer may offer financing options, warranties, service plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that manufacturers, consumers, and dealers may receive significant benefits from the method of facilitating an automobile transaction disclosed herein. For example, production scheduling, price setting, inventory management, may be greatly improved for manufacturers and dealers by utilizing the disclosed system and method. Consumers may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system **302**, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

FIG. **5** illustrates a block diagram of an example data architecture **500**. In the example data architecture **500**, interface data **502**, administrative data **504**, and automobile market data **506** interact with each other, for example, based on user commands or requests. The interface data **502**, administrative data **504**, and automobile market data **506** may be stored on any suitable storage medium (e.g., server **226**). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data **502**, administrative data **504**, and automobile market data **506**. Various other or different types of data may be included in the example data architecture **500**.

Interface data **502** may include input and output data of various kinds. For example, input data may include mouse click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data **502** may include data relating to formatting, user interface options, links or access to other websites or applications, and the like. Interface data **502** may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data **504** may include data and applications regarding user accounts. For example, administrative data **504** may include information used for updating accounts, such as creating or modifying manufacturer accounts or dealer accounts. Further, administrative data **504** may include access data and/or security data. Administrative data **504** may interact with interface data in various manners, providing a user interface **304**, **306**, **308** with administrative features, such as implementing a user login and the like.

Automobile market data **506** may include, for example, executed sales data **508**, consumer data **510**, dealer data **512**, manufacturer data **514**, statistical data **516**, and/or historical data **518**. Executed sales data **508** may include actual negotiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data **510** may include consumer search activity, consumer requests and offers, consumer feedback, etc. Dealer data **512** may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers received, foot traffic activity, and dealer inventory data, including current on location data, automobile turnover rates, etc. Manufacturer data **514** may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, etc. Statistical data **516** may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data **508** may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under multiple categories of automobile market data **506**, or change with the passage of time. It should also be appreciated that automobile market data **506** may be tailored for a particular manufacturer or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system **310**. Accordingly, for example, customized reports may be provided to a manufacturer interface **308** using that specific data for the manufacturer.

The integration of the various types of automobile market data **506** received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a consumer may benefit greatly from using an application in a mobile device **103** to receive both intrabrand information and interbrand information in real-time, based only on taking a picture of VIN. Dealers and manufacturers may be able to provide information to the consumer in a manner that highlights the benefits of the products the respective dealer

US 9,665,897 B2

17

or manufacturer would like to sell. The intrabrand and interbrand information provided on a consumer interface **304** may allow the best automobile options for a particular consumer to be provided to that consumer, may allow manufacturers to better follow through with opportunities for sales, and may allow dealers to compete with other dealers taking into account a greater amount of automobile market information, all of which may result in a more efficient automobile market.

Automobile market data **506** may be maintained in various servers **108**, in databases or other files. It should be appreciated that, for example, a host device **104** may manipulate automobile market data **506** in accordance with the administrative data **504** and interface data **502** to provide requests or reports to users **114** including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data **506** represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. **6** is flow diagram illustrating an example process **600** for facilitating an automobile transaction, according to an example embodiment of the present invention. Although the process **600** is described with reference to the flow diagram illustrated in FIG. **6**, it will be appreciated that many other methods of performing the acts associated with the process **600** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

In the example process **600**, data may flow between the automobile market information processing system **302** and a consumer interface **304**, a manufacturer interface **308**, and a dealer interface **306**, as discussed above based on consumer, manufacturer, and dealer interaction with the automobile market information processing system **302**. It should be appreciated that the automobile market information processing system **302** may update the automobile market information stored in the database system **310** when automobile market information is received from a consumer, a dealer, or a manufacturer, or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process **600** may begin with a consumer taking a picture of a VIN using a mobile phone application (block **602**). The consumer interface **304** may use OCR to determine and provide the VIN to the automobile market information processing system **302** to provide a consumer request (block **604**). It should be appreciated that OCR may occur in the automobile market information processing system **302** or at the consumer interface **304**. The automobile market information processing system **302** receives the consumer request and prepares automobile market information based on the request (block **606**). The automobile market information processing system **302** may send the consumer request and automobile market information based on the consumer request to the manufacturer interface **308** (block **608**). It should be appreciated that while the consumer request is automobile market information, typically, additional automobile market information would be provided with the consumer request. For example, typically, data relating to recent sales of the requested automobile and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the requested automobile may be provided. The manufacturer receives the request, determines that an automobile can be

18

provided and prepares and provides verification information for consumer and dealers (block **610**). A manufacturer response with the verification information may be provided from the manufacturer interface **308** to the automobile market information processing system **302** (block **612**). The automobile market information processing system **302** receives and processes the manufacturer response with the verification and prepares and provides information for consumer and dealers (block **614**). The manufacturer response with a verification may be sent from the automobile market information processing system **302** to the consumer interface **304** (block **616**). It should be appreciated that other automobile market information may be provided to the consumer interface **304** with a verification, for example, suggested pricing, ratings information, etc. The consumer interface **304** receives the verification that the automobile can be provided, for example, as a confirmation message on the mobile device (block **618**).

The automobile market information processing system **302** may also send to the dealer interface **306** a bid request for one or more dealers (block **620**). One or more dealers receive a bid request, determine prices and delivery options for the automobile, and prepare and provide bids for the consumer (block **622**). A dealer bid may be sent from the dealer interface **306** to the automobile market information processing system **302** for each dealer that wants to provide a bid (block **624**). The automobile market information processing system **302** receives and processes dealer bids and prepares the bids and automobile market data for the consumer (block **626**). The automobile market information processing system **302** may send dealer bids and automobile market information to the consumer interface **304** (block **628**). It should be appreciated that automobile market information may be provided to the consumer before dealer bids are provided, and/or concurrently with dealer bids. Also, it should be appreciated that blocks **616** and **628** may be combined, particularly if the dealer bidding process can occur quickly, for example, in real-time. The consumer may receive dealer bids based on the verification and select a bid including a delivery option based on automobile market information (block **630**). The consumer interface **304** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer wants to purchase or lease the automobile based on the selected bid (block **632**). The automobile market information processing system **302** receives and processes the consumer bid selection (block **634**). For example, the automobile market information processing system **302** may send the bid selection to the dealer interface **306** (block **636**). The dealer may receive the bid selection and coordinate a sale by, for example, instructing the manufacturer to produce and ship the automobile to the dealer location for delivery to the consumer (block **638**). Also, for example, the dealer may provide contract or loan documents, collect a deposit or down payment, or the like. As discussed above, in each of blocks **606**, **614**, **626**, and **634**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, dealer, and/or manufacturer.

For exemplary purposes, the present disclosure discusses a various examples relating to a purchase of a car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, com-

US 9,665,897 B2

19

mercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent application filed on Jul. 5, 2011, entitled "AUTO-MOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMO-BILE," application Ser. No. 13/176,525, the entire contents of which are hereby incorporated by reference herein, and in an example embodiment, the features of which may be combined with the features of the present disclosure.

It should be understood that various changes and modifications to the example embodiments described herein will be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present subject matter and without diminishing its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention is claimed as follows:

1. A method comprising:
receiving, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;
executing instructions, by at least one processing device, to:
determine current inventory data of the first automobile, wherein the current inventory data of the first automobile includes a plurality of dealer inventories of a plurality of dealers, with each respective dealer of the plurality of dealers having a respective dealer inventory;
provide the current inventory data of the first automobile to the first manufacturer, based on the first request, via a manufacturer interface;
generate, based on the current inventory data of the first automobile, via the manufacturer interface, at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;
determine, based on the geolocation information, that the consumer is located at the first location;
generate, based on the first location, an in-market dealer area proximately located to the first location;
determine that at least a first dealer is located within the in-market dealer area, the first dealer located at a second location;

20

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;
request, from the first dealer, via a dealer interface, a bid to sell the first automobile based on the first manufacturer response;
receive, from the first dealer located at the second location, the bid to provide the first automobile;
generate driving directions from the first location to the second location; and
provide the bid and the driving directions to the consumer interface, the bid including at least a price and a delivery option.

2. The method of claim 1, wherein the current inventory data includes at least one of inventory data by location, inventory in transit data, production lead time data, production schedule data, and shipping schedule data.

3. The method of claim 1, wherein the first request is made by a consumer on a website using a request form including at least one of a text box and a drop down list.

4. The method of claim 1, wherein the first request is made by a consumer using a mobile device which takes a picture of a vehicle identification number.

5. The method of claim 4, wherein the vehicle identification number is recognized using optical character recognition.

6. The method of claim 1, wherein the first automobile is one of a particular type of car with a specific set of features and a particular car with a specific vehicle identification number.

7. The method of claim 1, further comprising providing first automobile market data to the first manufacturer including a suggested bid price.

8. The method of claim 7, wherein the first automobile market data is based on real-time automobile market data.

9. The method of claim 1, further comprising:
executing instructions, by the at least one processing device, to process the consumer selection of the bid to facilitate:
instructing the first manufacturer to provide the first automobile to the first dealer based on a consumer selection of the bid; and
executing a sale, including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

10. The method of claim 1, wherein the manufacturer interface allows a manufacturer to at least one of request data via the consumer interface from a plurality of consumers and request data via the dealer interface from a plurality of dealers.

11. The method of claim 1, wherein the first dealer at least one of provides and offers at least one of a financing plan, a service plan, an insurance plan, a warranty, and a hard add accessory, for at least the first automobile.

12. The method of claim 1, wherein the first dealer is at least one of a franchise dealer and a non-franchise distribution location.

13. The method of claim 1, wherein the first manufacturer response includes an acknowledgement of interest.

14. The method of claim 1, wherein the first automobile is yet to be manufactured at the time the bid is received from the first dealer.

US 9,665,897 B2

21

**15.** The method of claim **1**, wherein the first automobile is in the inventory of an entity other than the first dealer at the time the bid is received from the first dealer.

**16.** The method of claim **1**, further comprising receiving a consumer selection of the bid including a first delivery option which specifies a pickup location at the first dealer, and the first automobile is made available for pickup at the first dealer.

**17.** The method of claim **1**, wherein the consumer selection of the bid indicates a consumer intention to purchase the first automobile.

**18.** The method of claim **1**, wherein the consumer selection of the bid indicates a consumer intention to lease the first automobile.

**19.** The method of claim **1**, wherein the bid includes a first price corresponding to a first delivery option and a second price corresponding to a second delivery option.

**20.** The method of claim **1**, further comprising executing instructions, by the at least one processing device, to:

request, from a second dealer located at a third location within the in-market dealer area, a second bid to sell the first automobile based on the first manufacturer response;

receive, from the second dealer, the second bid to sell the first automobile based on the first manufacturer response;

generate second driving directions from the first location to the third location; and

provide the second bid and the second driving directions to the consumer interface, the second bid including at least a second price and a second delivery option.

**21.** The method of claim **1**, wherein the consumer is a person.

**22.** The method of claim **1**, wherein the consumer is an entity.

**23.** The method of claim **1**, wherein the consumer chooses a pickup location.

**24.** The method of claim **1**, wherein the delivery option includes a first pickup location.

**25.** The method of claim **24**, wherein the consumer chooses the first pickup location.

**26.** The method of claim **1**, wherein the first dealer is a franchise entity.

**27.** The method of claim **1**, wherein the first dealer is a non-franchise entity distribution location.

**28.** The method of claim **27**, wherein the consumer chooses a pickup location.

**29.** The method of claim **28**, wherein the first automobile is at the consumer's chosen pickup location, such that the first automobile does not need to be transported to the consumer's chosen pickup location.

**30.** The method of claim **28**, wherein the consumer submits a request to the first dealer to change a first delivery option to include the consumer's chosen pickup location.

**31.** The method of claim **30**, wherein, based on the consumer's request to change the first delivery option, the first dealer provides a second delivery option including the consumer's chosen pickup location.

**32.** The method of claim **31**, wherein a notification is sent to the consumer that the first automobile is available for pickup at the consumer's chosen pickup location.

**33.** The method of claim **32**, wherein the consumer picks up the first automobile at the consumer's chosen pickup location.

**34.** The method of claim **31**, wherein the first automobile is transported to the consumer's chosen pickup location.

22

**35.** The method of claim **34**, wherein the first automobile is transported directly from a third location to the consumer's chosen pickup location.

**36.** The method of claim **35**, wherein a second dealer is located at the third location.

**37.** The method of claim **35**, wherein a manufacturer is located at the third location.

**38.** The method of claim **1**, wherein the first dealer provides the first automobile to the consumer at a pickup location by one of (i) having the first automobile transported to the pickup location and (ii) having a manufacturer produce the first automobile.

**39.** A system comprising:

a computer readable medium storing instructions; and

at least one processing device operably coupled to the computer readable medium, the at least one processing device executing the instructions to:

receive, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

determine current inventory data of the first automobile, wherein the current inventory data of the first automobile includes a plurality of dealer inventories of a plurality of dealers, with each respective dealer of the plurality of dealers having a respective dealer inventory;

provide the current inventory data of the first automobile to the first manufacturer, based on the first request, via a manufacturer interface;

generate, based on the current inventory data of the first automobile, via the manufacturer interface, at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

determine, based on the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that at least a first dealer is located within the in-market dealer area, the first dealer located at a second location;

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

request, from the first dealer, via a dealer interface, a bid to sell the first automobile based on the first manufacturer response;

receive, from the first dealer located at the second location, the bid to provide the first automobile;

generate driving directions from the first location to the second location; and

provide the bid and the driving directions via the consumer interface, the bid including at least a price and a delivery option.

US 9,665,897 B2

23

**40**. A non-transitory computer readable medium storing software instructions which, when executed, cause an information processing apparatus to:

receive, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

determine current inventory data of the first automobile, wherein the current inventory data of the first automobile includes a plurality of dealer inventories of a plurality of dealers, with each respective dealer of the plurality of dealers having a respective dealer inventory;

provide the current inventory data of the first automobile to the first manufacturer, based on the first request, via a manufacturer interface;

generate, based on the current inventory data of the first automobile, via the manufacturer interface, at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

24

determine, based on the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that at least a first dealer is located within the in-market dealer area, the first dealer located at a second location;

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

request, from the first dealer, via a dealer interface, a bid to sell the first automobile based on the first manufacturer response;

receive, from the first dealer located at the second location, the bid to provide the first automobile;

generate driving directions from the first location to the second location; and

provide the bid and the driving directions via the consumer interface, the bid including at least a price and a delivery option.

*    *    *    *    *

US010140655B2

(12) **United States Patent**
Seergy et al.

(10) **Patent No.:**    **US 10,140,655 B2**
(45) **Date of Patent:**    **\*Nov. 27, 2018**

(54) **USED AUTOMOBILE TRANSACTION FACILITATION FOR A SPECIFIC USED AUTOMOBILE**

(71) Applicant: **Sidekick Technology LLC**, Pine Brook, NJ (US)

(72) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **SIDEKICK TECHNOLOGY LLC**, Pine Brook, NJ (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/284,181**

(22) Filed: **Oct. 3, 2016**

(65) **Prior Publication Data**

US 2017/0154378 A1    Jun. 1, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/841,157, filed on Aug. 31, 2015, now Pat. No. 9,460,467, which is a
(Continued)

(51) **Int. Cl.**
   **G06Q 30/00**    (2012.01)
   **G06Q 30/08**    (2012.01)
   (Continued)

(52) **U.S. Cl.**
   CPC ............. **G06Q 30/08** (2013.01); **G01C 21/34** (2013.01); **G01C 21/3679** (2013.01);
   (Continued)

(58) **Field of Classification Search**
   CPC ...... G06Q 30/08; G06Q 30/06; G06Q 10/087; G06Q 30/0275; G06Q 30/0283; G06Q 30/0625
   (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,970,472 A    10/1999    Allsop et al.
6,006,201 A    12/1999    Berent et al.
(Continued)

OTHER PUBLICATIONS

AutoTrader.com, Inc..: Private Company Information—Business Week, http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=92642.
(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57)    **ABSTRACT**

A system, methods, and apparatus for performing used automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing and consumer interest information received from consumers, dealers, and manufacturers. A consumer seller or manufacturer off-lease seller may provide a request for a response regarding a specific used automobile with a specific a vehicle identification number. Automobile market data may be provided to a used automobile buyer based on the request. Bids to purchase the specific used automobile may be requested from used automobile buyers based on the request. Buyer bids may be provided to the consumer seller or manufacturer off-lease seller with prices and a delivery options. The consumer seller or manufacturer off-lease seller may select a bid to sell the specific used automobile based on the bid.

**28 Claims, 7 Drawing Sheets**



## Related U.S. Application Data

continuation of application No. 14/176,700, filed on Feb. 10, 2014, now Pat. No. 9,123,075, which is a continuation of application No. 13/207,858, filed on Aug. 11, 2011, now Pat. No. 8,650,093, which is a continuation-in-part of application No. 13/176,497, filed on Jul. 5, 2011, now Pat. No. 9,141,984, and a continuation-in-part of application No. 13/176,525, filed on Jul. 5, 2011, now Pat. No. 8,744,925.

(51) **Int. Cl.**

| | |
|---|---|
| *G06Q 30/06* | (2012.01) |
| *G01C 21/34* | (2006.01) |
| *G01C 21/36* | (2006.01) |
| *G06F 3/16* | (2006.01) |
| *H04W 4/021* | (2018.01) |

(52) **U.S. Cl.**
CPC ......... *G01C 21/3697* (2013.01); *G06F 3/167* (2013.01); *G06Q 30/06* (2013.01); *G06Q 30/0641* (2013.01); *H04W 4/021* (2013.01); *H05K 999/99* (2013.01)

(58) **Field of Classification Search**
USPC ............................................... 705/26.1, 27.1
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,321,221 | B1 | 11/2001 | Bieganski |
| 6,463,431 | B1 | 10/2002 | Schmitt |
| 6,533,173 | B2 | 3/2003 | Benyak |
| 6,868,388 | B1 | 3/2005 | Millsap et al. |
| 6,868,389 | B1 | 3/2005 | Wilkins et al. |
| 7,395,223 | B1 | 7/2008 | Buzzell et al. |
| 7,406,436 | B1 | 7/2008 | Reisman |
| 7,479,949 | B2 | 1/2009 | Jobs et al. |
| 7,636,574 | B2 | 12/2009 | Poosala |
| 8,160,929 | B1 | 4/2012 | Park et al. |
| 8,392,193 | B2 | 3/2013 | Schultz et al. |
| 8,606,604 | B1 | 12/2013 | Huber et al. |
| 2002/0065707 | A1 | 5/2002 | Lancaster et al. |
| 2002/0082978 | A1 | 6/2002 | Ghouri et al. |
| 2002/0099628 | A1 | 7/2002 | Takaoka et al. |
| 2002/0111877 | A1 | 8/2002 | Nelson |
| 2002/0128946 | A1 | 9/2002 | Chehade et al. |
| 2003/0088435 | A1 | 5/2003 | King |
| 2003/0200151 | A1 | 10/2003 | Ellenson |
| 2003/0229577 | A1 | 12/2003 | Nabel |
| 2004/0034544 | A1 | 2/2004 | Fields et al. |
| 2004/0059626 | A1 | 3/2004 | Smallwood |
| 2005/0004819 | A1 | 1/2005 | Etzioni et al. |
| 2005/0050097 | A1 | 3/2005 | Yeh et al. |
| 2005/0108112 | A1 | 5/2005 | Ellenson et al. |
| 2005/0240512 | A1 | 10/2005 | Quintero et al. |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. |
| 2007/0150362 | A1 | 6/2007 | Sharma et al. |
| 2007/0250403 | A1 | 10/2007 | Altschuler |
| 2007/0255663 | A1 | 11/2007 | Jordan et al. |
| 2007/0260526 | A1 | 11/2007 | Bartel |
| 2008/0046331 | A1 | 2/2008 | Rand |
| 2008/0177653 | A1 | 7/2008 | Famolari et al. |
| 2008/0183552 | A1 | 7/2008 | O'Hagan |
| 2008/0187125 | A1 | 8/2008 | Siegrist |
| 2008/0201184 | A1 | 8/2008 | Rose et al. |
| 2008/0201188 | A1 | 8/2008 | Heyman et al. |
| 2008/0201203 | A1 | 8/2008 | Rose et al. |
| 2008/0208731 | A1 | 8/2008 | Ruckart |
| 2008/0228657 | A1 | 9/2008 | Nabors et al. |
| 2009/0076896 | A1 | 3/2009 | DeWitt et al. |
| 2009/0132348 | A1 | 5/2009 | Bria et al. |
| 2009/0149199 | A1 | 6/2009 | Maghoul |
| 2009/0171761 | A1 | 7/2009 | Noy et al. |
| 2009/0187478 | A1 | 7/2009 | Shipley |
| 2009/0187513 | A1 | 7/2009 | Noy et al. |
| 2009/0198557 | A1 | 8/2009 | Wang et al. |
| 2009/0204600 | A1 | 8/2009 | Kalik et al. |
| 2010/0048242 | A1 | 2/2010 | Rhoads et al. |
| 2010/0106580 | A1 | 4/2010 | Etheredge et al. |
| 2010/0217525 | A1 | 8/2010 | King et al. |
| 2010/0274627 | A1 | 10/2010 | Carlson |
| 2010/0332292 | A1 | 12/2010 | Anderson |
| 2011/0040642 | A1 | 2/2011 | O'Dell |
| 2011/0082759 | A1 | 4/2011 | Swinson et al. |
| 2011/0087430 | A1 | 4/2011 | Boss et al. |
| 2011/0087556 | A1 | 4/2011 | Pitkow |
| 2011/0099036 | A1 | 4/2011 | Sarkissian et al. |
| 2011/0208418 | A1 | 8/2011 | Looney et al. |
| 2011/0238474 | A1 | 9/2011 | Carr et al. |
| 2011/0238514 | A1 | 9/2011 | Ramalingam et al. |
| 2011/0276394 | A1 | 11/2011 | Chan |

### OTHER PUBLICATIONS

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, http://www.prnewswire.com/news-releases/autotradercom, Jul. 7, 2011.
AppStore—AutoTrader.com, http://itunes.apple.com/us/app/autotrader-com/id444552888?mt=8, Oct. 31, 2011.
International Search Report dated Sep. 21, 2012 for Intl. Appln. No. PCT/US2012/045546.
Charlton, Auto Trader: iPhone app review. Mar. 15, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.econsultancy.com/us/blog/5593-auto-trader-iphone-app-review> entire document.
AUTODRADERUK. Introducing the Auto Trader iPhone App. Mar. 12, 2010 [retrieved on Sep. 6, 2012] from the internet: http/www.youtube.com/watch?v+6g_1g8IRG4&feature=player_embedded> entire document.
International Search Report dated Oct. 5, 2012 for Intl. Appln. No. PCT/US2012/045545.
Anonymous, "instaVIN to offer free auto accident history reports for mobile phones," Wireless News, Jun. 2, 2010.



Fig. 1



Fig. 2



Fig. 3A



Fig. 3B



Start

400

402
Automobile market data including at least pricing data is stored in a database system (e.g., data from consumers, dealers, manufacturers, and industry analysts, regarding pricing, inventory, insurance information, quality ratings, safety ratings, and other ratings is collected and stored in a database)

404
A request for a response regarding a used automobile is received from a consumer seller (e.g., a used car seller takes a picture of the VIN of a used car and fills in price parameters and other information into a mobile application to receive a response based on current market data)

406
Automobile market data is provided to used automobile buyers based on the consumer seller request (e.g., a group of consumers and dealers receive a real-time report including local used car sales data, inventory data, quality and safety ratings data, insurance data, and gas mileage data of the specific used car)

408
A bid to purchase the automobile from the consumer seller is requested from used automobile buyers (e.g., a group of consumers and dealers within a certain radius of the used car seller receive a bid request based on buyer searches)

410
Buyer bids are provided to the consumer seller (e.g., several consumers and dealers provide bids based on current pricing data, options information on the specific used car, and potential pickup locations, so several different prices and delivery options may be available to the used car seller)

412
The consumer seller selects a buyer bid including a price and a delivery option (e.g., the used car seller chooses to sell the used car based on the price and the pickup location of a consumer buyer bid)

414
The consumer seller and used automobile buyer execute the sale of the automobile (e.g., the used car buyer e-signs a contract and electronically transfers funds to the used car seller based on the consumer bid)

416
The consumer seller makes the purchased used automobile available according to the consumer seller bid selection (e.g., the seller drives the used car to the pickup location if the pickup location is not the used car seller's location)

418
The used automobile buyer receives the purchased used automobile according to the consumer seller selected delivery option (e.g., the used car buyer receives the used car at the pickup location the same day the sale is executed)

Fig. 4



Fig. 5

Case: 23-1362     Document: 30     Page: 239     Filed: 12/05/2023



Fig. 6

US 10,140,655 B2

1

## USED AUTOMOBILE TRANSACTION FACILITATION FOR A SPECIFIC USED AUTOMOBILE

### CROSS REFERENCE TO RELATED APPLICATIONS AND PRIORITY CLAIM

This application is a continuation of U.S. patent application Ser. No. 14/841,157, filed Aug. 31, 2015, which is a continuation of Ser. No. 14/176,700, filed Feb. 10, 2014, which is a continuation of U.S. patent application Ser. No. 13/207,858, filed on Aug. 11, 2011, which is a continuation-in-part of the following co-pending commonly-owned patent applications filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," application Ser. No. 13/176,497, and entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE," application Ser. No. 13/176,525, now U.S. Pat. No. 8,744,925, issued Jun. 3, 2014, the entire content of each of which is incorporated by reference herein.

### BACKGROUND

In the used automobile market, consumers typically sell or trade in used automobiles to dealers or dealerships, or privately sell to other consumers, for example, through personal advertisements. Dealers often purchase used automobiles from consumers as part of a deal for a new automobile, typically referred to as a trade in. Typically, a description of a used automobile in a personal advertisement may include the make, model, and mileage of an automobile, but certain other relevant descriptive information may not be available to a potential buyer. Further, a dealer making a trade in offer for a used automobile may not have certain relevant descriptive information on that used automobile. In many cases, the negotiation process for a used automobile may include a large degree of uncertainty for consumers, including both a selling consumer and a purchasing consumer. A consumer seller may be particularly disadvantaged when negotiating with a dealer for a trade in value, as dealers typically have great knowledge and experience with the process, while consumers typically do not. Generally, the negotiation process is a zero sum process, and because a consumer seller of a used automobile and a used automobile buyer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, used automobile buyers and sellers, including consumers and dealers, often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer seller of a used automobile may have concerns that a buyer may not offer a fair and competitive price. Various products and services have become available that allow sellers and buyers, including consumers and dealers, to perform research on market prices for used automobiles. Typically, the highest possible value available to a consumer seller may be through a sale to another consumer, as opposed to trading in the used automobile to a dealer.

In addition to consumers and dealers, automobile manufacturers may also have an interest in the resale values of used automobiles. Further, in many cases, a manufacturer

2

may want to sell used off-lease automobiles which have been returned by consumer lessees. In many cases, a manufacturer off-lease seller may not be able to receive the full market value of a used off-lease automobile.

### SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market information and facilitating used automobile transactions. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing and consumer interest information received from consumers, dealers, and manufacturers. A consumer seller or manufacturer off-lease seller may provide a request for a response regarding a specific used automobile with a specific a vehicle identification number. Automobile market data may be provided to a used automobile buyer based on the request. Bids to purchase the specific used automobile may be requested from used automobile buyers based on the request. Buyer bids may be provided to the consumer seller or manufacturer off-lease seller with prices and a delivery options. The consumer seller or manufacturer off-lease seller may select a bid to sell the specific used automobile based on the bid.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

### BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. **2** is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIGS. **3**A and **3**B provide a block diagram, each showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIG. **4** is a flowchart illustrating an example process for facilitating a used automobile transaction, according to an example embodiment of the present invention.

FIG. **5** is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. **6** is flow diagram illustrating an example process for facilitating a used automobile transaction, according to an example embodiment of the present invention.

### DETAILED DESCRIPTION OF EXAMPLE EMBODIMENTS

The present disclosure relates in general to a system for facilitating used automobile transactions and, in particular, to an automobile transaction for a specific used automobile. Briefly, in an example embodiment, a system is provided which allows a consumer seller or a manufacturer off-lease seller of a used automobile to request bids and information regarding a specific automobile identified with a specific vehicle identification number. For example, a consumer may use a mobile device to take a picture of a vehicle identification number and may enter a desired price range or minimum asking price. The specific automobile may be identified using optical character recognition to provide, for

US 10,140,655 B2

3

example, a full list of the original manufacturer features and options, and the original manufacturer suggested retail price and invoice information, for that specific used automobile based on the vehicle identification number. Accordingly, the consumer seller need not enter all of this information, but may request bids and information in real-time for that specific used automobile. Used automobile buyers may include consumers and/or dealers which may provide bids based on the consumer seller request using real-time automobile market information. A consumer seller may select a buyer bid to sell a used automobile based on the prices and delivery options available. Accordingly, typically unavailable or difficult to obtain data may be provided for offering a used automobile for sale, including a full listing of the manufacturer features and options, EPA mileage, safety ratings, recalls, quality reports, estimated insurance costs, etc. In an example embodiment, a manufacturer off-lease seller may select a buyer bid based on the prices and delivery options to maximize value, for example, by reducing costs typically associated with selling an off-lease automobile. The used automobile market is presently approximately three times the size of the new automobile market in the United States, as approximately 40 million used automobiles are sold each year. Accordingly, the present disclosure may be helpful for facilitating large numbers of used automobile transactions. In an example embodiment, the disclosed system matches seller and buyer parameters, such as price and pickup location, to facilitate a live bidding process, which allows a used automobile seller to accept or reject bids using a great deal of information not typically available. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system 100 is illustrated in FIG. 1. The illustrated system 100 includes one or more client devices 102, and one or more host devices 104. The system 100 may include a variety of client devices 102, such as desktop computers and the like, which typically include a display 112, which is a user display for providing information to users 114, and various interface elements as will be discussed in further detail below. A client device 102 may be a mobile device 103, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices 102 may communicate with the host device 104 via a connection to one or more communications channels 106 such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers 108 may be part of the network communications system 100, and may communicate with host servers 104 and client devices 102.

One host device 104 may interact with a large number of users 114 at a plurality of different client devices 102. Accordingly, each host device 104 is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device 104, each client device 102 typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user 114 as is described herein may include any person or entity which uses the presently disclosed system and may include a wide

4

variety of parties. For example, as will be discussed in further detail below, users 114 of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices 104 and servers 108 store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices 102, and/or other host devices 104 or servers 108. A host device 104 or server 108 may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various administrative tasks. A host device 104 or server may interact via one or more networks with one or more other host devices 104 or servers 108, which may be operated independently. For example, host devices 104 and servers 108 operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device 102, and a host device 104) is illustrated in FIG. 2. In this example, the computing device 102, 104 includes a main unit 202 which preferably includes one or more processors 204 electrically coupled by an address/data bus 206 to one or more memory devices 208, other computer circuitry 210, and one or more interface circuits 212. The processor 204 may be any suitable processor, such as a microprocessor from the INTEL PENTIUM® family of microprocessors. The memory 208 preferably includes volatile memory and non-volatile memory. Preferably, the memory 208 stores a software program that interacts with the other devices in the system 100 as described below. This program may be executed by the processor 204 in any suitable manner. In an example embodiment, memory 208 may be part of a "cloud" such that cloud computing may be utilized by a computing devices 102, 104. The memory 208 may also store digital data indicative of documents, files, programs, web pages, etc. retrieved from a computing device 102, 104 and/or loaded via an input device 214.

The interface circuit 212 may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus (USB) interface. One or more input devices 214 may be connected to the interface circuit 212 for entering data and commands into the main unit 202. For example, the input device 214 may be a keyboard, mouse, touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, microphone, and/or a speech/voice recognition system.

One or more displays 112, printers, speakers, and/or other output devices 216 may also be connected to the main unit 202 via the interface circuit 212. The display 112 may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display 112 generates visual displays generated during operation of the computing device 102, 104. For example, the display 112 may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device 102, 104. A user interface may include prompts for human input from a user 114 including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices 218 may also be connected to the main unit 202 via the interface circuit 212. For example, a hard drive, CD drive, DVD drive, and/or other storage devices may be connected to the main unit 202. The

US 10,140,655 B2

5

6

storage devices **218** may store any type of data, such as pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device **102**, **104**.

The computing device **102**, **104** may also exchange data with other network devices **220** via a connection to the network **106**. Network devices **220** may include one or more servers **226**, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository **222**. A server **226** may include any kind of data **224** including databases, programs, files, libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server **226** may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers **226** may be used to support and maintain the system **100**. For example, servers **226** may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device **102** which is also stored on the server **226**, either temporarily or permanently, for example in memory **208** or storage device **218**. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device **102**, **104** can be controlled by appropriate security software or security measures. An individual users' **114** access can be defined by the computing device **102**, **104** and limited to certain data and/or actions. Accordingly, users **114** of the system **100** may be required to register with one or more computing devices **102**, **104**. For example, registered users **114** may be able to request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

As noted previously, various options for managing data located within the computing device **102**, **104** and/or in a server **226** may be implemented. A management system may manage security of data and accomplish various tasks such as facilitating a data backup process. A management system may be implemented in a client **102**, a host device **104**, and a server **226**. The management system may update, store, and back up data locally and/or remotely. A management system may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks **106**.

FIGS. **3A** and **3B** provide block diagrams, each showing an example automobile transaction network structure **300**. As illustrated in FIG. **3A**, the example automobile transaction network structure **300** includes an automobile market information processing system **302**, a consumer interface **304**, a dealer interface **306**, and a manufacturer interface **308**. The example automobile market information processing system **302** may be implemented on one or more host devices **104** accessing one or more servers **108**, **226**. In an example embodiment, the automobile market information processing system **302** includes a database system **310**, a recommendation engine **312**, a vehicle identification number processor **314**, and an interface generation unit **316**. A user **114** may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface **304**, dealer interface **306**, or manufacturer interface **308**, respectively. A database

system **310** may include a wide variety of automobile market data. A recommendation engine **312** may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor **314** may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor **314** may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit **316** may provide, for example, HTML files which are used at the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** interface to provide information to the users **114**. It should be appreciated that he the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be considered to be part of the automobile market information processing system **302**, however, for discussion purposes, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be referred to as separate from the automobile market information processing system **302**.

For example, a user **114** may interact with a consumer interface **304** to research new or used automobiles the user **114** is interested in buying and selling. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface **304** by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface **304** may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface **304** from the consumer, the consumer interface **304** may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface **304** may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to a dealer near the consumer's present location or may be already owned by the consumer. The automobile market information processing system **302** may process data received by the consumer interface **304**, as well as the dealer interface **306** and/or the manufacturer interface **308**, to respond to a request from a consumer. For example, data from database system **310** may be queried for use in a report, or a recommendation may be provided by recommendation engine **312** according to the consumer request and current market data. The automobile market information processing system **302** may integrate data received from consumer interface **304**, dealer interface **306**, and manufacturer interface **308** to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface **304** may be specific to one particular manufacturer or may provide information for automobiles manufactured by multiple different manufacturers. For example, a consumer interface **304** may be a website with information for many manufacturers. For example, the consumer interface **304** may access or link to the manufacturer specific websites (e.g., Ford), particularly with regard to new automobile information, but also for used automobile information. Also, for example, a consumer interface **304** may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automobile models with any available options or features. For

US 10,140,655 B2

7
8

example, a manufacturer website may allow a consumer to select options that are desired to "build" a particular new automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code.) Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pricing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface 304 and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface 304. It should also be appreciated that information on a manufacturer website and/or a consumer interface 304 may be directed to both new and used automobiles. For example, historical and statistical information which demonstrates favorable safety ratings, quality and reliability data, low maintenance costs, low insurance prices, low emissions, high gas mileage, etc. based on specific models for specific years, and/or groups of models and years may be provided on a manufacturer website and/or a consumer interface 304.

Accordingly, the consumer interface 304 may provide a wide range of information, for example, based on any searches or queries performed by a user 114. In an example embodiment, based on a user search or request for a response, the consumer interface 304 will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine 312 may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system 302. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar purchase options to a specific search may also be provided, based on feature matching, price range, consumer popularity, etc. Information including price ranges, including MSRP, invoice prices, inventory levels, the user's 114 credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. It should be appreciated that such data may be provided for both new and used automobiles. For example, a financing calculator may help a user 114 determine what financing rate is appropriate for an automobile purchase. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current market data including prices, interest rates, incentives, estimated mileage per year, etc. for providing an analysis for a particular consumer

regarding purchasing or leasing. Also, the consumer interface 304 may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface 304 may provide a wide variety of useful information to a consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like. As will be discussed in FIG. 3B in further detail below, the consumer interface 304 may include a used automobile seller interface 318 and a used automobile buyer interface 320.

In an example embodiment, a dealer interface 306 may provide a user 114, such as a dealer employee, information relating to the current automobile market. The dealer interface 306 allows a dealer to interact with automobile market information processing system 302 to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface 306 includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface 306 relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface 306 which will be used by automobile market information processing system 302 to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface 306 as described herein.

In an example embodiment, a manufacturer interface 308 may provide a user 114, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, a manufacturer interface 308 may provide a manufacturer a request received from a consumer interface 304. Additionally, the manufacturer interface 308 may provide information such as a report that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system 310 relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information to provide a response to a consumer request. The manufac-

US 10,140,655 B2

9          10

turer may provide the manufacturer interface **308** with information to provide a confirmation, a verification, or an offer to a consumer via consumer interface **304**. For example, a confirmation number associated with the particular consumer request may be provided for the consumer. Also, a recommendation may be provided from the recommendation engine **312** to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. Further, it should be appreciated that a manufacturer may include various related affiliate entities all doing business as, or operating under, the same manufacturer name. For example, a manufacturer typically may include a manufacturing company (e.g., operating the manufacturing plant), a sales company (e.g., operating automobile sales activities), and a captive finance company (e.g., operating financing and leasing activities). The manufacturer interface **308** may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing, marketing activities, etc., which may provide a significant advantage for manufacturers.

As illustrated in FIG. **3B**, a consumer interface **304** may include a used automobile seller interface **318** and a used automobile buyer interface **320**. The used automobile seller interface **318** may be used by consumer sellers to sell used automobiles, while the used automobile buyer interface **320** may be used by consumers to buy used automobiles. It should be appreciated that consumers may be able to access both interfaces **318** and **320** from consumer interface **304**. In an example embodiment, the used automobile seller interface **318** and a used automobile buyer interface **320** may be integrated within a single website or application, or for example, may be implemented as distinct websites. Similarly, in an example embodiment, a used automobile buyer interface **320** may be integrated with features of a consumer interface **304** for searching both new and used automobiles for purchase, or new and used automobiles may not be simultaneously searchable on a particular implementation of a consumer interface **304**. As will be discussed further below, a used automobile seller interface **318** may be used by a consumer seller of a specific used automobile to receive information on the specific automobile and request bids for the specific automobile. Similarly, a used automobile buyer interface **320** may be used for used automobile buyers to receive information on a used automobile and place a bid on that specific automobile.

It should be appreciated that, for example, a consumer seller of a used automobile may be considered different than a dealer seller of a used automobile in some respects. For example, a consumer seller of a used automobile is often selling through different channels, such as offering for sale in classified advertisements versus from a dealer lot. It should be appreciated that such differences may be relevant to the ability to maximize the value of a sale or purchase of a used automobile. Accordingly, where appropriate, the present disclosure may distinguish a consumer seller from a dealer seller, or distinguish a consumer buyer from a dealer buyer. Also, as discussed in further detail below, a manufacturer off-lease seller of a used automobile may also be considered different from a consumer seller and/or a dealer seller.

A dealer interface **306** may include a used automobile buyer interface **322**. For example, a typical dealer may use a dealer interface **306** primarily for facilitating sales of new and used automobiles, however, the dealer interface **306** may also be used to facilitate purchasing used automobiles. For example, a used automobile buyer interface **322** may be used by dealers similarly to the way that the used automobile buyer interface **320** may be used by consumers. It should be appreciated that in an example embodiment, the used automobile buyer interfaces **320**, **322** may be similar or the same, and/or may integrated as part of single website or application. In an example embodiment, a dealer may use the used automobile buyer interface **322** to facilitate bringing a consumer in to purchase a new automobile based on providing a competitive bid to purchase a used automobile as a trade in.

A manufacturer interface **308** may include a used automobile off-lease interface **324**. For example, a manufacturer may use a manufacturer interface **308** primarily for facilitating sales of new automobiles, however, the manufacturer interface **308** may also be used to facilitate selling off-lease automobiles which have been returned by a consumer lessor whose lease is expiring. For example, an off-lease seller interface **324** may be used by a manufacturer, typically, a captive finance company of the manufacturer, similarly to the way that the used automobile seller interface **318** may be used by consumers. It should be appreciated that, a manufacturer off-lease seller may have limited options to sell a used off-lease automobile and may have time constraints that are may be typically imposed on a consumer seller of a used automobile. Typically, an off-lease automobile may be dropped off by a consumer lessee at any one of a variety of dealer locations. The manufacturer lessor may then wish to sell the used off-lease automobile, however, the dealer where the off-lease automobile was dropped off may have a significant bargaining advantage to purchase that automobile, as the manufacturer may need to sell the off-lease automobile quickly and may have limited options. Typically, the dealer may not offer the manufacturer off-lease seller full market value for the off-lease automobile. It should be appreciated that the manufacturer off-lease seller may transport the car to an auction in an attempt to obtain a higher price. However, transportation costs, auction fees, and delay in selling the off-lease automobile may cause the manufacturer off-lease seller to accept less than market value for the off-lease automobile from the dealer, or otherwise not maximize the value of the off-lease automobile. For example, typically, an off-lease automobile sold at auction for near or even above the current market value is significantly offset by transportation costs and auction fees.

The off-lease seller interface **324** may provide a manufacturer off-lease seller with leverage, not only through the ability to obtain bids to purchase the off-lease automobile, but through the ability to determine the number of matches or search hits for an off-lease automobile. The dealer that has the off-lease automobile may know that the manufacturer may have the ability to track searches for the off-lease automobile performed by consumers and/or other dealers. The manufacturer off-lease seller may provide the dealer in possession of an off-lease automobile with matches and/or bids, which may provide the dealer with firm evidence of current demand or interest in the off-lease automobile. The dealer may be able to use this information to determine an appropriate price, and possibly even more profitably than the manufacturer. Accordingly, a dealer may often be inclined to make a significantly more competitive bid for an off-lease automobile. It should be appreciated that the manufacturer may use the off-lease seller interface **324** to identify in-market buyers, and even without receiving bids from those

US 10,140,655 B2

11                                                              12

buyers, the manufacturer's bargaining power may improve, resulting in a greater value for off-lease sales.

Accordingly, information may be provided to the automobile market information processing system **302** from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system **302**. This allows the automobile market information processing system **302** to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system **302** may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that the users **114** of the automobile market information processing system **302**, including consumers, dealers, and manufacturers, and buyers and sellers of new and used automobiles, may be required to agree to and/or execute a terms of use agreement or terms of service agreement. Various forms of enforcing the agreement may be implemented, including a transaction deposit policy, which may require a deposit or a credit card hold, or the like, and a standard schedule of fees or default payment schedule for infractions such as improper condition of an automobile, delay in delivery, etc. Accordingly, all parties may be protected from another party breaching the agreement.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system **302**, may instead be performed locally at consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or vice versa. Further, in certain cases, tasks may be performed using consumer interface **304**, dealer interface **306**, and manufacturer interface **308** or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system **302**. In an example embodiment, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be located on a website, and may further be implemented as a secure website. Also, consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may require a local application, for example, which a manufacturer or dealer may pay for to have access to, for example, information from the automobile market information processing system **302** such as requests from consumers.

FIG. **4** is a flowchart of an example process **400** for facilitating a used automobile transaction. Although the process **400** is described with reference to the flowchart illustrated in FIG. **4**, it will be appreciated that many other methods of performing the acts associated with the process **400** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process **400** for facilitating a used automobile transaction may allow users **114** to efficiently sell and purchase automobiles. The example process **400** may begin with automobile market data including at least pricing data is stored in a database system (block **402**). For example, automobile market data from dealers, consumers, and manufacturers regarding pricing, inventory, insurance information, quality ratings, safety ratings, and other ratings is collected and stored in a database. For example, inventory data may include data regarding off-lease automobiles, including scheduled drop off dates of automobiles with expiring leases. In an example embodiment, a wide variety of data is stored in a database system **310**. Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface **304**, such as data in consumer searches or requests, information from a dealer interface **306**, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, transport or shipping costs, and information from a manufacturer interface **308**, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in transit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or may include additional information received from other sources, for example, industry analysts, consumer reports groups, government agencies, etc. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system **310** may be organized according to different manufacturers or dealers, automobile make and model, different information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers **108**, **226** which may be remotely located from each other and/or a host device **104** of the automobile market information processing system **302**. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system **302**.

The automobile market data may be used by any or all parties involved in a used automobile transaction, including used automobile sellers including consumer sellers and manufacturer off-lease sellers, and used automobile buyers including consumer buyers and dealer buyers. In the example process **400**, as discussed further below, the used automobile seller described by way of example as a consumer seller. It should be appreciated that the example process **400** may work similarly or the same for a manufacturer off-lease seller. In an example embodiment, the consumer used automobile seller interface **318** and manufacturer off-lease seller interface **324** may be provided as a combined interface. Certain aspects of the disclosed example process **400** may be of greater or lesser advantage to a manufacturer off-lease seller compared with a consumer seller. For example, consumer sellers typically sell used automobiles infrequently, while manufacturer off-lease sellers may be selling thousands of used off-lease automobiles each month. Accordingly, the goals of the user **114** may vary between consumer sellers and manufacturer off-lease sellers.

US 10,140,655 B2

**13**

Certain notable aspects that may be distinguishable between a consumer seller and manufacturer off-lease seller will be discussed below.

The example process **400** continues with a consumer seller providing a request for a response (block **404**). For example, a used car seller takes a picture of the vehicle identification number (VIN) of a used car and fills in price parameters and other information into a mobile application to receive a response based on current market data. In an example embodiment, the seller's request may be transmitted from automobile seller interface **318**, **324** via the internet to the automobile market information processing system **302**. For example, using an application stored on a mobile device **103**, the used car seller takes a picture of the VIN on the used car and fills in a minimum bid price, delivery parameters, etc. The seller's parameters may specify a pickup location by distance from an address, an area code, etc., which allows for matching the seller with buyers that are in-market. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system **302** to determine the make and model of the car, along with various other characteristics of the car. Also, for example, the used car seller may take a picture of the odometer, and the mileage may be determined using optical character recognition. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number.

Also, the used car seller may input into a mobile application or website a wide variety of additional information about the used car. For example, pictures of the used car may be uploaded with the request. In an example embodiment, pictures of the exterior, interior, dashboard, and/or odometer may be provided. Also, for example, service records, ownership records, and other documents or information may be included with a request. Further, a written description of the car may be provided. Accordingly, because the used car seller can provide information such as pictures, in addition to information which the seller may not have access to, such as the original manufacturer specifications of the used car, potential buyers may have access to a great deal of information on the used car. Further, in an example embodiment, a mobile application may include the geolocation of a used car seller, so the seller does not need to enter such information. Accordingly, the buyer may perform research, for example, while at home or while shopping at a dealer location. It should be appreciated that certain used car buyers may be highly interested in the geolocation of the consumer seller. For example, a dealer may find the consumer seller's geolocation to be more important than a consumer buyer, because a dealer may require a minimal cost for picking up a car to ensure profitability, and to optimize the opportunity for creating a new customer relationship. Similarly, certain used automobile sellers may be very interested in the geolocation of the used automobile buyer. For example, a manufacturer off-lease seller may have a high interest in determining the amount of in-market interest or demand for an off-lease automobile.

In an example embodiment, a manufacturer off-lease seller may provide a request for a response for an automobile that will be dropped off by a consumer lessee in the near future. For example, a manufacturer user **114** may input a VIN into off-lease seller interface **324** by typing, speaking, or providing an image of the VIN. The manufacturer off-lease seller may provide a parameter that the used off-lease automobile will be available only after a certain date. The

**14**

manufacturer off-lease seller may find that providing a request for a response prior to the consumer lessee actually dropping off an off-lease automobile may significantly improve the value of off-lease automobiles. It should be appreciated that the dealer where the consumer lessee drops off the off-lease automobile may be bargaining without any particular advantage because the manufacturer off-lease seller may have multiple interested automobile buyers that, based on search parameters, have received the off-lease automobile as a match, and/or bids from used automobile buyers.

Used car buyers may perform a search with used automobile buyer interfaces **320**, **322**, and may typically include parameters limiting the search to a specific automobile type, make, or model, certain options or features, a price range, and a pickup location or area. Further, for example, the buyer may take a picture of a VIN anywhere or manually type in a VIN number, including at automobile trade shows, mall displays, or anywhere new or used cars are for sale. The buyer may even take a picture of a car parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface **304** may be stored, for example, in database system **310**, thereby updating the automobile market information processing system **302** with current automobile market data.

The example process **400** may continue with providing automobile market data to used automobile buyers based on the consumer seller request (block **406**). For example, a group of consumers and dealers receive a real-time report including local used car sales data, inventory data, quality and safety ratings data, insurance data, and gas mileage data of the specific used car which is identified based on the VIN. The group of consumers and dealers that receive a real-time report may be based on prior searches conducted by consumers on used automobile buyer interface **320** and searches conducted by dealers with used automobile buyer interface **322**. In an example embodiment, a report may include quality information, safety information, insurance information, recall information, EPA gas mileage and emissions information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers and/or dealers. In an example embodiment, a report may include a specific history information for the specific used car, such as a CARFAX report. The request and/or the report may be provided in real-time and may also provide real-time data. Data reported based on a real-time updates in the automobile market information processing system **302** may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine **312** may provide recommendations to a used automobile buyer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that the used automobile buyer may offer or bid. In an example embodiment, an estimated sale price or range may be provided. For example, a probability analysis may be provided with prices and corresponding probabilities may be estimated as, e.g., 80% chance to purchase at $6,000; 60% chance to purchase at $5,500; 30% chance to purchase at $5,000; 10% chance to purchase at $4,500. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, for example, the recommendation engine may provide daily suggestions (e.g., a deal of the day) for dealers and/or consumers. Consumers may use such suggestions to save money or get a better value on a used car purchase by buying

US 10,140,655 B2

15     16

from another consumer rather than a dealer. Dealers may use such suggestions to purchase used cars at good deals, and/or to attract consumers to visit the dealer in person or online, as well as prepare responses or bids to other consumer requests. Dealers or consumers may customize the used automobile buyer interface **320, 322** to provide information in a pre-specified manner to suit the particular needs of the specific dealer or consumer. In an example embodiment, a manufacturer off-lease seller may receive automobile market data including inventory information including data regarding off-lease cars which have been dropped off at dealer locations and cars which will soon be coming off-lease. Further, dealers and/or consumers may be able to receive information regarding off-lease cars as well. For example, information may include a specific automobile identified by a VIN with an expected drop off location and date based on a lease expiration.

A bid to purchase the used automobile from the consumer seller is requested from used automobile buyers (block **408**). For example, a group of consumers and dealers within a certain radius of the used car seller location may receive a bid request based on used automobile buyer searches via used automobile buyer interfaces **320, 322**. Each used automobile buyer's bid may include, for example, a price and a delivery option or delivery suggestion. The used automobile buyer interfaces **320, 322** may provide for simple input of necessary and optional data. Further, a used automobile buyer's bid may contain certain limitations, restrictions, or conditions. For example, a dealer may provide a bid with the condition that a new car be purchased and the used car be traded in at the bid price.

In an example embodiment, the request may provide one or more options, products, services, or add-ons for a used automobile buyer to select from. For example, used automobile buyers may be able to select financing options, warranties, extended service contracts, insurance plans, or other hard add accessories. These selectable options may be offered directly from the used automobile seller or may be offered through the automobile market information processing system **302**. Accordingly, a seller may not be offering any options for a buyer to select, but the system may automatically provide the option to purchase further add-ons. In an example embodiment, automobile market information processing system **302** may provide for third party providers of add-ons to provide live auction bids for a used automobile buyer to select for inclusion in a bid. Accordingly, for example, several insurance companies may provide a bid for key insurance, or several financial companies may provide bids for a loan. It should be appreciated that certain bids may depend on the particular buyer, so for example, a buyer's credit or driving record may cause different buyers to receive different third party bids for add-ons. For example, a particular buyer may be able to increase a bid to purchase a used automobile if third party add-ons are particularly advantageous, which may benefit a consumer seller or manufacturer off-lease seller. For example, a buyer may receive a better than expected interest rate and insurance price, and therefore be able to offer an additional $1,000 to the seller, while staying within the buyer's predetermined monthly budget. It should be appreciated that third parties may include dealers which may be otherwise involved in a transaction. Also, in an example embodiment, the automobile market information processing system **302** may provide at no charge to the buyers or sellers, certain add-ons, such as a limited thirty day warranty. Accordingly, the automobile market information processing system **302** may gain trust from buyers even if the buyers generally do not trust the sellers. It should also be appreciated that a buyer may not select any add-ons offered by third parties and/or the automobile market information processing system **302**. A used automobile seller may have no interest in whether a buyer selects any add-ons, or the seller may receive additional compensation if an add-on is selected, so a buyer selection of add-ons may or may not affect a seller's value associated with the buyer's bid.

One or more buyer bids are provided to the consumer seller (block **410**). For example, several consumers and dealers provide bids based on current pricing data, options information of the specific used car, and potential pickup locations, so several different prices and delivery options may be available to the used car seller via the used automobile seller interface **318**. Typically, the bid will include at least a specified price and pickup time and location. In an example embodiment, a used car seller that has taken a picture of a VIN with a mobile device and entered some basic information such as an odometer reading may receive used car buyer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the consumer seller may be actively selling a used car or shopping for a new or used car, for example, on a dealer lot. Typically, a pickup location will be at the consumer seller location, a consumer buyer location, or at a dealer lot or distribution location. In an example embodiment, the consumer buyer location may be determined using the geolocation of the buyer's mobile device **103**. It should be appreciated that some consumers may be flexible as to the delivery options and that some dealers may have multiple locations which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular used car that a consumer seller has requested bids for should be priced at, for example, $6,000. However, various factors may affect the bid or offer that a consumer or dealer may make for the specific used car. For example, for a consumer, personal preference for certain features or looks, convenience, insurance implications, gas mileage, and/or service records, may play a large role in pricing a bid above or below a suggested bid price. For example, for a dealer, the potential for forming a customer relationship, the value of potential other sales, add-on products, and/or services, or competition with other parties. All used automobile buyers that are interested may place a bid for a used car seller's consideration.

It should be appreciated that various alternative delivery options may be provided from several used automobile buyers' bids, for example, based on preferences or parameters indicated by the consumer seller of the used automobile. For example, the used automobile seller interface **318** may provide several different bids with different delivery options and prices to the used car seller, for example, a price of $6,000 to drop off the car at an out of state dealer the next day or a price of $5,500 to drop off the car at a local consumer buyer location in five days. For example, a consumer buyer may determine the cost of picking up the used car from the consumer seller and provide two pricing and delivery options, for example, $5,500 to pick up the used car from the consumer seller or $5,800 to have the used car delivered to the consumer buyer's home. For example, a manufacturer off-lease seller may review bid prices and delivery options on a number factors on used automobile seller interface **324**, but may be very interested in finding an in-market buyer to eliminate transportation costs. A manufacturer off-lease seller may often have somewhat different concerns than a consumer seller. For example, to meet a quarterly budget, a manufacturer off-lease seller may be

US 10,140,655 B2

17

primarily interested eliminating a high back log of off-lease cars even if selling cars at a significant discount is required.

Further, for example, used automobile buyers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a used automobile buyer including safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant.

The used automobile seller interface **318, 324** may organize used automobile buyer bids based on a variety of factors and may provide supplemental information. For example, certain buyer bids may be selected as the best options, all buyer bids may be summarized, various additional ratings, reviews, or popularity information, special offers, etc. may also be provided to a consumer along with any used automobile buyer bids. The recommendation engine **312** may provide recommendations to a consumer seller based on the current automobile market data. For example, of ten used automobile buyer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular used car seller request may not return any buyer bids, for example, if the used car for sale is in low demand or a unique item with a limited market. Also, for example, if only one or two bids are received, the recommendation engine **312** may recommend that a consumer seller wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system **310**. Further, in an example embodiment, buyer bids may be organized according to distance to a pickup location, highest price, closest match to the consumer seller entered criteria, a normalized quality index or value index, etc. The consumer seller or manufacturer off-lease seller may be able to toggle between different viewing options for buyer bids.

Further, in an example embodiment, a consumer seller may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a used car (e.g., a Maxima), which the consumer seller intends to trade in. A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a competing trade in value, and may have further information relating to other new or used cars which may be intended to cause the consumer seller to go to the competing dealer, for example, including various price comparisons, gas mileage ratings, safety ratings, residual value, driving directions to the competing dealer, etc. Accordingly, a consumer seller may weigh the pros and cons of various used automobile buyer bids from consumers and/or dealers, based on delivery options, pricing, and any other relevant variants. Any bids communicated from used automobile buyer interfaces **320, 322** may be stored, for example, in database system **310**, to further update the automobile market information processing system **302** with current automobile market data.

The consumer seller selects a buyer bid including a price and a delivery option (block **412**). For example, the used car seller chooses to sell the used car based on the price and the pickup location of a consumer buyer bid. The seller may

18

select an offer with a specified price and delivery option on the used automobile seller interface **318, 324**. The used car seller may have been weighing two or more different delivery options, price differences, etc., based on the response(s) received through the used automobile seller interface **318, 324**. As noted above, the used automobile seller interface **318** may organize received bids and other helpful information in a variety of ways, which may make the information easier for a consumer seller to digest. It should be appreciated that a consumer seller will typically want to deliver a used car at a convenient location, often at or near the seller's home. Accordingly, used automobile buyers may attempt to provide delivery options tailored towards maximizing profit and convenience, while still providing a superior bid to other used automobile buyers. By providing multiple bids with different delivery options, the consumer seller may be allowed to make extra money or save time based on the seller's particular situation. It should be appreciated that the consumer seller selection of a bid may, for example, occur simultaneously with the consumer seller and used automobile buyer executing the sale or providing a deposit or down payment, or the like (see, e.g., block **414**). Accordingly, in an example embodiment, once a consumer seller or manufacturer off-lease seller selects a bid, the used automobile buyer has effectively purchased the car, and both parties do not need to worry about the other party backing out of the deal.

It should be appreciated that a consumer seller may not want to drive to a distant pickup location without first receiving some form of deposit, or likewise, a used automobile buyer may not want to go to a distant pickup location to without assurance that the used automobile will actually be available for pickup and in good working order. Likewise, a manufacturer off-lease seller may be concerned with obtaining maximum value for an off-lease automobile within the required time constraints, but transportation costs may be strictly budgeted. The automobile market information processing system **302** may accommodate for deposits to provide any reasonable or necessary assurances to both buyers and sellers. For example, the automobile market information processing system **302** may provide and/or require the use of a terms of service agreement, which the consumer seller or manufacturer off-lease seller and the used automobile buyer may sign and agree to the terms provided therein. For example, a credit card could be charged a default payment in the event that either party breaches the terms of service agreement. In an example embodiment, a schedule of various breaches may require different default payments, for example, if a buyer determines a headlight does not work, a standard $30 fee may be assessed from the consumer seller. Also, a variable default agreement may be based on a distance between a seller and a buyer, so that a party which travels a great distance may be compensated if the other party breaches the agreement. Also, for example, a time period for inspection may be specified in a request and/or a bid. A bid may be based on one or more seller representations. Moreover, a terms of service agreement may provide assurances for any issues which may arise in the sale of a used car, and may provide one or more options based on a breach, including payment of fees or nullification of a bid acceptance and/or sale execution. Any consumer seller selections, counter offers, or additional requests or responses may be stored in database system **310**, as the communications are processed by automobile market information processing system **302**, providing further data updates. Accordingly, in an example embodiment, a consumer seller may select a bid in order to sell the used car, and

US 10,140,655 B2

19 20

that sale information may then be provided to another consumer searching for information regarding the same type of car with similar features, for example, the next day.

The consumer seller and the used automobile buyer execute the sale of the used automobile (block **414**). For example, the used automobile buyer electronically signs a contract and performs an electronic funds transfer or credit card payment. After a buyer bid is selected, an electronic contract may be prepared by the automobile market information processing system **302** and provided for the used automobile buyer who may e-sign the contract or other documentation as needed. Similarly, the consumer seller may e-sign the contract or other documentation as needed, either prior to selecting a bid, at the time of selecting a bid, or at a later time. A contract may be e-signed through the used automobile seller interface **318**, **324**, and the used automobile buyer interface **320**, **322**, respectively. In another example embodiment, paper copies of a contract may be signed, for example, after the used automobile buyer prints them or receives them through the mail. In an example embodiment, the used automobile buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. Also, it should be appreciated that, for example, the consumer seller selection of a bid discussed above (see, e.g., block **412**) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final sale price, may be provided to and stored in database system **310**. Accordingly, the automobile market information processing system **302** may be updated with current automobile market data from every step in the used car sales process between a consumer seller or manufacturer off-lease seller and a used automobile buyer. In an example embodiment, the updates provided to the automobile market information processing system **302** are provided in real-time, for example, data may be transmitted and processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system **302** according to a batch processing schedule.

Next, the consumer seller makes the purchased used automobile available according to the consumer seller bid selection (block **416**). For example, the seller drives the used car to the pickup location if the pickup location is not the used car seller's location. It should be appreciated that the consumer seller or a manufacturer off-lease seller and the used automobile buyer may use a wide variety of locations as a pickup location, and may work out a delivery option which is convenient for both parties. A consumer seller may interact with the automobile market information processing system **302** using used automobile seller interface **318**, for example, to provide notification that a car is at the pickup location and ready for delivery. A manufacturer off-lease seller may interact with the automobile market information processing system **302** using used automobile seller interface **324**, for example, to provide notification that a car has been dropped off by a consumer lessee and is at the pickup location and ready for delivery to the buyer. Similarly, a notification may be sent via used automobile buyer interface **322**, **322** to the used car buyer that the used car is available for pickup at the specified location.

Finally, the used automobile buyer receives the purchased used automobile according to the consumer seller selected delivery option (block **418**). For example, the used car buyer receives the used car at the pickup location the same day the sale is executed. The used car buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the consumer seller or manufacturer off-lease seller. For example, the used car buyer may arrive at the pickup location, show identification and provide a proof of purchase, and be provided the keys to the car by the seller. The parties may sign paperwork indicating or confirming the car has been picked up. Proof of purchase documentation may include any or all documents that are legally required for an automobile sale for a given jurisdiction, for example, the title, odometer statement, or any other document required by the Department of Motor Vehicles. For example, the consumer seller or manufacturer off-lease seller may be required to provide any legally required documents to fully execute and record the sale of the used car.

Further, in an example embodiment, a consumer seller or manufacturer off-lease seller may offer various insurance policies or service contracts to a used car buyer, for example, etch insurance, key insurance, gap insurance, or a ninety day warranty may be provided. For example, a consumer seller or manufacturer off-lease seller may purchase insurance through the automobile market information processing system **302** in placing a request for bids, which may increase interest from buyers. Also, for example, an insurance policy or service contract may be provided for a used car being sold at no charge to the consumer seller or manufacturer off-lease seller, for example, as a convenience to all users **114** using the disclosed system. For example, key insurance may be provided at no cost to both the consumer seller and the used car buyer. It should be appreciated that, for example, using options provided through the automobile market information processing system **302**, a consumer seller or manufacturer off-lease seller may sell or provide any add-on products or services that a dealer would typically offer or provide in the sale of a used automobile. Also, if the used automobile buyer is a dealer, additional products or services may be offered to the consumer seller at the time of pickup. For example, the dealer may offer new or used cars, including related financing options, warranties, service plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that consumers, manufacturers, and dealers, may receive significant benefits from the method of facilitating a used automobile transaction disclosed herein. Consumers that are selling and buying used automobiles may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases or sales, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system **302**, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Manufacturers selling off-lease automobiles may benefit from reduced transportation costs, saving auction fees, and an improved bargaining position with a dealer in possession of an off-lease automobile. For example, the ability to identify in-market buyers may be particularly advantageous to manufacturer off-lease sellers, which may be able to identify matching searches of in-market buyers. Also, dealers and/or various third parties may benefit from the opportunity to sell insurance, credit, service contracts, hard add accessories, and other add-ons with used automobiles. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

US 10,140,655 B2

21

FIG. **5** illustrates a block diagram of an example data architecture **500**. In the example data architecture **500**, interface data **502**, administrative data **504**, and automobile market data **506** interact with each other, for example, based on user commands or requests. The interface data **502**, administrative data **504**, and automobile market data **506** may be stored on any suitable storage medium (e.g., server **226**). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data **502**, administrative data **504**, and automobile market data **506**. Various other or different types of data may be included in the example data architecture **500**.

Interface data **502** may include input and output data of various kinds. For example, input data may include mouse click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data **502** may include formatting, user interface options, links or access to other websites or applications, and the like. Interface data **502** may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data **504** may include data and applications regarding user accounts. For example, administrative data **504** may include information used for updating accounts, such as creating or modifying consumer accounts and/or dealer accounts. Further, administrative data **504** may include access data and/or security data. Administrative data **504** may include a terms of service agreement. Administrative data **504** may interact with interface data in various manners, providing a user interface **304, 306, 308** with administrative features, such as implementing a user login and the like.

Automobile market data **506** may include, for example, executed sales data **508**, consumer data **510**, dealer data **512**, manufacturer data **514**, statistical data **516**, and/or historical data **518**. Executed sales data **508** may include actual negotiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data **510** may include consumer search activity, consumer requests and offers, consumer feedback, etc. Dealer data **512** may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers received, foot traffic activity, and dealer inventory data, including current on location data, automobile turnover rates, etc. Manufacturer data **514** may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, lease information, etc. Statistical data **516** may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data **518** may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under one or more categories of automobile market data **506**, and/or change with the passage of time. For example, industry

22

analyst data may include historical data **518** and statistical data **516** relating to safety or quality reports, efficiency data, recall data, and the like for used automobiles, which may be organized or re-organized under various categories of automobile market data **506** as time passes or as supplemental data is provided to the automobile market information processing system **302**. It should be appreciated that a system administrator may load data into the automobile market information processing system **302** as it becomes available. For example, annual, quarterly, and/or monthly reports relating to safety, insurance, etc., may be input into automobile market data **506** on a regular basis. It should also be appreciated that automobile market data **506** may be tailored for a particular manufacturer and/or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system **310**. Accordingly, for example, customized reports may be provided to a manufacturer interface **308** using that specific data for the manufacturer, for example, relating to resale values of used automobiles.

The integration of the various types of automobile market data **506** received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a used automobile seller and a used automobile buyer may benefit greatly from using an application in a mobile device **103** to provide a request for buyer bids on a used automobile by taking a picture of the VIN of the used automobile, for example, using used automobile seller interface **318, 324**. Used automobile buyers may search for used automobiles for sale by consumer sellers, for example, using used automobile buyer interface **320**. The used automobile buyers may receive intrabrand and/or interbrand seller request information in real-time. The intrabrand and interbrand information provided on the used automobile buyer interface **320** may allow the best automobile options for a particular consumer to be provided to that consumer, and may allow consumer sellers, manufacturer off-lease sellers, and dealers to compete with each other taking into account a greater amount of automobile market information, which may result in a more efficient automobile market. Consumers that are selling used automobiles and consumers that are buying used automobiles may similarly receive benefits from the presently disclosed system. Also, as discussed above, manufacturer off-lease sellers may benefit greatly from the presently disclosed system, for example, using bids and/or matches or search hits for an off-lease automobile to improve bargaining power with a dealer in possession of the off-lease automobile and other dealers and/or consumers.

Automobile market data **506** may be maintained in various servers **108**, in databases or other files. It should be appreciated that, for example, a host device **104** may manipulate automobile market data **506** in accordance with the administrative data **504** and interface data **502** to provide requests or reports to users **114** including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data **506** represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. **6** is flow diagram illustrating an example process **600** for facilitating a used automobile transaction, according to an example embodiment of the present invention. Although the process **600** is described with reference to the flow diagram illustrated in FIG. **6**, it will be appreciated that many other methods of performing the acts associated with

US 10,140,655 B2

23

the process **600** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

In the example process **600**, data may flow between the automobile market information processing system **302** and a used automobile seller interface **318**, **324** and a used automobile buyer interface **320**, **322**, as discussed above based on used automobile seller and buyer interaction with the automobile market information processing system **302**. As discussed above, a used automobile seller interface **318** and used automobile buyer interface **320** may be included in a consumer interface **304**, a used automobile buyer interface **322** may be included a dealer interface **306**, and a used automobile seller interface **324** may be included in a manufacturer interface **308**. It should be appreciated that the automobile market information processing system **302** may update the automobile market information stored in the database system **310** when automobile market information is received from a buyer or seller, and/or a consumer, a dealer, a manufacturer, an industry analyst, and/or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process **600** may begin with a consumer seller or a manufacturer off-lease seller of a used automobile taking a picture of the VIN using a mobile phone application and entering in information such as pricing parameters (block **602**). The used automobile seller interface **318**, **324** may use OCR to determine and provide the VIN and pricing parameters to the automobile market information processing system **302** as a consumer seller request or a manufacturer off-lease seller request (block **604**). It should be appreciated that OCR may occur in the automobile market information processing system **302** or at the used automobile seller interface **318**, **324**. The automobile market information processing system **302** receives the seller request and prepares automobile market information based on the seller request (block **606**). The automobile market information processing system **302** may send a bid request and automobile market information based on the seller request to the used auto buyer interface **320**, **322** for one or more consumers and/or dealers (block **608**). It should be appreciated that while the seller request is automobile market information, typically, additional automobile market information would be provided with the seller request. For example, typically, data relating to recent sales of similar used automobiles and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the used automobile, or an expected price range, may be provided. Also, for example, various gas mileage data, safety ratings, recall information, quality reports, estimated insurance costs, and the like may be provided. Further, add-on products or services, such as insurance, credit, warranties, service contracts, or hard add accessories, which may be determined based on a third party bidding process, may also be provided. One or more used automobile buyers, including consumers and/or dealers, receive the bid request and automobile market information, determine prices and delivery options for the used automobile using the automobile market information, and prepare and provide bids for the consumer seller or a manufacturer off-lease seller (block **610**). A buyer bid may be sent from the used automobile buyer interface **320**, **322** to the automobile market information processing system **302** for each consumer and/or dealer that wants to provide a bid (block **612**). The automobile market informa-

24

tion processing system **302** receives and processes buyer bids and prepares the bids and automobile market data for the consumer seller or manufacturer off-lease seller (block **614**).

The automobile market information processing system **302** may send buyer bids and automobile market information to the used automobile seller interface **318**, **324** (block **616**). It should be appreciated that automobile market information may be provided to the consumer seller or manufacturer off-lease seller before buyer bids are provided, and/or concurrently with buyer bids. The seller may receive the buyer bids and automobile market information and may select a bid including a delivery option based on the automobile market information (block **618**). The used automobile seller interface **318**, **324** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer seller or manufacturer off-lease seller wants to sell the used automobile based on the selected bid (block **620**). The automobile market information processing system **302** receives and processes the seller bid selection (block **622**). For example, the automobile market information processing system **302** may send the bid selection to the used automobile buyer interface **320**, **322** (block **624**). The used automobile buyer may receive the bid selection and coordinate a sale by, for example, setting up a pick up time and location for the used automobile at the seller location or the buyer location (block **626**). Also, for example, the automobile market information processing system **302** may provide contract or loan documents, collect a deposit or down payment, or the like, from the consumer seller, the manufacturer off-lease seller, and/or the used automobile buyer. As discussed above, in each of blocks **606**, **614**, and **622**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, manufacturer, and/or dealer.

For exemplary purposes, the present disclosure discusses a various examples relating to a purchase of a used car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various used automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, commercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing used automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent applications filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," application Ser. No. 13/176,497, and entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUS-

25

TOMER SELECTION OF A SPECIFIC AUTOMOBILE,"
application Ser. No. 13/176,525, the entire contents of each
of which is incorporated by reference herein, and in an
example embodiment, the features of which may be com-
bined with the features of the present disclosure.

It should be understood that various changes and modi-
fications to the example embodiments described herein will
be apparent to those skilled in the art. Such changes and
modifications can be made without departing from the spirit
and scope of the present subject matter and without dimin-
ishing its intended advantages. It is therefore intended that
such changes and modifications be covered by the appended
claims.

The invention is claimed as follows:

**1**. A method comprising:

receiving, via a used automobile seller interface, a first
request for a response regarding a first used automo-
bile, the first request made by a used automobile seller
located at a first location and including a vehicle
identifier and geolocation information of the used auto-
mobile;

executing instructions, by at least one processing device,
to:

determine, based on the geolocation information, that
the used automobile is located at the first location;

generate, based on the determined first location, an
in-market used automobile buyer area;

determine that at least one used automobile buyer is
located within the in-market used automobile buyer
area;

receive, via a used automobile buyer interface, a first
bid from a first used automobile buyer located at a
second location within the in-market used automo-
bile buyer area;

generate, based on receiving the first bid, driving
directions from the first location to the second loca-
tion; and

provide, via the used automobile seller interface, the
first bid including at least a price for the first used
automobile and the driving directions from the first
location to the second location.

**2**. The method of claim **1**, wherein the used automobile
seller interface is a manufacturer off-lease seller interface,
further comprising:

receiving, via the manufacturer off-lease seller interface,
a manufacturer used automobile seller selection of the
first bid, wherein the manufacturer used automobile
seller selection indicates a manufacturer used automo-
bile seller intention to sell the first used automobile
based on the first bid to the first used automobile buyer.

**3**. The method of claim **1**, wherein the first request is made
by the used automobile seller on a website.

**4**. The method of claim **1**, wherein the vehicle identifier
is manually entered by the used automobile seller.

**5**. The method of claim **1**, wherein the first request is made
by the used automobile seller using a mobile device which
takes a picture of a vehicle identifier.

**6**. The method of claim **5**, wherein the vehicle identifier
is recognized using optical character recognition.

**7**. The method of claim **1**, wherein the first request is made
by the used automobile seller using a mobile device includ-
ing a microphone, and the vehicle identifier is input via the
microphone.

**8**. The method of claim **7**, wherein the vehicle identifier
is recognized using speech recognition.

**9**. The method of claim **1**, wherein the first used automo-
bile buyer is one of a consumer and a dealer.

26

**10**. The method of claim **1**, further comprising:

storing, on a computer readable medium, automobile
market data that is representative of recent automobile
market characteristics, wherein the automobile market
data is based on real-time automobile market data.

**11**. The method of claim **1**, wherein the first request
includes a picture of at least one of the exterior of the
automobile, the interior of the automobile, the dashboard of
the automobile, the odometer of the automobile, service
records of the automobile, and ownership records of the
automobile.

**12**. The method of claim **1**, wherein the first request
includes data provided with at least one graphical user
interface component.

**13**. The method of claim **1**, wherein the first request
includes at least one price parameter.

**14**. The method of claim **1**, further comprising:

storing, on a computer readable medium, pricing data
including used automobile data and new automobile
data, including actual prices of executed transactions,
dealer listing prices, dealer sale prices, manufacturer
incentives, dealer bids, consumer bids, and consumer
pricing parameters.

**15**. The method of claim **1**, further comprising executing
instructions, by the at least one processing device, to:

process a used automobile seller selection of the first bid
to facilitate executing a sale including at least one of
providing for electronic signature of documents and
providing for an electronic funds transfer.

**16**. The method of claim **1**, wherein an add-on, including
at least one of insurance, financing, a service contract, a
warranty, and a hard-add accessory, is provided by a third
party to the first used automobile buyer with the first request,
via the used automobile buyer interface, wherein the third
party is different from the used automobile seller and the first
used automobile buyer.

**17**. The method of claim **16**, wherein the add-on is
selected for inclusion in the first bid by the first used
automobile buyer.

**18**. The method of claim **1**, further comprising executing
instructions, by the at least one processing device, to:

receive, via the used automobile buyer interface, a second
bid from a second used automobile buyer located at a
third location within the in-market used automobile
buyer area;

generate, based on receiving the second bid, second
driving directions from the first location to the third
location; and

provide, via the used automobile seller interface, the
second bid including at least a second price for the first
used automobile and the second driving directions from
the first location to the third location.

**19**. A system comprising:

a computer readable medium storing instructions;

at least one processing device operably coupled to the
computer readable medium, the at least one processing
device executing the instructions to:

receive, via a used automobile seller interface, a first
request for a response regarding a first used auto-
mobile, the first request made by a used automobile
seller located at a first location and including a
vehicle identifier and geolocation information of the
used automobile seller;

determine, based on the geolocation information, that
the used automobile is located at the first location;

generate, based on the determined first location, an
in-market used automobile buyer area;

US 10,140,655 B2

27 28

determine that at least one used automobile buyer is located within the in-market used automobile buyer area;

receive, via a used automobile buyer interface, a first bid from a first used automobile buyer located at a second location within the in-market used automobile buyer area;

generate, based on receiving the first bid, driving directions from the first location to the second location; and

provide, via the used automobile seller interface, the first bid including at least a price for the first used automobile and the driving directions from the first location to the second location.

**20**. The system of claim **19**, wherein the system includes a used automobile seller interface and a manufacturer off-lease seller interface that is different from the used automobile seller interface.

**21**. The system of claim **19**, wherein the first used automobile is an off-lease automobile, and the first location is a dealer in possession of the first used automobile.

**22**. The system of claim **19**, wherein the used automobile seller interface is a manufacturer off-lease seller interface.

**23**. The system of claim **22**, wherein the manufacturer off-lease seller interface includes a number of matches or search hits for the first used automobile.

**24**. The system of claim **22**, wherein a manufacturer user inputs the vehicle identifier into the manufacturer off-lease seller interface by one of typing, speaking, or providing an image of the vehicle identifier.

**25**. The system of claim **22**, wherein the manufacturer off-lease seller interface includes information regarding automobiles that are coming off-lease.

**26**. The system of claim **22**, wherein the manufacturer off-lease seller interface receives a parameter that the first used automobile will be available for pickup only after a certain date.

**27**. The system of claim **22**, wherein the used automobile seller interface and the used automobile buyer interface are integrated within at least one of a single website and a single application.

**28**. A non-transitory computer readable medium storing instructions which, when executed, are configured to cause an information processing apparatus to:

receive, via a used automobile seller interface, a first request for a response regarding a first used automobile, the first request made by a used automobile seller located at a first location and including a vehicle identifier and geolocation information of the used automobile;

determine, based on the geolocation information, that the used automobile is located at the first location;

generate, based on the determined first location, an in-market used automobile buyer area;

determine that at least one used automobile buyer is located within the in-market used automobile buyer area;

receive, via a used automobile buyer interface, a first bid from a first used automobile buyer located at a second location within the in-market used automobile buyer area;

generate, based on receiving the first bid, driving directions from the first location to the second location; and

provide, via the used automobile seller interface, the first bid including at least a price for the first used automobile and the driving directions from the first location to the second location.

\* \* \* \* \*

US010223720B2

(12) **United States Patent**
Seergy et al.

(10) Patent No.: **US 10,223,720 B2**
(45) Date of Patent: *Mar. 5, 2019

(54) **AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE**

(71) Applicant: **Sidekick Technology LLC**, Pine Brook, NJ (US)

(72) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **Sidekick Technology LLC**, Pine Brook, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/606,733**

(22) Filed: **May 26, 2017**

(65) **Prior Publication Data**

US 2018/0018722 A1    Jan. 18, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 14/860,229, filed on Sep. 21, 2015, now Pat. No. 9,665,897, which is a
(Continued)

(51) **Int. Cl.**
*G06Q 30/00* (2012.01)
*G06Q 30/06* (2012.01)

(52) **U.S. Cl.**
CPC ..... *G06Q 30/0609* (2013.01); *G06Q 30/0605* (2013.01); *G06Q 30/0611* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ........................ G06Q 30/0206; G06Q 30/0601
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,970,472 A    10/1999  Allsop et al.
6,006,201 A    12/1999  Berent et al.
(Continued)

OTHER PUBLICATIONS

AutoTrader.com, Inc..: Private Company Information-Business Week, http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=92642.
(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57) **ABSTRACT**

A system, methods, and apparatus for performing automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from manufacturers, dealers, and consumers. A consumer may provide a request for a manufacturer response indicating whether a specific automobile can be provided. Automobile market data may be provided to a manufacturer based on the request and a manufacturer response provides a verification, confirmation, or offer indicating that the specific automobile can be provided for the consumer. Bids to sell the specific automobile may be requested from dealers based on the manufacturer response. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a first dealer.

**34 Claims, 7 Drawing Sheets**



US 10,223,720 B2

Page 2

### Related U.S. Application Data

continuation of application No. 13/176,497, filed on Jul. 5, 2011, now Pat. No. 9,141,984.

(52) **U.S. Cl.**
CPC ..... *G06Q 30/0627* (2013.01); *G06Q 30/0639* (2013.01); *G06Q 30/0641* (2013.01)

(58) **Field of Classification Search**
USPC ...................................... 705/26.1, 26.3, 27.1
See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,321,221 | B1 | 11/2001 | Bieganski |
| 6,463,431 | B1 | 10/2002 | Schmitt |
| 6,533,173 | B2 | 3/2003 | Benyak |
| 6,868,388 | B1 | 3/2005 | Millsap et al. |
| 6,868,389 | B1 | 3/2005 | Wilkins et al. |
| 7,395,223 | B1 | 7/2008 | Buzzell et al. |
| 7,406,436 | B1 | 7/2008 | Reisman |
| 7,479,949 | B2 | 1/2009 | Jobs et al. |
| 7,636,574 | B2 | 12/2009 | Poosala |
| 8,160,929 | B1 | 4/2012 | Park et al. |
| 8,392,193 | B2 | 3/2013 | Schultz et al. |
| 8,606,604 | B1 | 12/2013 | Huber et al. |
| 2002/0065707 | A1 | 5/2002 | Lancaster et al. |
| 2002/0082978 | A1 | 6/2002 | Ghouri et al. |
| 2002/0099628 | A1 | 7/2002 | Takaoka et al. |
| 2002/0111877 | A1 | 8/2002 | Nelson |
| 2002/0128946 | A1 | 9/2002 | Chehade et al. |
| 2003/0088435 | A1 | 5/2003 | King |
| 2003/0200151 | A1 | 10/2003 | Ellenson et al. |
| 2003/0229577 | A1 | 12/2003 | Nabel |
| 2004/0034344 | A1 | 2/2004 | Fields et al. |
| 2004/0059626 | A1 | 3/2004 | Smallwood |
| 2005/0004819 | A1 | 1/2005 | Etzioni et al. |
| 2005/0050097 | A1 | 3/2005 | Yeh et al. |
| 2005/0108112 | A1 | 5/2005 | Ellenson et al. |
| 2005/0240512 | A1 | 10/2005 | Quintero et al. |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. |
| 2007/0150362 | A1 | 6/2007 | Sharma et al. |
| 2007/0250403 | A1 | 10/2007 | Altschuler |
| 2007/0255663 | A1 | 11/2007 | Jordan et al. |
| 2007/0260526 | A1 | 11/2007 | Bartel |
| 2008/0046331 | A1 | 2/2008 | Rand |
| 2008/0177653 | A1 | 7/2008 | Famolari et al. |
| 2008/0183552 | A1 | 7/2008 | O'Hagan |
| 2008/0187125 | A1 | 8/2008 | Siegrist |
| 2008/0201184 | A1 | 8/2008 | Rose et al. |
| 2008/0201188 | A1 | 8/2008 | Heyman et al. |
| 2008/0201203 | A1 | 8/2008 | Rose et al. |
| 2008/0208731 | A1 | 8/2008 | Ruckart |
| 2008/0228657 | A1 | 9/2008 | Nabors et al. |
| 2009/0076896 | A1 | 3/2009 | DeWitt et al. |
| 2009/0132348 | A1 | 5/2009 | Bria et al. |
| 2009/0149199 | A1 | 6/2009 | Maghoul |
| 2009/0171761 | A1 | 7/2009 | Noy et al. |
| 2009/0187478 | A1 | 7/2009 | Shipley |
| 2009/0187513 | A1 | 7/2009 | Noy et al. |
| 2009/0198557 | A1 | 8/2009 | Wang et al. |
| 2009/0204600 | A1 | 8/2009 | Kalik et al. |
| 2010/0048242 | A1 | 2/2010 | Rhoads et al. |
| 2010/0106580 | A1 | 4/2010 | Etheredge et al. |
| 2010/0217525 | A1 | 8/2010 | King et al. |
| 2010/0274627 | A1 | 10/2010 | Carlson |
| 2010/0332292 | A1 | 12/2010 | Anderson |
| 2011/0040642 | A1 | 2/2011 | O'Dell |
| 2011/0082759 | A1 | 4/2011 | Swinson et al. |
| 2011/0087430 | A1 | 4/2011 | Boss et al. |
| 2011/0087556 | A1 | 4/2011 | Pitkow |
| 2011/0099036 | A1 | 4/2011 | Sarkissian et al. |
| 2011/0208418 | A1 | 8/2011 | Looney et al. |
| 2011/0238474 | A1 | 9/2011 | Carr et al. |
| 2011/0238514 | A1 | 9/2011 | Ramalingam et al. |
| 2011/0276394 | A1 | 11/2011 | Chan |

OTHER PUBLICATIONS

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, http://www.prnewswire.com/news-releases/autotradercom, Jul. 7, 2011.
App Store—AutoTrader.com, http://itunes.apple.com/us/app/autotrader-com/id444552888?mt=8, Oct. 31, 2011.
International Search Report dated Sep. 21, 2012 for Intl. Appln. No. PCT/US2012/045546.
Charlton, Auto Trader: iPhone app review. Mar. 15, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.econsultancy.com/us/blog/5593-auto-trader-iphone-app-review> entire document.
AutoDraderUK. Introducing the Auto Trader iPhone App. Mar. 12, 2010 [retrieved on Mar. 12, 2010] from the internet: http://www.youtube.com/watch?v+6g_lg8IRG4&feature=player_embedded> entire document.
International Search Report dated Oct. 5, 2012 for Intl. Appln. No. PCT/US2012/045545.
Anonymous, "instaVIN to offer free auto accident history reports for mobile phones," Wireless News, Jun. 2, 2010.

Case: 23-1362    Document: 30    Page: 256    Filed: 12/05/2023



Fig. 1

Case: 23-1362     Document: 30     Page: 257     Filed: 12/05/2023



Fig. 2



Fig. 3



Fig. 4A



Fig. 4A          ⟋— 400

⟋— 420

The manufacturer provides the dealer with the purchased automobile according to the consumer bid selection (e.g., the car maker re-routes a car en route to delivery at another dealer to the dealer pickup location selected by the car buyer or transports the car directly from the factory to the dealer pickup location)

⟋— 422

The consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (e.g., the car buyer picks up the car at the nearby dealer five days after the car sale is executed)

Fig. 4B



Fig. 5

Case: 23-1362    Document: 30    Page: 262    Filed: 12/05/2023



Fig. 6

US 10,223,720 B2

1

# AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 14/860,229, filed Sep. 21, 2015, which is a continuation of U.S. application Ser. No. 13/176,497, filed Jul. 5, 2011, which is related to the commonly-owned patent application filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE," U.S. application Ser. No. 13/176,525, and the entire content of each of which is hereby incorporated by reference herein.

## BACKGROUND

In the automobile industry, consumers typically purchase automobiles from dealers or dealerships. Dealers often purchase new automobiles from several manufacturers, to sell to consumers. Consumers typically negotiate a lower price than the manufacturer suggested retail price typically referred to as the "sticker price" and/or the price the dealer initially offers. In many cases, the negotiation process for an automobile may include a large degree of uncertainty for the consumer. Generally, the negotiation process is a zero sum process, and because the consumer and the dealer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, both dealers and consumers often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer may have concerns that a dealer may not offer a fair and competitive price. Various products and services have become available that allow consumers to perform research on market prices for automobiles. Similarly, dealers negotiating an automobile sale generally do not know the maximum price a consumer will be willing to pay for a particular automobile, or how long it will take to sell an automobile in inventory for a given price. Accordingly, dealers also use products and services for determining and/or tracking market prices. Further, automobile manufacturers may also have an interest in the market prices for automobiles, because the market activity captured as automobile market information may allow the manufacturer to, for example, more profitably determine which automobiles to manufacture, what prices the manufacture should offer to dealers, and whether manufacturer incentives should be offered on existing dealer automobile inventory.

## SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market information and performing automobile transactions. In an example embodiment, automobile market data representative of recent automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from manufacturers, dealers, and consumers. A consumer may provide a request for a manufacturer response indicating whether a specific automobile can be provided. Automobile

2

market data may be provided to a manufacturer based on the request and a manufacturer response may provide a verification, confirmation, or offer indicating that the specific automobile can be provided for the consumer. Bids to sell the specific automobile may be requested from dealers based on the manufacturer response. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a particular dealer.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. 2 is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIG. 3 is a block diagram showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIGS. 4A and 4B include a flowchart illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

FIG. 5 is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. 6 is flow diagram illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

## DETAILED DESCRIPTION OF EXAMPLE EMBODIMENTS

The present disclosure relates in general to a system for facilitating automobile transactions and, in particular, to automobile transaction facilitation using a manufacturer response. Briefly, in an example embodiment, a system is provided which allows a consumer to request a verification that a specific car can be obtained. For example, a consumer may use a mobile device to take a picture of a vehicle identification number and using optical character recognition, request real-time information on that automobile. For example, a manufacturer can provide a verification to the consumer and dealers that the automobile can be provided, along with specific logistics for delivery. Dealers may provide bids based on the consumer request and the manufacturer verification, including intrabrand bids and interbrand bids. A consumer may select a dealer bid to purchase or lease an automobile based on the prices and delivery options available. Also, the presently disclosed system may advantageously allow for inventoryless bidding by dealers. For example, a dealer does not need to have an automobile in its inventory (e.g., on the dealer lot), but can make a bid to sell that automobile anyways, and then have that automobile produced by a manufacturer or transported to the dealer lot. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system 100 is illustrated

US 10,223,720 B2

3

in FIG. **1**. The illustrated system **100** includes one or more client devices **102**, and one or more host devices **104**. The system **100** may include a variety of client devices **102**, such as desktop computers and the like, which typically include a display **112**, which is a user display for providing information to users **114**, and various interface elements as will be discussed in further detail below. A client device **102** may be a mobile device **103**, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices **102** may communicate with the host device **104** via a connection to one or more communications channels **106** such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers **108** may be part of the network communications system **100**, and may communicate with host servers **104** and client devices **102**.

One host device **104** may interact with a large number of users **114** at a plurality of different client devices **102**. Accordingly, each host device **104** is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device **104**, each client device **102** typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user **114** as described herein may include any person or entity which uses the presently disclosed system and may include a wide variety of parties. For example, as will be discussed in further detail below, users **114** of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices **104** and servers **108** store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices **102**, and/or other host devices **104** or servers **108**. A host device **104** or server **108** may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various administrative tasks. A host device **104** or server may interact via one or more networks with one or more other host devices **104** or servers **108**, which may be operated independently. For example, host devices **104** and servers **108** operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device **102**, and a host device **104**) is illustrated in FIG. **2**. In this example, the computing device **102**, **104** includes a main unit **202** which preferably includes one or more processors **204** electrically coupled by an address/data bus **206** to one or more memory devices **208**, other computer circuitry **210**, and one or more interface circuits **212**. The processor **204** may be any suitable processor, such as a microprocessor from the INTEL PENTIUM® family of microprocessors. The memory **208** preferably includes volatile memory and non-volatile memory. Preferably, the memory **208** stores a software program that interacts with the other devices in the system **100** as described below. This program may be executed by the processor **204** in any suitable manner. In an example embodiment, memory **208** may be part of a "cloud" such that cloud computing may be utilized by a computing devices **102**, **104**. The memory **208** may also store digital data indicative of documents, files, programs, web pages,

4

etc. retrieved from a computing device **102**, **104** and/or loaded via an input device **214**.

The interface circuit **212** may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus (USB) interface. One or more input devices **214** may be connected to the interface circuit **212** for entering data and commands into the main unit **202**. For example, the input device **214** may be a keyboard, mouse, touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, and/or a voice recognition system.

One or more displays **112**, printers, speakers, and/or other output devices **216** may also be connected to the main unit **202** via the interface circuit **212**. The display **112** may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display **112** generates visual displays generated during operation of the computing device **102**, **104**. For example, the display **112** may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device **102**, **104**. A user interface may include prompts for human input from a user **114** including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices **218** may also be connected to the main unit **202** via the interface circuit **212**. For example, a hard drive, CD drive, DVD drive, and/or other storage devices may be connected to the main unit **202**. The storage devices **218** may store any type of data, such as pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device **102**, **104**.

The computing device **102**, **104** may also exchange data with other network devices **220** via a connection to the network **106**. Network devices **220** may include one or more servers **226**, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository **222**. A server **226** may include any kind of data **224** including databases, programs, files, libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server **226** may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers **226** may be used to support and maintain the system **100**. For example, servers **226** may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device **102** which is also stored on the server **226**, either temporarily or permanently, for example in memory **208** or storage device **218**. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device **102**, **104** can be controlled by appropriate security software or security measures. An individual users' **114** access can be defined by the computing device **102**, **104** and limited to certain data and/or actions. Accordingly, users **114** of the system **100** may be required to register with one or more computing devices

US 10,223,720 B2

5

102, 104. For example, registered users 114 may be able to request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

As noted previously, various options for managing data located within the computing device 102, 104 and/or in a server 226 may be implemented. A management system may manage security of data and accomplish various tasks such as facilitating a data backup process. A management system may be implemented in a client 102, a host device 104, and a server 226. The management system may update, store, and back up data locally and/or remotely. A management system may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks 106.

FIG. 3 is a block diagram showing an example automobile transaction network structure 300 which includes an automobile market information processing system 302, a consumer interface 304, a dealer interface 306, and a manufacturer interface 308. The example automobile market information processing system 302 may be implemented on one or more host devices 104 accessing one or more servers 108, 226. In an example embodiment, the automobile market information processing system 302 includes a database system 310, a recommendation engine 312, a vehicle identification number processor 314, and an interface generation unit 316. A user 114 may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface 304, dealer interface 306, or manufacturer interface 308, respectively. A database system 310 may include a wide variety of automobile market data. A recommendation engine 312 may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor 314 may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor 314 may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit 316 may provide, for example, HTML files which are used at the consumer interface 304, dealer interface 306, and manufacturer interface 308 interface to provide information to the users 114. It should be appreciated that he consumer interface 304, dealer interface 306, and manufacturer interface 308 may be considered to be part of the automobile market information processing system 302, however, for discussion purposes, the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be referred to as separate from the automobile market information processing system 302.

For example, a user 114 may interact with a consumer interface 304 to research automobiles the user 114 is interested in buying. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface 304 by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface 304 may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface 304 from the consumer, the consumer interface 304 may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface 304 may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to

6

a dealer near the consumer's present location. The automobile market information processing system 302 may process data received by the consumer interface 304, as well as the dealer interface 306 and/or the manufacturer interface 308, to respond to a request from a consumer. For example, data from database system 310 may be queried for use in a report, or a recommendation may be provided by recommendation engine 312 according to the consumer request and current market data. The automobile market information processing system 302 may integrate data received from consumer interface 304, dealer interface 306, and manufacturer interface 308 to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface 304 may be specific to one particular manufacturer or may provide information for multiple different manufacturers. For example, a consumer interface 304 may be a website with information on many manufacturers, and further, the consumer interface 304 may access or link to the manufacturer specific websites (e.g., Ford). Also, for example, a consumer interface 304 may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automobile models with any available options or features. For example, a manufacturer website may allow a consumer to select options that are desired to "build" a particular automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code). Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pricing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface 304 and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface 304.

Accordingly, the consumer interface 304 may provide a wide range of information, for example, based on any searches or queries performed by a user 114. In an example embodiment, based on a user search or request for a response, the consumer interface 304 will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine 312 may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system 302. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar

US 10,223,720 B2

7

8

purchase options to a specific search may also be provided, based on feature matching, price range, consumer popularity, etc. Information including price ranges, including MSRP, invoice prices, inventory levels, the user's **114** credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. For example, a financing calculator may help a user **114** determine what financing rate is appropriate. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current market data including prices, interest rates, incentives, estimated mileage per year, etc. for providing an analysis for a particular consumer regarding purchasing or leasing. Also, the consumer interface **304** may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface **304** may provide a wide variety of useful information to a consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like.

In an example embodiment, a dealer interface **306** may provide a user **114**, such as a dealer employee, information relating to the current automobile market. The dealer interface **306** allows a dealer to interact with automobile market information processing system **302** to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface **306** includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface **306** relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface **306** which will be used by automobile market information processing system **302** to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface **306** as described herein.

In an example embodiment, a manufacturer interface **308** may provide a user **114**, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, an manufacturer interface **308** may provide a manufacturer a request received from a consumer interface **304**. Additionally, the manufacturer interface **308** may provide information such as a report that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system **310** relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information to provide a response to a consumer request. The manufacturer may provide the manufacturer interface **308** with information to provide a confirmation, a verification, or an offer to a consumer via consumer interface **304**. For example, a confirmation number associated with the particular consumer request may be provided for the consumer. Also, a recommendation may be provided from the recommendation engine **312** to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. The manufacturer interface **308** may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing plans, marketing activities, etc., which may provide a significant advantage for manufacturers.

Accordingly, information may be provided to the automobile market information processing system **302** from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system **302**. This allows the automobile market information processing system **302** to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system **302** may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system **302**, may instead be performed locally at consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or vice versa. Further, in certain cases, tasks may be performed using consumer interface **304**, dealer interface **306**, and manufacturer interface **308** or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system **302**. In an example embodiment, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be located on a website, and may further be implemented as a secure website. Also, consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may require a local application, for example, which a manufacturer may pay for to have access to, for example, information from the automobile market information processing system **302** such as requests from consumers.

US 10,223,720 B2

9                                                                                    10

FIGS. 4A and 4B include a flowchart of an example process 400 for facilitating an automobile transaction. Although the process 400 is described with reference to the flowchart illustrated in FIGS. 4A and 4B, it will be appreciated that many other methods of performing the acts associated with the process 400 may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process 400 for facilitating an automobile transaction may allow users 114, including manufacturers and consumers, as well as dealers, to efficiently sell and purchase automobiles, respectively. The example process 400 may begin with automobile market data including at least pricing data and inventory data stored in a database system (block 402). For example, automobile market data from manufacturers, dealers, and consumers regarding pricing, lot inventory, production scheduling, and shipment scheduling is collected and stored in a database. In an example embodiment, a wide variety of data is stored in a database system 310. Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface 304, such as data in consumer searches or requests, information from a dealer interface 306, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, shipping costs, and information from a manufacturer interface 308, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in transit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface 304, dealer interface 306, and manufacturer interface 308, or may include additional information received from other sources. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system 310 may be organized according to different manufacturers, automobile make and model, different information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers 108, 226 which may be remotely located from each other and/or a host device 104 of the automobile market information processing system 302. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system 302.

The example process 400 continues with a consumer providing a request to a manufacturer for a response of whether an automobile can be provided (block 404). For example, a car buyer fills in a request form on a website to receive a verification that a car can be produced or delivered. In this example embodiment, the buyer's request may be transmitted from consumer interface 304 via the internet to the automobile market information processing system 302. In another example embodiment, a car buyer may be located at a dealer location and take a picture of a vehicle identifi-

cation number (VIN) on a car that the buyer would like to receive information for. For example, using an application stored on a mobile device 103, the buyer may take a picture of the VIN on a car. The buyer may want information on that specific car or on other comparable cars with the same or similar features and/or options. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system 302 to determine the make and model of the car, along with various other characteristics of the car. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number. Accordingly, the buyer may perform research, for example, while at home or while shopping at a dealer location. Further, for example, the buyer may take a picture of a VIN anywhere, including at automobile trade shows, mall displays, or anywhere new cars or cars for sale are displayed. The buyer may even take a picture of a car parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface 304 may be stored, for example, in database system 310, thereby updating the automobile market information processing system 302 with current automobile market data.

The example process 400 may continue with providing automobile market data to a manufacturer based on the consumer request (block 406). For example, the car manufacturer receives a real-time report including local car sales data, inventory data, car delivery data, and car build time data of the consumer's requested car. In an example embodiment, a report may include quality information, safety information, insurance information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. The report may be provided through manufacturer interface 308 and include the consumer requirements and preferences. The request and/or the report may be provided in real-time and may provide real-time data. Data reported based on a real-time updates in the automobile market information processing system 302 may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine 312 may provide recommendations to a manufacturer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that a dealer may offer or bid, which can be very useful information for a manufacturer. In an example embodiment, a probability for a manufacturer or dealer to sell a certain lot of automobiles within a time frame may be provided. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, the recommendation engine may provide suggestions regarding manufacturer incentives or other factors which affect the automobile market. Manufacturers may use such information in making important decisions, such as setting pricing, setting or modifying production schedules, marketing directives, future product features and focus, and the like. Also, in an example embodiment, the manufacturer interface 308 may provide information that is limited to cars which meet the consumer request requirements. The manufacturer may customize the manufacturer interface 308 to provide information in a pre-specified manner to suit the manufacturers needs.

A manufacturer response is provided to the consumer indicating that the automobile can be provided for the consumer (block 408). For example, the car maker provides

US 10,223,720 B2

11

a verification that a car can be produced, shipped, or is already in inventory based on current pricing data, car locations, and build times for the subject car. The manufacturer interface **308** may be used to communicate a verification, or a confirmation or offer to a buyer. For example, a verification may state that a particular car with specific features may be produced within forty-five days if the buyer purchases that car and may provide a confirmation number associated with the verification. In another example, a particular car currently being shipped to New York may be re-routed to Illinois. The automobile market data may include, for example, shipping costs that the manufacturer may use for determining if an automobile should be re-routed. An offer to produce or ship a particular car to a dealer location near a consumer may be authorized through the manufacturer interface **308**. In an example embodiment, the automobile market information processing system **302** may be pre-authorized by a manufacturer to provide a confirmation of specific model with specific feature sets. A manufacturer may determine whether it is profitable to produce a car from scratch based on the automobile market data such as current market pricing, current inventory levels, and the like. Accordingly, a manufacturer response may be adjusted by current automobile market conditions. In an example embodiment, a manufacturer response may not require the use of manufacturer interface **308**, for example, a manufacturer may otherwise provide a consumer with a verification, which may be provided by the consumer for use in the automobile market information processing system **302**. Any verification, confirmation, offer, and/or response communicated from a manufacturer interface **308** may be stored, for example, in database system **310**, to further update the automobile market information processing system **302** with current automobile market data.

Then, a bid to sell the automobile to the consumer is requested from dealers based on the manufacturer response (block **410**). For example, several dealers provide bids based on the verification, current pricing data, dealer pickup locations, and potential add-ons. Each dealer's bid may include a price, for example, a price with no additional add-on products or services, such as service contracts, warranties, aftermarket accessories, etc. For example, add-on products may provide substantial value to a dealer, above and beyond the profit margin for the sale of the requested car. A dealer may profit from selling financing options, for example, if a consumer needs financing, the financier may pay the dealer for sourcing the loan. A dealer may sell service plans or maintenance packages (e.g., an extended service contract), selling warranties (e.g., a lifetime warranty), or selling insurance plans (e.g., life, accident, and health insurance, liability insurance, comprehensive insurance, etc.). Also, a dealer may also sell various hard add accessories, for example, bicycle racks, hitches, commercial accessories (e.g., lights and sirens), or any aftermarket products or modifications (e.g., sunroof).

One or more dealer bids are provided to the consumer (block **412**). For example, several dealers provide bids, so several different prices and delivery options may be available to the car buyer. Typically, the bid will include at least a specified price and pickup time and location. Typically, a pickup location will be a dealer lot or distribution location. In an example embodiment, a buyer that has taken a picture of a VIN with a mobile device may receive dealer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the buyer may be actively shopping for a car on a dealer lot. It should be appreciated that some dealers may have multiple locations

12

which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular car requested by a consumer should be priced at, for example, $26,000. However, various factors may affect the bid or offer that a dealer will make for the particular car. For example, the potential for forming a customer relationship, the value of potential add-on products and services, or competition with other dealers may cause a dealer to bid lower than normal. In such a case, the dealer may bid $25,000 in an effort to create a customer relationship, sell add-on products, and/or undercut the competition pricing. Other factors, such as the buyer's credit score (e.g., FICO score), may be used by a dealer in determining a bid, as this may affect the profitability of a sale.

Further, for example, the particular automobile requested may not be available for immediate pickup near the buyer, and various alternative delivery options may be provided from several dealers' bids. A car that is in transit to an out of state dealer may be re-routed to a dealer near the buyer, or a new car may be built to the buyer's desired specifications and delivered to a dealer near the buyer. Therefore, for example, the consumer interface **304** may provide several different bids with different delivery options and prices to the buyer, for example, a price of $26,000 to pick up the car at an out of state dealership the next day, a price of $26,000 to pick up the car at a local dealer in two months, or a price of $26,500 to pick up the car at a local dealer in five days. For example, the costs of re-routing a car already in shipment may be factored into dealer bids. Inventoryless bidding may be highly beneficial when dealers that do not have a requested automobile in inventory can still profitably provide a bid. Further, for example, cars that are not exactly what the buyer requested may also be offered to the buyer. For example, the buyer may request a four wheel drive car, but if a two wheel drive car that meets all the other buyer criteria is immediately available at a nearby dealer, the dealer may provide an offer to the buyer for this car, possibly at a significantly lower price, such as $23,000 instead of $26,000 for a four wheel drive car as requested. Further, for example, dealers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a dealer including safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers.

The consumer interface **304** may organize dealer bids based on a variety of factors and may provide supplemental information. For example, certain dealer bids may be selected as the best options, all dealer bids may be summarized, various additional ratings, reviews, or popularity information, financing information, etc. may also be provided to a consumer along with any dealer bids. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data. For example, of ten dealer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular consumer search may not return any dealer bids,

US 10,223,720 B2

13

for example, if consumer search requirements are unrealistic for the consumer's required price range. Also, for example, if only one or two bids are received, the recommendation engine 312 may recommend that a consumer wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system 310. Further, in an example embodiment, dealer bids may be organized according to distance to a dealer pickup location, lowest price, closest match to the consumer entered criteria, a normalized quality index or value index, etc. The consumer may be able to toggle between different viewing options for dealer bids or search results.

Further, in an example embodiment, a buyer may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a car (e.g., a Maxima). A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a comparable car (e.g., an Avalon) relating to, for example, gas mileage, safety ratings, price comparisons, residual value, driving directions to the competing dealer, etc. In an example embodiment, a dealer may use the geolocation of the buyer, such as in instances when the buyer is physically located close to the dealer. Accordingly, competing dealer bids may be interbrand or intrabrand in nature, and may be tailored to the buyer's particular situation, which a consumer may find highly advantageous. For example, the buyer may have a bid for a car the buyer wants to test drive as well as a bid for a comparable car across the street before a salesman from the dealer even introduces himself. Accordingly, a consumer may weigh the pros and cons of various dealer bids, based on delivery options, pricing, and any other relevant variants. Any bids communicated from a dealer interface 306 may be stored, for example, in database system 310, to further update the automobile market information processing system 302 with current automobile market data.

The consumer selects a bid including a delivery option which specifies a pickup location (block 414). For example, the car buyer chooses a delivery option of picking up the car at a nearby dealer in five days. As noted above, a dealer may be a franchise dealer entity or a non-franchise distribution location. The buyer may select an offer with a specified delivery option on the consumer interface 304. The car buyer may have been weighing two or more different delivery options and/or different features, price differences, etc., based on the response(s) received through the consumer interface 304. As noted above, the consumer interface 304 may organize bids and other helpful information in a variety of ways, which may make the information easier for a consumer to digest. It should be appreciated that a buyer will typically want to pick up a new car at a convenient location, often near the buyer's home. Accordingly, dealers may attempt to provide delivery options tailored towards maximizing profit for the dealer while also maximizing convenience to the buyer, while also providing a superior bid to other dealers. By providing multiple bids with different delivery options, the buyer may be allowed to save time or money based on the buyer's particular needs. In an example embodiment, the buyer may provide a counter offer or different request via the consumer interface 304 to a dealer via the dealer interface 306. Accordingly, the dealer may respond in kind, and may update delivery options or other terms. It should be appreciated that the consumer selection of a bid may, for example, occur simultaneously with the consumer executing the sale or providing a deposit or down payment, or the like (see, e.g., block 418). Accordingly, in an example embodiment, once the buyer selects a bid, the

14

buyer has effectively purchased the car, and the dealer does need to worry about the buyer backing out of the deal. Any consumer selections, counter offers, or additional requests or responses may be stored in database system 310, as the communications are processed by automobile market information processing system 302, providing further data updates. Accordingly, in an example embodiment, a consumer may select a bid to purchase a car, and that purchase information may then be provided to another consumer searching for the same type of car with similar features, for example, the next day.

Once a bid with a specific delivery option has been selected, the manufacturer is instructed to provide the automobile to a dealer according to the consumer bid selection (block 416). For example, the car maker is instructed to re-route a car already in transit to the dealer pickup location for delivery in less than five days. In an example embodiment, the dealer may be required to send an instruction message from the dealer interface 306 to the manufacturer interface 308. It should be appreciated that the specific manner of instruction may be changed based on the particular application, for example, the automobile market information processing system 302 may automatically provide an instruction to a manufacturer to produce a car or re-route a car. It should also be appreciated that particular events may be required to trigger instructing a car to be delivered to a dealer, such as a deposit, financing approval, etc. Further, the consumer may be required to send an instruction message from the consumer interface 304 to the manufacturer interface 308 affirming that the buyer has agreed to purchase the car from the dealer.

The consumer and the dealer execute the sale of the automobile (block 418). For example, the consumer electronically signs documentation such as loan application and a contract and performs an electronic funds transfer or credit card payment. After the delivery option is selected, an electronic contract may be provided by the manufacturer for the buyer who may e-sign the contract, and/or any other loan applications or other documentation as needed. In another example embodiment, paper copies of a contract may be signed, for example, after the buyer prints them or receives them from a nearby dealer or through the mail. In an example embodiment, the buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. For example, the process may occur in several steps, as loan processing may be required prior to executing a contract for sale of a car. Also, it should be appreciated that, for example, the consumer selection of a bid discussed above (see, e.g., block 414) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final negotiated price, may be provided to and stored in database system 310. Accordingly, the automobile market information processing system 302 may be updated with current automobile market data from every step in the negotiation process between a consumer and a manufacturer. In an example embodiment, the updates provided to the automobile market information processing system 302 are provided in real-time, for example, data may be transmitted and processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system 302 according to a batch processing schedule.

Next, the manufacturer provides the dealer with the purchased automobile according to the consumer bid selection (block 420). For example, the car maker re-routes a car en route to delivery at another dealer to the dealer pickup

US 10,223,720 B2

15

location selected by the car buyer or transports the car directly from the factory to the dealer pickup location. If a buyer chooses a quicker delivery option, the car may need to be re-routed from a different destination to the selected dealer pickup location. If a buyer does not urgently need to have a car, a new car may be built to the buyer's exact specifications and delivered to the selected dealer pickup location. Also, for example, a purchased car may be already at a dealer which the buyer has agreed to pick the car up, in which case, the car does not need to be provided to the dealer. A dealer may interact with the automobile market information processing system **302** using dealer interface **306**, for example, to receive notification that a car will be picked up by a buyer, and to report that a car has been delivered to the dealer. A notification may also be sent via consumer interface **304** to the buyer that the car is available for pickup at the specified dealer.

Finally, the consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (block **422**). For example, the car buyer picks up the car at the nearby dealer five days after the car sale is executed. The buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the dealer. For example, the buyer may arrive at the dealer, show identification and proof of purchase, and be provided the keys to the car. The buyer may sign paperwork indicating the car has been picked up. Also, the dealer may offer or provide additional products or services to the buyer when the buyer goes to the dealer to pick up the car. For example, the dealer may offer financing options, warranties, service plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that manufacturers, consumers, and dealers may receive significant benefits from the method of facilitating an automobile transaction disclosed herein. For example, production scheduling, price setting, inventory management, may be greatly improved for manufacturers and dealers by utilizing the disclosed system and method. Consumers may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system **302**, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

FIG. **5** illustrates a block diagram of an example data architecture **500**. In the example data architecture **500**, interface data **502**, administrative data **504**, and automobile market data **506** interact with each other, for example, based on user commands or requests. The interface data **502**, administrative data **504**, and automobile market data **506** may be stored on any suitable storage medium (e.g., server **226**). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data **502**, administrative data **504**, and automobile market data **506**. Various other or different types of data may be included in the example data architecture **500**.

Interface data **502** may include input and output data of various kinds. For example, input data may include mouse

16

click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data **502** may include data relating to formatting, user interface options, links or access to other websites or applications, and the like. Interface data **502** may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data **504** may include data and applications regarding user accounts. For example, administrative data **504** may include information used for updating accounts, such as creating or modifying manufacturer accounts or dealer accounts. Further, administrative data **504** may include access data and/or security data. Administrative data **504** may interact with interface data in various manners, providing a user interface **304**, **306**, **308** with administrative features, such as implementing a user login and the like.

Automobile market data **506** may include, for example, executed sales data **508**, consumer data **510**, dealer data **512**, manufacturer data **514**, statistical data **516**, and/or historical data **518**. Executed sales data **508** may include actual negotiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data **510** may include consumer search activity, consumer requests and offers, consumer feedback, etc. Dealer data **512** may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers received, foot traffic activity, and dealer inventory data, including current on location data, automobile turnover rates, etc. Manufacturer data **514** may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, etc. Statistical data **516** may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data **508** may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under multiple categories of automobile market data **506**, or change with the passage of time. It should also be appreciated that automobile market data **506** may be tailored for a particular manufacturer or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system **310**. Accordingly, for example, customized reports may be provided to a manufacturer interface **308** using that specific data for the manufacturer.

The integration of the various types of automobile market data **506** received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a consumer may benefit greatly from using an application in a mobile device **103** to receive both intrabrand information and interbrand information in real-time, based only on taking a picture of VIN. Dealers and manufacturers may be able to provide information to the consumer in a manner that highlights the benefits of the products the respective dealer

US 10,223,720 B2

17
18

or manufacturer would like to sell. The intrabrand and interbrand information provided on a consumer interface **304** may allow the best automobile options for a particular consumer to be provided to that consumer, may allow manufacturers to better follow through with opportunities for sales, and may allow dealers to compete with other dealers taking into account a greater amount of automobile market information, all of which may result in a more efficient automobile market.

Automobile market data **506** may be maintained in various servers **108**, in databases or other files. It should be appreciated that, for example, a host device **104** may manipulate automobile market data **506** in accordance with the administrative data **504** and interface data **502** to provide requests or reports to users **114** including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data **506** represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. **6** is flow diagram illustrating an example process **600** for facilitating an automobile transaction, according to an example embodiment of the present invention. Although the process **600** is described with reference to the flow diagram illustrated in FIG. **6**, it will be appreciated that many other methods of performing the acts associated with the process **600** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

In the example process **600**, data may flow between the automobile market information processing system **302** and a consumer interface **304**, a manufacturer interface **308**, and a dealer interface **306**, as discussed above based on consumer, manufacturer, and dealer interaction with the automobile market information processing system **302**. It should be appreciated that the automobile market information processing system **302** may update the automobile market information stored in the database system **310** when automobile market information is received from a consumer, a dealer, or a manufacturer, or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process **600** may begin with a consumer taking a picture of a VIN using a mobile phone application (block **602**). The consumer interface **304** may use OCR to determine and provide the VIN to the automobile market information processing system **302** to provide a consumer request (block **604**). It should be appreciated that OCR may occur in the automobile market information processing system **302** or at the consumer interface **304**. The automobile market information processing system **302** receives the consumer request and prepares automobile market information based on the request (block **606**). The automobile market information processing system **302** may send the consumer request and automobile market information based on the consumer request to the manufacturer interface **308** (block **608**). It should be appreciated that while the consumer request is automobile market information, typically, additional automobile market information would be provided with the consumer request. For example, typically, data relating to recent sales of the requested automobile and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the requested automobile may be provided. The manufacturer receives the request, determines that an automobile can be

provided and prepares and provides verification information for consumer and dealers (block **610**). A manufacturer response with the verification information may be provided from the manufacturer interface **308** to the automobile market information processing system **302** (block **612**). The automobile market information processing system **302** receives and processes the manufacturer response with the verification and prepares and provides information for consumer and dealers (block **614**). The manufacturer response with a verification may be sent from the automobile market information processing system **302** to the consumer interface **304** (block **616**). It should be appreciated that other automobile market information may be provided to the consumer interface **304** with a verification, for example, suggested pricing, ratings information, etc. The consumer interface **304** receives the verification that the automobile can be provided, for example, as a confirmation message on the mobile device (block **618**).

The automobile market information processing system **302** may also send to the dealer interface **306** a bid request for one or more dealers (block **620**). One or more dealers receive a bid request, determine prices and delivery options for the automobile, and prepare and provide bids for the consumer (block **622**). A dealer bid may be sent from the dealer interface **306** to the automobile market information processing system **302** for each dealer that wants to provide a bid (block **624**). The automobile market information processing system **302** receives and processes dealer bids and prepares the bids and automobile market data for the consumer (block **626**). The automobile market information processing system **302** may send dealer bids and automobile market information to the consumer interface **304** (block **628**). It should be appreciated that automobile market information may be provided to the consumer before dealer bids are provided, and/or concurrently with dealer bids. Also, it should be appreciated that blocks **616** and **628** may be combined, particularly if the dealer bidding process can occur quickly, for example, in real-time. The consumer may receive dealer bids based on the verification and select a bid including a delivery option based on automobile market information (block **630**). The consumer interface **304** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer wants to purchase or lease the automobile based on the selected bid (block **632**). The automobile market information processing system **302** receives and processes the consumer bid selection (block **634**). For example, the automobile market information processing system **302** may send the bid selection to the dealer interface **306** (block **636**). The dealer may receive the bid selection and coordinate a sale by, for example, instructing the manufacturer to produce and ship the automobile to the dealer location for delivery to the consumer (block **638**). Also, for example, the dealer may provide contract or loan documents, collect a deposit or down payment, or the like. As discussed above, in each of blocks **606**, **614**, **626**, and **634**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, dealer, and/or manufacturer.

For exemplary purposes, the present disclosure discusses a various examples relating to a purchase of a car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, com-

US 10,223,720 B2

19 20

mercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent application filed on Jul. 5, 2011, entitled "AUTO-MOBILE TRANSACTION FACILITATION BASED ON CUSTOMER SELECTION OF A SPECIFIC AUTOMO-BILE," application Ser. No. 13/176,525, the entire content of which is hereby incorporated by reference herein, and in an example embodiment, the features of which may be combined with the features of the present disclosure.

It should be understood that various changes and modifications to the example embodiments described herein will be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present subject matter and without diminishing its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention is claimed as follows:

1. A method comprising:

receiving, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

executing instructions, by at least one processing device, to:

generate, based on current inventory data of the first automobile at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

determine, based on the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that at least a first dealer is located within the in-market dealer area, the first dealer located at a second location;

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

receive, from the first dealer located at the second location, the bid to provide the first automobile;

generate driving directions between the first location and the second location; and

provide the bid and the driving directions to the consumer interface, the bid including at least a price.

2. The method of claim 1, wherein the current inventory data includes at least one of inventory data by location, inventory in transit data, production lead time data, production schedule data, and shipping schedule data.

3. The method of claim 1, wherein the first request is made by a consumer using a mobile device which takes a picture of a vehicle identification number, which is recognized using optical character recognition.

4. The method of claim 1, wherein the first automobile is one of a particular type of car with a specific set of features and a particular car with a specific vehicle identification number.

5. The method of claim 1, further comprising providing first automobile market data to the first manufacturer including a suggested bid price, wherein the first automobile market data is based on real-time automobile market data.

6. The method of claim 1, further comprising:

executing instructions, by the at least one processing device, to process a consumer selection of the bid to facilitate:

instructing the first manufacturer to provide the first automobile to the first dealer based on the consumer selection of the bid; and

executing a sale, including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

7. The method of claim 1, wherein a manufacturer interface allows a manufacturer to at least one of request data via the consumer interface from a plurality of consumers and request data via a dealer interface from a plurality of dealers.

8. The method of claim 1, wherein the first dealer at least one of provides and offers at least one of a financing plan, a service plan, an insurance plan, a warranty, and a hard add accessory, for at least the first automobile.

9. The method of claim 1, wherein the first dealer is at least one of a franchise dealer and a non-franchise distribution location.

10. The method of claim 1, wherein the first manufacturer response includes an acknowledgement of interest.

11. The method of claim 1, wherein the first automobile is yet to be manufactured at the time the bid is received from the first dealer.

12. The method of claim 1, wherein the first automobile is in the inventory of an entity other than the first dealer at the time the bid is received from the first dealer.

13. The method of claim 1, further comprising receiving a consumer selection of the bid including a delivery option which specifies a pickup location at the first dealer, and the first automobile is made available for pickup at the first dealer.

14. The method of claim 1, wherein the consumer selection of the bid indicates a consumer intention to one of purchase the first automobile and lease the first automobile.

15. The method of claim 1, wherein the bid includes a first price corresponding to a first delivery option and a second price corresponding to a second delivery option.

16. The method of claim 1, wherein the consumer is at least one of a person and an entity.

17. The method of claim 1, wherein the consumer chooses a pickup location.

18. The method of claim 1, wherein the bid includes a delivery option that includes a first pickup location, and the consumer chooses the first pickup location.

US 10,223,720 B2

21

**19**. The method of claim **1**, wherein the first dealer provides a first delivery option and is one of a franchise entity and a non-franchise entity distribution location.

**20**. The method of claim **19**, wherein the first automobile is at a consumer's chosen pickup location, such that the first automobile does not need to be transported to the consumer's chosen pickup location.

**21**. The method of claim **19**, wherein the consumer submits a request to the first dealer to change the first delivery option to include the consumer's chosen pickup location.

**22**. The method of claim **21**, wherein based on the consumer's request to change the first delivery option, the first dealer provides a second delivery option including the consumer's chosen pickup location.

**23**. The method of claim **22**, wherein a notification is sent to the consumer that the first automobile is available for pickup at the consumer's chosen pickup location.

**24**. The method of claim **23**, wherein the consumer picks up the first automobile at the consumer's chosen pickup location.

**25**. The method of claim **22**, wherein the first automobile is transported to the consumer's chosen pickup location.

**26**. The method of claim **25**, wherein the first automobile is transported directly from a third location to the consumer's chosen pickup location, wherein at least one of a second dealer and a manufacturer is located at the third location.

**27**. The method of claim **1**, wherein the first dealer provides the first automobile to the consumer at a pickup location by one of (i) having the first automobile transported to the pickup location and (ii) having a manufacturer produce the first automobile.

**28**. The method of claim **1**, further comprising executing instructions, by the at least one processing device, to:

receive, from a second dealer located at a third location within the in-market dealer area, the second bid to sell the first automobile;

generate second driving directions between the first location and the third location; and

provide the second bid and the second driving directions to the consumer interface, the second bid including at least a second price.

**29**. A system comprising:

a computer readable medium storing instructions; and

at least one processing device operably coupled to the computer readable medium, the at least one processing device executing the instructions to:

receive, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

generate, based on current inventory data of the first automobile at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

determine, based on the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

22

determine that at least a first dealer is located within the in-market dealer area, the first dealer located at a second location;

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

receive, from the first dealer located at the second location, the bid to provide the first automobile;

generate driving directions between the first location and the second location; and

provide the bid and the driving directions via the consumer interface, the bid including at least a price.

**30**. The system of claim **29**, wherein the consumer interface only receives as an input a picture, from an image sensor, to generate a request.

**31**. The system of claim **29**, wherein the consumer interface is configured to receive input from at least one of a touch screen and a barcode scanner.

**32**. The system of claim **29**, wherein the consumer interface is configured to toggle between different viewing options.

**33**. The system of claim **29**, wherein one or more applications are configured to handle input or output data.

**34**. A non-transitory computer readable medium storing software instructions which, when executed, cause an information processing apparatus to:

receive, via a consumer interface, a first request for a response regarding a first automobile, which is manufactured by a first manufacturer, the first request made by a consumer located at a first location and including geolocation information of the consumer;

generate, based on current inventory data of the first automobile at least one of a verification indicating that the first automobile can be provided for the consumer, a confirmation indicating that the first automobile can be provided for the consumer, and an offer indicating that the first automobile can be provided for the consumer;

determine, based on the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that at least a first dealer is located within the in-market dealer area, the first dealer located at a second location;

provide a first manufacturer response via the consumer interface, the first manufacturer response including the at least one of the verification indicating that the first automobile can be provided for the consumer, the confirmation indicating that the first automobile can be provided for the consumer, and the offer indicating that the first automobile can be provided for the consumer;

receive, from the first dealer located at the second location, the bid to provide the first automobile;

generate driving directions between the first location and the second location; and

provide the bid and the driving directions via the consumer interface, the bid including at least a price.

* * * * *

US010223722B2

(12) **United States Patent**
Seergy et al.

(10) **Patent No.:** **US 10,223,722 B2**
(45) **Date of Patent:** **\*Mar. 5, 2019**

(54) **AUTOMOBILE TRANSACTION FACILITATION BASED ON A CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE**

(71) Applicant: **Sidekick Technology LLC**, Pine Brook, NJ (US)

(72) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **Sidekick Technology LLC**, Pine Brook, NJ (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/489,280**

(22) Filed: **Apr. 17, 2017**

(65) **Prior Publication Data**

US 2017/0352080 A1    Dec. 7, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/868,091, filed on Sep. 28, 2015, now Pat. No. 9,626,704, which is a
(Continued)

(51) **Int. Cl.**
**G06Q 30/00** (2012.01)
**G06Q 30/06** (2012.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... **G06Q 30/0611** (2013.01); **G01C 21/34** (2013.01); **G06Q 30/06** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ...................... G06Q 30/0206; G06Q 30/0601
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,970,472  A    10/1999    Allsop et al.
6,006,201  A    12/1999    Berent et al.
(Continued)

OTHER PUBLICATIONS

AutoTrader.com, Inc.: Private Company Information-Business Week, http://investing.businessweek.com/research/stock/private/snapshot.asp?privcapId=92642.
(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57) **ABSTRACT**

A system, methods, and apparatus for performing automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from dealers, manufacturers, and consumers. A consumer may provide a request for a response regarding a specific automobile using an image of a vehicle identification number or a graphical user interface. Automobile market data may be provided to a dealer based on the request. Bids to sell the specific automobile may be requested from dealers based on the request. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a first dealer.

**33 Claims, 7 Drawing Sheets**



Fig. 4B

**US 10,223,722 B2**

Page 2

### Related U.S. Application Data

continuation of application No. 14/293,665, filed on Jun. 2, 2014, now Pat. No. 9,147,216, which is a continuation of application No. 13/176,525, filed on Jul. 5, 2011, now Pat. No. 8,744,925.

(51) **Int. Cl.**
    *G06Q 30/08*     (2012.01)
    *G01C 21/34*     (2006.01)

(52) **U.S. Cl.**
    CPC ..... *G06Q 30/0627* (2013.01); *G06Q 30/0639* (2013.01); *G06Q 30/08* (2013.01)

(58) **Field of Classification Search**
    USPC .................................... 705/26.1, 26.3, 27.1
    See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,321,221 | B1 | 11/2001 | Bieganski |
| 6,463,431 | B1 | 10/2002 | Schmitt |
| 6,533,173 | B2 | 3/2003 | Benyak |
| 6,868,388 | B1 | 3/2005 | Millsap et al. |
| 6,868,389 | B1 | 3/2005 | Wilkins et al. |
| 7,395,223 | B1 | 7/2008 | Buzzell et al. |
| 7,406,436 | B1 | 7/2008 | Reisman |
| 7,479,949 | B2 | 1/2009 | Jobs et al. |
| 7,636,574 | B2 | 12/2009 | Poosala |
| 8,160,929 | B1 | 4/2012 | Park et al. |
| 8,392,193 | B2 | 3/2013 | Schultz et al. |
| 8,606,604 | B1 | 12/2013 | Huber et al. |
| 2002/0065707 | A1 | 5/2002 | Lancaster et al. |
| 2002/0082978 | A1 | 6/2002 | Ghouri et al. |
| 2002/0099628 | A1 | 7/2002 | Takaoka et al. |
| 2002/0111877 | A1 | 8/2002 | Nelson |
| 2002/0128946 | A1 | 9/2002 | Chehade et al. |
| 2003/0088435 | A1 | 5/2003 | King |
| 2003/0200151 | A1 | 10/2003 | Ellenson et al. |
| 2003/0229577 | A1 | 12/2003 | Nabel |
| 2004/0034544 | A1 | 2/2004 | Fields et al. |
| 2004/0059626 | A1 | 3/2004 | Smallwood |
| 2005/0004819 | A1 | 1/2005 | Etzioni et al. |
| 2005/0050097 | A1 | 3/2005 | Yeh et al. |
| 2005/0108112 | A1 | 5/2005 | Ellenson et al. |
| 2005/0240512 | A1 | 10/2005 | Quintero et al. |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. |
| 2007/0150362 | A1 | 6/2007 | Sharma et al. |
| 2007/0250403 | A1 | 10/2007 | Altschuler |
| 2007/0255663 | A1 | 11/2007 | Jordan et al. |
| 2007/0260526 | A1 | 11/2007 | Bartel |

| | | | |
|---|---|---|---|
| 2008/0046331 | A1 | 2/2008 | Rand |
| 2008/0177653 | A1 | 7/2008 | Famolari et al. |
| 2008/0183552 | A1 | 7/2008 | O'Hagan |
| 2008/0187125 | A1 | 8/2008 | Siegrist |
| 2008/0201184 | A1 | 8/2008 | Rose et al. |
| 2008/0201188 | A1 | 8/2008 | Heyman et al. |
| 2008/0201203 | A1 | 8/2008 | Rose et al. |
| 2008/0208731 | A1 | 8/2008 | Ruckart |
| 2008/0228657 | A1 | 9/2008 | Nabors et al. |
| 2009/0076896 | A1 | 3/2009 | DeWitt et al. |
| 2009/0132348 | A1 | 5/2009 | Bria et al. |
| 2009/0149199 | A1 | 6/2009 | Maghoul |
| 2009/0171761 | A1 | 7/2009 | Noy et al. |
| 2009/0187478 | A1 | 7/2009 | Shipley |
| 2009/0187513 | A1 | 7/2009 | Noy et al. |
| 2009/0198557 | A1 | 8/2009 | Wang et al. |
| 2009/0204600 | A1 | 8/2009 | Kalik et al. |
| 2010/0048242 | A1 | 2/2010 | Rhoads et al. |
| 2010/0106580 | A1 | 4/2010 | Etheredge et al. |
| 2010/0217525 | A1 | 8/2010 | King et al. |
| 2010/0274627 | A1 | 10/2010 | Carlson |
| 2010/0332292 | A1 | 12/2010 | Anderson |
| 2011/0040642 | A1 | 2/2011 | O'Dell |
| 2011/0082759 | A1 | 4/2011 | Swinson et al. |
| 2011/0087430 | A1 | 4/2011 | Boss et al. |
| 2011/0087556 | A1 | 4/2011 | Pitkow |
| 2011/0099036 | A1 | 4/2011 | Sarkissian et al. |
| 2011/0208418 | A1 | 8/2011 | Looney et al. |
| 2011/0238474 | A1 | 9/2011 | Carr et al. |
| 2011/0238514 | A1 | 9/2011 | Ramalingam et al. |
| 2011/0276394 | A1 | 11/2011 | Chan |

#### OTHER PUBLICATIONS

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, http://www.prnewswire.com/news-releases/autotradercom, Jul. 7, 2011.

AppStore-AutoTrader.com, http://itunes.apple.com/us/app/autotradercom/id444552888?mt=8, Oct. 31, 2011.

International Search Report dated Sep. 21, 2012 for Intl. Appln. No. PCT/US2012/045546.

Charlton, Auto Trader: iPhone app review. Mar. 15, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.econsultancy.com/us/blog/5593-auto-trader-iphone-app-review> entire document.

Autotraderuk. Introducing the Auto Trader iPhone App. Mar. 12, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.youtube.com/watch?v+6g_1g8IRG4&feature=player_embedded> entire document.

International Search Report dated Oct. 5, 2012 for Intl. Appln. No. PCT/US2012/045545.

Anonymous, "instaVIN to offer free auto accident history reports for mobile phones," Wireless News, Jun. 2, 2010.

Case: 23-1362    Document: 30    Page: 276    Filed: 12/05/2023



Fig. 1

Case: 23-1362      Document: 30      Page: 277      Filed: 12/05/2023



Fig. 2



Fig. 3



Fig. 4A            ( Fig. 4B )



Fig. 4A

400

418

The dealer makes the purchased automobile available according to the consumer bid selection (e.g., the dealer transports the car from the commonly owned dealer location to the dealer pickup location selected by the car buyer if the car is not already located at the dealer pickup location)

420

The consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (e.g., the car buyer picks up the car at the nearby dealer five days after the car sale is executed)

Fig. 4B



Fig. 5

Case: 23-1362    Document: 30    Page: 282    Filed: 12/05/2023



Fig. 6

US 10,223,722 B2

1

# AUTOMOBILE TRANSACTION FACILITATION BASED ON A CUSTOMER SELECTION OF A SPECIFIC AUTOMOBILE

## PRIORITY CLAIM AND CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/868,091, filed Sep. 28, 2015, which is a continuation of U.S. patent application Ser. No. 14/293,665, filed Jun. 2, 2014, which is a continuation of U.S. patent application Ser. No. 13/176,525, filed on Jul. 5, 2011, which is related to the commonly-owned patent application, also filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSAC-TION FACILITATION USING A MANUFACTURER RESPONSE," U.S. application Ser. No. 13/176,497, the entire content of each of which is incorporated by reference herein.

## BACKGROUND

In the automobile industry, consumers typically purchase automobiles from dealers or dealerships. Dealers often purchase new automobiles from several manufacturers, to sell to consumers. Consumers typically negotiate a lower price than the manufacturer suggested retail price typically referred to as the "sticker price" and/or the price the dealer initially offers. In many cases, the negotiation process for an automobile may include a large degree of uncertainty for the consumer. Generally, the negotiation process is a zero sum process, and because the consumer and the dealer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, both dealers and consumers often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer may have concerns that a dealer may not offer a fair and competitive price. Various products and services have become available that allow consumers to perform research on market prices for automobiles. Similarly, dealers negotiating an automobile sale generally do not know the maximum price a consumer will be willing to pay for a particular automobile, or how long it will take to sell an automobile in inventory for a given price. Accordingly, dealers also use products and services for determining and/or tracking market prices. Further, automobile manufacturers may also have an interest in the market prices for automobiles, because the market activity captured as automobile market information may allow the manufacturer to, for example, more profitably determine which automobiles to manufacture, what prices the manufacture should offer to dealers, and whether manufacturer incentives should be offered on existing dealer automobile inventory.

## SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market information and performing automobile transactions. In an example embodiment, automobile market data representative of recent automobile market characteristics is stored. The automobile market data may include pricing, inventory, and consumer interest information received from dealers, manufacturers, and consumers. A consumer may

2

provide a request for a response regarding a specific automobile using an image of a vehicle identification number or a graphical user interface. Automobile market data may be provided to a dealer based on the request. Bids to sell the specific automobile may be requested from dealers based on the request. Dealer bids may be provided to the consumer with prices and a delivery options. The consumer may select a bid which specifies a pickup location at a particular dealer.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. **2** is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIG. **3** is a block diagram showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIGS. **4**A and **4**B include a flowchart illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

FIG. **5** is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. **6** is flow diagram illustrating an example process for facilitating an automobile transaction, according to an example embodiment of the present invention.

## DETAILED DESCRIPTION OF EXAMPLE EMBODIMENTS

The present disclosure relates in general to a system for facilitating automobile transactions and, in particular, to automobile transaction based on a consumer selection of a specific automobile. Briefly, in an example embodiment, a system is provided which allows a consumer to request information regarding a specific car including dealer bids. For example, a consumer may use a mobile device to take a picture of a vehicle identification number. The specific vehicle may be identified using optical character recognition to request real-time information on that automobile. Dealers may provide bids based on the consumer request using real-time automobile market information, including intra-brand bids and interbrand bids. A consumer may select a dealer bid to purchase or lease an automobile based on the prices and delivery options available. Also, the presently disclosed system may advantageously allow for inventory-less bidding by dealers. For example, a dealer that does not have an automobile in its inventory (e.g., on the dealer lot) can make a bid to sell that automobile, and then have that automobile produced by a manufacturer or transported to the dealer lot. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system **100** is illustrated in FIG. **1**. The illustrated system **100** includes one or more client devices **102**, and one or more host devices **104**. The

US 10,223,722 B2

3

system **100** may include a variety of client devices **102**, such as desktop computers and the like, which typically include a display **112**, which is a user display for providing information to users **114**, and various interface elements as will be discussed in further detail below. A client device **102** may be a mobile device **103**, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices **102** may communicate with the host device **104** via a connection to one or more communications channels **106** such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers **108** may be part of the network communications system **100**, and may communicate with host servers **104** and client devices **102**.

One host device **104** may interact with a large number of users **114** at a plurality of different client devices **102**. Accordingly, each host device **104** is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device **104**, each client device **102** typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user **114** as described herein may include any person or entity which uses the presently disclosed system and may include a wide variety of parties. For example, as will be discussed in further detail below, users **114** of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices **104** and servers **108** store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices **102**, and/or other host devices **104** or servers **108**. A host device **104** or server **108** may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various administrative tasks. A host device **104** or server may interact via one or more networks with one or more other host devices **104** or servers **108**, which may be operated independently. For example, host devices **104** and servers **108** operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device **102**, and a host device **104**) is illustrated in FIG. **2**. In this example, the computing device **102**, **104** includes a main unit **202** which preferably includes one or more processors **204** electrically coupled by an address/data bus **206** to one or more memory devices **208**, other computer circuitry **210**, and one or more interface circuits **212**. The processor **204** may be any suitable processor, such as a microprocessor from the INTEL PENTIUM® family of microprocessors. The memory **208** preferably includes volatile memory and non-volatile memory. Preferably, the memory **208** stores a software program that interacts with the other devices in the system **100** as described below. This program may be executed by the processor **204** in any suitable manner. In an example embodiment, memory **208** may be part of a "cloud" such that cloud computing may be utilized by a computing devices **102**, **104**. The memory **208** may also store digital data indicative of documents, files, programs, web pages, etc. retrieved from a computing device **102**, **104** and/or loaded via an input device **214**.

4

The interface circuit **212** may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus (USB) interface. One or more input devices **214** may be connected to the interface circuit **212** for entering data and commands into the main unit **202**. For example, the input device **214** may be a keyboard, mouse, touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, and/or a voice recognition system.

One or more displays **112**, printers, speakers, and/or other output devices **216** may also be connected to the main unit **202** via the interface circuit **212**. The display **112** may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display **112** generates visual displays generated during operation of the computing device **102**, **104**. For example, the display **112** may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device **102**, **104**. A user interface may include prompts for human input from a user **114** including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices **218** may also be connected to the main unit **202** via the interface circuit **212**. For example, a hard drive, CD drive, DVD drive, and/or other storage devices may be connected to the main unit **202**. The storage devices **218** may store any type of data, such as pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device **102**, **104**.

The computing device **102**, **104** may also exchange data with other network devices **220** via a connection to the network **106**. Network devices **220** may include one or more servers **226**, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository **222**. A server **226** may include any kind of data **224** including databases, programs, files, libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server **226** may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers **226** may be used to support and maintain the system **100**. For example, servers **226** may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device **102** which is also stored on the server **226**, either temporarily or permanently, for example in memory **208** or storage device **218**. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device **102**, **104** can be controlled by appropriate security software or security measures. An individual users' **114** access can be defined by the computing device **102**, **104** and limited to certain data and/or actions. Accordingly, users **114** of the system **100** may be required to register with one or more computing devices **102**, **104**. For example, registered users **114** may be able to

US 10,223,722 B2

5

request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

As noted previously, various options for managing data located within the computing device **102**, **104** and/or in a server **226** may be implemented. A management system may manage security of data and accomplish various tasks such as facilitating a data backup process. A management system may be implemented in a client **102**, a host device **104**, and a server **226**. The management system may update, store, and back up data locally and/or remotely. A management system may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks **106**.

FIG. **3** is a block diagram showing an example automobile transaction network structure **300** which includes an automobile market information processing system **302**, a consumer interface **304**, a dealer interface **306**, and a manufacturer interface **308**. The example automobile market information processing system **302** may be implemented on one or more host devices **104** accessing one or more servers **108**, **226**. In an example embodiment, the automobile market information processing system **302** includes a database system **310**, a recommendation engine **312**, a vehicle identification number processor **314**, and an interface generation unit **316**. A user **114** may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface **304**, dealer interface **306**, or manufacturer interface **308**, respectively. A database system **310** may include a wide variety of automobile market data. A recommendation engine **312** may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor **314** may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor **314** may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit **316** may provide, for example, HTML files which are used at the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** interface to provide information to the users **114**. It should be appreciated that he the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be considered to be part of the automobile market information processing system **302**, however, for discussion purposes, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be referred to as separate from the automobile market information processing system **302**.

For example, a user **114** may interact with a consumer interface **304** to research automobiles the user **114** is interested in buying. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface **304** by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface **304** may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface **304** from the consumer, the consumer interface **304** may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface **304** may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to a dealer near the consumer's present location. The automo-

6

bile market information processing system **302** may process data received by the consumer interface **304**, as well as the dealer interface **306** and/or the manufacturer interface **308**, to respond to a request from a consumer. For example, data from database system **310** may be queried for in a report, or a recommendation may be provided by recommendation engine **312** according to the consumer request and current market data. The automobile market information processing system **302** may integrate data received from consumer interface **304**, dealer interface **306**, and manufacturer interface **308** to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface **304** may be specific to one particular manufacturer or may provide information for multiple different manufacturers. For example, a consumer interface **304** may be a website with information on many manufacturers, and further, the consumer interface **304** may access or link to the manufacturer specific websites (e.g., Ford). Also, for example, a consumer interface **304** may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automobile models with any available options or features. For example, a manufacturer website may allow a consumer to select options that are desired to "build" a particular automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code). Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pricing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface **304** and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface **304**.

Accordingly, the consumer interface **304** may provide a wide range of information, for example, based on any searches or queries performed by a user **114**. In an example embodiment, based on a user search or request for a response, the consumer interface **304** will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system **302**. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar purchase options to a specific search may also be provided,

US 10,223,722 B2

7                                                    8

based on feature matching, price range, consumer popularity, etc. Information including price ranges, including MSRP, invoice prices, inventory levels, the user's 114 credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. For example, a financing calculator may help a user 114 determine what financing rate is appropriate. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current market data including prices, interest rates, incentives, estimated mileage per year, etc. for providing an analysis for a particular consumer regarding purchasing or leasing. Also, the consumer interface 304 may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface 304 may provide a wide variety of useful information to a consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like.

In an example embodiment, a dealer interface 306 may provide a user 114, such as a dealer employee, information relating to the current automobile market. The dealer interface 306 allows a dealer to interact with automobile market information processing system 302 to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface 306 includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface 306 relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface 306 which will be used by automobile market information processing system 302 to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface 306 as described herein.

In an example embodiment, a manufacturer interface 308 may provide a user 114, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, an manufacturer interface 308 may provide a manufacturer a request received from a consumer interface 304. Additionally, the manufacturer interface 308 may provide information such as a report that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system 310 relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information to provide a response to a consumer request. The manufacturer may provide the manufacturer interface 308 with information to provide a confirmation, a verification, or an offer to a consumer via consumer interface 304. For example, a confirmation number associated with the particular consumer request may be provided for the consumer. Also, a recommendation may be provided from the recommendation engine 312 to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. The manufacturer interface 308 may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing plans, marketing activities, etc., which may provide a significant advantage for manufacturers.

Accordingly, information may be provided to the automobile market information processing system 302 from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system 302. This allows the automobile market information processing system 302 to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system 302 may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system 302, may instead be performed locally at consumer interface 304, dealer interface 306, and manufacturer interface 308, or vice versa. Further, in certain cases, tasks may be performed using consumer interface 304, dealer interface 306, and manufacturer interface 308 or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system 302. In an example embodiment, the consumer interface 304, dealer interface 306, and manufacturer interface 308 may be located on a website, and may further be implemented as a secure website. Also, consumer interface 304, dealer interface 306, and manufacturer interface 308 may require a local application, for example, which a manufacturer may pay for to have access to, for example, information from the automobile market information processing system 302 such as requests from consumers.

US 10,223,722 B2

9
10

FIGS. **4**A and **4**B include a flowchart of an example process **400** for facilitating an automobile transaction. Although the process **400** is described with reference to the flowchart illustrated in FIGS. **4**A and **4**B, it will be appreciated that many other methods of performing the acts associated with the process **400** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process **400** for facilitating an automobile transaction may allow users **114**, including dealers and consumers, as well as manufacturers, to efficiently sell and purchase automobiles, respectively. The example process **400** may begin with automobile market data including at least pricing data and inventory data stored in a database system (block **402**). For example, automobile market data from dealers, consumers, and manufacturers regarding pricing, lot inventory, turnover rates, transport costs, and quality, safety, and/or other ratings is collected and stored in a database. In an example embodiment, a wide variety of data is stored in a database system **310**. For example, transport costs may include manufacturer to dealer shipping costs and/or dealer to dealer costs for shipping or transporting an automobile (e.g., a dealer with multiple locations may drive automobiles between locations if necessary). Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface **304**, such as data in consumer searches or requests, information from a dealer interface **306**, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, transport or shipping costs, and information from a manufacturer interface **308**, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in transit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or may include additional information received from other sources. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system **310** may be organized according to different manufacturers or dealers, automobile make and model, different information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers **108**, **226** which may be remotely located from each other and/or a host device **104** of the automobile market information processing system **302**. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system **302**.

The example process **400** continues with a consumer providing a request for a response of whether an automobile can be provided (block **404**). For example, a car buyer fills in a request form on a website or takes a picture of a VIN at a dealer to receive a response based on current market data. In an example embodiment, the buyer's request may be transmitted from consumer interface **304** via the internet to the automobile market information processing system **302**. In another example embodiment, a car buyer takes a picture of a vehicle identification number (VIN) on a car that the buyer would like to receive information for. For example, using an application stored on a mobile device **103**, the buyer may be located at a dealer location and take a picture of the VIN on a car. The buyer may want information on that specific car or on other comparable cars with the same or similar features and/or options. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system **302** to determine the make and model of the car, along with various other characteristics of the car. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number. Accordingly, the buyer may perform research, for example, while at home or while shopping at a dealer location. Further, for example, the buyer may take a picture of a VIN anywhere, including at automobile trade shows, mall displays, or anywhere new cars or cars for sale are displayed. The buyer may even take a picture of a car parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface **304** may be stored, for example, in database system **310**, thereby updating the automobile market information processing system **302** with current automobile market data.

The example process **400** may continue with providing automobile market data to dealers based on the consumer request (block **406**). For example, a group of dealers receives a real-time report including local car sales data, inventory data, ratings data, and transport cost data of the consumer's requested car. In an example embodiment, a report may include quality information, safety information, insurance information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. The report may be provided through dealer interface **306** and include the consumer requirements and preferences. The request and/or the report may be provided in real-time and may provide real-time data. Data reported based on a real-time updates in the automobile market information processing system **302** may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine **312** may provide recommendations to a dealer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that the dealer may offer or bid. In an example embodiment, a probability to sell within a time frame may be provided, for example, for a 24 hour period, probabilities and prices may be estimated as, e.g., 80% chance to sell at $22,000; 60% chance to sell at $23,000; 50% chance to sell at $24,000; 20% chance to sell at $25,000. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, the recommendation engine may provide daily suggestions (e.g., a deal of the day). Dealers may use such information to attract consumers to visit the dealer in person or online as well as prepare responses or bids to consumer requests. In an example embodiment the dealer interface **306** may provide information that is limited to cars which meet the consumer request requirements. Dealers

US 10,223,722 B2

11                                           12

may customize the dealer interface **306** to provide information in a pre-specified manner to suit the dealers particular needs.

A bid to sell the automobile to the consumer is requested from dealers (block **408**). For example, a group of dealers within a certain radius of the buyer location may receive a bid request. Each dealer's bid may include a price, for example, a price with no additional add-on products or services, such as service contracts, warranties, aftermarket accessories, etc. For example, add-on products may provide substantial value to a dealer, above and beyond the profit margin for the sale of the requested car. A dealer may profit from selling financing options, for example, if a consumer needs financing, the financier may pay the dealer for sourcing the loan. A dealer may sell service plans or maintenance packages (e.g., an extended service contract), selling warranties (e.g., a lifetime warranty), or selling insurance plans (e.g., life, accident, and health insurance, liability insurance, comprehensive insurance, etc.). Also, a dealer may also sell various hard add accessories, for example, bicycle racks, hitches, commercial accessories (e.g., lights and sirens), or any aftermarket products or modifications (e.g., sunroof).

One or more bids are provided to the consumer (block **410**). For example, several dealers provide bids based on current pricing data, dealer pickup locations, and potential add-ons, so several different prices and delivery options may be available to the car buyer. Typically, the bid will include at least a specified price and pickup time and location. In an example embodiment, a buyer that has taken a picture of a VIN with a mobile device may receive dealer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the buyer may be actively shopping for a car on a dealer lot. Typically, a pickup location will be a dealer lot or distribution location. It should be appreciated that some dealers may have multiple locations which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular car requested by a consumer should be priced at, for example, $26,000. However, various factors may affect the bid or offer that a dealer will make for the particular car. For example, the potential for forming a customer relationship, the value of potential add-on products and services, or competition with other dealers may cause a dealer to bid lower than normal. In such a case, the dealer may bid $25,000 in an effort to create a customer relationship, sell add-on products, and/or undercut the competition pricing. Other factors, such as the buyer's credit score (e.g., FICO score), may be used by a dealer in determining a bid, as this may affect the profitability of a sale.

Further, for example, the particular automobile requested may not be available for immediate pickup near the buyer, and various alternative delivery options may be provided from several dealers' bids. For example, a car that is located at an out of state dealer may be transported to a dealer near the buyer. Therefore, for example, the consumer interface **304** may provide several different bids with different delivery options and prices to the buyer, for example, a price of $26,000 to pick up the car at an out of state dealer the next day or a price of $26,500 to pick up the car at a local dealer in five days. For example, a dealer may determine a cost to transport a car from one dealer location to another based on the automobile market data such as current market pricing, current inventory levels, current shipping costs, and the like. Accordingly, a dealer response may be adjusted by current automobile market conditions. An offer to provide or ship a particular car to a dealer location near a consumer may be authorized through the dealer interface **306**. Inventoryless

bidding may be highly beneficial when dealers that do not have a requested automobile in inventory can still profitably provide a bid. Further, for example, cars that are not exactly what the buyer requested may also be offered to the buyer. For example, the buyer may request a four wheel drive car, but if a two wheel drive car that meets all the other buyer criteria is immediately available at a nearby dealer, the dealer may provide an offer to the buyer for this car, possibly at a significantly lower price, such as $23,000 instead of $26,000 for a four wheel drive car as requested. Further, for example, dealers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a dealer including safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers.

The consumer interface **304** may organize dealer bids based on a variety of factors and may provide supplemental information. For example, certain dealer bids may be selected as the best options, all dealer bids may be summarized, various additional ratings, reviews, or popularity information, financing information, etc. may also be provided to a consumer along with any dealer bids. The recommendation engine **312** may provide recommendations to a consumer based on the current automobile market data. For example, of ten dealer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular consumer search may not return any dealer bids, for example, if consumer search requirements are unrealistic for the consumer's required price range. Also, for example, if only one or two bids are received, the recommendation engine **312** may recommend that a consumer wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system **310**. Further, in an example embodiment, dealer bids may be organized according to distance to a dealer pickup location, lowest price, closest match to the consumer entered criteria, a normalized quality index or value index, etc. The consumer may be able to toggle between different viewing options for dealer bids or search results.

Further, in an example embodiment, a buyer may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a car (e.g., a Maxima). A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a comparable car (e.g., an Avalon) relating to, for example, gas mileage, safety ratings, price comparisons, residual value, driving directions to the competing dealer, etc. In an example embodiment, a dealer may use the geolocation of the buyer, such as in instances when the buyer is physically located close to the dealer. Accordingly, competing dealer bids may be interbrand or intrabrand in nature, and may be tailored to the buyer's particular situation, which a consumer may find highly advantageous. For example, the buyer may have a bid for a car the buyer wants to test drive as well as a bid for a comparable car across the street before

US 10,223,722 B2

13

a salesman from the dealer even introduces himself. Accordingly, a consumer may weigh the pros and cons of various dealer bids, based on delivery options, pricing, and any other relevant variants. Any bids communicated from a dealer interface 306 may be stored, for example, in database system 310, to further update the automobile market information processing system 302 with current automobile market data.

The consumer selects a bid including a delivery option which specifies a pickup location (block 412). For example, the car buyer chooses a delivery option of picking up the car at a nearby dealer in five days. As noted above, a dealer may be a franchise dealer entity or a non-franchise distribution location. The buyer may select an offer with a specified delivery option on the consumer interface 304. The car buyer may have been weighing two or more different delivery options and/or different features, price differences, etc., based on the response(s) received through the consumer interface 304. As noted above, the consumer interface may organize bids and other helpful information in a variety of ways, which may make the information easier for a consumer to digest. It should be appreciated that a buyer will typically want to pick up a new car at a convenient location, often near the buyer's home. Accordingly, dealers may attempt to provide delivery options tailored towards maximizing profit for the dealer while also maximizing convenience to the buyer, while also providing a superior bid to other dealers. By providing multiple bids with different delivery options, the buyer may be allowed to save time or money based on the buyer's particular needs. In an example embodiment, the buyer may provide a counter offer or different request via the consumer interface 304 to a dealer via the dealer interface 306. Accordingly, the dealer may respond in kind, and may update delivery options or other terms. It should be appreciated that the consumer selection of a bid may, for example, occur simultaneously with the consumer executing the sale or providing a deposit or down payment, or the like (see, e.g., block 416). Accordingly, in an example embodiment, once the buyer selects a bid, the buyer has effectively purchased the car, and the dealer does need to worry about the buyer backing out of the deal. Any consumer selections, counter offers, or additional requests or responses may be stored in database system 310, as the communications are processed by automobile market information processing system 302, providing further data updates. Accordingly, in an example embodiment, a consumer may select a bid to purchase a car, and that purchase information may then be provided to another consumer searching for the same type of car with similar features, for example, the next day.

Once a bid with a specific delivery option has been selected, the dealer provides the automobile at the selected dealer according to the consumer bid selection (block 414). For example, the dealer notifies a commonly owned dealer that the car must be transported to the dealer pickup location for delivery in less than five days. In a typical example, the dealer may already have the car in question on the dealer lot, so the car would not need to be transported. In an example embodiment, the dealer may send a notification or instruction message through the dealer interface 306, which would be received by a commonly owned dealer in another city or state. It should be appreciated that the specific manner of notification or instruction may be changed based on the particular application, for example, the automobile market information processing system 302 may automatically provide a notification or instruction to a dealer to produce or transport a car based on inventory data. It should also be appreciated that particular events may be required to trigger

14

instructing a car to be delivered to a dealer, such as a deposit, financing approval, etc. Further, the consumer may be required to send an instruction message from the consumer interface 304 to the dealer interface 306 affirming that the buyer has agreed to purchase the car from the dealer.

The consumer and the dealer execute the sale of the automobile (block 416). For example, the consumer electronically signs documentation such as loan application and a contract and performs an electronic funds transfer or credit card payment. After the delivery option is selected, an electronic contract may be provided by the dealer for the buyer who may e-sign the contract, and/or any other loan applications or other documentation as needed. In another example embodiment, paper copies of a contract may be signed, for example, after the buyer prints them or receives them from a nearby dealer or through the mail. In an example embodiment, the buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. For example, the process may occur in several steps, as loan processing may be required prior to executing a contract for sale of a car. Also, it should be appreciated that, for example, the consumer selection of a bid discussed above (see, e.g., block 412) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final negotiated price, may be provided to and stored in database system 310. Accordingly, the automobile market information processing system 302 may be updated with current automobile market data from every step in the negotiation process between a consumer and a manufacturer. In an example embodiment, the updates provided to the automobile market information processing system 302 are provided in real-time, for example, data may be transmitted and processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system 302 according to a batch processing schedule.

Next, the dealer makes the purchased automobile available according to the consumer bid selection (block 418). For example, the dealer transports the car from the commonly owned dealer location to the dealer pickup location selected by the car buyer if the car is not already located at the dealer pickup location. When a purchased car is already at the dealer location where the buyer has agreed to pick the car up, the car does not need to be transported. Many dealers have multiple locations under the same ownership, and these dealers may drive or ship cars from one dealer location to another if the cost of transporting the car is justifiable. If a buyer chooses a quicker delivery option, the car may then be transported from a different dealer location to the selected dealer pickup location. A dealer may interact with the automobile market information processing system 302 using dealer interface 306, for example, to receive notification that a car will be picked up by a buyer, and to report that a car has been delivered to the dealer pickup location. A notification may also be sent via consumer interface 304 to the buyer that the car is available for pickup at the specified dealer.

Finally, the consumer picks up the purchased automobile according to the consumer selected delivery option at the dealer (block 420). For example, the car buyer picks up the car at the nearby dealer five days after the car sale is executed. The buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the dealer. For example, the buyer may arrive at the dealer, show identification and proof of purchase, and be provided the keys to the car. The buyer may sign paperwork indicating

**15**

the car has been picked up. Also, the dealer may offer or provide additional products or services to the buyer when the buyer goes to the dealer to pick up the car. For example, the dealer may offer financing options, warranties, service plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that consumers, dealers, and manufacturers may receive significant benefits from the method of facilitating an automobile transaction disclosed herein. For example, price setting, inventory management, and production scheduling, may be greatly improved for dealers and manufacturers by utilizing the disclosed system and method. Consumers may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system **302**, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

FIG. **5** illustrates a block diagram of an example data architecture **500**. In the example data architecture **500**, interface data **502**, administrative data **504**, and automobile market data **506** interact with each other, for example, based on user commands or requests. The interface data **502**, administrative data **504**, and automobile market data **506** may be stored on any suitable storage medium (e.g., server **226**). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data **502**, administrative data **504**, and automobile market data **506**. Various other or different types of data may be included in the example data architecture **500**.

Interface data **502** may include input and output data of various kinds. For example, input data may include mouse click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data **502** may include formatting, user interface options, links or access to other websites or applications, and the like. Interface data **502** may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data **504** may include data and applications regarding user accounts. For example, administrative data **504** may include information used for updating accounts, such as creating or modifying manufacturer accounts or dealer accounts. Further, administrative data **504** may include access data and/or security data. Administrative data **504** may interact with interface data in various manners, providing a user interface **304**, **306**, **308** with administrative features, such as implementing a user login and the like.

Automobile market data **506** may include, for example, executed sales data **508**, consumer data **510**, dealer data **512**, manufacturer data **514**, statistical data **516**, and/or historical data **518**. Executed sales data **508** may include actual negotiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data **510** may include consumer search activity, consumer requests and offers, consumer feedback, etc.

**16**

Dealer data **512** may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers received, foot traffic activity, and dealer inventory data, including current on location data, automobile turnover rates, etc. Manufacturer data **514** may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, etc. Statistical data **516** may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data **508** may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under multiple categories of automobile market data **506**, or change with the passage of time. It should also be appreciated that automobile market data **506** may be tailored for a particular manufacturer or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system **310**. Accordingly, for example, customized reports may be provided to a manufacturer interface **308** using that specific data for the manufacturer.

The integration of the various types of automobile market data **506** received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a consumer may benefit greatly from using an application in a mobile device **103** to receive both intrabrand information and interbrand information in real-time, based only on taking a picture of VIN. Dealers and manufacturers may be able to provide information to the consumer in a manner that highlights the benefits of the products the respective dealer or manufacturer would like to sell. The intrabrand and interbrand information provided on a consumer interface **304** may allow the best automobile options for a particular consumer to be provided to that consumer, may allow dealers to compete with other dealers taking into account a greater amount of automobile market information, and may allow manufacturers to better follow through with opportunities for sales, which may result in a more efficient automobile market.

Automobile market data **506** may be maintained in various servers **108**, in databases or other files. It should be appreciated that, for example, a host device **104** may manipulate automobile market data **506** in accordance with the administrative data **504** and interface data **502** to provide requests or reports to users **114** including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data **506** represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. **6** is flow diagram illustrating an example process **600** for facilitating an automobile transaction, according to an example embodiment of the present invention. Although the process **600** is described with reference to the flow diagram illustrated in FIG. **6**, it will be appreciated that

US 10,223,722 B2

17                                                18

many other methods of performing the acts associated with the process **600** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

In the example process **600**, data may flow between the automobile market information processing system **302** and a consumer interface **304** and a dealer interface **306**, as discussed above based on consumer and dealer interaction with the automobile market information processing system **302**. It should be appreciated that the automobile market information processing system **302** may update the automobile market information stored in the database system **310** when automobile market information is received from a consumer, a dealer, or a manufacturer, or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process **600** may begin with a consumer taking a picture of a VIN using a mobile phone application (block **602**). The consumer interface **304** may use OCR to determine and provide the VIN to the automobile market information processing system **302** to provide a consumer request (block **604**). It should be appreciated that OCR may occur in the automobile market information processing system **302** or at the consumer interface **304**. The automobile market information processing system **302** receives the consumer request and prepares automobile market information based on the request (block **606**). The automobile market information processing system **302** may send a bid request and automobile market information based on the consumer request to the dealer interface **306** for one or more dealers (block **608**). It should be appreciated that while the consumer request is automobile market information, typically, additional automobile market information would be provided with the consumer request. For example, typically, data relating to recent sales of the requested automobile and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the requested automobile may be provided. One or more dealers receive the bid request and automobile market information, determine prices and delivery options for the automobile using the automobile market information, and prepare and provide bids for the consumer (block **610**). A dealer bid may be sent from the dealer interface **306** to the automobile market information processing system **302** for each dealer that wants to provide a bid (block **612**). The automobile market information processing system **302** receives and processes dealer bids and prepares the bids and automobile market data for the consumer (block **614**).

The automobile market information processing system **302** may send dealer bids and automobile market information to the consumer interface **304** (block **616**). It should be appreciated that automobile market information may be provided to the consumer before dealer bids are provided, and/or concurrently with dealer bids. The consumer may receive the dealer bids and automobile market information and may select a bid including a delivery option based on the automobile market information (block **618**). The consumer interface **304** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer wants to purchase or lease the automobile based on the selected bid (block **620**). The automobile market information processing system **302** receives and processes the consumer bid selection (block **622**). For example, the automobile market information processing

system **302** may send the bid selection to the dealer interface **306** (block **624**). The dealer may receive the bid selection and coordinate a sale by, for example, transporting the automobile from one dealer location to the dealer location selected for delivery (block **626**). Also, for example, the dealer may provide contract or loan documents, collect a deposit or down payment, or the like. As discussed above, in each of blocks **606**, **614**, **626**, and **634**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, dealer, and/or manufacturer.

For exemplary purposes, the present disclosure discusses a various examples relating to a purchase of a car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, commercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent application filed on Jul. 5, 2011, entitled "AUTO-MOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," U.S. application Ser. No. 13/176,497, the entire contents of which are hereby incorporated by reference herein, and in an example embodiment, the features of which may be combined with the features of the present disclosure.

It should be understood that various changes and modifications to the example embodiments described herein will be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present subject matter and without diminishing its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention is claimed as follows:

**1**. A method comprising:

receiving, via a consumer interface, a first request for a response regarding a first automobile, the first request made by a consumer located at a first location and including geolocation information of the consumer;

executing instructions, by at least one processing device, to:

determine, based on the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that a first dealer is located at a second location within the in-market dealer area;

receive, via a dealer interface, a first bid from the first dealer located at the second location within the in-market dealer area;

generate, after receiving the first bid, driving directions between the first location and the second location; and

provide the first bid and the driving directions via the consumer interface, the first bid including at least a price for the first automobile.

**2.** The method of claim **1**, wherein the first automobile is one of a particular type of car with a specific set of features and a particular car with a specific vehicle identification number.

**3.** The method of claim **1**, wherein the first bid is an inventoryless bid requiring the first automobile to be at least one of manufactured and transferred from the inventory of another entity to the first dealer.

**4.** The method of claim **1**, wherein the first bid includes a first delivery option which specifies a first pickup location at the first dealer and a second delivery option which specifies a different second pickup location, wherein a consumer selection indicates a consumer intention to purchase the first automobile based on the first bid and specifies one of the first delivery option and the second delivery option.

**5.** The method of claim **1**, further comprising:

executing instructions, by the at least one processing device, to process a consumer selection of the first bid to facilitate executing a sale including at least one of providing for electronic signature of documents and providing for an electronic funds transfer.

**6.** The method of claim **5**, wherein the first automobile is made available for pickup at the first dealer according to a consumer selected first delivery option.

**7.** The method of claim **1**, further comprising:

executing instructions, by the at least one processing device, to provide via the consumer interface at least one of a financing plan, a service plan, an insurance plan, a warranty, and a hard add accessory, for at least the first automobile, which is at least one of provided and offered by the first dealer.

**8.** The method of claim **1**, wherein the first dealer is at least one of a franchise dealer and a non-franchise distribution location.

**9.** The method of claim **1**, further comprising:

executing instructions, by the at least one processing device, to provide a manufacturer response via the consumer interface including an acknowledgement of interest.

**10.** The method of claim **1**, further comprising:

executing instructions, by the at least one processing device, to provide a manufacturer response via the consumer interface including at least one of a verification, a confirmation, and an offer indicating that the first automobile can be provided for the consumer.

**11.** The method of claim **1**, wherein the first request is made by the consumer using a mobile device which takes a picture of a vehicle identification number, and in the first bid from the first dealer, the first automobile is an interbrand comparable car which is located at the first dealer.

**12.** The method of claim **1**, wherein the consumer is at least one of a person and an entity.

**13.** The method of claim **1**, wherein the consumer chooses a pickup location.

**14.** The method of claim **1**, wherein the first dealer is one of a franchise entity and a non-franchise entity distribution location.

**15.** The method of claim **14**, wherein the first automobile is at a consumer's chosen pickup location, such that the first automobile does not need to be transported to the consumer's chosen pickup location.

**16.** The method of claim **14**, wherein the consumer submits a request to the first dealer to change a first delivery option to include the consumer's chosen pickup location.

**17.** The method of claim **16**, wherein, based on the consumer's request to change the first delivery option, the first dealer provides a second delivery option including the consumer's chosen pickup location.

**18.** The method of claim **17**, wherein a notification is sent to the consumer that the first automobile is available for pickup at the consumer's chosen pickup location.

**19.** The method of claim **18**, wherein the consumer picks up the first automobile at the consumer's chosen pickup location.

**20.** The method of claim **17**, wherein the first automobile is transported to the consumer's chosen pickup location.

**21.** The method of claim **20**, wherein the first automobile is transported directly from a third location to the consumer's chosen pickup location.

**22.** The method of claim **21**, wherein a second dealer is located at the third location.

**23.** The method of claim **22**, wherein the first dealer and the second dealer are commonly owned.

**24.** The method of claim **21**, wherein a manufacturer is located at the third location.

**25.** The method of claim **1**, wherein the first dealer provides the first automobile to the consumer at a pickup location by one of (i) having the first automobile transported to the pickup location and (ii) having a manufacturer produce the first automobile.

**26.** The method of claim **1**, further comprising:

determine that a second dealer is located at a third location within the in-market dealer area;

receive, via the dealer interface, the second bid from the second dealer located at the third location within the in-market dealer area;

generate, after receiving the second bid, second driving directions between the first location and the third location; and

provide the second bid and the second driving directions via the consumer interface, the second bid including at least a price for the first automobile.

**27.** A system comprising:

a computer readable medium storing instructions; and

at least one processing device operably coupled to the computer readable medium, the at least one processing device the executing instructions to:

receive, via a consumer interface, a first request for a response regarding a first automobile, the first request made by a consumer located at a first location and including geolocation information of the consumer;

determine, using the geolocation information, that the consumer is located at the first location;

generate, based on the first location, an in-market dealer area proximately located to the first location;

determine that a first dealer is located at a second location within the in-market dealer area;

receive, via a dealer interface, a first bid from the first dealer located at the second location within the in-market dealer area;

generate, after receiving the first bid, driving directions between the first location and the second location; and

US 10,223,722 B2

21

provide the first bid and the driving directions via the
consumer interface, the first bid including at least a
price for the first automobile.

**28**. The system of claim **27**, wherein the consumer inter-
face only receives as an input a picture, from an image
sensor, to generate a request.

**29**. The system of claim **27**, wherein the consumer inter-
face is configured to receive input from at least one of a
touch screen and a barcode scanner.

**30**. The system of claim **27**, wherein the consumer inter-
face is configured to toggle between different viewing
options.

**31**. The system of claim **27**, wherein one or more appli-
cations are configured to handle input or output data.

**32**. The system of claim **27**, wherein the consumer inter-
face is provided on a mobile device that stores an application
configured to take a picture of a vehicle identification
number.

**33**. A non-transitory computer readable medium storing
instructions which, when executed, are configured to cause
an information processing apparatus to:

22

receive, via a consumer interface, a first request for a
response regarding a first automobile, the first request
made by a consumer located at a first location and
including geolocation information of the consumer;

determine, using the geolocation information, that the
consumer is located at the first location;

generate, based on the first location, an in-market dealer
area proximately located to the first location;

determine that a first dealer is located at a second location
within the in-market dealer area;

receive, via a dealer interface, a first bid from the first
dealer located at the second location within the in-
market dealer area;

generate, after receiving the first bid, driving directions
between the first location and the second location; and

provide the first bid and the driving directions via the
consumer interface, the first bid including at least a
price for the first automobile.

* * * * *

US010796362B2

(12) **United States Patent**
Seergy et al.

(10) **Patent No.:** **US 10,796,362 B2**
(45) **Date of Patent:** *Oct. 6, 2020

(54) **USED AUTOMOBILE TRANSACTION FACILITATION FOR A SPECIFIC USED AUTOMOBILE**

(71) Applicant: **Sidekick Technology LLC**, Pine Brook, NJ (US)

(72) Inventors: **Michael J. Seergy**, Pine Brook, NJ (US); **Benjamin N. S. Brown**, Pine Brook, NJ (US)

(73) Assignee: **SIDEKICK TECHNOLOGY LLC**, Pine Brook, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/200,078**

(22) Filed: **Nov. 26, 2018**

(65) **Prior Publication Data**

US 2019/0095987 A1    Mar. 28, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/284,181, filed on Oct. 3, 2016, now Pat. No. 10,140,655, which is a (Continued)

(51) **Int. Cl.**
G06Q 30/00     (2012.01)
G06Q 30/08     (2012.01)
(Continued)

(52) **U.S. Cl.**
CPC ............. *G06Q 30/08* (2013.01); *G01C 21/34* (2013.01); *G01C 21/3679* (2013.01); (Continued)

(58) **Field of Classification Search**
CPC ................ G06Q 30/0601–0645; G06Q 30/80
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,970,472 A    10/1999 Allsop et al.
6,006,201 A    12/1999 Berent et al.
(Continued)

OTHER PUBLICATIONS

AutoTrader.com, Inc..: Private Company Information—Business Week, http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=92642.
(Continued)

*Primary Examiner* — Brandy A Zukanovich
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57) **ABSTRACT**

A system, methods, and apparatus for performing used automobile transactions are disclosed. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing and consumer interest information received from consumers, dealers, and manufacturers. A consumer seller or manufacturer off-lease seller may provide a request for a response regarding a specific used automobile with a specific a vehicle identification number. Automobile market data may be provided to a used automobile buyer based on the request. Bids to purchase the specific used automobile may be requested from used automobile buyers based on the request. Buyer bids may be provided to the consumer seller or manufacturer off-lease seller with prices and a delivery options. The consumer seller or manufacturer off-lease seller may select a bid to sell the specific used automobile based on the bid.

**63 Claims, 7 Drawing Sheets**



**US 10,796,362 B2**

Page 2

### Related U.S. Application Data

continuation of application No. 14/841,157, filed on Aug. 31, 2015, now Pat. No. 9,460,467, which is a continuation of application No. 14/176,700, filed on Feb. 10, 2014, now Pat. No. 9,123,075, which is a continuation of application No. 13/207,858, filed on Aug. 11, 2011, now Pat. No. 8,650,093, which is a continuation-in-part of application No. 13/176,497, filed on Jul. 5, 2011, now Pat. No. 9,141,984, and a continuation-in-part of application No. 13/176,525, filed on Jul. 5, 2011, now Pat. No. 8,744,925.

(51) **Int. Cl.**
| | |
|---|---|
| *G06Q 30/06* | (2012.01) |
| *G01C 21/34* | (2006.01) |
| *G01C 21/36* | (2006.01) |
| *G06F 3/16* | (2006.01) |
| *H04W 4/021* | (2018.01) |

(52) **U.S. Cl.**
CPC ......... *G01C 21/3697* (2013.01); *G06F 3/167* (2013.01); *G06Q 30/06* (2013.01); *G06Q 30/0641* (2013.01); *H04W 4/021* (2013.01); *H05K 999/99* (2013.01)

(58) **Field of Classification Search**
USPC ..... 705/26.1, 26.2, 26.25, 26.3, 26.35, 26.4, 705/26.41, 26.42, 26.43, 26.44, 26.5, 705/26.6, 26.61, 26.62, 26.63, 26.64, 705/26.7, 26.8, 26.81, 26.82, 26.9, 27.1, 705/27.2
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,321,221 | B1 | 11/2001 | Bieganski |
| 6,463,431 | B1 | 10/2002 | Schmitt |
| 6,533,173 | B2 | 3/2003 | Benyak |
| 6,868,388 | B1 | 3/2005 | Millsap et al. |
| 6,868,389 | B1 | 3/2005 | Wilkins et al. |
| 7,395,223 | B1 | 7/2008 | Buzzell et al. |
| 7,406,436 | B1 | 7/2008 | Reisman |
| 7,479,949 | B2 | 1/2009 | Jobs et al. |
| 7,636,574 | B2 | 12/2009 | Poosala |
| 8,160,929 | B1 | 4/2012 | Park et al. |
| 8,392,193 | B2 | 3/2013 | Schultz et al. |
| 8,606,604 | B1 | 12/2013 | Huber et al. |
| 2002/0065707 | A1 | 5/2002 | Lancaster et al. |
| 2002/0082978 | A1 | 6/2002 | Ghouri et al. |
| 2002/0099628 | A1 | 7/2002 | Takaoka et al. |
| 2002/0111877 | A1 | 8/2002 | Nelson |
| 2002/0128946 | A1 | 9/2002 | Chehade et al. |
| 2003/0088435 | A1 | 5/2003 | King |
| 2003/0200151 | A1 | 10/2003 | Ellenson |
| 2003/0229577 | A1 | 12/2003 | Nabel |
| 2004/0034544 | A1 | 2/2004 | Fields et al. |
| 2004/0059626 | A1 | 3/2004 | Smallwood |
| 2005/0004819 | A1 | 1/2005 | Etzioni et al. |
| 2005/0050097 | A1 | 3/2005 | Yeh et al. |
| 2005/0108112 | A1 | 5/2005 | Ellenson et al. |
| 2005/0240512 | A1 | 10/2005 | Quintero et al. |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. |
| 2007/0150362 | A1 | 6/2007 | Sharma et al. |
| 2007/0250403 | A1 | 10/2007 | Altschuler |
| 2007/0255663 | A1 | 11/2007 | Jordan et al. |
| 2007/0260526 | A1 | 11/2007 | Bartel |
| 2008/0046331 | A1 | 2/2008 | Rand |
| 2008/0177653 | A1 | 7/2008 | Famolari et al. |
| 2008/0183552 | A1 | 7/2008 | O'Hagan |
| 2008/0187125 | A1 | 8/2008 | Siegrist |
| 2008/0201184 | A1 | 8/2008 | Rose et al. |
| 2008/0201188 | A1 | 8/2008 | Heyman et al. |
| 2008/0201203 | A1 | 8/2008 | Rose et al. |
| 2008/0208731 | A1 | 8/2008 | Ruckart |
| 2008/0228657 | A1 | 9/2008 | Nabors et al. |
| 2009/0076896 | A1 | 3/2009 | DeWitt et al. |
| 2009/0132348 | A1 | 5/2009 | Bria et al. |
| 2009/0149199 | A1 | 6/2009 | Maghoul |
| 2009/0171761 | A1 | 7/2009 | Noy et al. |
| 2009/0187478 | A1 | 7/2009 | Shipley |
| 2009/0187513 | A1 | 7/2009 | Noy et al. |
| 2009/0198557 | A1 | 8/2009 | Wang et al. |
| 2009/0204600 | A1 | 8/2009 | Kalik et al. |
| 2010/0048242 | A1 | 2/2010 | Rhoads et al. |
| 2010/0106580 | A1 | 4/2010 | Etheredge et al. |
| 2010/0217525 | A1 | 8/2010 | King et al. |
| 2010/0274627 | A1 | 10/2010 | Carlson |
| 2010/0332292 | A1 | 12/2010 | Anderson |
| 2011/0040642 | A1 | 2/2011 | O'Dell |
| 2011/0082759 | A1 | 4/2011 | Swinson et al. |
| 2011/0087430 | A1 | 4/2011 | Boss et al. |
| 2011/0087556 | A1 | 4/2011 | Pitkow |
| 2011/0099036 | A1 | 4/2011 | Sarkissian et al. |
| 2011/0208418 | A1 | 8/2011 | Looney et al. |
| 2011/0238474 | A1 | 9/2011 | Carr et al. |
| 2011/0238514 | A1 | 9/2011 | Ramalingam et al. |
| 2011/0276394 | A1 | 11/2011 | Chan |

#### OTHER PUBLICATIONS

Autotrader.com Introduces IPhone App to Create a More Personalized "PC-to-Pocket" Experience for Car Shoppers, http://www.prnewswire.com/news-releases/autotradercom, Jul. 7, 2011.
AppStore—AutoTrader.com, http://itunes.apple.com/us/app/autotrader-com/id444552888?mt=8, Oct. 31, 2011.
International Search Report dated Sep. 21, 2012 for Intl. Appln. No. PCT/US2012/045546.
Charlton, Auto Trader: iPhone app review. Mar. 15, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.econsultancy.com/us/blog/5593-auto-trader-iphone-app-review> entire document.
Autodraderuk. Introducing the Auto Trader iPhone App. Mar. 12, 2010 [retrieved on Sep. 6, 2012] from the internet: http://www.youtube.com/watch?v+6g_1g81RG4&fature= player_embedded>entire document.
International Search Report dated Oct. 5, 2012 for Intl. Appln. No. PCT/US2012/045545.
Anonymous, "instaVIN to offer free auto accident history reports for mobile phones," Wireless News, Jun. 2, 2010.



Fig. 1

Case: 23-1362     Document: 30     Page: 297     Filed: 12/05/2023



Fig. 2



Fig. 3A



Fig. 3B



Fig. 4

**U.S. Patent**    Oct. 6, 2020    Sheet 6 of 7    **US 10,796,362 B2**



Fig. 5



Fig. 6

600

318, 324

602 — Seller takes a picture of a VIN and enters pricing parameters

604 — Seller Request

302

606 — System receives seller request and prepares automobile market data based on the request

608 — Bid request and auto market information

320, 322

610 — Used auto buyers receive bid request and automobile market information to determine prices and delivery options for the used auto and prepare and provide bids for the used auto seller

612 — Buyer bid

614 — System receives and processes buyer bids and prepares bids and automobile market data for seller

616 — Buyer bids and auto market information

618 — Seller receives buyer bids and automobile market information and selects a bid including a delivery option based on automobile market information

620 — Selection

622 — System receives and processes bid selection

624 — Selection

626 — Buyer receives bid selection and coordinates a sale

US 10,796,362 B2

1

# USED AUTOMOBILE TRANSACTION FACILITATION FOR A SPECIFIC USED AUTOMOBILE

## CROSS REFERENCE TO RELATED APPLICATIONS AND PRIORITY CLAIM

This application is a continuation of U.S. patent application Ser. No. 15/284,181, filed on Oct. 3, 2016, which a continuation of Ser. No. 14/841,157, filed Aug. 31, 2015, which is a continuation of Ser. No. 14/176,700, filed Feb. 10, 2014, which is a continuation of U.S. patent application Ser. No. 13/207,858, filed on Aug. 11, 2011, which is a continuation-in-part of the following co-pending commonly-owned patent applications filed on Jul. 5, 2011, entitled "AUTO-MOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," application Ser. No. 13/176,497, and entitled "AUTOMOBILE TRANSAC-TION FACILITATION BASED ON CUSTOMER SELEC-TION OF A SPECIFIC AUTOMOBILE," application Ser. No. 13/176,525, now U.S. Pat. No. 8,744,925, issued Jun. 3, 2014, the entire content of each of which is incorporated by reference herein.

## BACKGROUND

In the used automobile market, consumers typically sell or trade in used automobiles to dealers or dealerships, or privately sell to other consumers, for example, through personal advertisements. Dealers often purchase used automobiles from consumers as part of a deal for a new automobile, typically referred to as a trade in. Typically, a description of a used automobile in a personal advertisement may include the make, model, and mileage of an automobile, but certain other relevant descriptive information may not be available to a potential buyer. Further, a dealer making a trade in offer for a used automobile may not have certain relevant descriptive information on that used automobile. In many cases, the negotiation process for a used automobile may include a large degree of uncertainty for consumers, including both a selling consumer and a purchasing consumer. A consumer seller may be particularly disadvantaged when negotiating with a dealer for a trade in value, as dealers typically have great knowledge and experience with the process, while consumers typically do not. Generally, the negotiation process is a zero sum process, and because a consumer seller of a used automobile and a used automobile buyer are each trying to get a better deal, there is typically some lack of trust during the negotiation. Accordingly, used automobile buyers and sellers, including consumers and dealers, often base the negotiations on established market prices. However, market prices can fluctuate rapidly depending a variety of factors. For example, consumer demand may be affected by economic factors, such as changes in gasoline prices, unemployment rates, government sponsored tax rebates for automobile purchases, etc.

In many cases, a consumer seller of a used automobile may have concerns that a buyer may not offer a fair and competitive price. Various products and services have become available that allow sellers and buyers, including consumers and dealers, to perform research on market prices for used automobiles. Typically, the highest possible value available to a consumer seller may be through a sale to another consumer, as opposed to trading in the used automobile to a dealer.

In addition to consumers and dealers, automobile manufacturers may also have an interest in the resale values of

2

used automobiles. Further, in many cases, a manufacturer may want to sell used off-lease automobiles which have been returned by consumer lessees. In many cases, a manufacturer off-lease seller may not be able to receive the full market value of a used off-lease automobile.

## SUMMARY

The present disclosure provides a new and innovative system, methods and apparatus for providing automobile market information and facilitating used automobile transactions. In an example embodiment, automobile market data representative of current automobile market characteristics is stored. The automobile market data may include pricing and consumer interest information received from consumers, dealers, and manufacturers. A consumer seller or manufacturer off-lease seller may provide a request for a response regarding a specific used automobile with a specific a vehicle identification number. Automobile market data may be provided to a used automobile buyer based on the request. Bids to purchase the specific used automobile may be requested from used automobile buyers based on the request. Buyer bids may be provided to the consumer seller or manufacturer off-lease seller with prices and a delivery options. The consumer seller or manufacturer off-lease seller may select a bid to sell the specific used automobile based on the bid.

Additional features and advantages of the disclosed method and apparatus are described in, and will be apparent from, the following Detailed Description and the Figures.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** is a high level block diagram of an example network communicating system, according to an example embodiment of the present invention.

FIG. **2** is a detailed block diagram showing an example of a computing device, according to an example embodiment of the present invention.

FIGS. **3**A and **3**B provide a block diagram, each showing an example automobile transaction network structure, according to an example embodiment of the present invention.

FIG. **4** is a flowchart illustrating an example process for facilitating a used automobile transaction, according to an example embodiment of the present invention.

FIG. **5** is a block diagram showing an example data architecture, according to an example embodiment of the present invention.

FIG. **6** is flow diagram illustrating an example process for facilitating a used automobile transaction, according to an example embodiment of the present invention.

## DETAILED DESCRIPTION OF EXAMPLE EMBODIMENTS

The present disclosure relates in general to a system for facilitating used automobile transactions and, in particular, to an automobile transaction for a specific used automobile. Briefly, in an example embodiment, a system is provided which allows a consumer seller or a manufacturer off-lease seller of a used automobile to request bids and information regarding a specific automobile identified with a specific vehicle identification number. For example, a consumer may use a mobile device to take a picture of a vehicle identification number and may enter a desired price range or minimum asking price. The specific automobile may be

US 10,796,362 B2

3

identified using optical character recognition to provide, for example, a full list of the original manufacturer features and options, and the original manufacturer suggested retail price and invoice information, for that specific used automobile based on the vehicle identification number. Accordingly, the consumer seller need not enter all of this information, but may request bids and information in real-time for that specific used automobile. Used automobile buyers may include consumers and/or dealers which may provide bids based on the consumer seller request using real-time automobile market information. A consumer seller may select a buyer bid to sell a used automobile based on the prices and delivery options available. Accordingly, typically unavailable or difficult to obtain data may be provided for offering a used automobile for sale, including a full listing of the manufacturer features and options, EPA mileage, safety ratings, recalls, quality reports, estimated insurance costs, etc. In an example embodiment, a manufacturer off-lease seller may select a buyer bid based on the prices and delivery options to maximize value, for example, by reducing costs typically associated with selling an off-lease automobile. The used automobile market is presently approximately three times the size of the new automobile market in the United States, as approximately 40 million used automobiles are sold each year. Accordingly, the present disclosure may be helpful for facilitating large numbers of used automobile transactions. In an example embodiment, the disclosed system matches seller and buyer parameters, such as price and pickup location, to facilitate a live bidding process, which allows a used automobile seller to accept or reject bids using a great deal of information not typically available. In a non-limiting example embodiment, certain features disclosed in the present patent application may be commercially embodied in products and services offered by Sidekick Technology LLC, the assignee of the present application.

The present system may be readily realized in a network communications system. A high level block diagram of an example network communications system **100** is illustrated in FIG. **1**. The illustrated system **100** includes one or more client devices **102**, and one or more host devices **104**. The system **100** may include a variety of client devices **102**, such as desktop computers and the like, which typically include a display **112**, which is a user display for providing information to users **114**, and various interface elements as will be discussed in further detail below. A client device **102** may be a mobile device **103**, which may be a cellular phone, a personal digital assistant, a laptop computer, a tablet computer, etc. The client devices **102** may communicate with the host device **104** via a connection to one or more communications channels **106** such as the Internet or some other data network, including, but not limited to, any suitable wide area network or local area network. It should be appreciated that any of the devices described herein may be directly connected to each other instead of over a network. Typically, one or more servers **108** may be part of the network communications system **100**, and may communicate with host servers **104** and client devices **102**.

One host device **104** may interact with a large number of users **114** at a plurality of different client devices **102**. Accordingly, each host device **104** is typically a high end computer with a large storage capacity, one or more fast microprocessors, and one or more high speed network connections. Conversely, relative to a typical host device **104**, each client device **102** typically includes less storage capacity, a single microprocessor, and a single network connection. It should be appreciated that a user **114** as described herein may include any person or entity which

4

uses the presently disclosed system and may include a wide variety of parties. For example, as will be discussed in further detail below, users **114** of the presently disclosed system may include a consumer, a dealer, and/or a manufacturer.

Typically, host devices **104** and servers **108** store one or more of a plurality of files, programs, databases, and/or web pages in one or more memories for use by the client devices **102**, and/or other host devices **104** or servers **108**. A host device **104** or server **108** may be configured according to its particular operating system, applications, memory, hardware, etc., and may provide various options for managing the execution of the programs and applications, as well as various administrative tasks. A host device **104** or server may interact via one or more networks with one or more other host devices **104** or servers **108**, which may be operated independently. For example, host devices **104** and servers **108** operated by a separate and distinct entities may interact together according to some agreed upon protocol.

A detailed block diagram of the electrical systems of an example computing device (e.g., a client device **102**, and a host device **104**) is illustrated in FIG. **2**. In this example, the computing device **102**, **104** includes a main unit **202** which preferably includes one or more processors **204** electrically coupled by an address/data bus **206** to one or more memory devices **208**, other computer circuitry **210**, and one or more interface circuits **212**. The processor **204** may be any suitable processor, such as a microprocessor from the INTEL PENTIUM® family of microprocessors. The memory **208** preferably includes volatile memory and non-volatile memory. Preferably, the memory **208** stores a software program that interacts with the other devices in the system **100** as described below. This program may be executed by the processor **204** in any suitable manner. In an example embodiment, memory **208** may be part of a "cloud" such that cloud computing may be utilized by a computing devices **102**, **104**. The memory **208** may also store digital data indicative of documents, files, programs, web pages, etc. retrieved from a computing device **102**, **104** and/or loaded via an input device **214**.

The interface circuit **212** may be implemented using any suitable interface standard, such as an Ethernet interface and/or a Universal Serial Bus (USB) interface. One or more input devices **214** may be connected to the interface circuit **212** for entering data and commands into the main unit **202**. For example, the input device **214** may be a keyboard, mouse, touch screen, track pad, track ball, isopoint, image sensor, character recognition, barcode scanner, microphone, and/or a speech/voice recognition system.

One or more displays **112**, printers, speakers, and/or other output devices **216** may also be connected to the main unit **202** via the interface circuit **212**. The display **112** may be a cathode ray tube (CRTs), a liquid crystal display (LCD), or any other type of display. The display **112** generates visual displays generated during operation of the computing device **102**, **104**. For example, the display **112** may provide a user interface, which will be described in further detail below, and may display one or more web pages received from a computing device **102**, **104**. A user interface may include prompts for human input from a user **114** including links, buttons, tabs, checkboxes, thumbnails, text fields, drop down boxes, etc., and may provide various outputs in response to the user inputs, such as text, still images, videos, audio, and animations.

One or more storage devices **218** may also be connected to the main unit **202** via the interface circuit **212**. For example, a hard drive, CD drive, DVD drive, and/or other

US 10,796,362 B2

5

storage devices may be connected to the main unit **202**. The storage devices **218** may store any type of data, such as pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, image data, video data, audio data, tagging data, historical access or usage data, statistical data, security data, etc., which may be used by the computing device **102, 104**.

The computing device **102, 104** may also exchange data with other network devices **220** via a connection to the network **106**. Network devices **220** may include one or more servers **226**, which may be used to store certain types of data, and particularly large volumes of data which may be stored in one or more data repository **222**. A server **226** may include any kind of data **224** including databases, programs, files, libraries, pricing data, transaction data, operations data, inventory data, commission data, manufacturing data, configuration data, index or tagging data, historical access or usage data, statistical data, security data, etc. A server **226** may store and operate various applications relating to receiving, transmitting, processing, and storing the large volumes of data. It should be appreciated that various configurations of one or more servers **226** may be used to support and maintain the system **100**. For example, servers **226** may be operated by various different entities, including automobile manufacturers, brokerage services, automobile information services, etc. Also, certain data may be stored in a client device **102** which is also stored on the server **226**, either temporarily or permanently, for example in memory **208** or storage device **218**. The network connection may be any type of network connection, such as an Ethernet connection, digital subscriber line (DSL), telephone line, coaxial cable, wireless connection, etc.

Access to a computing device **102, 104** can be controlled by appropriate security software or security measures. An individual users' **114** access can be defined by the computing device **102, 104** and limited to certain data and/or actions. Accordingly, users **114** of the system **100** may be required to register with one or more computing devices **102, 104**. For example, registered users **114** may be able to request or manipulate data, such as submitting requests for pricing information or providing an offer or a bid.

As noted previously, various options for managing data located within the computing device **102, 104** and/or in a server **226** may be implemented. A management system may manage security of data and accomplish various tasks such as facilitating a data backup process. A management system may be implemented in a client **102**, a host device **104**, and a server **226**. The management system may update, store, and back up data locally and/or remotely. A management system may remotely store data using any suitable method of data transmission, such as via the Internet and/or other networks **106**.

FIGS. **3**A and **3**B provide block diagrams, each showing an example automobile transaction network structure **300**. As illustrated in FIG. **3**A, the example automobile transaction network structure **300** includes an automobile market information processing system **302**, a consumer interface **304**, a dealer interface **306**, and a manufacturer interface **308**. The example automobile market information processing system **302** may be implemented on one or more host devices **104** accessing one or more servers **108, 226**. In an example embodiment, the automobile market information processing system **302** includes a database system **310**, a recommendation engine **312**, a vehicle identification number processor **314**, and an interface generation unit **316**. A user **114** may be a consumer, a dealer, or a manufacturer that interacts with the consumer interface **304**, dealer interface

6

**306**, or manufacturer interface **308**, respectively. A database system **310** may include a wide variety of automobile market data. A recommendation engine **312** may provide recommendations for consumers, dealers, and manufacturers. A vehicle identification number processor **314** may be used for making requests regarding specific automobiles and automobiles with specific sets of features. For example, a vehicle identification number processor **314** may determine a specific set of features that a specific car has based on a picture of that specific car's vehicle identification number. Interface generation unit **316** may provide, for example, HTML files which are used at the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** interface to provide information to the users **114**. It should be appreciated that he the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be considered to be part of the automobile market information processing system **302**, however, for discussion purposes, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be referred to as separate from the automobile market information processing system **302**.

For example, a user **114** may interact with a consumer interface **304** to research new or used automobiles the user **114** is interested in buying and/or selling. For example, a consumer may be looking for a four door sedan with specific features, including a global positioning system (GPS), a sunroof, tinted windows, rated for at least thirty miles per gallon, four wheel drive, etc. The consumer may interact with the consumer interface **304** by inputting required and/or desired features, monthly budget or full price, etc. The consumer interface **304** may provide a wide variety of features and specifications which the consumer may choose from in providing a request. Based on the information put into the consumer interface **304** from the consumer, the consumer interface **304** may provide one or more reports or offers to the consumer. As will be discussed in further detail below, the information provided by the consumer interface **304** may include current market prices for automobiles, including information relating to additional features, and may include information on specific automobiles, for example, which may be en route to a dealer near the consumer's present location or may be already owned by the consumer. The automobile market information processing system **302** may process data received by the consumer interface **304**, as well as the dealer interface **306** and/or the manufacturer interface **308**, to respond to a request from a consumer. For example, data from database system **310** may be queried for use in a report, or a recommendation may be provided by recommendation engine **312** according to the consumer request and current market data. The automobile market information processing system **302** may integrate data received from consumer interface **304**, dealer interface **306**, and manufacturer interface **308** to provide current and accurate information relating to the automobile market.

It should be appreciated that the consumer interface **304** may be specific to one particular manufacturer or may provide information for automobiles manufactured by multiple different manufacturers. For example, a consumer interface **304** may be a website with information for many manufacturers. For example, the consumer interface **304** may access or link to the manufacturer specific websites (e.g., Ford), particularly with regard to new automobile information, but also for used automobile information. Also, for example, a consumer interface **304** may be implemented as an automobile manufacturer's website. Typically, a manufacturer's website may provide consumers with a catalog like feature that provides information on different automo-

US 10,796,362 B2

7

bile models with any available options or features. For example, a manufacturer website may allow a consumer to select options that are desired to "build" a particular new automobile, and may provide price comparisons using suggested retail prices, which may consumers use for initial research into what pricing the dealer may offer for a particular automobile with a particular feature set. Also, typically, the consumer may enter information, including, for example, name, an address or zip code, and telephone number. This information may be passed on from the manufacturer to a nearby dealer and/or nearby dealer information may be provided to the consumer (e.g., the dealer in or nearest to the consumer's entered zip code). Accordingly, the dealer may contact the consumer, or the consumer may inquire with the dealer, regarding the specific automobiles available on that dealer's lot and particular pricing being offered, etc. In many cases, consumers may not inquire with dealers that the manufacturer may recommend, and similarly, dealers may not diligently follow up with consumers that have an interest in purchasing an automobile. Further, it should be appreciated that the information provided via a consumer interface 304 and/or a manufacturer website may be very useful to consumers. For example, in the past, dealers often provided brochures with all the information on a manufacturer's available car models, including all the features and options information. However, dealers typically do not provide comprehensive information brochures, which may be relatively expensive to produce, and rather, that information is typically located on a manufacturer website and/or a consumer interface 304. It should also be appreciated that information on a manufacturer website and/or a consumer interface 304 may be directed to both new and used automobiles. For example, historical and statistical information which demonstrates favorable safety ratings, quality and reliability data, low maintenance costs, low insurance prices, low emissions, high gas mileage, etc. based on specific models for specific years, and/or groups of models and years may be provided on a manufacturer website and/or a consumer interface 304.

Accordingly, the consumer interface 304 may provide a wide range of information, for example, based on any searches or queries performed by a user 114. In an example embodiment, based on a user search or request for a response, the consumer interface 304 will display a quality index or value index based on normalized calculations for an automobile. The recommendation engine 312 may provide recommendations to a consumer based on the current automobile market data stored in the automobile market information processing system 302. For example, metrics on gas mileage, emissions, operating and maintenance costs, safety ratings, etc. may be benchmarked against comparable automobiles of the same and different manufacturers. Similar purchase options to a specific search may also be provided, based on feature matching, price range, consumer popularity, etc. Information including price ranges, including MSRP, invoice prices, inventory levels, the user's 114 credit ratings (e.g., FICO score), may be provided which may include monthly payment estimates or projections. It should be appreciated that such data may be provided for both new and used automobiles. For example, a financing calculator may help a user 114 determine what financing rate is appropriate for an automobile purchase. It should be appreciated that dealers may mislead consumers into believing that a higher financing rate will be required to secure a loan. Further, for example, a lease vs. buy calculator may be provided which may use current market data including prices, interest rates, incentives, estimated mileage per year,

8

etc. for providing an analysis for a particular consumer regarding purchasing or leasing. Also, the consumer interface 304 may provide a purchase checklist, for example, of ten steps to buying a car. A qualitative checklist may allow a user to ask the right questions and get the right answers from a dealer. Additional tips may be provided, such as a list of products or services dealers may attempt to sell to a consumer with an analysis of the value of these products or services and a recommendation to accept or decline these dealer offers. Further, beyond analysis relating to automobiles, additional analysis or reports may be provided, for example, relating to dealer reviews, other supplemental products, financial entities that may provide financing, etc. For example, dealer reviews may provide a consumer with information the consumer may use in addition to automobile pricing and delivery options. Moreover, the consumer interface 304 may provide a wide variety of useful information to a consumer, for at home research and preparation, and/or in a dealer location while shopping as a negotiating tool that may provide confirmation on pricing, useful tips, and the like. As will be discussed in FIG. 3B in further detail below, the consumer interface 304 may include a used automobile seller interface 318 and a used automobile buyer interface 320.

In an example embodiment, a dealer interface 306 may provide a user 114, such as a dealer employee, information relating to the current automobile market. The dealer interface 306 allows a dealer to interact with automobile market information processing system 302 to provide the dealer with a wide variety of information, including, for example, current market pricing. Other automobile market information a dealer may receive on a dealer interface 306 includes information relating to lot inventory, turnover rates, automobile transportation and/or shipping costs, incentives, and various ratings, such as ratings relating to quality, safety, insurance, a consumer credit score, dealer ratings, residual or resale values, etc. A dealer may input information into dealer interface 306 relating to sales data, including current pricing offered, special sales offers, actual transaction data, inventory data, etc. In an example embodiment, the dealer may provide information through dealer interface 306 which will be used by automobile market information processing system 302 to prepare reports or offers to consumers and/or manufacturers. It should be appreciated that a dealer is typically a franchise entity, while a distribution location may not be a franchise entity. For brevity, throughout this specification, the term dealer may be used to describe both franchise entity dealers and non-franchise entity distribution location. Accordingly, as used in this disclosure, the term dealer does not indicate whether an entity is a franchise entity. Moreover, a franchise dealer or a non-franchise distribution location may utilize a dealer interface 306 as described herein.

In an example embodiment, a manufacturer interface 308 may provide a user 114, such as a manufacturer employee, information relating to the current automobile market, including consumer requests. For example, an manufacturer interface 308 may provide a manufacturer a request received from a consumer interface 304. Additionally, the manufacturer interface 308 may provide information such as a report that allows the manufacturer to provide a response to the requesting consumer. A report may include information from database system 310 relating to current market pricing, recent sales figures and trends, current manufacturer incentives, current inventory, including dealer inventory, inventory in transit, and/or build times or lead times for a desired automobile, etc. The manufacturer may use this information

US 10,796,362 B2

9      10

to provide a response to a consumer request. The manufacturer may provide the manufacturer interface **308** with information to provide a confirmation, a verification, or an offer to a consumer via consumer interface **304**. For example, a confirmation number associated with the particular consumer request may be provided for the consumer. Also, a recommendation may be provided from the recommendation engine **312** to the manufacturer in relation to automobile pricing, responding to a specific request, manufacturer incentives, inventory management, production schedules, shipping schedules, etc. It should be appreciated that a manufacturer may be referred to as an OEM or original equipment manufacturer. Further, it should be appreciated that a manufacturer may include various related affiliate entities all doing business as, or operating under, the same manufacturer name. For example, a manufacturer typically may include a manufacturing company (e.g., operating the manufacturing plant), a sales company (e.g., operating automobile sales activities), and a captive finance company (e.g., operating financing and leasing activities). The manufacturer interface **308** may provide a manufacturer with a real-time lens into the automobile market which may allow the manufacturer to adjust production schedules, pricing plans, marketing activities, etc., which may provide a significant advantage for manufacturers.

As illustrated in FIG. 3B, a consumer interface **304** may include a used automobile seller interface **318** and a used automobile buyer interface **320**. The used automobile seller interface **318** may be used by consumer sellers to sell used automobiles, while the used automobile buyer interface **320** may be used by consumers to buy used automobiles. It should be appreciated that consumers may be able to access both interfaces **318** and **320** from consumer interface **304**. In an example embodiment, the used automobile seller interface **318** and a used automobile buyer interface **320** may be integrated within a single website or application, or for example, may be implemented as distinct websites. Similarly, in an example embodiment, a used automobile buyer interface **320** may be integrated with features of a consumer interface **304** for searching both new and used automobiles for purchase, or new and used automobiles may not be simultaneously searchable on a particular implementation of a consumer interface **304**. As will be discussed further below, a used automobile seller interface **318** may be used by a consumer seller of a specific used automobile to receive information on the specific automobile and request bids for the specific automobile. Similarly, a used automobile buyer interface **320** may be used for used automobile buyers to receive information on a used automobile and place a bid on that specific automobile.

It should be appreciated that, for example, a consumer seller of a used automobile may be considered different than a dealer seller of a used automobile in some respects. For example, a consumer seller of a used automobile is often selling through different channels, such as offering for sale in classified advertisements versus from a dealer lot. It should be appreciated that such differences may be relevant to the ability to maximize the value of a sale or purchase of a used automobile. Accordingly, where appropriate, the present disclosure may distinguish a consumer seller from a dealer seller, or distinguish a consumer buyer from a dealer buyer. Also, as discussed in further detail below, a manufacturer off-lease seller of a used automobile may also be considered different from a consumer seller and/or a dealer seller.

A dealer interface **306** may include a used automobile buyer interface **322**. For example, a typical dealer may use a dealer interface **306** primarily for facilitating sales of new and used automobiles, however, the dealer interface **306** may also be used to facilitate purchasing used automobiles. For example, a used automobile buyer interface **322** may be used by dealers similarly to the way that the used automobile buyer interface **320** may be used by consumers. It should be appreciated that in an example embodiment, the used automobile buyer interfaces **320**, **322** may be similar or the same, and/or may integrated as part of single website or application. In an example embodiment, a dealer may use the used automobile buyer interface **322** to facilitate bringing a consumer in to purchase a new automobile based on providing a competitive bid to purchase a used automobile as a trade in.

A manufacturer interface **308** may include a used automobile off-lease interface **324**. For example, a manufacturer may use a manufacturer interface **308** primarily for facilitating sales of new automobiles, however, the manufacturer interface **308** may also be used to facilitate selling off-lease automobiles which have been returned by a consumer lessor whose lease is expiring. For example, an off-lease seller interface **324** may be used by a manufacturer, typically, a captive finance company of the manufacturer, similarly to the way that the used automobile seller interface **318** may be used by consumers. It should be appreciated that, a manufacturer off-lease seller may have limited options to sell a used off-lease automobile and may have time constraints that are may be typically imposed on a consumer seller of a used automobile. Typically, an off-lease automobile may be dropped off by a consumer lessee at any one of a variety of dealer locations. The manufacturer lessor may then wish to sell the used off-lease automobile, however, the dealer where the off-lease automobile was dropped off may have a significant bargaining advantage to purchase that automobile, as the manufacturer may need to sell the off-lease automobile quickly and may have limited options. Typically, the dealer may not offer the manufacturer off-lease seller full market value for the off-lease automobile. It should be appreciated that the manufacturer off-lease seller may transport the car to an auction in an attempt to obtain a higher price. However, transportation costs, auction fees, and delay in selling the off-lease automobile may cause the manufacturer off-lease seller to accept less than market value for the off-lease automobile from the dealer, or otherwise not maximize the value of the off-lease automobile. For example, typically, an off-lease automobile sold at auction for near or even above the current market value is significantly offset by transportation costs and auction fees.

The off-lease seller interface **324** may provide a manufacturer off-lease seller with leverage, not only through the ability to obtain bids to purchase the off-lease automobile, but through the ability to determine the number of matches or search hits for an off-lease automobile. The dealer that has the off-lease automobile may know that the manufacturer may have the ability to track searches for the off-lease automobile performed by consumers and/or other dealers. The manufacturer off-lease seller may provide the dealer in possession of an off-lease automobile with matches and/or bids, which may provide the dealer with firm evidence of current demand or interest in the off-lease automobile. The dealer may be able to use this information to determine an appropriate price, and possibly even more profitably than the manufacturer. Accordingly, the dealer may often be inclined to make a significantly more competitive bid for an off-lease automobile. It should be appreciated that the manufacturer may use the off-lease seller interface **324** to identify in-market buyers, and even without receiving bids from those

US 10,796,362 B2

11                                        12

buyers, the manufacturer's bargaining power may improve, resulting in a greater value for off-lease sales.

Accordingly, information may be provided to the automobile market information processing system **302** from consumers, dealers, and manufacturers with a very high degree of granularity, as every transaction that occurs and even every request or search may be stored and used by the automobile market information processing system **302**. This allows the automobile market information processing system **302** to use the most current automobile market data to provide information to consumers, dealers, and manufacturers. It should be appreciated that market prices can change relatively quickly, particularly when major events drive consumer behavior or manufacturer production, such as natural disasters. Accordingly, reports and recommendations provided by the automobile market information processing system **302** may be highly accurate, reliable, and sensitive to market changes.

It should be appreciated that the users **114** of the automobile market information processing system **302**, including consumers, dealers, and manufacturers, and buyers and sellers of new and used automobiles, may be required to agree to and/or execute a terms of use agreement or terms of service agreement. Various forms of enforcing the agreement may be implemented, including a transaction deposit policy, which may require a deposit or a credit card hold, or the like, and a standard schedule of fees or default payment schedule for infractions such as improper condition of an automobile, delay in delivery, etc. Accordingly, all parties may be protected from another party breaching the agreement.

It should be appreciated that certain functions described as performed, for example, at automobile market information processing system **302**, may instead be performed locally at consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or vice versa. Further, in certain cases, tasks may be performed using consumer interface **304**, dealer interface **306**, and manufacturer interface **308** or, for example, performed in person, such as a consumer signing documents at a dealer location, or a dealer communicating with a manufacturer using a telephone. It should be appreciated that the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be implemented, for example, in a web browser using an HTML file received from the automobile market information processing system **302**. In an example embodiment, the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may be located on a website, and may further be implemented as a secure website. Also, consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may require a local application, for example, which a manufacturer or dealer may pay for to have access to, for example, information from the automobile market information processing system **302** such as requests from consumers.

FIG. **4** is a flowchart of an example process **400** for facilitating a used automobile transaction. Although the process **400** is described with reference to the flowchart illustrated in FIG. **4**, it will be appreciated that many other methods of performing the acts associated with the process **400** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

The example process **400** for facilitating a used automobile transaction may allow users **114** to efficiently sell and purchase automobiles. The example process **400** may begin with automobile market data including at least pricing data

is stored in a database system (block **402**). For example, automobile market data from dealers, consumers, and manufacturers regarding pricing, inventory, insurance information, quality ratings, safety ratings, and other ratings is collected and stored in a database. For example, inventory data may include data regarding off-lease automobiles, including scheduled drop off dates of automobiles with expiring leases. In an example embodiment, a wide variety of data is stored in a database system **310**. Automobile market data may include various relevant ratings, reports, awards, or other information, including quality information, safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers. For example, ratings data may include information from the National Highway Traffic Safety Administration (NHTSA), the Environmental Protection Agency (EPA), and/or the Insurance Institute for Highway Safety (IIHS). The data may include information from a consumer interface **304**, such as data in consumer searches or requests, information from a dealer interface **306**, such as currently offered dealer pricing, transaction data for finalized sales, current inventory data, transport or shipping costs, and information from a manufacturer interface **308**, such as current manufacturer prices and suggested pricing, manufacturer incentives, and current inventory including finished inventory on hand, production scheduling, shipment scheduling, inventory in transit, and manufacturing lead times. The automobile market data may be comprised solely of information received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308**, or may include additional information received from other sources, for example, industry analysts, consumer reports groups, government agencies, etc. It should be appreciated that various methods of storing the automobile market data may be employed according to the system requirements. For example, database system **310** may be organized according to different manufacturers or dealers, automobile make and model, different information categories (e.g., suggested pricing, market prices, production, shipping, lot inventory), etc., and may consist of one or more databases on one or more servers **108**, **226** which may be remotely located from each other and/or a host device **104** of the automobile market information processing system **302**. As will be discussed further below, the automobile market data may be continually updated as new data is provided to the automobile market information processing system **302**.

The automobile market data may be used by any or all parties involved in a used automobile transaction, including used automobile sellers including consumer sellers and manufacturer off-lease sellers, and used automobile buyers including consumer buyers and dealer buyers. In the example process **400**, as discussed further below, the used automobile seller described by way of example as a consumer seller. It should be appreciated that the example process **400** may work similarly or the same for a manufacturer off-lease seller. In an example embodiment, the consumer used automobile seller interface **318** and manufacturer off-lease seller interface **324** may be provided as a combined interface. Certain aspects of the disclosed example process **400** may be of greater or lesser advantage to a manufacturer off-lease seller compared with a consumer seller. For example, consumer sellers typically sell used automobiles infrequently, while manufacturer off-lease sellers may be selling thousands of used off-lease automobiles each month. Accordingly, the goals of the user **114** may vary between consumer sellers and manufacturer off-lease sellers.

US 10,796,362 B2

13

Certain notable aspects that may be distinguishable between a consumer seller and manufacturer off-lease seller will be discussed below.

The example process **400** continues with a consumer seller providing a request for a response (block **404**). For example, a used car seller takes a picture of the vehicle identification number (VIN) of a used car and fills in price parameters and other information into a mobile application to receive a response based on current market data. In an example embodiment, the seller's request may be transmitted from automobile seller interface **318**, **324** via the internet to the automobile market information processing system **302**. For example, using an application stored on a mobile device **103**, the used car seller takes a picture of the VIN on the used car and fills in a minimum bid price, delivery parameters, etc. The seller's parameters may specify a pickup location by distance from an address, an area code, etc., which allows for matching the seller with buyers that are in-market. The picture of the VIN may be processed using optical character recognition, which allows the automobile market information processing system **302** to determine the make and model of the car, along with various other characteristics of the car. Also, for example, the used car seller may take a picture of the odometer, and the mileage may be determined using optical character recognition. It should be appreciated that the VIN may include human readable characters, a bar code, or any other graphical or machine readable information which acts as a vehicle identification number.

Also, the used car seller may input into a mobile application or website a wide variety of additional information about the used car. For example, pictures of the used car may be uploaded with the request. In an example embodiment, pictures of the exterior, interior, dashboard, and/or odometer may be provided. Also, for example, service records, ownership records, and other documents or information may be included with a request. Further, a written description of the car may be provided. Accordingly, because the used car seller can provide information such as pictures, in addition to information which the seller may not have access to, such as the original manufacturer specifications of the used car, potential buyers may have access to a great deal of information on the used car. Further, in an example embodiment, a mobile application may include the geolocation of a used car seller, so the seller does not need to enter such information. Accordingly, the buyer may perform research, for example, while at home or while shopping at a dealer location. It should be appreciated that certain used car buyers may be highly interested in the geolocation of the consumer seller. For example, a dealer may find the consumer seller's geolocation to be more important than a consumer buyer, because a dealer may require a minimal cost for picking up a car to ensure profitability, and to optimize the opportunity for creating a new customer relationship. Similarly, certain used automobile sellers may be very interested in the geolocation of the used automobile buyer. For example, a manufacturer off-lease seller may have a high interest in determining the amount of in-market interest or demand for an off-lease automobile.

In an example embodiment, a manufacturer off-lease seller may provide a request for a response for an automobile that will be dropped off by a consumer lessee in the near future. For example, a manufacturer user **114** may input a VIN into off-lease seller interface **324** by typing, speaking, or providing an image of the VIN. The manufacturer off-lease seller may provide a parameter that the used off-lease automobile will be available only after a certain date. The

14

manufacturer off-lease seller may find that providing a request for a response prior to the consumer lessee actually dropping off an off-lease automobile may significantly improve the value of off-lease automobiles. It should be appreciated that the dealer where the consumer lessee drops off the off-lease automobile may be bargaining without any particular advantage because the manufacturer off-lease seller may have multiple interested automobile buyers that, based on search parameters, have received the off-lease automobile as a match, and/or bids from used automobile buyers.

Used car buyers may perform a search with used automobile buyer interfaces **320**, **322**, and may typically include parameters limiting the search to a specific automobile type, make, or model, certain options or features, a price range, and a pickup location or area. Further, for example, the buyer may take a picture of a VIN anywhere or manually type in a VIN number, including at automobile trade shows, mall displays, or anywhere new or used cars are for sale. The buyer may even take a picture of a car parked in the street as the buyer walks down the street. Any request or query communicated from the consumer interface **304** may be stored, for example, in database system **310**, thereby updating the automobile market information processing system **302** with current automobile market data.

The example process **400** may continue with providing automobile market data to used automobile buyers based on the consumer seller request (block **406**). For example, a group of consumers and dealers receive a real-time report including local used car sales data, inventory data, quality and safety ratings data, insurance data, and gas mileage data of the specific used car which is identified based on the VIN. The group of consumers and dealers that receive a real-time report may be based on prior searches conducted by consumers on used automobile buyer interface **320** and searches conducted by dealers with used automobile buyer interface **322**. In an example embodiment, a report may include quality information, safety information, insurance information, recall information, EPA gas mileage and emissions information, consumer credit information (e.g., buyer FICO score), dealer rating information, incentive information, residual value information, and/or any other data which may be relevant to consumers and/or dealers. In an example embodiment, a report may include a specific history information for the specific used car, such as a CARFAX report. The request and/or the report may be provided in real-time and may also provide real-time data. Data reported based on a real-time updates in the automobile market information processing system **302** may provide significant advantages, for example, when pricing conditions may change quickly due to unforeseen market conditions. The recommendation engine **312** may provide recommendations to a used automobile buyer based on the current automobile market data. For example, a report may indicate various estimated sales probabilities for different prices that the used automobile buyer may offer or bid. In an example embodiment, an estimated sale price or range may be provided. For example, a probability analysis may be provided with prices and corresponding probabilities may be estimated as, e.g., 80% chance to purchase at $6,000; 60% chance to purchase at $5,500; 30% chance to purchase at $5,000; 10% chance to purchase at $4,500. Such information may be illustrated in various ways, such as a bell curve graph or a chart. Further, for example, the recommendation engine may provide daily suggestions (e.g., a deal of the day) for dealers and/or consumers. Consumers may use such suggestions to save money or get a better value on a used car purchase by buying

US 10,796,362 B2

15                                                                16

from another consumer rather than a dealer. Dealers may use such suggestions to purchase used cars at good deals, and/or to attract consumers to visit the dealer in person or online, as well as prepare responses or bids to other consumer requests. Dealers or consumers may customize the used automobile buyer interface **320, 322** to provide information in a pre-specified manner to suit the particular needs of the specific dealer or consumer. In an example embodiment, a manufacturer off-lease seller may receive automobile market data including inventory information including data regarding off-lease cars which have been dropped off at dealer locations and cars which will soon be coming off-lease. Further, dealers and/or consumers may be able to receive information regarding off-lease cars as well. For example, information may include a specific automobile identified by a VIN with an expected drop off location and date based on a lease expiration.

A bid to purchase the used automobile from the consumer seller is requested from used automobile buyers (block **408**). For example, a group of consumers and dealers within a certain radius of the used car seller location may receive a bid request based on used automobile buyer searches via used automobile buyer interfaces **320, 322**. Each used automobile buyer's bid may include, for example, a price and a delivery option or delivery suggestion. The used automobile buyer interfaces **320, 322** may provide for simple input of necessary and optional data. Further, a used automobile buyer's bid may contain certain limitations, restrictions, or conditions. For example, a dealer may provide a bid with the condition that a new car be purchased and the used car be traded in at the bid price.

In an example embodiment, the request may provide one or more options, products, services, or add-ons for a used automobile buyer to select from. For example, used automobile buyers may be able to select financing options, warranties, extended service contracts, insurance plans, or other hard add accessories. These selectable options may be offered directly from the used automobile seller or may be offered through the automobile market information processing system **302**. Accordingly, a seller may not be offering any options for a buyer to select, but the system may automatically provide the option to purchase further add-ons. In an example embodiment, automobile market information processing system **302** may provide for third party providers of add-ons to provide live auction bids for a used automobile buyer to select for inclusion in a bid. Accordingly, for example, several insurance companies may provide a bid for key insurance, or several financial companies may provide bids for a loan. It should be appreciated that certain bids may depend on the particular buyer, so for example, a buyer's credit or driving record may cause different buyers to receive different third party bids for add-ons. For example, a particular buyer may be able to increase a bid to purchase a used automobile if third party add-ons are particularly advantageous, which may benefit a consumer seller or manufacturer off-lease seller. For example, a buyer may receive a better than expected interest rate and insurance price, and therefore be able to offer an additional $1,000 to the seller, while staying within the buyer's predetermined monthly budget. It should be appreciated that third parties may include dealers which may be otherwise involved in a transaction. Also, in an example embodiment, the automobile market information processing system **302** may provide at no charge to the buyers or sellers, certain add-ons, such as a limited thirty day warranty. Accordingly, the automobile market information processing system **302** may gain trust from buyers even if the buyers

generally do not trust the sellers. It should also be appreciated that a buyer may not select any add-ons offered by third parties and/or the automobile market information processing system **302**. A used automobile seller may have no interest in whether a buyer selects any add-ons, or the seller may receive additional compensation if an add-on is selected, so a buyer selection of add-ons may or may not affect a seller's value associated with the buyer's bid.

One or more buyer bids are provided to the consumer seller (block **410**). For example, several consumers and dealers provide bids based on current pricing data, options information of the specific used car, and potential pickup locations, so several different prices and delivery options may be available to the used car seller via the used automobile seller interface **318**. Typically, the bid will include at least a specified price and pickup time and location. In an example embodiment, a used car seller that has taken a picture of a VIN with a mobile device and entered some basic information such as an odometer reading may receive used car buyer bids within minutes or seconds on the mobile device. Accordingly, the bids may be used in real-time as the consumer seller may be actively selling a used car or shopping for a new or used car, for example, on a dealer lot. Typically, a pickup location will be at the consumer seller location, a consumer buyer location, or at a dealer lot or distribution location. In an example embodiment, the consumer buyer location may be determined using the geolocation of the buyer's mobile device **103**. It should be appreciated that some consumers may be flexible as to the delivery options and that some dealers may have multiple locations which could serve as a pickup location. In an example embodiment, the automobile market data may indicate that the particular used car that a consumer seller has requested bids for should be priced at, for example, $6,000. However, various factors may affect the bid or offer that a consumer or dealer may make for the specific used car. For example, for a consumer, personal preference for certain features or looks, convenience, insurance implications, gas mileage, and/or service records, may play a large role in pricing a bid above or below a suggested bid price. For example, for a dealer, the potential for forming a customer relationship, the value of potential other sales, add-on products, and/or services, or competition with other parties. All used automobile buyers that are interested may place a bid for a used car seller's consideration.

It should be appreciated that various alternative delivery options may be provided from several used automobile buyers' bids, for example, based on preferences or parameters indicated by the consumer seller of the used automobile. For example, the used automobile seller interface **318** may provide several different bids with different delivery options and prices to the used car seller, for example, a price of $6,000 to drop off the car at an out of state dealer the next day or a price of $5,500 to drop off the car at a local consumer buyer location in five days. For example, a consumer buyer may determine the cost of picking up the used car from the consumer seller and provide two pricing and delivery options, for example, $5,500 to pick up the used car from the consumer seller or $5,800 to have the used car delivered to the consumer buyer's home. For example, a manufacturer off-lease seller may review bid prices and delivery options on a number factors on used automobile seller interface **324**, but may be very interested in finding an in-market buyer to eliminate transportation costs. A manufacturer off-lease seller may often have somewhat different concerns than a consumer seller. For example, to meet a quarterly budget, a manufacturer off-lease seller may be

US 10,796,362 B2

17

18

primarily interested eliminating a high back log of off-lease cars even if selling cars at a significant discount is required.

Further, for example, used automobile buyers may use information such as ratings data to optimize their bids. For example, if gasoline prices are increasing, mileage ratings for a particular car may dictate increasing or decreasing a bid. If a vehicle has very good gas mileage, and gas prices are skyrocketing, that car may have an increasing demand as gas prices increase, or vice versa. Similarly, safety ratings of vehicles may be important to consumer demand if high profile problems have appeared for a particular automobile style, make, or model. As discussed above, various automobile market information may be used by a used automobile buyer including safety information, insurance information, consumer credit information, dealer rating information, incentive information, residual value information, and/or any other data which may be relevant.

The used automobile seller interface **318, 324** may organize used automobile buyer bids based on a variety of factors and may provide supplemental information. For example, certain buyer bids may be selected as the best options, all buyer bids may be summarized, various additional ratings, reviews, or popularity information, special offers, etc. may also be provided to a consumer along with any used automobile buyer bids. The recommendation engine **312** may provide recommendations to a consumer seller based on the current automobile market data. For example, of ten used automobile buyer bids provided with a response, three bids may be recommended, for example, as "Great Deals!" It should be appreciated that in some cases, a particular used car seller request may not return any buyer bids, for example, if the used car for sale is in low demand or a unique item with a limited market. Also, for example, if only one or two bids are received, the recommendation engine **312** may recommend that a consumer seller wait for a better bid because the bids provided are not competitive offers based on the current automobile market data stored in the database system **310**. Further, in an example embodiment, buyer bids may be organized according to distance to a pickup location, highest price, closest match to the consumer seller entered criteria, a normalized quality index or value index, etc. The consumer seller or manufacturer off-lease seller may be able to toggle between different viewing options for buyer bids.

Further, in an example embodiment, a consumer seller may be at a dealer lot (e.g., a Nissan dealer) and take a picture of a VIN on a used car (e.g., a Maxima), which the consumer seller intends to trade in. A bid from a competing dealer (e.g., a Toyota dealer) across the street may be received on the mobile device within seconds and include information for a competing trade in value, and may have further information relating to other new or used cars which may be intended to cause the consumer seller to go to the competing dealer, for example, including various price comparisons, gas mileage ratings, safety ratings, residual value, driving directions to the competing dealer, etc. Accordingly, a consumer seller may weigh the pros and cons of various used automobile buyer bids from consumers and/or dealers, based on delivery options, pricing, and any other relevant variants. Any bids communicated from used automobile buyer interfaces **320, 322** may be stored, for example, in database system **310**, to further update the automobile market information processing system **302** with current automobile market data.

The consumer seller selects a buyer bid including a price and a delivery option (block **412**). For example, the used car seller chooses to sell the used car based on the price and the pickup location of a consumer buyer bid. The seller may select an offer with a specified price and delivery option on the used automobile seller interface **318, 324**. The used car seller may have been weighing two or more different delivery options, price differences, etc., based on the response(s) received through the used automobile seller interface **318, 324**. As noted above, the used automobile seller interface **318** may organize received bids and other helpful information in a variety of ways, which may make the information easier for a consumer seller to digest. It should be appreciated that a consumer seller will typically want to deliver a used car at a convenient location, often at or near the seller's home. Accordingly, used automobile buyers may attempt to provide delivery options tailored towards maximizing profit and convenience, while still providing a superior bid to other used automobile buyers. By providing multiple bids with different delivery options, the consumer seller may be allowed to make extra money or save time based on the seller's particular situation. It should be appreciated that the consumer seller selection of a bid may, for example, occur simultaneously with the consumer seller and used automobile buyer executing the sale or providing a deposit or down payment, or the like (see, e.g., block **414**). Accordingly, in an example embodiment, once a consumer seller or manufacturer off-lease seller selects a bid, the used automobile buyer has effectively purchased the car, and both parties do not need to worry about the other party backing out of the deal.

It should be appreciated that a consumer seller may not want to drive to a distant pickup location without first receiving some form of deposit, or likewise, a used automobile buyer may not want to go to a distant pickup location to without assurance that the used automobile will actually be available for pickup and in good working order. Likewise, a manufacturer off-lease seller may be concerned with obtaining maximum value for an off-lease automobile within the required time constraints, but transportation costs may be strictly budgeted. The automobile market information processing system **302** may accommodate for deposits to provide any reasonable or necessary assurances to both buyers and sellers. For example, the automobile market information processing system **302** may provide and/or require the use of a terms of service agreement, which the consumer seller or manufacturer off-lease seller and the used automobile buyer may sign and agree to the terms provided therein. For example, a credit card could be charged a default payment in the event that either party breaches the terms of service agreement. In an example embodiment, a schedule of various breaches may require different default payments, for example, if a buyer determines a headlight does not work, a standard $30 fee may be assessed from the consumer seller. Also, a variable default agreement may be based on a distance between a seller and a buyer, so that a party which travels a great distance may be compensated if the other party breaches the agreement. Also, for example, a time period for inspection may be specified in a request and/or a bid. A bid may be based on one or more seller representations. Moreover, a terms of service agreement may provide assurances for any issues which may arise in the sale of a used car, and may provide one or more options based on a breach, including payment of fees or nullification of a bid acceptance and/or sale execution. Any consumer seller selections, counter offers, or additional requests or responses may be stored in database system **310**, as the communications are processed by automobile market information processing system **302**, providing further data updates. Accordingly, in an example embodiment, a consumer seller may select a bid in order to sell the used car, and

US 10,796,362 B2

19                                                      20

that sale information may then be provided to another consumer searching for information regarding the same type of car with similar features, for example, the next day.

The consumer seller and the used automobile buyer execute the sale of the used automobile (block **414**). For example, the used automobile buyer electronically signs a contract and performs an electronic funds transfer or credit card payment. After a buyer bid is selected, an electronic contract may be prepared by the automobile market information processing system **302** and provided for the used automobile buyer who may e-sign the contract or other documentation as needed. Similarly, the consumer seller may e-sign the contract or other documentation as needed, either prior to selecting a bid, at the time of selecting a bid, or at a later time. A contract may be e-signed through the used automobile seller interface **318**, **324**, and the used automobile buyer interface **320**, **322**, respectively. In another example embodiment, paper copies of a contract may be signed, for example, after the used automobile buyer prints them or receives them through the mail. In an example embodiment, the used automobile buyer may provide cash or a paper check. It should be appreciated that the process of executing a contract may take some time. Also, it should be appreciated that, for example, the consumer seller selection of a bid discussed above (see, e.g., block **412**) may occur simultaneously with the consumer executing the sale. Once the sale is completed, the actual transaction data including the final sale price, may be provided to and stored in database system **310**. Accordingly, the automobile market information processing system **302** may be updated with current automobile market data from every step in the used car sales process between a consumer seller or manufacturer off-lease seller and a used automobile buyer. In an example embodiment, the updates provided to the automobile market information processing system **302** are provided in real-time, for example, data may be transmitted and processed within seconds or minutes. Further, for example, it should be appreciated that certain data may be provided to the automobile market information processing system **302** according to a batch processing schedule.

Next, the consumer seller makes the purchased used automobile available according to the consumer seller bid selection (block **416**). For example, the seller drives the used car to the pickup location if the pickup location is not the used car seller's location. It should be appreciated that the consumer seller or a manufacturer off-lease seller and the used automobile buyer may use a wide variety of locations as a pickup location, and may work out a delivery option which is convenient for both parties. A consumer seller may interact with the automobile market information processing system **302** using used automobile seller interface **318**, for example, to provide notification that a car is at the pickup location and ready for delivery. A manufacturer off-lease seller may interact with the automobile market information processing system **302** using used automobile seller interface **324**, for example, to provide notification that a car has been dropped off by a consumer lessee and is at the pickup location and ready for delivery to the buyer. Similarly, a notification may be sent via used automobile buyer interface **322**, **322** to the used car buyer that the used car is available for pickup at the specified location.

Finally, the used automobile buyer receives the purchased used automobile according to the consumer seller selected delivery option (block **418**). For example, the used car buyer receives the used car at the pickup location the same day the sale is executed. The used car buyer may pick up the car without ever having to talk to or negotiate, in person or over the telephone, with the consumer seller or manufacturer off-lease seller. For example, the used car buyer may arrive at the pickup location, show identification and provide a proof of purchase, and be provided the keys to the car by the seller. The parties may sign paperwork indicating or confirming the car has been picked up. Proof of purchase documentation may include any or all documents that are legally required for an automobile sale for a given jurisdiction, for example, the title, odometer statement, or any other document required by the Department of Motor Vehicles. For example, the consumer seller or manufacturer off-lease seller may be required to provide any legally required documents to fully execute and record the sale of the used car.

Further, in an example embodiment, a consumer seller or manufacturer off-lease seller may offer various insurance policies or service contracts to a used car buyer, for example, etch insurance, key insurance, gap insurance, or a ninety day warranty may be provided. For example, a consumer seller or manufacturer off-lease seller may purchase insurance through the automobile market information processing system **302** in placing a request for bids, which may increase interest from buyers. Also, for example, an insurance policy or service contract may be provided for a used car being sold at no charge to the consumer seller or manufacturer off-lease seller, for example, as a convenience to all users **114** using the disclosed system. For example, key insurance may be provided at no cost to both the consumer seller and the used car buyer. It should be appreciated that, for example, using options provided through the automobile market information processing system **302**, a consumer seller or manufacturer off-lease seller may sell or provide any add-on products or services that a dealer would typically offer or provide in the sale of a used automobile. Also, if the used automobile buyer is a dealer, additional products or services may be offered to the consumer seller at the time of pickup. For example, the dealer may offer new or used cars, including related financing options, warranties, service plans, insurance plans, and hard add accessories to the buyer, as discussed in further detail above.

Accordingly, it should be appreciated that consumers, manufacturers, and dealers, may receive significant benefits from the method of facilitating a used automobile transaction disclosed herein. Consumers that are selling and buying used automobiles may benefit from more competitive pricing, piece of mind knowing that a fair market price is being offered for prospective purchases or sales, and improved delivery options that allow the consumer to weigh the benefits and drawbacks of different delivery options, pricing, and other variables. In an example embodiment, consumers can view prices paid for comparable cars in specific locations based on the automobile market data in the automobile market information processing system **302**, for example, within a certain time frame such as one month and within a certain proximity to the consumer. Manufacturers selling off-lease automobiles may benefit from reduced transportation costs, saving auction fees, and an improved bargaining position with a dealer in possession of an off-lease automobile. For example, the ability to identify in-market buyers may be particularly advantageous to manufacturer off-lease sellers, which may be able to identify matching searches of in-market buyers. Also, dealers and/or various third parties may benefit from the opportunity to sell insurance, credit, service contracts, hard add accessories, and other add-ons with used automobiles. Moreover, various inefficiencies in the automobile industry may be minimized utilizing the presently disclosed system and method.

US 10,796,362 B2

21

FIG. **5** illustrates a block diagram of an example data architecture **500**. In the example data architecture **500**, interface data **502**, administrative data **504**, and automobile market data **506** interact with each other, for example, based on user commands or requests. The interface data **502**, administrative data **504**, and automobile market data **506** may be stored on any suitable storage medium (e.g., server **226**). It should be appreciated that different types of data may use different data formats, storage mechanisms, etc. Further, various applications may be associated with processing interface data **502**, administrative data **504**, and automobile market data **506**. Various other or different types of data may be included in the example data architecture **500**.

Interface data **502** may include input and output data of various kinds. For example, input data may include mouse click data, scrolling data, hover data, keyboard data, touch screen data, voice recognition data, etc., while output data may include image data, text data, video data, audio data, etc. Interface data **502** may include formatting, user interface options, links or access to other websites or applications, and the like. Interface data **502** may include applications used to provide or monitor interface activities and handle input and output data.

Administrative data **504** may include data and applications regarding user accounts. For example, administrative data **504** may include information used for updating accounts, such as creating or modifying consumer accounts and/or dealer accounts. Further, administrative data **504** may include access data and/or security data. Administrative data **504** may include a terms of service agreement. Administrative data **504** may interact with interface data in various manners, providing a user interface **304**, **306**, **308** with administrative features, such as implementing a user login and the like.

Automobile market data **506** may include, for example, executed sales data **508**, consumer data **510**, dealer data **512**, manufacturer data **514**, statistical data **516**, and/or historical data **518**. Executed sales data **508** may include actual negotiated prices for manufacturer and dealer sales, differences in list prices to negotiated prices, sales demographics, etc. Consumer data **510** may include consumer search activity, consumer requests and offers, consumer feedback, etc. Dealer data **512** may include dealer pricing, including list prices, sale prices for limited time dealer offers or deals of the day, negotiation information such as bottom line pricing, offers received, foot traffic activity, and dealer inventory data, including current on location data, automobile turnover rates, etc. Manufacturer data **514** may include manufacturer pricing, including suggested pricing, preferred dealer pricing, etc., manufacturer incentives including cash rebates, special lease rates, special APR rates, zero down offers, lifetime warranties, guaranteed trade-in offers, etc., and inventory information including dealer inventory, inventory by location, inventory in transit, manufacturing or production lead times or build times, production scheduling, shipping scheduling, lease information, etc. Statistical data **516** may include information used for providing reports including graphs, forecasts, recommendations, calculators, depreciation schedules, tax information, etc., including equations and other data used for statistical analysis. Historical data **518** may include past sales data, such as historical list prices, actual sale prices, manufacturer and dealer margins, operating costs, service costs or profitability, loyalty information, etc. It should be appreciated that data may fall under one or more categories of automobile market data **506**, and/or change with the passage of time. For example, industry

22

analyst data may include historical data **518** and statistical data **516** relating to safety or quality reports, efficiency data, recall data, and the like for used automobiles, which may be organized or re-organized under various categories of automobile market data **506** as time passes or as supplemental data is provided to the automobile market information processing system **302**. It should be appreciated that a system administrator may load data into the automobile market information processing system **302** as it becomes available. For example, annual, quarterly, and/or monthly reports relating to safety, insurance, etc., may be input into automobile market data **506** on a regular basis. It should also be appreciated that automobile market data **506** may be tailored for a particular manufacturer and/or dealer, for example, a manufacturer may request that a specific type of data that is not normally stored or used be stored in the database system **310**. Accordingly, for example, customized reports may be provided to a manufacturer interface **308** using that specific data for the manufacturer, for example, relating to resale values of used automobiles.

The integration of the various types of automobile market data **506** received from the consumer interface **304**, dealer interface **306**, and manufacturer interface **308** may provide a synergistic and optimal resource for consumers, dealers, and manufacturers alike. In an example embodiment, a used automobile seller and a used automobile buyer may benefit greatly from using an application in a mobile device **103** to provide a request for buyer bids on a used automobile by taking a picture of the VIN of the used automobile, for example, using used automobile seller interface **318**, **324**. Used automobile buyers may search for used automobiles for sale by consumer sellers, for example, using used automobile buyer interface **320**. The used automobile buyers may receive intrabrand and/or interbrand seller request information in real-time. The intrabrand and interbrand information provided on the used automobile buyer interface **320** may allow the best automobile options for a particular consumer to be provided to that consumer, and may allow consumer sellers, manufacturer off-lease sellers, and dealers to compete with each other taking into account a greater amount of automobile market information, which may result in a more efficient automobile market. Consumers that are selling used automobiles and consumers that are buying used automobiles may similarly receive benefits from the presently disclosed system. Also, as discussed above, manufacturer off-lease sellers may benefit greatly from the presently disclosed system, for example, using bids and/or matches or search hits for an off-lease automobile to improve bargaining power with a dealer in possession of the off-lease automobile and other dealers and/or consumers.

Automobile market data **506** may be maintained in various servers **108**, in databases or other files. It should be appreciated that, for example, a host device **104** may manipulate automobile market data **506** in accordance with the administrative data **504** and interface data **502** to provide requests or reports to users **114** including consumers, dealers, and manufacturers, and perform other associated tasks. It should also be appreciated that automobile market data **506** represents automobile market information, and that these terms may be used interchangeably in this disclosure depending upon the context.

FIG. **6** is flow diagram illustrating an example process **600** for facilitating a used automobile transaction, according to an example embodiment of the present invention. Although the process **600** is described with reference to the flow diagram illustrated in FIG. **6**, it will be appreciated that many other methods of performing the acts associated with

US 10,796,362 B2

23

the process **600** may be used. For example, the order of many of the blocks may be changed, certain blocks may be combined with other blocks, and many of the blocks described are optional.

In the example process **600**, data may flow between the automobile market information processing system **302** and a used automobile seller interface **318**, **324** and a used automobile buyer interface **320**, **322**, as discussed above based on used automobile seller and buyer interaction with the automobile market information processing system **302**. As discussed above, a used automobile seller interface **318** and used automobile buyer interface **320** may be included in a consumer interface **304**, a used automobile buyer interface **322** may be included a dealer interface **306**, and a used automobile seller interface **324** may be included in a manufacturer interface **308**. It should be appreciated that the automobile market information processing system **302** may update the automobile market information stored in the database system **310** when automobile market information is received from a buyer or seller, and/or a consumer, a dealer, a manufacturer, an industry analyst, and/or from any other information source. Accordingly, the automobile market information may remain current and/or provide sufficiently recent data for the benefit of consumers, dealers, and/or manufacturers.

The example process **600** may begin with a consumer seller or a manufacturer off-lease seller of a used automobile taking a picture of the VIN using a mobile phone application and entering in information such as pricing parameters (block **602**). The used automobile seller interface **318**, **324** may use OCR to determine and provide the VIN and pricing parameters to the automobile market information processing system **302** as a consumer seller request or a manufacturer off-lease seller request (block **604**). It should be appreciated that OCR may occur in the automobile market information processing system **302** or at the used automobile seller interface **318**, **324**. The automobile market information processing system **302** receives the seller request and prepares automobile market information based on the seller request (block **606**). The automobile market information processing system **302** may send a bid request and automobile market information based on the seller request to the used auto buyer interface **320**, **322** for one or more consumers and/or dealers (block **608**). It should be appreciated that while the seller request is automobile market information, typically, additional automobile market information would be provided with the seller request. For example, typically, data relating to recent sales of similar used automobiles and/or comparable automobiles may be provided. In an example embodiment, a target price or "true" value of the used automobile, or an expected price range, may be provided. Also, for example, various gas mileage data, safety ratings, recall information, quality reports, estimated insurance costs, and the like may be provided. Further, add-on products or services, such as insurance, credit, warranties, service contracts, or hard add accessories, which may be determined based on a third party bidding process, may also be provided. One or more used automobile buyers, including consumers and/or dealers, receive the bid request and automobile market information, determine prices and delivery options for the used automobile using the automobile market information, and prepare and provide bids for the consumer seller or a manufacturer off-lease seller (block **610**). A buyer bid may be sent from the used automobile buyer interface **320**, **322** to the automobile market information processing system **302** for each consumer and/or dealer that wants to provide a bid (block **612**). The automobile market informa-

24

tion processing system **302** receives and processes buyer bids and prepares the bids and automobile market data for the consumer seller or manufacturer off-lease seller (block **614**).

The automobile market information processing system **302** may send buyer bids and automobile market information to the used automobile seller interface **318**, **324** (block **616**). It should be appreciated that automobile market information may be provided to the consumer seller or manufacturer off-lease seller before buyer bids are provided, and/or concurrently with buyer bids. The seller may receive the buyer bids and automobile market information and may select a bid including a delivery option based on the automobile market information (block **618**). The used automobile seller interface **318**, **324** may send to the automobile market information processing system **302** a selection of a bid indicating that the consumer seller or manufacturer off-lease seller wants to sell the used automobile based on the selected bid (block **620**). The automobile market information processing system **302** receives and processes the seller bid selection (block **622**). For example, the automobile market information processing system **302** may send the bid selection to the used automobile buyer interface **320**, **322** (block **624**). The used automobile buyer may receive the bid selection and coordinate a sale by, for example, setting up a pick up time and location for the used automobile at the seller location or the buyer location (block **626**). Also, for example, the automobile market information processing system **302** may provide contract or loan documents, collect a deposit or down payment, or the like, from the consumer seller, the manufacturer off-lease seller, and/or the used automobile buyer. As discussed above, in each of blocks **606**, **614**, and **622**, the automobile market information processing system **302** may update the automobile market information in the database system **310** based on the information received from the consumer, manufacturer, and/or dealer.

For exemplary purposes, the present disclosure discusses a various examples relating to a purchase of a used car. However, it should be appreciated that the disclosed system, methods, and apparatus may be advantageously used in relation to various used automobiles other than cars including, for example, trucks, vans, sport utility vehicles, jeeps, motorcycles, commercial vehicles, and/or automobiles that have a VIN and require a license plate to operate.

It will be appreciated that all of the disclosed methods and procedures described herein can be implemented using one or more computer programs or components. These components may be provided as a series of computer instructions on any conventional computer-readable medium, including RAM, ROM, flash memory, magnetic or optical disks, optical memory, or other storage media. The instructions may be configured to be executed by a processor, which when executing the series of computer instructions performs or facilitates the performance of all or part of the disclosed methods and procedures.

Further, it will be appreciated that the presently disclosed system, methods, and apparatus for performing used automobile transactions may be utilized in conjunction with other systems or methods. For example, the presently disclosed system, methods, and apparatus may be used in conjunction with the disclosure in the co-pending commonly-owned patent applications filed on Jul. 5, 2011, entitled "AUTOMOBILE TRANSACTION FACILITATION USING A MANUFACTURER RESPONSE," application Ser. No. 13/176,497, and entitled "AUTOMOBILE TRANSACTION FACILITATION BASED ON CUS-

US 10,796,362 B2

25

TOMER SELECTION OF A SPECIFIC AUTOMOBILE," application Ser. No. 13/176,525, the entire contents of each of which is incorporated by reference herein, and in an example embodiment, the features of which may be combined with the features of the present disclosure.

It should be understood that various changes and modifications to the example embodiments described herein will be apparent to those skilled in the art. Such changes and modifications can be made without departing from the spirit and scope of the present subject matter and without diminishing its intended advantages. It is therefore intended that such changes and modifications be covered by the appended claims.

The invention is claimed as follows:

**1**. A method comprising:

receiving, via a used automobile seller interface, a first request for a response regarding a first used automobile, the first request made by a used automobile seller located at a first location and including a vehicle identifier and geolocation information of the first used automobile;

determining, based on the geolocation information, that the first used automobile is located at the first location;

generating, based on the determined first location, an in-market used automobile buyer area;

determining that at least one used automobile buyer is located within the in-market used automobile buyer area;

receiving, via a used automobile buyer interface, a first bid from a first used automobile buyer located at a second location within the in-market used automobile buyer area;

generating, based on receiving the first bid, driving directions between the first location and the second location; and

providing, via the used automobile seller interface, the first bid including at least a price for the first used automobile and the driving directions between the first location and the second location.

**2**. The method of claim **1**, wherein the used automobile seller interface is a manufacturer off-lease seller interface, further comprising:

receiving, via the manufacturer off-lease seller interface, a manufacturer used automobile seller selection of the first bid, wherein the manufacturer used automobile seller selection indicates a manufacturer used automobile seller intention to sell the first used automobile based on the first bid to the first used automobile buyer.

**3**. The method of claim **1**, wherein the first request is made by the used automobile seller using a mobile device which takes a picture of a vehicle identifier, and the vehicle identifier is recognized using optical character recognition.

**4**. The method of claim **1**, wherein the first request is made by the used automobile seller using a mobile device including a microphone, and the vehicle identifier is input via the microphone, and the vehicle identifier is recognized using speech recognition.

**5**. The method of claim **1**, further comprising storing, on a computer readable medium, automobile market data that is representative of recent automobile market characteristics, wherein the automobile market data is based on real-time automobile market data.

**6**. The method of claim **1**, wherein the first request includes a picture of at least one of the exterior of the automobile, the interior of the automobile, the dashboard of

26

the automobile, the odometer of the automobile, service records of the automobile, and ownership records of the automobile.

**7**. The method of claim **1**, further comprising storing, on a computer readable medium, pricing data including used automobile data and new automobile data, including actual prices of executed transactions, dealer listing prices, dealer sale prices, manufacturer incentives, dealer bids, consumer bids, and consumer pricing parameters.

**8**. The method of claim **1**, wherein an add-on, including at least one of insurance, financing, a service contract, a warranty, and a hard-add accessory, is provided by a third party to the first used automobile buyer with the first request, via the used automobile buyer interface, wherein the third party is different from the used automobile seller and the first used automobile buyer.

**9**. The method of claim **8**, wherein the add-on is selected for inclusion in the first bid by the first used automobile buyer.

**10**. The method of claim **1**, further comprising providing second driving directions between the first location and a third location.

**11**. The method of claim **1**, further comprising providing a plurality of pickup locations, each having different driving directions.

**12**. The method of claim **1**, wherein a consumer receives at least one of an insurance policy and a service contract at no charge.

**13**. The method of claim **1**, wherein the first used automobile is an off-lease automobile, and the first location is a dealer in possession of the first used automobile.

**14**. The method of claim **1**, wherein the used automobile seller interface is a manufacturer off-lease seller interface.

**15**. The method of claim **14**, wherein the manufacturer off-lease seller interface includes a number of matches or search hits for the first used automobile.

**16**. The method of claim **14**, wherein a manufacturer user inputs the vehicle identifier into the manufacturer off-lease seller interface by one of typing, speaking, or providing an image of the vehicle identifier.

**17**. The method of claim **14**, wherein the manufacturer off-lease seller interface receives a parameter that the first used automobile will be available for pickup only after a certain date.

**18**. The method of claim **1**, wherein the used automobile seller interface and the used automobile buyer interface are integrated within at least one of a single website and a single application.

**19**. The method of claim **1**, further comprising:

receiving, via the used automobile buyer interface, a second bid from a second used automobile buyer located at a third location within the in-market used automobile buyer area;

generating, based on receiving the second bid, second driving directions between the first location and the third location; and

providing, via the used automobile seller interface, the second bid including at least a second price for the first used automobile and the second driving directions between the first location and the third location.

**20**. The method of claim **1**, wherein the used automobile seller is an original equipment manufacturer.

**21**. The method of claim **1**, wherein the used automobile seller is not an original equipment manufacturer.

**22**. The method of claim **1**, wherein a third party sells a plurality of used automobiles via the used automobile seller interface.

US 10,796,362 B2

<table>
<tr><td>27</td><td>28</td></tr>
</table>

**23**. The method of claim **22**, wherein sales by the third party are made at negotiated prices.

**24**. The method of claim **22**, wherein the used automobile seller interface includes lot inventory of the third party.

**25**. The method of claim **22**, wherein the used automobile buyer interface includes lot inventory of the third party.

**26**. The method of claim **1**, wherein the used automobile seller is a company that operates at least one leasing activity.

**27**. The method of claim **1**, wherein the used automobile seller is a company that operates at least one financing activity.

**28**. The method of claim **1**, wherein the used automobile seller is a captive finance company.

**29**. The method of claim **1**, further comprising, receiving an auction bid from a third party.

**30**. The method of claim **1**, further comprising, providing an auction bid to the used automobile buyer interface.

**31**. The method of claim **1**, wherein the used automobile seller interface and the used automobile buyer interface are provided by at least one webpage.

**32**. A system comprising:

a computer readable medium storing instructions;

at least one processing device operably coupled to the computer readable medium, the at least one processing device executing the instructions to:

receive, via a used automobile seller interface, a first request for a response regarding a first used automobile, the first request made by a used automobile seller located at a first location and including a vehicle identifier and geolocation information of the first used automobile;

determine, based on the geolocation information, that the first used automobile is located at the first location;

generate, based on the determined first location, an in-market used automobile buyer area;

determine that at least one used automobile buyer is located within the in-market used automobile buyer area;

receive, via a used automobile buyer interface, a first bid from a first used automobile buyer located at a second location within the in-market used automobile buyer area;

generate, based on receiving the first bid, driving directions between the first location and the second location; and

provide, via the used automobile seller interface, the first bid including at least a price for the first used automobile and the driving directions between the first location and the second location.

**33**. The system of claim **32**, wherein the used automobile seller interface is a manufacturer off-lease seller interface, and

wherein the at least one processing device further executes the instructions to:

receive, via the manufacturer off-lease seller interface, a manufacturer used automobile seller selection of the first bid, wherein the manufacturer used automobile seller selection indicates a manufacturer used automobile seller intention to sell the first used automobile based on the first bid to the first used automobile buyer.

**34**. The system of claim **32**, wherein the first request is made by the used automobile seller using a mobile device which takes a picture of a vehicle identifier, and the vehicle identifier is recognized using optical character recognition.

**35**. The system of claim **32**, wherein the first request is made by the used automobile seller using a mobile device

including a microphone, and the vehicle identifier is input via the microphone, and the vehicle identifier is recognized using speech recognition.

**36**. The system of claim **32**, wherein the computer readable medium stores automobile market data that is representative of recent automobile market characteristics, wherein the automobile market data is based on real-time automobile market data.

**37**. The system of claim **32**, wherein the first request includes a picture of at least one of the exterior of the automobile, the interior of the automobile, the dashboard of the automobile, the odometer of the automobile, service records of the automobile, and ownership records of the automobile.

**38**. The system of claim **32**, wherein the computer readable medium stores pricing data including used automobile data and new automobile data, including actual prices of executed transactions, dealer listing prices, dealer sale prices, manufacturer incentives, dealer bids, consumer bids, and consumer pricing parameters.

**39**. The system of claim **32**, wherein an add-on, including at least one of insurance, financing, a service contract, a warranty, and a hard-add accessory, is provided by a third party to the first used automobile buyer with the first request, via the used automobile buyer interface, wherein the third party is different from the used automobile seller and the first used automobile buyer.

**40**. The system of claim **39**, wherein the add-on is selected for inclusion in the first bid by the first used automobile buyer.

**41**. The system of claim **32**, wherein second driving directions are provided between the first location and a third location.

**42**. The system of claim **32**, wherein a plurality of pickup locations, each having different driving directions, are provided.

**43**. The system of claim **32**, wherein a consumer receives at least one of an insurance policy and a service contract at no charge.

**44**. The system of claim **32**, wherein the first used automobile is an off-lease automobile, and the first location is a dealer in possession of the first used automobile.

**45**. The system of claim **32**, wherein the used automobile seller interface is a manufacturer off-lease seller interface.

**46**. The system of claim **45**, wherein the manufacturer off-lease seller interface includes a number of matches or search hits for the first used automobile.

**47**. The system of claim **45**, wherein a manufacturer user inputs the vehicle identifier into the manufacturer off-lease seller interface by one of typing, speaking, or providing an image of the vehicle identifier.

**48**. The system of claim **45**, wherein the manufacturer off-lease seller interface receives a parameter that the first used automobile will be available for pickup only after a certain date.

**49**. The system of claim **32**, wherein the used automobile seller interface and the used automobile buyer interface are integrated within at least one of a single website and a single application.

**50**. The system of claim **32**, wherein the at least one processing device further executes the instructions to:

receive, via the used automobile buyer interface, a second bid from a second used automobile buyer located at a third location within the in-market used automobile buyer area;

US 10,796,362 B2

29

30

generate, based on receiving the second bid, second driving directions between the first location and the third location; and

provide, via the used automobile seller interface, the second bid including at least a second price for the first used automobile and the second driving directions between the first location and the third location.

**51**. The system of claim **32**, wherein the used automobile seller is an original equipment manufacturer.

**52**. The system of claim **32**, wherein the used automobile seller is not an original equipment manufacturer.

**53**. The system of claim **32**, wherein a third party sells a plurality of used automobiles via the used automobile seller interface.

**54**. The system of claim **53**, wherein sales by the third party are made at negotiated prices.

**55**. The system of claim **53**, wherein the used automobile seller interface includes lot inventory of the third party.

**56**. The system of claim **53**, wherein the used automobile buyer interface includes lot inventory of the third party.

**57**. The system of claim **32**, wherein the used automobile seller is a company that operates at least one leasing activity.

**58**. The system of claim **32**, wherein the used automobile seller is a company that operates at least one financing activity.

**59**. The system of claim **32**, wherein the used automobile seller is a captive finance company.

**60**. The system of claim **32**, wherein an auction bid is received from a third party.

**61**. The system of claim **32**, wherein an auction bid is provided to the used automobile buyer interface.

**62**. The system of claim **32**, wherein the used automobile seller interface and the used automobile buyer interface are provided by at least one webpage.

**63**. A non-transitory computer readable medium storing instructions which, when executed, are configured to cause an information processing apparatus to:

receive, via a used automobile seller interface, a first request for a response regarding a first used automobile, the first request made by a used automobile seller located at a first location and including a vehicle identifier and geolocation information of the first used automobile;

determine, based on the geolocation information, that the first used automobile is located at the first location;

generate, based on the determined first location, an in-market used automobile buyer area;

determine that at least one used automobile buyer is located within the in-market used automobile buyer area;

receive, via a used automobile buyer interface, a first bid from a first used automobile buyer located at a second location within the in-market used automobile buyer area;

generate, based on receiving the first bid, driving directions between the first location and the second location; and

provide, via the used automobile seller interface, the first bid including at least a price for the first used automobile and the driving directions between the first location and the second location.

\* \* \* \* \*