NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VROOM, INC., VROOM AUTOMOTIVE, LLC, dba Vroom, dba Texas Direct Auto, CARSTORY, LLC, VAST.COM, INC., dba CarStory,**
*Plaintiffs-Appellees*

v.

**SIDEKICK TECHNOLOGY, LLC,**
*Defendant-Appellant*

---

2023-1362, 2023-1667, 2023-2041

---

Appeals from the United States District Court for the District of New Jersey in No. 2:21-cv-06737-WJM-JSA, Senior Judge William J. Martini.

---

**O R D E R**

Vroom, Inc. notifies the court that it has filed a voluntary bankruptcy petition.  Section 362(a)(1) of title 11 of the U.S. Code provides that the filing of an applicable bankruptcy petition "operates as a stay" of the "continuation . . . of a judicial . . . action . . . against the debtor that was . . . commenced before the commencement of the case under this title."

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is stayed. Vroom is directed to file a status report every 60 days and to inform the court within 21 days after the bankruptcy proceedings are completed or the automatic stay pursuant to section 362 has been lifted.

FOR THE COURT

December 13, 2024
Date

Jarrett B. Perlow
Clerk of Court