Nos. 23-1362, -1667, -2041

# United States Court of Appeals for the Federal Circuit

VROOM, INC., VROOM AUTOMOTIVE, LLC, dba
Vroom, dba Texas Direct Auto, CARSTORY, LLC,
VAST.COM, INC., dba CarStory,
*Plaintiffs-Appellees*

v.

SIDEKICK TECHNOLOGY, LLC,
*Defendant-Appellant*

Appeals from the United States District Court for the District of New Jersey in No. 2:21-cv-06737-WJM-JSA, Senior Judge William J. Martini.

## STATUS UPDATE

Pursuant to this Court's Order (Doc. 51), Appellees provide this status update.

On January 8, 2025, the Bankruptcy Court for the Southern District of Texas confirmed Vroom, Inc.'s reorganization which became effective on the January 14, 2025. The claims of Appellant Sidekick Technology, LLC were unimpaired under the plan, and therefore Appellees respectfully submit that the Court is free to lift the stay of the instant appeal to allow it to proceed.

| | |
|---|---|
| Date:  February 11, 2025 | */s/ Daniel J. Goettle*<br>Daniel J. Goettle<br>Stephanie Hatzikyriakou<br>BAKER & HOSTETLER LLP<br>1735 Market Street<br>Suite 3300<br>Philadelphia, PA  19103-7501<br>(215) 568-3100<br><br>*Attorneys for Plaintiffs-Appellees* |